AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida  ▼

| | |
|---|---|
| William Lee Lawshe | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| ROBERT HARDWICK,  Et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:24-cv-00044-MMH-MCR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROBERT HARDWICK
St. Johns County Sheriff's Office
4015 Lewis Speedway, St. Augustine, Florida 32084

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael K. Roberts
Jeffery S. Nooney
The Law Office of Nooney, Roberts, Hewett, & Nowicki
904-398-1992
1680 Emerson Street,
Jacksonville, FL 32207.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  January 16, 2024

Melanie Bowman

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| William Lee Lawshe | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| ROBERT HARDWICK,  Et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:24-cv-00044-MMH-MCR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIKAYLA PRESTON
St. Johns County Sheriff's Office
4015 Lewis Speedway, St. Augustine, Florida 32084

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael K. Roberts
Jeffery S. Nooney
The Law Office of Nooney, Roberts, Hewett, & Nowicki
904-398-1992
1680 Emerson Street,
Jacksonville, FL 32207.

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: January 16, 2024

Melanie Bowman

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| William Lee Lawshe | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. **3:24-cv-00044-MMH-MCR** |
| ROBERT HARDWICK,  Et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNIVERSITY OF FLORIDA BOARD OF TRUSTEES
C/O Morteza Hosseini, Board Chair
123 Tigert Hall
Gainesville, Florida 32611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael K. Roberts
Jeffery S. Nooney
The Law Office of Nooney, Roberts, Hewett, & Nowicki
904-398-1992
1680 Emerson Street,
Jacksonville, FL 32207.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  January 16, 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida ▾

| | |
|---|---|
| William Lee Lawshe <br><br><br><br> *Plaintiff(s)* <br> v. <br> ROBERT HARDWICK,  Et al. <br><br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:24-cv-00044-MMH-MCR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KATHLEEN DULLY
First Coast Child Protection Team
4539 Beach Blvd.
Jacksonville, FL 32207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael K. Roberts
Jeffery S. Nooney
The Law Office of Nooney, Roberts, Hewett, & Nowicki
904-398-1992
1680 Emerson Street,
Jacksonville, FL 32207.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  January 16, 2024

_____    Melanie Bowman
                            *Signature of Clerk or Deputy Clerk*