AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **3:24-CV-00044**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Robert Hardwick**
was recieved by me on  **1/18/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Matthew Cline (General Counsel)**, a person of suitable age and discretion who resides at **4015 Lewis Speedway, Saint Augustine, FL 32084**, on **01/18/2024 at 10:51 AM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  01/19/2024

_____
*Server's signature*

**Paul Varney**
*Printed name and title*

**203 Pritchard Dr.
Palm Coast, FL 32164**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Matthew Cline (General Counsel) who identified themselves as the st. john's county attorney with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**



Tracking #: **0122590722**

