# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISON

WILLIAM LAWSHE,
An individual,

        Plaintiff,                     Case No. 3:24-cv-00044

v.

ROBERT HARDWICK,
In his official capacity as Sheriff of St. John's County,
MIKAYLA PRESTON,
In her individual capacity as a Detective for St. John's
County Sheriff's Office,
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,
And KATHLEEN DULLY, in her individual capacity as
medical director of the UF Child Protection Team,

        Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE OF DOCUMENTS

Notice is hereby given that the undersigned Robert B. Buchanan, Esquire, and the law firm of Buchanan & Buchanan, P.A., hereby enter their appearance as counsel for Defendant Kathleen Dully in the above-entitled cause.

Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), Defendant Kathleen Dully hereby gives notice of designation of the following primary and secondary e-mail addresses for electronic service of documents in this case:

Page **1** of **2**

Primary e-mail address:          rbuchanan@rbtrial.com
                                                        Cdelrosso@rbtrial.com

Secondary e-mail addresses:       aperry@rbtrial.com
                                                        rscinta@rbtrial.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy hereof was served via Florida e-Portal this **<u>19th</u>** day of

**February 2024** upon **Michael K. Roberts, Esquire**, Law Offices of Nooney,

Roberts, Hewett, and Nowicki, 1680 Emerson Street, Jacksonville, Florida 32207

mroberts@nrhnlaw.com  jnooney@nrhnlaw.com  (*Counsel for Plaintiff*);

BUCHANAN & BUCHANAN, P.A.
Attorney for Defendant Kathleen Dully
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
Tel:   (352) 629-4099
Fax:   (352) 629-3975
Primary Email: rbuchanan@rbtrial.com
                       cdelrosso@rbtrial.com
Secondary Email: aperry@rbtrial.com
                          nkirbas@rbtrial.com
                          rscinta@rbtrial.com

By: /s/ Robert B. Buchanan
Robert B. Buchanan
Florida Bar No. 063400
Claire Del Rosso
Florida Bar No. 1001010