## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE, an
individual,

      Plaintiff,

v.                                                          Case No. 3:24-cv-44-MMH-MCR

ROBERT HARDWICK, in his
official capacity as Sheriff of St.
Johns County, MIKAYLA
PRESTON, in her induvial capacity
as a Detective for St. Johns County
Sheriff's Office, UNIVERSITY OF
FLORIDA BOARD OF TRUSTEES,
and KATHLEEN DULLY, in her
individual capacity as medical
director of the UF Child Protection
Team,

      Defendants.

_____

## O R D E R

**THIS CAUSE** is before the Court on Defendant Kathleen Dully's Motion to Dismiss Plaintiff's Complaint (Doc. 10; Motion), filed February 19, 2024. Upon review of the Motion, it appears that Defendant has failed to satisfy the requirements of Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer. As such, the Court will require Defendant to file a

supplement indicating whether counsel agree on the resolution of the Motion as Local Rule 3.01(g) requires.

Accordingly, it is

**ORDERED:**

Defendant Kathleen Dully is **DIRECTED** to file a supplement to her Motion to Dismiss Plaintiff's Complaint (Doc. 10) with the requisite Local Rule 3.01(g) Certification on or before **February 27, 2024**.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of February, 2024.

**MARCIA MORALES HOWARD**
United States District Judge

Lc32
Copies to:

Counsel of Record

- 2 -