**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

      Plaintiff,

v.                            Case No. 3:24-cv-00044-MMH-MCR

ROBERT HARDWICK,
in his official capacity as Sheriff of St. Johns County,
MIKAYLA PRESTON,
in her induvial capacity as a Detective for St. Johns County Sheriff's Office,
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, and
KATHLEEN DULLY, in her individual capacity as
medical director of the UF Child Protection Team,

      Defendants.

_____/

**<u>PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AS TO</u>**

**<u>DEFENDANTS ROBERT HARDWICK & MIKAYLA PRESTON</u>**

The Plaintiff, WILLIAM LEE LAWSHE, by and through its undersigned counsel, hereby files this Motion for Default pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, and in support thereof states as follows.

1. On or about January 12, 2024, Plaintiff brought this action against Defendants, which included Robert Hardwick and Mikayla Preston.

2. Defendants Hardwick and Preston were both served with process on January 18, 2024 at their place of employment, with service being

1

accepted by Matthew Cline, who identified himself as General Counsel for St. John's County. (See Exhibit A.)

3. Defendants Hardwick and Preston have each failed to file an answer or otherwise respond to Plaintiff's Complaint within twenty-one (21) days of service, as required under Federal Rule of Civil Procedure 12(a).

4. Since service has been effected on Defendants Hardwick and Preston, and neither Defendant has filed a responsive pleading, Plaintiff is entitled to a Clerk's Entry of Default.

## MEMORANDUM OF LAW

When a party against whom a judgement for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default. Fed. R. Civ. P. 55. In the Middle District of Florida, within twenty-eight days after a party's failure to plead or otherwise defend, a party entitled to a default must apply for the default. See M.D. Fla. L.R. 1.10(b). Both Defendants were served with Plaintiff's Complaint and a Summons on January 18, 2024. To date, Both Defendants have failed to file an Answer or other responsive pleading. Accordingly, a clerk's default must be entered pursuant to Fed. R. Civ. P. 55 and M.D. Fla. L.R. 1.10(b).

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that the Clerk enter a Default against Defendant ROBERT HARDWICK and

2

Defendant MIKAYLA PRESTON.

Dated on this 22nd day of February 2024.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on February 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served to Robert Hardwick and Mikayla Preston this day via U.S. Mail:

Robert Hardwick
St. Johns County Sheriff's Office
4015 Lewis Speedway,
Saint Augustine, FL 32084

Mikayla Preston
St. Johns County Sheriff's Office
4015 Lewis Speedway,
Saint Augustine, FL 32084

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*/s/ Jeffery S. Nooney*
_____

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com
Attorneys for Plaintiff

3

# <u>EXHIBIT A</u>

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **3:24-CV-00044**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Robert Hardwick**
was recieved by me on  **1/18/2024:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒    I left the summons at the individual's residence or usual place of abode with **Matthew Cline (General Counsel)**, a person of suitable age and discretion who resides at **4015 Lewis Speedway, Saint Augustine, FL 32084**, on **01/18/2024 at 10:51 AM**, and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  01/19/2024

_____
*Server's signature*

**Paul Varney**
*Printed name and title*

**203 Pritchard Dr.**
**Palm Coast, FL 32164**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Matthew Cline (General Counsel) who identified themselves as the st. john's county attorney with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**





Tracking #: **0122590722**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **3:24-CV-00044**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Mikayla Preston**
was recieved by me on  **1/18/2024:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒    I left the summons at the individual's residence or usual place of abode with **Matthew Cline (General Counsel)**, a person of suitable age and discretion who resides at **4015 Lewis Speedway, Saint Augustine, FL 32084**, on **01/18/2024 at 10:51 AM**, and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  01/19/2024

_____
*Server's signature*

**Paul Varney**
*Printed name and title*

**203 Pritchard Dr.**
**Palm Coast, FL 32164**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Matthew Cline (General Counsel) who identified themselves as the st. john's county attorney with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**



