## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE,**
an individual,

     **Plaintiff,**

**v.**                                                                    **Case No.: 3:24-cv-00044-MMH-MCR**

**ROBERT HARDWICK, in his official
capacity as Sheriff of St. Johns County,
MIKAYLA PRESTON, in her individual
capacity as a Detective for St. Johns County
Sheriff's Office, UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES, and KATHLEEN
DULLY, in her individual capacity as
medical director of the UF Child Protection Team,**

     **Defendants.**

_____/

### NOTICE OF APPEARANCE OF LEAD COUNSEL

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as lead

counsel of record for Defendants ROBERT HARDWICK, in his official capacity as

Sheriff of St. Johns County, MIKAYLA PRESTON, in her individual capacity as a

Detective for St. Johns County Sheriff's Office. All correspondence, pleadings, notices,

and other materials filed or issued in this cause should be directed to the undersigned

as counsel of record at the address listed below.

     Dated this 27th day of February, 2024.

Respectfully submitted,

/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN (Lead Counsel)**
Florida Bar No. 0937975
Email: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida  32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendants Robert Hardwick, in his official capacity as Sheriff of St. Johns County, Mikayla Preston, in her individual capacity as a Detective for St. Johns County Sheriff's Office*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27h day of February 2024, a true and correct copy of the foregoing was electronically filed in the United States District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN**

2