## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE,**
**an individual,**

     **Plaintiff,**

**v.**                                      **Case No.: 3:24-cv-00044-MMH-MCR**

**ROBERT HARDWICK, in his official**
**capacity as Sheriff of St. Johns County,**
**MIKAYLA PRESTON, in her individual**
**capacity as a Detective for St. Johns County**
**Sheriff's Office, UNIVERSITY OF FLORIDA**
**BOARD OF TRUSTEES, and KATHLEEN**
**DULLY, in her individual capacity as**
**medical director of the UF Child Protection Team,**

     **Defendants.**

_____/

## NOTICE OF FILING SUPPLEMENT TO DEFENDANTS' MOTION TO DENY ENTRY OF CLERK'S DEFAULT AND FOR EXTENSION OF TIME

Pursuant to M.D. Fla. Loc. R. 3.01(g), Defendants Robert Hardwick, in his official capacity as Sheriff of St. Johns County, and Mikayla Preston, in her individual capacity as a Detective for St. Johns County Sheriff's Office, through undersigned counsel, provide notice of opposing counsel's position on said motion.

Undersigned counsel certifies that on February 28, 2024, Plaintiff's counsel, Michael Roberts, advised that Plaintiff does not consent to the requested relief.

Dated this 28th day of February, 2024.

Respectfully submitted,

/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN (Lead Counsel)**
Florida Bar No. 0937975
Email: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida  32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendants Robert Hardwick, in his official capacity as Sheriff of St. Johns County, Mikayla Preston, in her individual capacity as a Detective for St. Johns County Sheriff's Office*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28h day of February 2024, a true and correct copy of the foregoing was electronically filed in the United States District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN**