# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

       Plaintiff,

v.                                                          Case No. 3:24-cv-00044-MMH-MCR

ROBERT HARDWICK,
in his official capacity as Sheriff of St. Johns County,
MIKAYLA PRESTON,
in her induvial capacity as a Detective for St. Johns County Sheriff's Office,
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, and
KATHLEEN DULLY, in her individual capacity as
medical director of the UF Child Protection Team,

       Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT UNIVERSITY OF FLORIDA BOARD OF TRUSTEES

The Plaintiff, WILLIAM LEE LAWSHE, by and through its undersigned counsel, pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal Without Prejudice solely as to the action against Defendant University of Florida Board of Trustees contained in Count VIII of Plaintiff's Complaint.

1

## <u>MEMORANDUM OF LAW</u>

Under Rule 41 (a)(1)(A)(i), the Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Despite a general prohibition on using Rule 41 to dismiss individual claims, the 11th Circuit has recognized the right of the Plaintiff to dismiss all claims against one specific Defendant in a case involving multiple Defendants:

> We have recognized an exception to this rule, allowing plaintiffs to voluntarily dismiss less than the entire action so long as they dismiss a defendant in its entirety (i.e., they dismiss all of the claims brought against that defendant). *See, e.g., Plains Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 255 (5th Cir. 1973); *Klay*, 376 F.3d at 1106 (acknowledging that Rule 41(a) "allows a plaintiff to dismiss all of his claims against a particular defendant"); *Corley*, 965 F.3d at 1231.

> Esteva v. Ubs Fin. Servs. Inc. (In re Esteva), 60 F.4th 664, 677 (11th Cir. 2023)

The only action against Defendant University of Florida Board of Trustees is contained within Count VIII of the Complaint. In the present case, Defendant University of Florida Board of Trustees has not filed an Answer to the Complaint, or a motion for summary judgment.

Dated on this 8th day of March, 2024.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed

with the Clerk of Court using the CM/ECF system on March 8th, 2024.

**LAW      OFFICES      OF      NOONEY,
ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*

_____

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com
Attorney for Plaintiff