**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

      Plaintiff,

v.                                                                    Case No. 3:24-cv-44-MMH-MCR

ROBERT HARDWICK, in his
official capacity as Sheriff of St.
Johns County, et al.,

      Defendants.

---

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant University of Florida Board of Trustees (Dkt. No. 18; Notice) filed on March 8, 2024.  In the Notice, Plaintiff requests dismissal, without prejudice, of the claims raised against Defendant University of Florida Board of Trustees.  See Notice at 1.  Upon review of the docket, the Court notes that this Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

      **ORDERED:**

1. The claims raised against Defendant University of Florida Board of Trustees are **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate this Defendant, as well as this Defendant's Motion to Dismiss Count VIII of Plaintiff's Complaint (Dkt. No. 12).

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of March, 2024.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -