**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

      Plaintiff,

v.                                                                  Case No. 3:24-cv-44-MMH-MCR

ROBERT HARDWICK, in his
official capacity as Sheriff of St.
Johns County, et al.,

      Defendants.

                                     

# O R D E R

**THIS CAUSE** is before the Court on Defendant Kathleen Dully, Sued in Her Individual Capacity as Medical Director of the UF Child Protection Team, Amended Motion to Dismiss Count VII or, Alternatively, Motion for More Definite Statement (Dkt. No. 14; Motion) filed on February 27, 2024; Plaintiff's Motion for Entry of Clerk's Default as to Defendants Robert Hardwick and Mikayla Preston (Dkt. No. 13) filed on February 22, 2024; and The Motion to Deny Entry of Clerk's Default and for Extension of Time to Respond to Complaint (Dkt. No. 16) filed on February 27, 2024.  On April 16, 2024, Plaintiff filed his Amended Complaint (Dkt. No. 26), which superseded the parties' previous pleadings and rendered moot the pending motions.  See

Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions"); see also Phoenix Ent. Partners, LLC v. Jellyfish, LLC, No. 3:17-cv-929, 2018 WL 10517181, at *1 (N.D. Fla. Apr. 12, 2018) (collecting cases for proposition that "federal district courts have consistently concluded that the filing of an amended complaint moots a previous entry of default and/or motion for default judgment"); Prou v. Giarla, No. 13-24266-CIV, 2014 WL 12621907, at *2 (S.D. Fla. June 25, 2014) (holding that filing an amended complaint renders void a previously issued Clerk's default); Trapenard v. Clester, No. 6:22-cv-660-RBD-LHP, 2023 WL 2633335, at *2 (M.D. Fla. Mar. 24, 2023) (same).

In light of the foregoing, it is

**ORDERED:**

1. Defendant Kathleen Dully, Sued in Her Individual Capacity as Medical Director of the UF Child Protection Team, Amended Motion to Dismiss Count VII or, Alternatively, Motion for More Definite Statement (Dkt. No. 14) is **DENIED as MOOT**.

2. Plaintiff's Motion for Entry of Clerk's Default as to Defendants Robert Hardwick and Mikayla Preston (Dkt. No. 13) is **DENIED as MOOT**.

3. The Motion to Deny Entry of Clerk's Default and for Extension of Time to Respond to Complaint (Dkt. No. 16) is **DENIED as MOOT**.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of April, 2024.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

- 3 -