# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE,**

    **Plaintiff,**

**v.**                                                          **Case No. 3:24-CV-00044-MMH-MCR**

**ROBERT HARDWICK, in his official
capacity as Sheriff of St. Johns County,
MIKAYLA PRESTON, in her individual
capacity as a Detective for St. Johns County
Sheriff's Office, and KATHLEEN
DULLY, in her individual capacity as
medical director of the UF Child Protection Team,**

    **Defendants.**

---

### DEFENDANT SHERIFF HARDWICK'S DISCLOSURE STATEMENT
### UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1.   Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒    No.

    ☐    Yes, and

        ☐    These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐    The filer has no parent corporation.

☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

2

d.      Is the filer a legal representative?

     ☒      No.

     ☐      Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.      Has the filer identified any corporation?

     ☒      No.

     ☐      Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.      Has the filer identified any natural person?

     ☒      No.

     ☐      Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.      Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

     ☐      No.

     ☒      Yes. These additional persons and entities have or might have an interest in the outcome of the action:

     **a. William Lee Lawshe – Plaintiff**

     **b. Michael K. Roberts – Counsel for Plaintiff**

     **c. Jeffery S. Nooney – Counsel for Plaintiff**

    d. **Law Offices of Nooney, Roberts, Hewett, And Nowicki– Counsel for Plaintiff**

    e. **Sheriff Robert A. Hardwick – Defendant**

    f. **Detective Mikayla Preston - Defendant**

    g. **Michael P. Spellman – Counsel for Defendants Hardwick and Preston**

    h. **Sniffen & Spellman, P.A. – Counsel for Defendants Hardwick and Preston**

    i. **Kathleen Dully – Defendant**

    j. **Robert B. Buchanan – Counsel for Defendant Dully**

    k. **Amy R. Shevlin– Counsel for Defendant Dully**

    l. **Buchanan and Buchanan, P.A. – Counsel for Defendant Dully**

    m. **Florida Sheriff's Risk Management Fund**

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒    No.

    ☐    Yes, and this is the entity: [].

5.    Is this a bankruptcy action?

    ☒    No.

    ☐    Yes, and the debtor is [].

    ☐    Yes, and the members of the creditors' committee are [].

6.    Is this a criminal case?

    ☒    No.

    ☐    Yes, and these persons are arguably eligible for restitution: [].

7.    Is there an additional entity likely to actively participate in this action?

    ☒    No.

    ☐    Yes, and this is the entity: [].

8.    Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒    Yes.

5

Signed:

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**
Florida Bar No.  0937975
Email: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendants Sheriff Hardwick
and Mikayla Preston*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of April, 2024, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**

6