## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

      Plaintiff,

v.                                                                    Case No. 3:24-cv-44-MMH-MCR

ROBERT HARDWICK, in his
official capacity as Sheriff of St.
Johns County, et al.,

      Defendants.

---

## ORDER TO SHOW CAUSE

This matter is before the Court <u>sua</u> <u>sponte</u>.   On April 15, 2024, this Court entered a Case Management and Scheduling Order and Referral to Mediation (Dkt. No. 25; CMSO) directing the parties to file their disclosure statements as required by Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03, United States District Court, Middle District of Florida, no later than April 26, 2024.   The Court noted that in the Uniform Case Management Report (Dkt. No. 24; CMR) the parties stated that they had filed their disclosure statements, but they had not done so.   <u>See</u> CMSO at 1.   In the CMR, the parties also certified that they had read and are familiar with the Court's Local Rules.   <u>See</u> CMR at 5.   However, as of this date, Plaintiff has failed to file his

disclosure statement.   Accordingly, it is

**ORDERED:**

Plaintiff is directed to show cause by a written response filed by **May 16, 2024**, why this case should not be dismissed for failure to prosecute or sanctions imposed due to his failure to comply with the Local Rules and this Court's Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of May, 2024.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -