**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

        Plaintiff,

v.                                Case No. 3:24-cv-44-MMH-MCR

ROBERT HARDWICK,
in his official capacity as Sheriff of
St. Johns County, et al.
        Defendants.

_____/

### PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03,

Plaintiff, William Lee Lawshe, makes the following disclosure(s).

1.    Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒    No.

    ☐    Yes, and

        ☐    These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐    The filer has no parent corporation.

1

☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

a. William Lee Lawshe – Plaintiff
b. Michael K. Roberts – Counsel for Plaintiff
c. Jeffery S. Nooney - Counsel for Plaintiff
d. Law Offices of Nooney, Roberts, Hewett & Nowicki - Counsel for Plaintiff
e. Robert Hardwick - Defendant
f. Mikayla Preston – Defendant
g. Michael P. Spellman – Counsel for Counsel for Defendants Hardwick and Preston.
h. Matthew J. Carson - Counsel for Defendants Hardwick and Preston
i. Sniffen & Spellman, P.A. – Counsel for Defendants Hardwick and Preston
j. Florida Sheriff's Risk Management Fund
k. Kathleen Dully – Defendant
l. Robert B. Buchanan – Counsel for Defendant Dully
m. Amy R. Shevlin– Counsel for Defendant Dully

2

    n.  Buchanan and Buchanan, P.A. – Counsel for Defendant Dully m. Florida Sheriff's Risk Management Fund

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   ☒   No.

   ☐   Yes, and this is the entity: [].

5. Is this a bankruptcy action?

   ☒   No.

   ☐   Yes, and the debtor is [].

   ☐   Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

   ☒   No.

   ☐   Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   ☒   No.

   ☐   Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒   Yes.

Dated on this 2nd day of May 2024.

                                     **LAW     OFFICES     OF     NOONEY, ROBERTS, HEWETT, AND NOWICKI**

                                     */s/ Michael K. Roberts*

                                     _____

                                     **Michael K. Roberts, Esquire**
Florida Bar No. 00779741
**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com
Attorney for Plaintiff

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on May 2nd, 2024, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*

_____

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile

5