**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

        Plaintiff,

v.                              Case No. 3:24-cv-00044-MMH-MCR

ROBERT HARDWICK,
in his official capacity as Sheriff of St.
Johns County, et al.

        Defendants.

_____/

**PLAINTIFF'S RESPONSE TO**
**ORDER TO SHOW CAUSE, DATED MAY 2, 2024**

The Plaintiff, WILLIAM LEE LAWSHE, by and through its undersigned

counsel, and pursuant to this Court's Order to Show Cause hereby responds as

follows:

1. On May 2, 2024, this Court issued an Order to Show Cause as to why

   this case should not be dismissed for failure to prosecute or sanctions

   imposed due to his failure to comply with the Local Rules and this

   Court's Order.

2. Plaintiff's Rule 7.1 and Local Rule 3.03 disclosure was discussed and

1

drafted prior to the April 26, 2024 deadline.

3. During the time leading up to the April 26th deadline, Counsel for Plaintiff was preparing for and lead counsel in a jury trial conducted in St. Johns County during the week of April 22, 2024.

4. During this time, Plaintiff's Rule 7.1 and Local Rule 3.03 Disclosure was inadvertently not filed.

5. Upon notice of the Court's Order to Show Cause, the Plaintiff's Rule 7.1 and Local Rule 3.03 disclosure has since been filed.

6. As to Plaintiff's prosecution of the case, recently, Plaintiff has filed an Amended Complaint, pursuant to this Court's Order and conducted a "meet and confer" conference with opposing counsel (for Defendant Hardwick) regarding their recently filed Motion to Dismiss.

7. Counsel apologizes to the Court for this oversight and asks that the Order to Show Cause be discharged.

Dated on this 2nd day of May 2024.

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*

_____

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741

2

**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on May 2nd, 2024.

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*

_____

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com
Attorney for Plaintiff

3