## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

       Plaintiff,

v.                              Case No. 3:24-cv-00044-MMH-MCR

ROBERT HARDWICK,
in his official capacity as Sheriff of St.
Johns County, et al.

       Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING SECOND AMENDED COMPLAINT

The Plaintiff, WILLIAM LEE LAWSHE, by and through its undersigned counsel and pursuant to Rule 15(a)(1), hereby gives notice of filing his Second Amended Complaint:

1. On April 16, 2024, Plaintiff filed its Amended Complaint in accordance with the Court's April 2, 2024 Order.

2. In response to the Amended Complaint, Defendant Hardwick filed a Motion to Dismiss on April 30th, 2024.

3. The Court's April 2, 2024 order noted that "The filing of the corrected complaint does not affect any right Plaintiff may have to amend as a

1

matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)."

4. Plaintiff is within the 21-day window to file an amended complaint, as articulated under Fed. R. Civ. P. 15(a)(1).

Dated on this 20th day of May 2024.

LAW     OFFICES     OF     NOONEY,
ROBERTS, HEWETT, AND NOWICKI

*/s/ Michael K. Roberts*

_____

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com
Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on May 20th 2024.

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*

_____

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
jnooney@nrhnlaw.com
Attorney for Plaintiff

3