# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

     Plaintiff,

v.                             Case No. 3:24-cv-44-MMH-MCR

ROBERT HARDWICK, in his
official capacity as Sheriff of St.
Johns County, et al.,

     Defendants.

# **O R D E R**

**THIS CAUSE** is before the Court on Defendant Sheriff Hardwick's Motion to Dismiss and Motion to Strike Amended Complaint (Dkt. No. 35; Motion) filed on April 30, 2024.   Plaintiff filed his Second Amended Complaint (Dkt. No. 40) on May 20, 2024, which rendered moot the parties' previous pleadings.   See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions").

In light of the foregoing, it is

**ORDERED:**

Defendant Sheriff Hardwick's Motion to Dismiss and Motion to Strike Amended Complaint (Dkt. No. 35) is **DENIED as MOOT**.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of May, 2024.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -