

College of Medicine – *Jacksonville*
Department of Pediatrics
First Coast Child Protection Team
Fax: (904) 633-0301

4100 Building, 4539 Beach Boulevard
Jacksonville, FL 32207
Tel: (904) 633-0300

April 5, 2023

Detective Mikayla Preston
Internet Crimes Against Children
Saint Johns County Sheriff's Office
4015 Lewis Speedway
St. Augustine, FL  32084

Dear Detective Preston:

Today you have provided to me two images for review displayed on a law enforcement laptop. The first is ycbLVVFQ_o.jpg and depicts a female child with no pubic hair development. She does not appear to be shaved. Her breasts are partially visible and could be SMR IV-V, however her genitals are plainly visible with her thighs splayed widely-apart and showing she is SMR I with-respect-to-pubic hair. This developmental appearance is $\leq$ 9-13.5 years of age.

The second image is imprinted with white script saying "Big Heart" and the filename Screenshot_20230122_174408_DuckDuckGo.jpg. This image shows a female child with her black top parted and underwear down around her parted thighs exposing her genital area clearly. She appears to have no pubic hair development. She does not appear to be shaved. This developmental appearance is also $\leq$ 9-13.5 years of age.

Please contact me if I can provide further assistance.

Sincerely,

Kathleen Dully, M.D.
Child Abuse Pediatrician
Sex Assault Forensic Examiner
Medical Director, First Coast
    Child Protection Team

SJCSO-Lawshe 000060