# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE,**

     **Plaintiff,**

**v.**                                   **Case No. 3:24-CV-00044-MMH-MCR**

**ROBERT HARDWICK, in his official
capacity as Sheriff of St. Johns County,
MIKAYLA PRESTON, in her individual
capacity as a Detective for St. Johns County
Sheriff's Office, and KATHLEEN
DULLY, in her individual capacity as
medical director of the UF Child Protection Team,**

     **Defendants.**

_____/

## DEFENDANT PRESTON'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

Defendant, **MIKAYLA PRESTON** ("Detective Preston"), through undersigned counsel, and pursuant to M.D. Fla. Loc. R. 3.01 and *Fed. R. Civ. P.* 6(b), moves for a brief extension of time to respond to Plaintiff's First Request for Production, and in support, states:

1.    On July 17, 2024, Plaintiff served his first request for production upon Detective Preston.

2.    Detective Preston's deadline to respond is today, August 16, 2024.

3. The undersigned counsel seeks additional time to appropriately respond to Plaintiff's requests. The Request implicates legal issues which counsel for Detective Preston have not yet resolved. As an example, the request seeks, among other things, the "complete … criminal investigation file" and all communications between Detective Preston and co-defendant, Dr. Dully.

4. However, on April 11, 2024, Plaintiff successfully obtained an Order of Expungement related to those very documents.

5. Detective Preston seeks a 10-day extension of time, up to and including August 26, 2024, to attempt to resolve these issues, and ultimately serve responses, which may include appropriate objections.

6. This case is in its early stages and no party will be prejudiced by this short extension.

7. The instant Motion is made in good faith and not for the improper purpose of undue delay.

**<u>MEMORANDUM OF LAW</u>**

Pursuant to Rule 6(b)(1)(A), *Federal Rules of Civil Procedure*, this Court may, for good cause, extend the time for a party to respond to discovery before the original time to do so expires. "Good cause in this context is not a strict standard. It is meant to accommodate any myriad of circumstances that might necessitate more time." *Garramone v. Noshirvan*, No. 2:23-CV-340-SPC-KCD, 2024 WL 2833742, at *1 (M.D. Fla. June 4, 2024). "The Court routinely grants extensions when they are sought in good faith; do not prejudice a party; are not likely to create future case management

2

problems; the Court will still have sufficient time to decide dispositive motions; and the extension will not impact the trial date." *Gillio v. US Bank NA*, No. 612CV1548ORL36TBS, 2013 WL 12387342, at *1 (M.D. Fla. July 1, 2013).

In the instant case, Detective Preston seeks a short extension of time to appropriately object and respond to Plaintiff's requests. The Request implicates legal issues that the undersigned counsel is determining how to resolve. A 10-day extension will not prejudice any party and is not likely to create future case management problems or impact the trial date.

## LOCAL RULE 3.01(g) CONFERRAL

The undersigned counsel certifies that his office attempted to confer with Plaintiff's counsel via email on August 16, 2024, regarding this motion. As of this filing, a response has not been received. The undersigned will continue to attempt to confer over the weekend in accordance with M.D. Fla. Loc. R. 3.01(g) and supplement this Motion accordingly.

Respectfully submitted this 16th day of August 2024.

/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN**
Florida Bar No. 0937975
mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendants Robert Hardwick, in his official capacity as Sheriff of St. Johns County, Mikayla Preston, in her individual capacity as a Detective for St. Johns County Sheriff's Office*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August 2024, a true and correct copy of the foregoing was electronically filed in the United States District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN**

4