UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE,**

     **Plaintiff,**

**v.**                               **Case No. 3:24-CV-00044-MMH-MCR**

**ROBERT HARDWICK, in his official
capacity as Sheriff of St. Johns County,
MIKAYLA PRESTON, in her individual
capacity as a Detective for St. Johns County
Sheriff's Office, and KATHLEEN
DULLY, in her individual capacity as
medical director of the UF Child Protection Team,**

     **Defendants.**

_____/

**DEFENDANT PRESTON'S NOTICE OF FILING SUPPLEMENT TO
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
FIRST REQUEST FOR PRODUCTION**

Defendant, **MIKAYLA PRESTON** ("Detective Preston"), through undersigned counsel, and pursuant to M.D. Fla. Loc. R. 3.01(g)(3), hereby notifies the Court that Plaintiff's counsel does not object to the relief sought in her Motion for Extension of Time filed August 16, 2024 (Doc. 49), and, as such, Detective Preston's motion is **UNOPPOSED**.

Respectfully submitted this 17th day of August 2024.

/s/ *Michael P. Spellman*
**MICHAEL P. SPELLMAN**
Florida Bar No. 0937975
mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendants Robert Hardwick, in his official capacity as Sheriff of St. Johns County, Mikayla Preston, in her individual capacity as a Detective for St. Johns County Sheriff's Office*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of August 2024, a true and correct copy of the foregoing was electronically filed in the United States District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Michael P. Spellman*
**MICHAEL P. SPELLMAN**

2