## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

      Plaintiff,

v.                                                                  Case No. 3:24-cv-00044-MMH-MCR

ROBERT HARDWICK,
in his official capacity as Sheriff of St. Johns County,
MIKAYLA PRESTON,
in her induvial capacity as a Detective for St. Johns County Sheriff's Office, and
KATHLEEN DULLY, in her individual capacity as
medical director of the UF Child Protection Team,

      Defendants.

_____/

## PLAINTIFF'S FIRST REQUEST TO PRODUCE
## TO DEFENDANT MIKAYLA PRESTON

      Pursuant to the applicable Rules of Civil Procedure, Defendant, MIKAYLA PRESTON is hereby requested to produce for inspection and copying by the plaintiffs and their attorneys, all documents described below which are in the possession, custody or control of the defendant. Production shall be made at the Law Office of Nooney & Roberts, 1680 Emerson Street, Jacksonville, Florida, 32207, within thirty days of service hereof.

1. A complete copy of the entire personnel file for Defendant MIKAYLA PRESTON, this includes all performance reviews, disciplinary inquiries or complaints, training records and certifications, application for employment and other documents maintained for human resource and employment purposes by SJSO.

2. A complete copy of the criminal investigation file of the investigation described in the complaint.  This request seeks all documents, whether physical or digital, created in the subject investigation.  This request includes notes, whether digital or handwritten, and all emails, text or other form of documented communications pertaining to, in any way, the subject investigation.

3. All probable cause affidavits, involving the alleged possession of child pornography, completed and attested to by Defendant Preston for a period of five years previous to the date of this Request.

4. All communications between Preston and Dully, whether written, email or text, for a period of five years previous to the date of this Request. This request includes all letters documenting the review of alleged child pornography, but is not limited to such communications.

5. All policy and procedure manuals, training materials, including those produced or provided by North Florida Internet Crimes Against Children or

the National Internet Crimes Against Children (ICAC) Tack Force, which

pertain to the investigation of alleged possession of child pornography.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was

served via e-mail to all counsels of record on this 17th day of July 2024.

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*

_____

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
Attorney for Plaintiff