Outlook

## Fw: Lawshe v. Hardwick, depositions

**From** Michael Roberts <mroberts@nrhnlaw.com>

**Date** Sat 2/1/2025 8:55 AM

**To** Michael Roberts <mroberts@nrhnlaw.com>

Get [Outlook for iOS](#)

**From:** Michael Roberts
**Sent:** Monday, December 16, 2024 12:47:25 PM
**To:** Matt Carson <mcarson@sniffenlaw.com>
**Cc:** Christie Petruzzelli <cPetruzzelli@sniffenlaw.com>; Michael Spellman <mspellman@sniffenlaw.com>; Jeffery Nooney <JNooney@nrhnlaw.com>; Autumn Zepf <AZepf@nrhnlaw.com>; Mira Crowder <mcrowder@sniffenlaw.com>; Amy Shevlin <AShevlin@rbtrial.com>; Rachel Scinta <rscinta@rbtrial.com>
**Subject:** RE: Lawshe v. Hardwick, depositions

Hey Matt – sorry for the delay in getting back to you and thank you for your candor but I think we are ok to proceed tomorrow. Obviously, I would need that discovery prior to Det. Preston's deposition.

*Michael Roberts*
Nooney, Roberts, Hewett and Nowicki
1680 Emerson Street
Jacksonville, FL 32207
Ph.- 904.398.1992
Fax - 904.858.9943
[mroberts@nooneyandroberts.com](mailto:mroberts@nooneyandroberts.com)

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (904)398-1992 and delete this message.

**From:** Matt Carson <mcarson@sniffenlaw.com>
**Sent:** Friday, December 13, 2024 3:41 PM
**To:** Michael Roberts <mroberts@nrhnlaw.com>
**Cc:** Christie Petruzzelli <cPetruzzelli@sniffenlaw.com>; Michael Spellman <mspellman@sniffenlaw.com>; Jeffery Nooney <JNooney@nrhnlaw.com>; Autumn Zepf <AZepf@nrhnlaw.com>; Mira Crowder <mcrowder@sniffenlaw.com>; Amy Shevlin <AShevlin@rbtrial.com>; Rachel Scinta <rscinta@rbtrial.com>
**Subject:** RE: Lawshe v. Hardwick, depositions

Hi Michael,

I wanted to touch base with you following our telephone call earlier this week.

We have been reviewing the documents we owe you in discovery and, despite our best efforts, we will not be able to review and provide all of them to you before the depositions currently scheduled for next Tuesday. That is my fault – I underestimated the amount of time it would take to review these documents before production, and the amount of time I would have available.

We certainly can go forward with the depositions currently scheduled for next Tuesday. However, I don't want you to feel less than prepared by not having the documents well in advance. We can also look to reschedule these depositions for very early next year.

Please accept my apologies for this situation. Please let me know how you would like to proceed.

Thanks,
Matt

**Matthew J. Carson**

## SNIFFEN & SPELLMAN, P.A.

TALLAHASSEE | WEST PALM BEACH | PENSACOLA

123 North Monroe Street
Tallahassee, Florida 32301
T (850) 205-1996 / F (850) 205-3004
E-mail: mcarson@sniffenlaw.com
Website: www.sniffenlaw.com / Twitter: @Sniffenlaw

*IMPORTANT NOTICE REGARDING EMAIL COMMUNICATION*: With changes in technology, the Firm is aware that email is a common method of communication; however, please keep in mind the following: **(1)** clients should never use computers maintained or monitored by others (e.g., work; public computers) when communicating about sensitive or attorney-client matters; **(2)** incoming emails may not be read immediately, because the intended recipient may be out of the office or otherwise unavailable; if your email communication is time-sensitive, please call our office to ensure we are aware of your email; and **(3)** the Firm uses automated filters to block viruses and unwanted emails.  It is possible the Firm's network may not recognize your email address and prevent your emails from being properly delivered. Please call our office if we have not responded to your email within a reasonable time or if the matter is time-sensitive.

*CONFIDENTIALITY NOTICE*: Information in this email may be protected from distribution by law, confidential, or protected from disclosure by the attorney-client privilege. It is intended only for the use of the disclosed individual or entity. If you are not the intended recipient of this communication, you are hereby notified that the law may restrict or prohibit the unintended use, copying or distribution of this communication. If you have received this email in error, please email the sender immediately upon receipt for further instruction.

*DISCLAIMER*: Pursuant to Circular 230 issued by the United States Treasury Department and relating to practice before the Internal Revenue Service, any comment or opinion in this communication relating to a federal tax issue is not intended to be used, and cannot be used, by a taxpayer for the purpose of avoiding tax-related penalties that may be imposed on the taxpayer.

BEWARE OF CYBER FRAUD – BEFORE WIRING ANY FUNDS, CALL THE INTENDED RECIPIENT AT A NUMBER YOU KNOW IS VALID TO CONFIRM THE INSTRUCTIONS – AND BE VERY WARY OF ANY REQUEST TO CHANGE WIRE INSTRUCTIONS YOU ALREADY RECEIVED.