# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

        Plaintiff,

v.                                                     Case No. 3:24-cv-00044-MMH-MCR

MIKAYLA PRESTON,
in her induvial capacity as a Detective for St. Johns County Sheriff's Office, and
KATHLEEN DULLY, in her individual capacity as
medical director of the UF Child Protection Team,

        Defendants.

_____/

## PLAINTIFF'S NOTICE OF WITHDRAWAL MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiff hereby withdraws his Motion to Compel (Doc #55) filed on February 1, 2025. In support of this withdrawal, Plaintiff states:

1. On February 4, 2025, Defendant Preston served documents responsive to Plaintiff's Request to Produce.

2. Specifically, Defendant Preston produced documents responsive to requests number 2, 3, 4, and 5.

WHEREFORE, Plaintiff withdraws his Motion requesting an Order compelling production of responsive documents.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 5th day of February 2025, a true and correct copy

of the foregoing was served to all counsel of record.

**LAW OFFICES OF NOONEY,
ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nrhnlaw.com
Attorney for Plaintiff