**STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM LEE LAWSHE,**
**an individual,**

     **Plaintiff,**

**v.**                                                    **CASE NO: 3:24-cv-00044-MMH-MCR**

**ROBERT HARDWICK,**
**in his official capacity as Sheriff of St. Johns County,**
**MIKAYLA PRESTON,**
**in her induvial capacity as a Detective for St. Johns County Sheriff's Office,**
**and KATHLEEN DULLY, in her individual capacity as**
**medical director of the UF Child Protection Team,**

     **Defendants.**
_____/

**MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant, Kathleen Dully, by and through undersigned counsel, pursuant to Local Rule 2.02, hereby files this motion requesting that Jami Kimbrell, Esq., of Howell, Buchan & Strong, substitute in for Robert B. Buchanan, Esq., of Buchanan & Buchanan, P.A., as counsel of record for Defendant, Kathleen Dully, in the above-referenced case. Responsibility for the file is being transferred by the Division of Risk Management to Howell, Buchan & Strong because the firm of Buchanan & Buchanan, P.A., is shutting down. Defendant, Kathleen Dully, has been informed and consents to this substitution of counsel.

1

Respectfully submitted,

/s/ Robert B. Buchanan
Robert B. Buchanan, Esq.
Florida Bar No. 063400
BUCHANAN & BUCHANAN, P.A.
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
Tel: (352) 629-4099
Fax: (352) 629-3975
Primary Email:    rbuchanan@rbtrial.com
                  cdelrosso@rbtrial.com
Secondary Email:  nkirbas@rbtrial.com
                  rscinta@rbtrial.com
*Attorney for Defendant,*
*Kathleen Dully*

Respectfully submitted,

/s/ Jami Kimbrell
Jami Kimbrell
Florida Bar No. 657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
jami@jsh-pa.com
*Attorney for Defendant,*
*Kathleen Dully*

<u>**CERTIFICATE OF SERVCE**</u>

I hereby certify that a true and correct copy of the foregoing has been served

on all counsel of record by CM/ECF on May 16, 2025.

/s/ Jami Kimbrell
Jami Kimbrell

2