**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WILLIAM LEE LAWSHE,**
**an individual,**

      **Plaintiff,**

**v.**                              **CASE NO: 3:24-cv-00044-MMH-MCR**

**MIKAYLA PRESTON,**
**in her induvial capacity as a Detective for St. Johns County Sheriff's Office,**
**and KATHLEEN DULLY, in her individual capacity as**
**medical director of the UF Child Protection Team,**

      **Defendants.**
_____/

### AMENDED MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, Kathleen Dully, by and through undersigned counsel, pursuant to Local Rule 2.02, hereby files this motion requesting that Jami Kimbrell, Esq., of Howell, Buchan & Strong, substitute in for Robert B. Buchanan, Esq., of Buchanan & Buchanan, P.A., as counsel of record for Defendant, Kathleen Dully, in the above-referenced case. Responsibility for the file is being transferred by the Division of Risk Management to Howell, Buchan & Strong because the firm of Buchanan & Buchanan, P.A., is shutting down. Defendant, Kathleen Dully, has been informed and consents to this substitution of counsel.

1

**Local Rule 3.01(g) Conferral**

Defendant, Kathleen Dully, by and through undersigned counsel, and pursuant to Local Rule 3.01(g), hereby files this certification to confirm Plaintiff has **no** objection to Defendant's Motion for Substitution of Counsel.

Respectfully submitted,

/s/ Robert B. Buchanan
Robert B. Buchanan, Esq.
Florida Bar No. 063400
BUCHANAN & BUCHANAN, P.A.
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
Tel: (352) 629-4099
Fax: (352) 629-3975
Primary Email:    rbuchanan@rbtrial.com
                  cdelrosso@rbtrial.com
Secondary Email:  nkirbas@rbtrial.com
                  rscinta@rbtrial.com
*Attorney for Defendant,*
*Kathleen Dully*

Respectfully submitted,

/s/ Jami Kimbrell
Jami Kimbrell
Florida Bar No. 657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
jami@jsh-pa.com
*Attorney for Defendant,*
*Kathleen Dully*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on May 22, 2025.

/s/ Jami Kimbrell
Jami Kimbrell

2