**STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM LEE LAWSHE,**
**an individual,**

      **Plaintiff,**

**v.**                               **CASE NO: 3:24-cv-00044-MMH-MCR**

**ROBERT HARDWICK,**
**in his official capacity as Sheriff of St. Johns County,**
**MIKAYLA PRESTON,**
**in her induvial capacity as a Detective for St. Johns County Sheriff's Office,**
**and KATHLEEN DULLY, in her individual capacity as**
**medical director of the UF Child Protection Team,**

      **Defendants.**
_____/

## <u>NOTICE OF APPEARANCE FOR DEFENDANT, KATHLEEN DULLY</u>

The undersigned hereby files this Notice of Appearance of record for

Defendant, Kathleen Dully, in the above-referenced case. Please direct all pleadings,

correspondence, and other communications regarding this case to:

> John Wilson
> Howell, Buchan, & Strong
> 2898-6 Mahan Drive
> Tallahassee, Florida 32308
> Phone: (850) 877-7776
> Email: johnwilson@jsh-pa.com

                            Respectfully submitted,

                            */s/ John Wilson*

1

John Wilson, Esq.
Florida Bar No. 84798
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Johnwilson@jsh-pa.com

*Attorney for Defendant,*
*Kathleen Dully*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served

on all counsel of record by e-filing on May 27, 2025.

*/s/ John Wilson*
John Wilson, Esq.