**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WILLIAM LEE LAWSHE,**
**an individual,**

     **Plaintiff,**

**v.**                                     **CASE NO: 3:24-cv-00044-MMH-MCR**

**MIKAYLA PRESTON,**
**in her induvial capacity as a Detective for St. Johns County Sheriff's Office,**
**and KATHLEEN DULLY, in her individual capacity as**
**medical director of the UF Child Protection Team,**

     **Defendants.**
_____/

## UNOPPOSED MOTION FOR EXTENSION OF DEADLINES
## TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS

Defendant, Kathleen Dully, by and through her undersigned counsel, pursuant to Federal Rules of Civil Procedure 6(b), hereby moves for an extension of time of forty-five (45) days to complete discovery and file dispositive motions. As grounds therefore, Defendant would state:

1. On April 15, 2024, this Court entered a Case Management and Scheduling Order [Doc. 25] setting the deadline to complete discovery for June 20, 2025, and to file dispositive motions by July 21, 2025.

2. On May 27, 2025, this Court granted the undersigned attorneys leave to substitute as counsel of record for Defendant Kathleen Dully.

1

3.    Undersigned Counsel have worked diligently to undertake representation and avoid unnecessary delays. However, due to the volume of discovery already completed and the inherent uncertainty associated with transferring a case in progress between law firms, a brief extension of discovery and related deadlines is necessary.

4.    Additional depositions need to be taken before discovery is complete. One deposition has already been noticed on June 18, 2025, in advance of the current deadline. The remaining depositions were delayed to allow the transition of the case to a new law firm. Counsel have begun the process of scheduling these depositions but will be unable to complete them before the current discovery deadline.

5.    Defendant submits that good cause exists for this extension, it is not brought for the purpose of delay, and no parties will be prejudiced by the granting of such an extension.

Wherefore, Defendant, Kathleen Dully, respectfully request that the Court extend the deadlines to complete discovery and file dispositive motions by forty-five (45) days.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell, Esq.
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308

2

Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendant,*
*Kathleen Dully*

*/s/ John Wilson*
John Wilson, Esq.
Florida Bar No. 84798
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Johnwilson@jsh-pa.com
*Attorney for Defendant,*
*Kathleen Dully*

## LOCAL RULE 3.01(g) CERTIFICATION OF CONFERRAL

Counsel for Defendant, Kathleen Dully, have conferred with all counsel of record. This motion is unopposed.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by e-filing on June 6, 2025.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell, Esq.

*/s/ John Wilson*
John Wilson, Esq.

3