UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

     Plaintiff,

v.

                                          Case No. 3:24-cv-44-MMH-MCR

MIKAYLA PRESTON, in her
individual capacity as a Detective
for St. Johns County Sheriff's Office,
et al.,

     Defendants.

---

## O R D E R

     **THIS CAUSE** is before the Court on the Unopposed Motion for Extension of Deadlines to Complete Discovery and File Dispositive Motions (Dkt. No. 62; Motion) filed on June 6, 2025.   In the Motion, Defendant Kathleen Dully seeks an extension of the discovery and dispositive motions deadlines in this matter. See Motion at 1.   Defendant Dully represents to the Court that the Motion is unopposed.   See id. at 3.   Upon review, the Court finds that Defendant Dully has shown good cause for an extension of time.   The Court notes that it is not the intent of Defendant Dully to delay the trial, which is currently set on the January 2026 trial term.   However, in order to allow sufficient opportunity for the Court to rule on any dispositive and Daubert motions that may be filed, the

undersigned finds it necessary to continue the final pretrial conference and trial as well.   Accordingly, it is

**ORDERED:**

1.      The Unopposed Motion for Extension of Deadlines to Complete Discovery and File Dispositive Motions (Dkt. No. 62) is **GRANTED**.

2.      The case management deadlines are extended as follows:

| | |
|---|---|
| Deadline for completing discovery and filing motions to compel. | AUGUST 4, 2025 |
| Deadline for filing dispositive and <u>Daubert</u> motions (responses due 21 days after service). | SEPTEMBER 5, 2025 |
| Deadline for filing all other motions including motions in limine. | DECEMBER 29, 2025 |
| Deadline for filing the joint final pretrial statement. | JANUARY 12, 2026 |
| Date and time of the final pretrial conference. | JANUARY 20, 2026 10:00 A.M. |
| Trial Term Begins | FEBRUARY 2, 2026 9:00 A.M. |
| Estimated Length of Trial | 10 DAYS |
| Jury/Non-Jury | JURY |

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of June, 2025.

MARCIA MORALES HOWARD
United States District Judge

- 2 -

ja                                          - 3 -

Copies to:

Counsel of Record