UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


**WILLIAM LEE LAWSHE,**

     **Plaintiff,**

**v.**                               **Case No. 3:24-cv-00044-MMH-MCR**


**MIKAYLA PRESTON, in her individual
capacity as a Detective for St. Johns County
Sheriff's Office, and KATHLEEN
DULLY, in her individual capacity as
medical director of the UF Child Protection Team,**

     **Defendants.**
_____/

### NOTICE OF MEDIATION
(Via Zoom Video Teleconferencing)

PLEASE TAKE NOTICE that Mediation has been scheduled in the above-styled cause for Wednesday, August 6, 2025, commencing at 10:00 a.m. ET, before Mediator Thomas H. Bateman, III of Messer Caparello, P.A. This mediation will be conducted remotely using Zoom video teleconferencing technology. The instructions and login information for the video conference will be provided to all parties by the mediator at a later date.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated this 18th day of June, 2025.

Respectfully submitted,

/s/ *Matthew J. Carson*
**MATTHEW J. CARSON**
Florida Bar No. 0827711
Email: mcarson@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004
*Attorneys for Defendant Mikayla Preston*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  18th  day of June, 2025, a true and correct copy of the foregoing was electronically filed in the United States District Court for the Middle District of Florida using the CM/ECF system, which will serve counsel of record.

/s/ *Matthew J. Carson*
**MATTHEW J. CARSON**

2