UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE, AN INDIVIDUAL,**

    Plaintiffs,

v.                            Case No. 3:24-CV-00044-MMH-MCR

**ROBERT A. HARDWICK, ET AL.,**

    Defendants.

_____

# Mediation Report

The parties held a mediation conference on August 6, 2025, and the results of that conference are indicated below.

## 1. Attendance

The following participants attended the mediation conference:

☒    lead counsel

☒    the parties or a party's surrogate satisfactory to the mediator

☒    any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

_____

## 2. Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☒ The parties have reached an impasse.

**August 6, 2025.**

**s/ Thomas H. Bateman III**

Thomas H. Bateman III
Mediator
Fla. Bar No. 349781
Circuit Civil Certification No.
21641 CRA
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
850-222-0720