Filing # 171112743 E-Filed 04/17/2023 10:22:40 AM

SJSO23OFF001895

IN THE CIRCUIT COURT
OF THE 7TH JUDICIAL CIRCUIT
IN AND FOR ST. JOHNS COUNTY, FLORIDA

IN THE MATTER OF AN APPLICATION FOR A COURT ORDER
PURSUANT TO 18 USC 2703 AND F.S. 934.23
(REQUIRED DISCLOSURE OF CUSTOMER COMMUNICATIONS OR RECORDS)

AUTHORIZING RELEASE OF SIGNALING INFORMATION
(COMMONLY KNOWN AS "CELL SITE INFORMATION")

## AFFIDAVIT FOR SEARCH WARRANT

**BEFORE ME, Sergeant Eugene Tolbert** of the St. Johns County Sheriff's Office, St. Johns County, Florida, personally appeared **Detective Mikayla Preston** of the St. Johns County Sheriff's Office, who being by me first duly sworn, deposes and says:

The St. Johns County Sheriff's Office Special Victims Unit is actively investigating the crime(s):

**Possession of Child Sexual Abuse Imagery; F.S.S. 827.071(5)**

Your Affiant believes the above crime has been committed and that certain evidence relevant to proving these crimes is now being kept as follows, to wit:

**Verizon**
 **Attn: VSAT**
**180 Washington Valley Rd**
**Bedminster, NJ 07921**

These records are requested starting on **01/22/2023 thru 01/28/2023** for customer/subscriber(s):

**Phone Number: 904-315-7058 (hereinafter referred to as the target device)**

**Affiant Background:**

Your Affiant is a Detective for the St. Johns County Sheriff's Office, with over 5 years of Law Enforcement experience. Your Affiant is currently assigned to the Special Victims Unit (Internet Crimes against Children) of the St. Johns County Sheriff's Office specializing in internet crimes against children investigations. Your Affiant began her Law Enforcement career in 2017 with the St. Augustine Beach Police Department, before

Page **1** of 5

SJSO23OFF001895

working for St. Johns County Sheriff's Office, and has worked as a Patrol Deputy and Special Victims Unit/ICAC Detective. Your Affiant is a member of the North Florida Internet Crimes against Children (ICAC) Task Force. ICAC is a national organization which provides specialized high-tech training and resources to law enforcement agencies that investigate crimes dealing with online sexual-solicitation and exploitation of children, including the collection and trading of images of Child Sexual Abuse.

Your Affiant has worked with experienced ICAC Detectives who also investigate Child Exploitation offenses. Your Affiant has investigated or assisted in the investigation of matters involving the possession collection, production, advertisement, receipt, and/or transmission of images of Child Sexual Abuse. Your Affiant has been involved in searches pertaining to the possession, collection, production, and/or transmission of Child Sexual Abuse through the execution of search warrants or through the subject providing written consent to permit a search.

**And the facts which establish Probable Cause:**

Your Affiant received this investigation on February 20th, 2023. The St. Johns County Sheriff's Office received **cyber tip #153739160** from the National Center for Missing and Exploited Children who received the information on 1/25/2023 in reference to a **"9043157058"** uploading child sexual abuse material (CSAM). The cyber tip was reported by Synchronoss Technologies, Inc. and advised the user uploaded one (1) image of possible CSAM.

The following information was listed for the upload:

**Filename:**d263b35ae41646b39d5947a281e7044e_97b74a7903ff530898ec421d173 13cf489728f19896c5f79e9d4c63b80f6a487
MD5: b06fe687fae143b4c24f05eb1821ab48
Did Reporting ESP view entire contents of uploaded file? Yes
Did Reporting ESP view the EXIF of uploaded file? No
Were entire contents of uploaded file publicly available? No
Image Categorization by ESP: A2

Phone number **9043157058** is listed on the cyber tip as connected with the suspect, and is assigned to Verizon Wireless.

