State of California      )
                           )    ss

County of Los Angeles   )

## AFFIDAVIT

I, JEFFREY J. DOUGLAS, being first sworn upon oath, state as follows:

### Background and Qualifications:

1. I am a practicing criminal defense attorney who emphasizes the First Amendment and related matters in my practice. I am admitted to practice in all California State and Federal Courts. I am a member of California Attorneys for Criminal Justice, the California Public Defenders Association, and the National Association of Criminal Defense Lawyers.

2. I am Chair of the Board of Directors of the Free Speech Coalition, the trade association of the adult entertainment industry, and I was formerly both Executive Director and Legal Counsel of that organization. I am the former National Chair and President of the First Amendment Lawyers Association. I founded and operated Know Censorship, Inc., the Free Speech Coalition's database for tracking obscenity prosecutions throughout the United States.

3. I have represented and advised all segments of the adult entertainment industry since 1982, addressing issues arising from creation, manufacture, and distribution, through direct consumer sales of adult-oriented expressive materials. In particular, I represent some of the largest manufacturers, distributors, and retailers of sexually explicit materials. I represent hundreds of websites specializing in X-rated products and services, as well as "mainstream" clients such as Virgin Megastores, and other retailers selling adult products. I was involved in the defense in all three of the Federal sting operations against the adult entertainment industry, representing defendants in "Postporn" (1987), and "Operation Woodworm" (1990), and as a law student assisted in the representation of some MiPorn defendants (1981). Furthermore, I represented the first website prosecuted in the U.S. for distributing obscenity, and have successfully defended clients wrongfully accused of distributing child pornography and obscenity, as well as clients charged with obscene live conduct. I played a critical role in halting prosecutions for "lewd conduct" of adult film productions. I succeeded in having five prosecutions dismissed, and the Los Angeles City Attorney has now stopped the practice. I have also defended two Federal obscenity prosecutions in the early 2000s.

4. In order to meet the demands of my practice, and in my capacity as Chair of the Board of Directors of the Free Speech Coalition, as well as through my regular attendance and participation in the First Amendment Lawyers Association, I maintain close monitoring of current prosecutions of obscenity and child pornography cases nationally.

5. I have qualified and testified as an expert witness in California state courts, and have qualified and testified as an expert witness in several Federal cases, including *United States v. Katz*, Case No. Cr. 96-20027-0001, a child pornography prosecution in the Federal District of Louisiana, *Nitke v. Ashcroft*, Case No. 01 Civ. 11476, a challenge to the obscenity provisions of the Communications Decency Act before a three judge panel of the Southern District of New York, as well as in *Free Speech Coalition v. Gonzalez*, Case No. 05-CV-1126-WDM, a challenge to 18 U.S.C. § 2257 in the United States District Court in Colorado. Finally, I was an expert witness in *Free Speech Coalition, et al., v. Attorney General of the United States*, Case No. 2-09-cv-04607-MMB, a case challenging many elements of 18

1

U.S.C. § 2257, resulting in the gutting if the statute by the Third Circuit. In addition, I regularly testify before the California legislature, and on invitation, have testified before the United States Congress. I am an editor of *Porn 101*, a published (Prometheus Press) compendium of academic papers given at the World Pornography Conference in 1998, and I served along with several university professors as one the primary organizers of that Conference. I have authored numerous published magazine articles.

6.     I am among the small group of lawyers expert in the area of compliance with 18 U.S.C. § 2257, the so-called Federal Labeling Law. I was a creator of the industry standard compliance form for 18 U.S.C. § 2257. I have spoken at every national and regional forum on compliance and have done scores of individual consultations on the topic. Most major manufacturers use my compliance forms and training materials. I have testified as an expert witness in a Federal prosecution in Louisiana regarding use of 18 U.S.C. § 2257 documentation.

7.     I represent and am the record-keeper for MET-Art.com, a premiere adult website. I have been an attorney for Met-Art since 2002. That website features art photography of nude women. There is no sexual activity other than genital exposure; that is, there is no genital stimulation of any kind. Met-Art possesses proof of age of all posted models that exceeds industry standards. No image exists on the website of a person under the age of 18 years old.

8.     I have been approached by law enforcement concerning Met-Art imagery, and proof of age of particular models, many times. MET-Art has established an excellent reputation for cooperating with law enforcement. As far as I know, no image from MET-Art has been successfully convicted of being CSAM (Child sexual abuse material).