Your Affiant viewed the image attached to the cyber tip. Additionally, on February 22, 2023, Your Affiant consulted Dr. K. Dully of the First Coast Child Protection Team, who also reviewed the offending image. Dr. Dully provided the following written statement in reference to the CSAM image:

"I have examined a single color photograph displayed on a law enforcement laptop entitled: d263b35ae41646b39d5947a281e7044e_97b74a7903ff530898ec421d173 13cf489728f19896c5f79e9d4c63b80f6a487 provided to me by yourself following a cybertip from NCMEC. This image depicts what appears to be a naked pubertal female

Page **2** of 5



SJSO23OFF001895

child wearing pink earrings and white lace socks on her feet. She is sitting on a wood floor in a knees-to-chest position with her lower legs and ankles parted to expose her genitalia for the camera. This female child appears younger than 18 years of age. She would have achieved this developmental genital appearance of SMR IV at 12-15 years of age. She does not appear to be shaved as her anterior pubic hair is still present."

To note, there is a watermark of www.met-art.com on the offending image. This site has a known history of displaying CSAM images of teenage girls and CSAM content from this site has been encountered by other ICAC investigators in past investigations.

Your Affiant queried law enforcement databases and discovered the target device is associated with William Lee Lawshe, a 53-year-old white male who resides in St. Augustine, FL and who is employed as a law enforcement officer with the Florida Fish and Wildlife Commission.

Synchronoss Technologies, Inc. is a cloud storage company for Verizon Wireless, thus the location and user of the target device is relevant to the upload of the offending image in this case. Since cellular technology has the ability to estimate the location of a device during network activity and since call logs, text messages with content, and other account information collected by cellular companies can assist in identifying the user of the device at the time of the upload, Your Affiant is seeking these records to further this investigation and identify evidence, witnesses, suspect(s), and relevant locations.

**Exculpatory nature of these records as it relates to Electronically Stored Information (ESI)**

In your affiant's training and experience, it is known that while the requested information may reveal inculpatory evidence that further shows the listed suspect was involved with the specified crime, there may be exculpatory information also contained within the records requested. For example, the records may show the specific mobile device was in the area of the crime at the time of the crime; however, when reviewed in totality within the entire data set requested, it is possible the mobile device frequents that area and is perfectly consistent with typical patterns and trends identified within the requested data set.

While it is not the intent of a search warrant to preserve exculpatory evidence, in this specific request we are requesting information that we know will be purged based on the retention periods defined by Verizon; Attn: VSAT. These retention periods for some records can be as short as 48 hours. Given the totality of requesting information that is Electronically Stored Information (ESI) with a known retention period, the possible inculpatory and exculpatory nature of these records, in addition to the State's requirement to preserve all potential evidence in the course of a criminal investigation, your affiant is requesting a time period of 7 days of records.

Given the nature of the crime, possible planning period, and the ability to identify common patterns and trends within the requested records, your affiant believes it is reasonable and appropriate to request this period of time. Furthermore, there is probable cause to support

SJSO23OFF001895

the requested records are of evidentiary value and the act of preserving the requested period of time is within the "best practices" of preserving digital evidence as well as ESI.

Through this investigation, your affiant has confirmed the targeted telephone is currently being utilized by Verizon; Attn: VSAT.

**Items requested:**

1. **All customer/subscriber information**, including any listed addresses, telephone numbers, social security numbers, dates of birth, names, addresses, any other customer identifying information, mobile handset or device identifiers/serial numbers (MEID, ESN, IMSI, IMEI), activation date and deactivation date, and location device was purchased if applicable.

2. **Device Purchase Information.** This is specifically to include the Date, Time and Location of where the device or any pre-paid refill cards were purchased.

3. **Any email addresses associated with the account.** This is to specifically include Google Gmail addresses associated with any Android device associated with this device or any email associated with an iPhone and/or iTunes account associated with this device that is currently on file and stored in the normal course of business of Verizon; Attn: VSAT.

4. **Call detail records**, including detailed information in reference to all known outgoing and incoming calls associated with the account, dates and times calls were made, and duration of all calls made or received. This is to include any other pertinent call detail records including special features codes, or any other codes that are maintained in the normal course of business for Verizon; Attn: VSAT, of any Verizon; Attn: VSAT cellular numbers identified in the course of the investigation. In addition to voice calls, this would also include any detail records showing text messages, MMS messages, or data activity.