9.     I was asked by C. Crawford Pierce, counsel for William Lawshe, to confirm that the models appearing under the names of Kacey Lane and Milena D. were, in fact, 18 years old or older at the time of the photography. I provided proof of age of the models in question on December 19, 2023 (see Exhibit 1.) Exhibit 2 to this affidavit contains the photographic records that the models were of age, as well as my supporting affidavit. Those records were kept and maintained consistent with policies, procedures and statutory compliance in the regular course of business. Both were over 18 years old at the time of photography. I believe that the documentation I provided were substantial factors in the dismissing of criminal charges.

10. Cases arising from Milena D. images have been dismissed in England, Iowa, Holland and France. In 2013, I was asked by a Florida-based FBI Agent (Terri Botterbusch) to provide proof of identity (not age) to assure parents of a missing girl that Milena D. was not their missing child. Agent Botterbusch expressed appreciation for the cooperation and spoke highly of the reputation of Met-art for its responsible practices.

11.     I have reviewed two affidavits in support of search warrants by Detective Mikayla Preston, St. Johns County Sheriff Office. In each affidavit she states the following: "To note [sic], there is a watermark of www.met-art.com on the offending image. This site has a known history of displaying CSAM [child sexual abuse material] images of teenage girls and CSAM content from this site has been encountered other ICAC investigators in past investigations."

12.     This is a false statement and may indeed be a deliberate lie. There is no CSAM on the site. No law enforcement agency in St. Johns County has ever sought proof of age of any model from Met-art.com. Had any agent done so, I would have provided such proof.

13.     Distributing CSAM carries a mandatory minimum fifteen years' imprisonment under Federal law. Met-art.com is one of the most visited adult websites in the world. If any state or Federal

authorities suspected that Met-art.com was displaying CSAM material, Met-art.com would have been subject to an investigation and prosecution. That has not occurred and cannot because all models depicted are of age at the time of the photography.

     I declare under penalty of perjury that the foregoing statements are true and correct, except for that portion based upon belief and as to that portion, I believe it to be true and correct.

                                            Jeffrey J. Douglas

Sworn and subscribed to before me
this _____ day of May, 2025.


_____
Notary Public

                See Attached Form For Notary
        Walter H. Barnes IV , Notary Public
                  Dated -

           May 8, 2025

3

**CALIFORNIA JURAT**                                   GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on

this **8th** day of **May**, 20 **25**, by
Date            Month            Year

(1) _____ Jeffrey J. Douglas _____

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WALTER H. BARNES IV
Notary Public - California
Los Angeles County
Commission # 2496568
My Comm. Expires Aug 4, 2028

Place Notary Seal and/or Stamp Above

Signature _____
Signature of Notary Public

──────── OPTIONAL ────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

Description of Attached Document

Title or Type of Document: **Affidavit**

Document Date: _____    Number of Pages: **3**

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

**EXHIBIT 1**

 Gmail

**Jeffrey Douglas <jjdxxx1@gmail.com>**

## MET-Art

**Jeffrey Douglas** <jjdxxx1@gmail.com>                     Tue, Dec 19, 2023 at 10:08 AM
To: "C. Crawford Pierce, IV" <crawfordpiercelaw@gmail.com>, "Mike Roberts (Cell)" <mroberts@nrhnlaw.com>

I attach the redacted photo ID of "Kacey Lane." She was born on April 28, 2001. The earliest images of her were recorded on October 10 - 13, 2019. Those images were published on November 18, 2019. So she was 18 years, four months and twelve (?) days old at the time of the photography (if my arithmetic is correct).

As to Milena D., she has been the subject of many inquiries. Cases arising from her images were dismissed in England, Iowa, Holland and France. It was she who the FBI Agent (Terri Botterbusch) requested assistance regarding her origins to assure parents of a missing girl in 2013. I attach her holding two passports and an affidavit I provided to an English solicitor resulting in the dismissal of a British prosecution for possession of a sexually explicit image of an underage model. I have asked when "Top Model" film shoot occurred, but the affidavit below indicates that the earliest shoot happened when she was 18 years and seven months old.

Let me know if I can be of further assistance. Specifically, I can sign any and all relevant declarations.

Best wishes and happy holidays!