5. **Cell site information**, to include all known cell towers associated with outgoing and incoming calls (Call Detail Records). This information is to include any sector information, if known, cell site location, and any other related material that would be necessary to identify the location and sector in reference to the cell site information associated with the call detail records. In the event text messages, MMS messages, LTE and Data activity including IP session and destination addresses that were produced are also available with cell site information, this information would be included in this request. This would include the Data Sessions report.

6. **Cell Site locations** for all Verizon; Attn: VSAT Cell Sites, sector information, including Azimuth headings, in the regional market associated with the requested cell site information.

7.  **Location information**, to include any estimated or known Longitude and Latitude of the cellular device's current location, or approximate location, information received by cell tower(s) in reference to direction and distance from the tower a device may be located (timing and triangulation information). Radio Frequency signal strengths, direction, and transmission information. The geographical constraints of location information will be limited to the United States. Location information can be in the form of historical records. Specific to Verizon; Attn: VSAT, this would include any reports of device activity that would include the approximate latitude and longitude of the device at the time of the activity, direction and distance from the tower, and other location related information commonly referred to as an RTT(Round Trip Timing), EVDO, ALULTE, and Levdort report. This further includes any other report similar in nature.

8.  **All text message and/or MMS messages**, including message content, currently stored in the normal course of business for Verizon; Attn: VSAT, to include any cloud services which allow for the long term storage of both voicemails and SMS/MMS messages.

9.  **Cloud Data**, any content that may have been backed up to Cloud Storage for the listed dates/times. If said Cloud Storage has been provided by a third-party provider, please provide relevant contact information for that provider.

WHEREFORE, Affiant makes this affidavit and prays the issuance of a Search Warrant in due form of law for the search of the above-described information, subject to the order of a Court having jurisdiction thereof, by the duly constituted officers of the law.

*Det Mikayla Preston #11243*
Detective Mikayla Preston
St. Johns County Sheriff's Office

SWORN TO and subscribed before me this Tuesday, February 28, 2023

Sergeant Eugene Tolbert
St. Johns County Sheriff's Office
(notary public or law enforcement officer per FSS 117.10)

Page 5 of 5

SJSO23OFF001895

IN THE CIRCUIT COURT
OF THE 7TH JUDICIAL CIRCUIT
IN AND FOR ST. JOHNS COUNTY, FLORIDA

IN THE MATTER OF AN APPLICATION FOR A COURT ORDER
PURSUANT TO 18 USC 2703 AND F.S. 934.23
(REQUIRED DISCLOSURE OF CUSTOMER COMMUNICATIONS OR RECORDS)

AUTHORIZING RELEASE OF SIGNALING INFORMATION
(COMMONLY KNOWN AS "CELL SITE INFORMATION")

## SEARCH WARRANT

**NOTE TO PROVIDER: THIS WARRANT IS ISSUED PURSUANT TO FLORIDA STATUTE S. 92.605. A RESPONSE IS DUE WITHIN 20 BUSINESS DAYS OF RECEIPT OF THIS WARRANT UNLESS A LONGER TIME PERIOD IS STATED HEREIN.**

**IN THE NAME OF THE STATE OF FLORIDA**

**TO:    THE SHERIFF OF ST. JOHNS COUNTY, HIS DULY APPOINTED DETECTIVES, THROUGH COOPERATING ASSISTANCE FROM THE LEGAL DEMAND COMPLIANCE GROUP OF VERIZON OR ANY OTHER DIGITAL PROVIDER WHICH MAINTAINS RECORDS RELATED TO THE TARGET ACCOUNT.**

WHEREAS, an affidavit, has been made this date before the undersigned, AND WHEREAS, said facts made known to me have caused me to find there is **PROBABLE CAUSE** to believe that certain laws have been violated, to wit:

**Possession of Child Sexual Abuse Imagery; F.S.S. 827.071(5)**

has been committed and that certain evidence related to the violations, in the form of information related to a cloud storage account described hereinafter is being kept by the following business:

**Verizon**
 **Attn: VSAT**
**180 Washington Valley Rd**
**Bedminster, NJ 07921**

These records are requested starting on <u>**01/22/2023 thru 01/28/2023**</u>    for customer/subscriber(s):

**Phone Number: 904-315-7058 (Target Device)**

Page 1 of 3

SJSO23OFF001895

**NOW THEREFORE, you are hereby commanded, in the daytime or in the nighttime, or on Sunday, as the exigencies of the occasion may demand, to produce:**

1.      **All customer/subscriber information**, including any listed addresses, telephone numbers, social security numbers, dates of birth, names, addresses, any other customer identifying information, mobile handset or device identifiers/serial numbers (MEID, ESN, IMSI, IMEI), activation date and deactivation date, and location device was purchased if applicable.