          JJD              He/Him/His
Jeffrey J. Douglas, A Professional Corporation    **Please note address change.**
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

### 3 attachments



**7420 Kacey Lane passport.jpg**
941K



**Milena-D-holding-2-passports.jpg**
1273K

5/8/2025, 10:00 AM

1 of 2

## Witness Statement
*(CJ Act 1967, s.9 MC Act 1980, 5A MC Rules 1981, r.70)*

| | |
|---|---|
| Statement of: | Jeffrey J.Douglas |
| Age: | 58 |
| Date of Birth: | 23 July 1956 |
| Occupation: | Attorney at law |
| Address: | 1717 4th St 3rd Floor |
| | Santa Monica, California 90401-3319 |

*This statement (consisting of 1 page each signed by me) is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated anything that I know to be false or do not believe to be true.*

I am an attorney licensed to practice law in the State of California and all Federal Courts therein. I am the custodian of records for the website MET-Art.com. All statements contained within this Declaration are true to my personal knowledge or based upon information and belief.

It is the absolute requirement of MET-Art.com and all related entities that for any form of publication or possession of images, the models must be eighteen years of age at the time of photography, and proof of that age must be provided when the images are acquired by MET-Art.com.

This policy is not just based upon the ethical standards of the operators of MET-Art.com. The penalties for creation or importation of images of underage persons are so severe under United States law (fifteen years mandatory minimum imprisonment) that no commercial benefit could ever justify the risk.

I have reviewed copies of the identification and related documents of a model known as "Milena D." She was born in June 1991. The earliest photography of her was recorded in February 2010. She was eighteen years (and seven months) old at the time of the photography.

Signed: _Jeffrey J. Douglas_    Dated: 12 February 2015

Jeffrey J Douglas    Page 1 of 1

Ref:

**EXHIBIT 2**





## Witness Statement
### (CJ Act 1967, s.9 MC Act 1980, 5A MC Rules 1981, r.70)

| | |
|---|---|
| Statement of: | Jeffrey J.Douglas |
| Age: | 58 |
| Date of Birth: | 23 July 1956 |
| Occupation: | Attorney at law |
| Address: | 1717 4th St 3rd Floor |
| | Santa Monica, California 90401-3319 |

*This statement (consisting of 1 page each signed by me) is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated anything that I know to be false or do not believe to be true.*

I am an attorney licensed to practice law in the State of California and all Federal Courts therein. I am the custodian of records for the website MET-Art.com. All statements contained within this Declaration are true to my personal knowledge or based upon information and belief.

It is the absolute requirement of MET-Art.com and all related entities that for any form of publication or possession of images, the models must be eighteen years of age at the time of photography, and proof of that age must be provided when the images are acquired by MET-Art.com.

This policy is not just based upon the ethical standards of the operators of MET-Art.com. The penalties for creation or importation of images of underage persons are so severe under United States law (fifteen years mandatory minimum imprisonment) that no commercial benefit could ever justify the risk.

I have reviewed copies of the identification and related documents of a model known as "Milena D." She was born in June 1991. The earliest photography of her was recorded in February 2010. She was eighteen years (and seven months) old at the time of the photography.

Signed: *Jeffrey J. Douglas*            Dated: *12 February 2015*

Jeffrey J Douglas            Page 1 of 1

Ref:

## **AFFIDAVIT**

1. I am over the age of 18, of sound mind and body, and make this affidavit of my own free will and of my own personal knowledge of the facts contained herein.

2. I am a licensed attorney and have been a member of the Florida Bar since 2009.

3. I represented William Lee Lawshe in criminal case No. 2023-CF-00516 filed in St. Johns Couty, FL.

4. During the investigation, I was one of the few individuals given access to the relevant images involved in the case.

5. Upon review of the images, I immediately believed them to depict adults.

6. All of the content was professionally produced and still photographs of partially nude females. These photographs could be described as "centerfold" or "pin-up" type photographs.

7. None of the models were portrayed as, pretending to be, or described as minors.

8. All of the images were clearly downloaded or screenshot from public ".com" websites.

9. Within a very short period of time, I was able to locate the models on multiple public websites.

10. A simple Google search will return all of the images and models involved in this case.

11. Both of the models can be found on *metart.com.*

12. The models are described as "verified adults" and the website claims compliance with federal age verification or labeling law: §18 USC §2257.

13. *Metart.com* publishes the name and contact information of their records custodian.

14. The records custodian of *metart.com*, Mr. Jeffery Douglas, is a licensed attorney in the State of California.

15. After verifying his active license to practice law on the California State Bar's website, I contacted the records custodian, Mr. Jeffrey Douglas, and obtained the age verification information contained in "Exhibit A" within days.