2.      **Device Purchase Information**. This is specifically to include the Date, Time and Location of where the device or any pre-paid refill cards were purchased.

3.      **Any email addresses associated with the account.** This is to specifically include Google Gmail addresses associated with any Android device associated with this device or any email associated with an iPhone and/or iTunes account associated with this device that is currently on file and stored in the normal course of business of Verizon; Attn: VSAT.

4.      **Call detail records**, including detailed information in reference to all known outgoing and incoming calls associated with the account, dates and times calls were made, and duration of all calls made or received. This is to include any other pertinent call detail records including special features codes, or any other codes that are maintained in the normal course of business for Verizon; Attn: VSAT, of any Verizon; Attn: VSAT cellular numbers identified in the course of the investigation. In addition to voice calls, this would also include any detail records showing text messages, MMS messages, or data activity.

5.      **Cell site information**, to include all known cell towers associated with outgoing and incoming calls (Call Detail Records). This information is to include any sector information, if known, cell site location, and any other related material that would be necessary to identify the location and sector in reference to the cell site information associated with the call detail records. In the event text messages, MMS messages, LTE and Data activity including IP session and destination addresses that were produced are also available with cell site information, this information would be included in this request. This would include the Data Sessions report.

6.      **Cell Site locations** for all Verizon; Attn: VSAT Cell Sites, sector information, including Azimuth headings, in the regional market associated with the requested cell site information.

7.      **Location information**, to include any estimated or known Longitude and Latitude of the cellular device's current location, or approximate location, information received by cell tower(s) in reference to direction and distance from the tower a device may be located (timing and triangulation information). Radio Frequency signal strengths, direction, and transmission information. The geographical constraints of location information will be limited to the United States. Location information can be in the form of historical records. Specific to Verizon; Attn: VSAT, this would include any reports of device activity that would include the approximate latitude and longitude of the device at the time of the

SJSO23OFF001895

activity, direction and distance from the tower, and other location related information commonly referred to as an RTT(Round Trip Timing), EVDO, ALULTE, and Levdort report. This further includes any other report similar in nature.

8.      **All text message and/or MMS messages**, including message content, currently stored in the normal course of business for Verizon; Attn: VSAT, to include any cloud services which allow for the long term storage of both voicemails and SMS/MMS messages.

9.      **Cloud Data**, any content that may have been backed up to Cloud Storage for the listed dates/times. If said Cloud Storage has been provided by a third-party provider, please provide relevant contact information for that provider.

**THESE PRESENTS THEREFORE, are to command you with proper and necessary assistance to search said premises and seize described items as evidence.**

In accordance with 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant,

**Please send the requested data including a certification of records to the St Johns County Sheriff's Office, Attention: Detective Mikayla Preston, via email (preferred) at mpreston@sjso.org or by delivery to 4015 Lewis Speedway St. Augustine, FL 32084.**

**Any costs incurred may be billed to: St Johns County Sheriff's Office, Attention Accounts Payable, 4015 Lewis Speedway, St. Augustine, FL 32084 or via electronic mail at SOAccountsPayable@sjso.org.**

**Due to the sensitivity of this on-going criminal investigation, the notification to the listed subscriber that these records have been released to a law enforcement agency could compromise this investigation. Based on these facts, it is further ordered that the customer/subscriber is not to be notified of the release of this information, as it could jeopardize an on-going criminal investigation.**

WITNESS my hand and seal this Tuesday, February 28, 2023

CIRCUIT COURT JUDGE
ST JOHNS COUNTY, FLORIDA

Page 3 of 3