16. The models identified by Mr. Douglas are the models depicted in the relevant images and images charged in the above-referenced criminal case. (See Exhibit A)

17. Based on information and belief, the models were adults at the time of the relevant photography.

C. Crawford Pierce, IV, Esq.

STATE OF FLORIDA

COUNTY OF Duval

The foregoing instrument was subscribed and sworn to personally before me this ____ day of May, 2025.

Notary Public

AUTUMN ZEPF
Notary Public - State of Florida
Commission # HH 341767
My Comm. Expires Apr 11, 2027
Bonded through National Notary Assn.

Printed Name or Official Stamp: _____

# EXHIBIT A

 Outlook

## Re: MET-Art

**From** Jeffrey Douglas <jjdxxx1@gmail.com>

**Date** Tue 12/19/2023 1:08 PM

**To**  C. Crawford PIerce, IV <crawfordpiercelaw@gmail.com>; Mike Roberts (Cell) <mroberts@nrhnlaw.com>

📎 3 attachments (3 MB)
7420 JJD Milena signed dec Atkinson .pdf; 7420 Kacey Lane passport.jpg; Milena-D-holding-2-passports.jpg;

I attach the redacted photo ID of "Kacey Lane." She was born on April 28, 2001. The earliest images of her were recorded on October 10 - 13, 2019. Those images were published on November 18, 2019. So she was 18 years, four months and twelve (?) days old at the time of the photography (if my arithmetic is correct).

As to Milena D., she has been the subject of many inquiries. Cases arising from her images were dismissed in England, Iowa, Holland and France. It was she who the FBI Agent (Terri Botterbusch) requested assistance regarding her origins to assure parents of a missing girl in 2013. I attach her holding two passports and an affidavit I provided to an English solicitor resulting in the dismissal of a British prosecution for possession of a sexually explicit image of an underage model. I have asked when "Top Model" film shoot occurred, but the affidavit below indicates that the earliest shoot happened when she was 18 years and seven months old.

Let me know if I can be of further assistance. Specifically, I can sign any and all relevant declarations.

Best wishes and happy holidays!

> JJD                He/Him/His
Jeffrey J. Douglas, A Professional Corporation    **Please note address change.**
401 Wilshire Boulevard, Fl 12
Santa Monica, CA  90401-1456

310.804.4971 mobile
310.576.3411
310.576-3408 fx

jjdxxx1@gmail.com

"The law, in its majestic equality, forbids equally the rich, as well as
the poor, to sleep under bridges, to beg in the streets and to steal bread."

From The Red Lily by Anatole France (Jacques Thibault)

On Mon, Dec 18, 2023 at 8:33 PM C. Crawford PIerce, IV <crawfordpiercelaw@gmail.com> wrote:

Mr. Douglas,

I just located the 2nd model on Met Art's website that they charged my client with possessing photos of, and this appears to be the same set of photos.

Please see what you can locate for me on this model: Milena D in 'Top Star' (129 photos) - MetArt

I am certain these photos and model are from the very same shoot.

Thank you so very much!

Crawford Pierce, IV, Esq.
The Law Office of C. Crawford Pierce, IV
2807 N. Tenth Street, Suite 12
St. Augustine, FL 32084
(904) 468-3575
wwww.CrawfordPierceLaw.com
CrawfordPierceLaw@Gmail.com



---

**From:** Jeffrey Douglas
**Sent:** Monday, December 18, 2023 3:15 PM
**To:** crawfordpiercelaw@gmail.com
**Subject:** MET-Art

Dear Crawford,

It was both pleasant and disturbing speaking with you today. Rest assured of my commitment to assisting your client in this miscarriage of justice. Hard to believe Florida would pursue such a thing....

I have requested the ID information on "Kacy Lane" be sent to me to pass onto you. I hope that the holidays do not slow anything down on MET-Art's end.


Below please find my contact information.


Mobile is the best telephone.



    JJD            He/Him/His

Jeffrey J. Douglas, A Professional Corporation
401 Wilshire Boulevard, Fl 12
Santa Monica, CA  90401-1456


**310.804.4971 mobile**
310.576.3411
310.576-3408 fx

jjdxxx1@gmail.com


"The law, in its majestic equality, forbids equally the rich, as well as
the poor, to sleep under bridges, to beg in the streets and to steal bread."

From The Red Lily by Anatole France (Jacques Thibault)