IN THE CIRCUIT COURT, SEVENTH JUDICIAL CIRCUIT, IN AND FOR ST. JOHNS COUNTY, FLORIDA.

CASE NO.: 2023-CF-000516

STATE OF FLORIDA

vs.

WILLIAM LEE LAWSHE,

    Defendant.

_____/

**DEPOSITION OF MIKAYLA PRESTON**

(Via Zoom)

DATE TAKEN:      November 21, 2023

TIME:      10:28 a.m. until 11:30 a.m.

PLACE:      Via Zoom Videoconference

This cause came on to be heard at the time and place aforesaid, when and where the following proceedings were **stenographically reported** by:

Suzette M. Kowalski, RPR
Coastal Court Reporters, LLC
St. Augustine/Jacksonville, Florida
(904) 824-3525

---

**A P P E A R A N C E S**

KAITLYN PAYNE, ESQUIRE
    (Appearing Via Zoom)
    State Attorney's Office
    Richard O. Watson Judicial Center
    4010 Lewis Speedway, Suite 2022
    St. Augustine, Florida 32084
    appearing on behalf of the State.

C. CRAWFORD PIERCE, IV, ESQUIRE
    (Appearing via Zoom)
    The Law Office of Crawford Pierce, IV, P.A.
    2807 North Tenth Street
    Suite 12
    St. Augustine, Florida 32084
    appearing on behalf of the Defendant.

---

I N D E X

WITNESS:

MIKAYLA PRESTON

    Direct Examination by Mr. Crawford    4

CERTIFICATE OF OATH    52
REPORTER'S CERTIFICATE    53
ERRATA SHEET    54

N O   E X H I B I T S

---

MIKAYLA PRESTON, having been first duly sworn, was examined and testified as follows:

THE WITNESS:  Yes, ma'am.

DIRECT EXAMINATION

BY MR. PIERCE:

Q    Good morning.  Please state your name for the record.

A    Mikayla Preston.

Q    All right.  And give me a little bit of your background and employment history.

A    I started in law enforcement officer in 2017 with St. Augustine Beach Police Department, then I transitioned to the sheriff's office in 2020, and I came to investigations in 2022, if I'm not mistaken, I believe.

Q    Okay.  So it sounds like you were under Sheriff Hardwick over at SA Beach Police Department?

A    Yes, sir.  Yes, sir.

Q    Okay.  And I guess he brought you on with St. Johns County once he was elected?

A    No, sir.  I actually was hired on under Shore.

Q    Oh, you did?  Oh, okay.

A    Yes, sir.

Q    I got my dates got mixed up?

A    It was right before he got elected.  Literally like a couple months before.

Q    Oh, okay.  I was thinking 2020.

A    Yes, sir.

Q    And you said you joined this division last year?

A    Yes, I believe it was July of 2022.

Q    Okay.  Now, I'm only going to ask you about your educational background because I think we have some similarities, but state that for me.

A    Well, I went to Florida State University, if that's what you --

Q    Go 'Noles.

A    Exactly.  Go 'Noles.

Q    I think we were actually in the same department.  Not at the same time or anything.  But you got your degree in criminology?

A    Yes, sir.  Yep.

Q    Okay.  Did you stick with a bachelor's or did you go beyond that?

A    No, I just stuck with the bachelor's.  And I actually came down after my bachelor's and started the police academy.

Q    Okay.

A    Yeah.

Q    All right.  Yeah, I was in the master's program over there, so -- at that the same college of criminology?

A    That's what my best friend did, and I was like, I'm done paying student loans.

Q    Yeah.  Yeah, I was debating between PhD and going to law school, which obviously I chose law school.  And I've thought about going back many times for a PhD, but just haven't.

Do you have any background in IT or computer science, anything like that?

A    No.

Q    Okay.  That looks like an adamant --

A    Probably need to, but no.

Q    Okay.  Any medical training or any background in medicine?

A    No, sir.

Q    Okay.  Give me your background specific to ICAC investigations.  I know they send you guys to a lot of training.

A    Yes, sir.  So I'm a part of the North Florida ICAC Task Force.  With that, we also do different trainings that are part of that -- what we call North Florida ICAC for short.

Q    And how many hours have you put in thus far since -- I guess you would have started last year, correct?

A    Yep.  If I had to estimate, because I don't know the exact amount of hours, I'd probably say, honestly, close to over 50 hours.

Q    Okay.  Did they send you initially to some particular, like, education course or something like that?

A    So -- no, the only initial one that we did was what we call just kind of chat-based, with learning how to follow the ICAC standards with chatting with people who were trying to come and meet minors for sex --

Q    Online solicitation stuff?

A    Yes, sir.

Q    Okay.

A    That was the initial class.

Q    Specific to this type of investigation that we're dealing with in this case, what sort of training did you have through ICAC?

A    I'm trying to think of the actual name of it, which I cannot.

Q    Do you recall where you took it?

A    Well, it's through the North Florida ICAC.  They have online site.  I forgot the name of it.  It's the school, and it starts with an F, and I cannot think of it right now.

Q    Okay.

A    But usually those are just online that what we do.

Q    Okay.  Do you know how many of those you've attended --

A    At least five --

Q    -- specific to child pornography?

A    At least five or six, I want to say, if I'm not mistaken.

Q    Okay.  All right.

A    It's Fox Valley.  That's the name of it.

Q    Fox Valley?

A    Yes, sir, Fox Valley.  I'm sorry.

Q    That's okay.  Now, I've got a report from you -- give me one second, let me just pull it up so I can describe it to you.  I've got a report from you that looks like it's 12 pages in length.  And let me see how you titled it, just so I make sure we're talking about the same thing.  It's titled, FIBRS Incident Report.  What does FIBRS stand for, by the way?

A    Do you know what's listed in it?  Because I do not know what you're referring to.

Q    No, it's just right above St. Johns County Sheriff's Office.  I've been seeing these a lot lately

9

on the incident report, I just wasn't sure what the acronym meant. So this is a 12-page report, and then I think I've got an arrest report from you that -- let's see -- that is about four pages in length.

Do you recall preparing any other reports in connection with this investigation?

A    It should only be the initial and then that arrest report, which would be titled under the probable cause.

Q    Okay. Now, you prepared affidavits supporting search warrant, but did you actually prepare the search warrants, or was that done by Detective Tolbert?

A    No. So if -- the search warrant you're talking about -- which one? Because there was multiple search warrants that were prepared.

Q    Correct. I think you did the affidavits for each, though. So I've got one for the Verizon account, an affidavit to that search warrant, then I have an affidavit for search of Mr. Lawshe's home. What other affidavits do you recall?

A    The only one I know is the Synchronoss one, because we sent off for --

Q    Okay.

A    That's the one I'm referring to.

Q    Yes, ma'am. That's the one I just described

10

as the Verizon.

A    Verizon, okay.

Q    Okay. So aside from those two affidavits that we just referenced, the four-page arrest report and 12-page incident report, any other reports that you prepared in connection with the investigation?

A    No, sir, not from my knowledge.

Q    Okay. And have you had an opportunity to review those reports?

A    For which ones, the search warrants or my actual narrative and the probable cause?

Q    All of them.

A    So I wrote them, so I reviewed them, but I haven't recently reviewed them.

Q    Okay. I guess that's really my question. What did you review in preparation for the deposition?

A    So I reviewed the probable cause.

Q    Okay.

A    And then I went over my actual narrative as well, and a portion of Dr. Dully's statement as well.

Q    Okay. And let me ask you about that. I know eventually we'll get to it, but did she prepare any sort of, like, report for you? I know you had quoted from statements --

A    Yes, sir.

11

Q    -- that she had made in your report.

A    Yes, sir. So she actually wrote out -- I guess you could say it probably was like a paragraph --

Q    Okay.

A    -- and she put it on her own actual letterhead. So yeah, she created her own personal report in reference to those images.

Q    Okay.

MR. PIERCE: And just off the record real quick.

(Off-the-record discussion.)

BY MR. PIERCE:

Q    Okay. So tell me about when you initially received this tip from NCMEC. I think is how we pronounce that acronym.

A    Yes, sir. Yes, sir. That's right.

Q    Okay.

A    So we received the tip from NCMEC, it was provided by Synchronoss, and it provided a phone number, which was attached to the tip, and then also the image that was reported by Synchronoss.

Q    Okay. It looks like you originally got some identification information along with just the phone number. Did you have anything else identifying who the phone number belonged to or anything like that?

12

A    So we were able to look up the phone number and saw that it was linked to Mr. William Lawshe.

Q    Okay. So you had that information ahead of seeking the search warrant, correct?

A    Yes, sir.

Q    You had at least the individual's name?

A    Ahead of the search warrant, yes, sir.

Q    Okay. Can you describe for me the image that you reviewed in the original CyberTip?

A    So there were two images.

Q    Okay.

A    One image was of a younger girl. She was clothed with like some white, lace stockings, and she posed in a manner where her -- obviously, sexual organs were exposed. The other image was an image of a female. She was, like, on a bed and she was strapped in and she had something strapped across her mouth, and she was also completely naked. That is one that we viewed was age difficult, so we did not --

Q    What was strapped to her mouth, as you recall?

A    It almost looked like one of -- I guess almost like a sexual -- like a choking device in a sense. Like, it had like the ball like -- and it was strapped across her face.

Q    A ball gag?

A    Yes.

Q    You heard that term?

A    Yes.

Q    I'm no expert.  I think Ms. Payne may have mentioned it.

A    But that was one of the other images.  So it was two different CyberTips.

Q    Okay.

A    But all listed attached to that phone number, because that was the only thing listed on the actual CyberTip itself was just that 904 phone number.  And then the one image was the female that was strapped to the bed and the other image was of the little girl.

Q    Now how do you guys receive -- do they actually just send the image over with a report, or do they send a report saying, Hey, this is a description of the image, and then you have to request it?  How does that work?

A    So, like, the way you described it.  So they send over a PDF form of the report, and it just lists like file name, MD5, who reported it, like the actual ESP company.

Q    Okay.

A    And then within the actual NCMEC database, they have -- underneath that PDF form, they'll have

either like a MP4 or an actual image file, which will be that CSAM image, and you have to actually click on it, and then obviously accept that you want to view it, and then it pops up.

Q    Now, the one that you just described a moment ago with the device in the lady's mouth, is that -- that's the one that came through with a date of October 29th, 2022; is that accurate?

A    That I would have to refer back to.  I don't remember the exact date.

Q    Okay.  So I have one CyberTip report, I'm just looking at them right now that I got with discovery.  One of them says, Received by NCMEC on January 25th, 2023.  That's the one that's referenced in your report.  And then the other one you described, you said, was sort of age indeterminate.  So my assumption is that's the October 29th, 2022.

A    Let me look back.  But that possibly is.

Q    So my question is:  You guys get the second image reported on January 25th of this year.  Did the prior CyberTip come in before that and had already been reviewed, or did it come in with the second tip?

A    So it all depends.  So it just depends on when the ESP provider actually submitted the image and the report to NCMEC.  So sometimes we can say, Hey, the

incident was, let's say, June of 2021, but it's not forwarded to us until a month, two months later, or vice versa, if the second image was reported to NCMEC earlier and got to us later.  It just all depends on when the ESP actually sends over that information to NCMEC and when NCMEC forwards it to us.

Q    Okay.  So if at the top of this CyberTip report it says, Received by NCMEC on October 29th, 2022, that would be the date you guys actually received it from NCMEC?

A    That would be the date that it was reported to NCMEC.  So our dates, it's whenever it's actually sent to us and is signed to us.  So sometimes it could be sent after it's reported to NCMEC to our actual agency, because it will get forwarded to, like, the North Florida ICAC, and Chris King, which is over it, he would have to go through, okay, and say, Hey, this comes back to St. Johns County or this comes back to Duval County, and then it would get transferred over to us.

Q    Okay.  And I'll just stop just for a moment for Suzette's purposes.

(Off-the-record discussion.)

BY MR. PIERCE:

Q    If this says it's received by NCMEC on October 29th, do you know, as we sit here today, whether

or not that image would have been reviewed prior to the one that was received in January of this year?

A    No, I would have to pull it up and see if it was reviewed prior or at the same time.

Q    Do you have access to that stuff, just so you could tell me?

A    Yeah, uh-huh.  Yes.  I'll just have to login.  One second.

Q    While you're looking, let me ask you:  On both of these tips, it says, Content categorization CP unconfirmed.  Do you ever get these tips come in where they actually say "confirmed"?

A    Yes, sir.

Q    Okay.

A    And that's usually confirmed either by the ESP --

Q    Okay.

A    -- or it could be confirmed by somebody in NCMEC.

Q    Okay.  Now, ESP we know is, like, Electronic Service Provider?

A    Service Provider, yes, sir.

Q    Okay.  In your report, you also reference, EXIF.  What is that?

A    You said EX- -- oh, that's the EXIF data.

17

Q    Okay.

A    Which is on the actual photograph.

Q    Okay.  Do you know what that stands for, EXIF?

A    The actual word?  No, I just know it's the actual EXIF data.  Like every photograph or every image is going to have some type of data that makes it specific to that photograph, and that's literally what the EXIF is.

Q    The metadata basically?

A    The actual name for the acronym, I don't know.

Q    But it's like metadata?

A    In a sense, yes, sir, because all of it is specific to that actual image.

Q    Okay.

A    Okay.  And then do you remember which tip number it was that you were saying for the January one?

Q    Like, the actual tip line report number?

A    Yes, sir, the actual -- because there's two of them.  There's one that ends in 160, and then there's one that ends in 848.

Q    So the 848, if you look right underneath that, it says, Received by NCMEC on 10/29/2022.  But there doesn't seem to be any sort of like intervening reports or anything between October of last year and January of this year when the second CyberTip comes in.  That's

18

what I'm curious about, is whether or not someone had actually reviewed it before the second tip comes in, or they're both being reviewed at the same time.

A    So it appears that they were both being reviewed at the same time, because it shows the incident date of October 9, 2022, but then it shows that the date made available was December 5th of 2022.

Q    Oh, okay.

A    Yes, on the actual NCMEC site, it's showing that, Reporting Method, Synchronoss; Report Number, which will be that 137877848; and then it shows the date made available, December 5th, 2022; Incident Date, October 9th, 2022; and then Incident Type, Child Pornography.

Q    So would that be a situation where the tip comes in, but if somebody wanted to review it, they wouldn't even be able to see it until December?

A    Until, yes, it gets forwarded to NCMEC itself.

Q    Okay.

A    And until, I guess, it gets forwarded to that specific agency.

Q    Okay.  Can you tell based on that whether or not anyone reviewed it between that date it was accessible and December, before the second tip comes in in January?

19

A    Let me look at the case details.  Hold on one second.  Let me go back.

Q    Do you guys review every tip that comes in, or is there any sort of policy where it's like, well, we get so much of these, we're only going to review it if it's -- you know, we get two reports, or something like that?

A    No, every tip gets -- no, every tip gets reviewed, both by the sergeant and/or the corporal.

Q    Okay.

A    They go through the tips and then will assign them out to us.

Q    I got you.  I guess you're still looking for the answer to that one question.  But is there any way to tell whether or not anybody had reviewed it?

A    From what I can see, it doesn't show you who opens it or when they open it, it just shows you that it was open.

Q    Okay.

A    But it doesn't show me like -- you know, like a date stamp of when it was opened, because both tips obviously were opened, I just can't see when or by who.

Q    Do you guys -- on the law enforcement end, do you have like a login where you have to note, Okay, so Detective Makayla Preston with St. Johns County

20

Sheriff's Office reviewed this image?  Is there anything like that on there?

A    On the NCMEC site, no, sir.  It just shows you the list of people who are allowed to view it.  And then, like, if I wanted to leave, let's say, case notes, it would show my name if I attached case notes to it, or if I uploaded any type of information to the actual tip itself.  I'm looking at the -- because it's all done through that portal.

Q    Okay.  I got you.  All right.  So when the CyberTip comes down -- I wanted to refer back to that EXIF that we talked about a second ago.

So at the top of page 5 of your report is where it says, Did reporting ESP view the EXIF of uploaded file.  The answer was no.

If they had reviewed that, what would it have told them?

A    If they had reviewed the file?

Q    If they had reviewed -- well, I think the file itself was reviewed, because it says, Did reporting ESP view entire contents of uploaded file?  It says, Yes.  But then it asks, Did reporting ESP view the EXIF --

A    The EXIF data?

Q    Yes, ma'am.  And it says no.  What would they have discovered if they had reviewed that?  What would

it have told them?

A    What would it have told NCMEC?  That I don't know.

Q    Okay.  Is there a way for you to review metadata of the image once you receive it?

A    So once we receive it, obviously, it's going -- that metadata, it's going to be saved the way we save it to our computer.  So it's different from how they, let's say, would save it to their phone.  So like if he saved it to his phone, the metadata can change slightly, but it won't really change that MD5 hash, because that's the actual kind of tag that's stuck with that photograph.

Q    Okay.  Now, you described the one -- the prior tip from October as age difficult or age indeterminate, and that was -- what's that?

A    No, I was just confirming that that was the right CyberTip number, but yes.

Q    Oh, okay.  So you reviewed that on February 20th, and then you consulted with Dr. -- I pronounce it Dully, but it sounded like you pronounced it a different way.

A    And I could totally be wrong.

Q    Oh, okay.  I just thought maybe you picked it up from your conversations with her.

A    No, I could totally be wrong.

Q    Okay.  I'm just going to say Dully then.

Would it be fair to say that between February 20th and February 22nd, when you consulted with Dr. Dully, you had not confirmed at that point the age or anything like that of the individual in the image?

A    For the one that was actually confirmed to be CSAM, or are you talking about with the woman that was like with the gag?

Q    Well, it didn't sound like she -- did you even have Dr. --

(Simultaneous talking.)

A    No.  So I never sent that one, because we just kind of X'd that one out.  That one just --

Q    Okay.

A    Yeah.

Q    Okay.  So at least at that point with the image that you asked her to review, you had not confirmed for yourself what you were looking at was indeed child pornography, correct?

A    So that I did know, that it was child pornography.  I felt that she was definitely under the age 18.  A specific age I didn't have, because obviously it would just be an approximate for me because I'm not a doctor.

Q    Okay.  Now, you said you confirmed that the image was a minor, but would it be more accurate to say you concluded that it was a minor versus you confirmed it was a minor?

A    Prior to speaking to Dr. Dully, yes.

Q    Okay.  Is there any sort of reports that Dr. Dully provided you where she confirms that this is a minor?

Because at least what you quoted in the report, she says that it was a pubertal female, which -- you understand what the definition that is, that means sexually mature and developed, has gone through puberty --

A    Yes, sir.

Q    -- at that point?  And what she's quoted as saying is this female child appears younger than 18 years of age.  But where does she confirm that the individual is under the age of 18?

A    The line below where she said that she would have received -- excuse me -- achieved -- sorry -- that developmental pubertal appearance between the ages of 12 to 15 years of age.

Q    Right.  But she's saying that she's pubertal, meaning that she would have already achieved that at that age range, from 12 to 15, correct?

A    Yes, between the ages of 12 to 15, based off what Dr. Dully was saying, she has seen, obviously, children who appear to look similar to that child in that photograph.

Q    Okay.  But as far as you know, she was never able to confirm the identity of this individual in any sort of way, correct?

A    No, we were able -- excuse me -- we were never able to know if the child was -- who the child was, but we were able to confirm that it was an actual child.

Q    Okay.

A    We just don't know who that child is.

Q    Now, do you -- do you always consult with Dr. Dully before making a decision on these cases?

A    We like to consult with her quite often.  Do I do it for every case?  No, sir.

Q    Okay.  Do you know how many of these cases you've been assigned as the lead on?

A    Oh, Lord.  Probably -- oh, gosh.  Now, over 60 or 70.  I'm trying to think of my caseload right now.

Q    Okay.

A    I definitely think well -- I know for sure well over 60.

Q    Okay.

A    Since I've been here.

Q    Do you know what -- approximately what percentage of those cases you would assign to consulting with Dr. Dully about the age determination?

A    Definitely say less than half of those.

Q    Okay.

A    Yeah, definitely less than half.

Q    Okay.  And the purpose in consulting with Dr. Dully is to try to determine age, correct?

A    To try to determine specific age, yes, if we can.

Q    Okay.  But she doesn't give you any sort of specificity, she gives you a range of each of these ages, correct?

A    Yes, between that 12 to 15 age.

Q    Okay.  Now, she applies what is known as a Tanner standard or schedule to these images.  Do you have any understanding of the Tanner system and how that operates?

A    Only what she briefly told me before she actually looked at the image.

Q    Okay.  Like if I were to ask you what is the appearance of SMR3 in the breast region, would you be able to describe that or define it --

A    No, not unless I had her little book.  No, no, no.

Q    I got you.  What is your understanding of her use of the term "pubertal"?

A    Just meaning that they have actually hit that puberty age where they will start showing, obviously, like, hair in the vaginal and anal regions and stuff like that, or they'll show breast development in certain areas.

Q    Okay.  When she's reviewing the images -- I assume you have to sit there with her while she's reviewing it?

A    Yes, sir.

Q    Okay.  And how long do you think that you met with Dr. Dully when she reviewed these images?  Looks like you met with her twice, so let me clarify that.

A    It was -- from start to finish, the first time, because I couldn't get the image to upload, it took a while.

Q    Okay.

A    And that one was about -- I want to say I was there for probably an hour, but most of the time it was spent trying to actually get that image to pull up on the computer.

Q    Okay.

A    But with her reviewing it, an estimate, I don't really know.

Q    Okay.  Now, does she reach her conclusions while you're sitting there reviewing the images with her, or does she send you a report later?

A    No, so she reaches her conclusions before I even leave.

Q    Okay.  Have you had any occasions that you recall since you've been in this division in the last year where you've been meeting with Dr. Dully and she said, No, that's not a minor?

A    Well, she's never really told me, Hey, that's not a minor, she's told me that this appears very age difficult before on a couple of images that we have shown her.

Q    Okay.  Okay.  Are you familiar with confirmation bias and how that works within law enforcement sometimes?

A    Yes, sir.

Q    Okay.  What's your understanding of confirmation bias and how that operates?

A    I would probably say -- like, an example, and obviously correct me if I'm wrong, but how I view it is if I send you an image and say, like, Hey, I believe this to be a child, can you confirm or deny it?  And then you were to review it and be like, Yep, I'm going to confirm that it is a child because you, as a law enforcement officer, are telling me that is a child.

Q    Yeah, that's sort of the same -- is there anything that you do in your practice to rule out the possibility of confirmation bias and that it's possibly occurring in those settings?

A    Yeah, so like with Dr. Dully, for instance, when I go over, I just literally tell her, Hey, obviously this is an image that we need reviewed.  I don't tell her, like, if I think that that's a child or not, just obviously review the image and tell me what you would think --

Q    Okay.

A    -- this image depicts.

Q    Were you able to confirm that the image you were looking at was not AI generated and was an actual individual?

A    Was an actual human?

Q    Uh-huh.

A    Yes, sir.  Because we've had cases where it is AI generated, and like you can even see the hairs on their skin, but we're able to have -- like, our digital forensics, Kevin, if I ever think like, hey, this even has an instance where it could be, he'll come over and he'll either confirm, and be like, yeah, this is definitely AI, don't look through it; or, obviously,

29

this is an actual human.

Q    But if you didn't have any questions about the image yourself, then you wouldn't have called Detective Greene over to analyze it, correct?

A    So no -- so I always -- probably, honestly, nine times out of ten always have another detective with me confirm, like, this is CSAM, just to get a second --

Q    Okay.

A    -- opinion on any image, especially if we are going to move forward with it.

Q    Do you recall if it you used any other detectives in this particular investigation for confirmation?

A    Yes, sir.

Q    Which ones?

A    For sure Kevin Greene, obviously, reviewed the image.  And I believe that I had Detective Scoggins, if I'm not mistaken, because he, during this time, used to sit adjacent to me, like kind of catty-corner.

Q    Okay.  Do you know whether or not Dr. Dully is able to differentiate between AI imaging and an actual individual?

A    That I don't know, because we never discussed that with her.

Q    Okay.  That would have been my follow-up, did

30

you ever have that conversation with her?

A    No, sir, I haven't.

Q    Did you yourself attempt to locate any of these images, particularly the first one that you had her review, that had the watermark of Met, hyphen, Art?  Did you attempt to go to that website to see if you could find other images that were related to that one, or that particular individual?

A    So no.  So Detective Greene, he actually researched the Meta-Art [sic], and I actually searched it on Google and it was showing -- because he's heard before -- in the past, obviously -- excuse me, Met-Art -- I don't know why I keep saying Meta-Art, but Met-Art -- using underage females in the past on their sites.  And I've seen different links on Google -- obviously can't believe everything you see on Google -- stating that underage females were used on the site, but I couldn't, obviously, locate that specific image on Met-Art.

Q    Okay.  Yeah, and your report states that Met-Art has a known history of displaying teenage girls and CSAM.  And you'd also said that that site had been encountered by other ICAC investigators.  But do you have any specific experience with that website yourself?

A    No, sir, I do not.

31

Q    And I notice you said that they have a history of displaying teenage girls and CSAM.  Would you agree there's a difference between a teenage girl and CSAM?

A    No, sir, because they're all under the age of 18, so it would all be considered child pornography -- excuse me -- child sexual abuse.

(Simultaneous talking.)

Q    What about 18 and 19?

A    Huh?

Q    What about 18 and 19?

A    That, they're an adult.

Q    Those are still teenage girls, though.

A    But they're an adult.  They're over that age of 18.  I'm referring --

Q    Right.

A    -- to anybody under the age of 18, anybody that is not legally an adult.

Q    Okay.  It just sounded like you were differentiating between teenage girls and CSAM in your report, because you said that Met-Art has a history of showing teenage girls and CSAM.  But you're saying they're one and the same?

A    I'm saying that they have a history of showing CSAM, yes, which it would be one and the same.

Q    Okay.

32

A    So it was probably a grammatical error on my part.

Q    Okay.  But you never went to that site to see how they had that particular image categorized or anything like that, right?

A    No, because I could never locate that particular image.

Q    Okay.  All right.  So at that point is when -- after you consulted with Dr. Dully the first time, that's when you sought the search warrant for Mr. Lawshe's computer devices and home, is that correct, or just the computer devices?

A    No, just the actual search warrant for that entire --

Q    Cell service?

A    -- Synchronoss account.

Q    Okay.  So it's like a cloud account or something like that?

A    Yes, sir.  Just because Synchronoss is separate from Verizon, in a sense, that everything has to be served to them rather than Verizon.  Even though the phone company is Verizon, it has to be served to Synchronoss.

Q    Okay.  And had you confirmed at that point what the source of that image was prior to seeking the

search warrant, meaning what website it came from, anything of that nature?

A    No, sir.

Q    Okay.  Now, on -- let me see.  I think it's on page 7 of your report.  Let me just pull it up real quick.

Now, when you get the return from Verizon, you said that -- this is on March 8th, and I'm on page 7 of 12 of your incident report.  It says, I received compliance from Synchronoss in reference to the aforementioned search warrant.  It should be noted throughout March, while attempting to review all of the data provided by Synchronoss, I ran into numerous technical difficulties, including the initial downloads of the files provided to our agency's approved computer.

Can you describe for me what the difficulties were there?

A    Yes.  So our internet.  So with Synchronoss, because it has such a big file, you have to have it downloaded continuously.  But with our actual computers, we have to use a specific computer to view the CSAM.  We can't use like the laptop that I'm on currently because it's connected to our agency network, and they don't want CSAM downloaded to the actual network.  Well, it kept crashing on the other computer because the internet

kept shutting out.  So every time we would get like to 70 percent downloaded, it would completely just crash out, and you have to restart the download.  And then it would come with an encrypted file where you had to, obviously, decrypt that with another password.  And once you got the initial file downloaded, the decryption would stop working where it wouldn't be able to fully have that connection to the internet last for the entirety of the file to download --

Q    Okay.

A    So it was a lot to do with the internet.

Q    So when you're reviewing -- still on page 7 of your report.  And it says, April 4th, I reviewed numerous photographs and video files and observed images that appeared to be CSAM.

Is that you reviewing the cell phone imaging and extraction done by Detective Greene?

A    No, sir, that is just the Synchronoss return that Synchronoss provided me.

Q    Just the Synchronoss?

A    Yes, sir.

Q    Okay.  Your report says that you reviewed photographs and video files and observed images that appeared to be CSAM.  Why is it you were unable to confirm just by viewing those images whether or not it

was CSAM?

A    Because some of those were age difficult, where like I told you how I would always have another detective review any type of file with me, we would have some that would be like, uh, that could be a little age difficult, where some were like, uh, no, that could be obviously a teen.  And any of those images that were torn in between, where one person would be like, no, that could be age difficult, one person be like, yeah, I believe that is a teenager, we would have Dr. Dully review.  And she also stated that those images that were also on the Synchronoss download would be age difficult.

Q    Okay.  Why was it these three images in particular were selected?

A    Because those were the ones that we had all felt were CSAM --

Q    Okay.

A    -- that would not be age difficult in nature, where it could be cusp of being that 18, like you said, or 19 range.

Q    And one of the individuals is in two of the photographs, was one of the ones that Dr. Dully had already looked at, correct?  I mean the same individual, not necessarily same photograph, correct?

A    Yes, sir.

Q    Why was it that you felt the need to show her the same individual again in a separate setting?

A    It wasn't --

Q    I mean, she'd already determined at that point right --

A    Yes, sir.

Q    -- that she believed it to be CSAM?

A    It's just that we wanted her, so we could be the same across the board, knowing that, hey, she reviewed this image, and if that is going to be an image that we're charging, we also want her to have reviewed all of the images that would have been charged, so it could just be straight across the board.  Where it wouldn't be one image is reviewed by Dr. Dully, but then the other image isn't.

Q    Okay.  Other than the conclusions that Dr. Dully reached upon reviewing that image, is there anything else remarkable about -- and I guess I'm referring more or less to the two images that were the same individual she had already looked at?  It's like the -- I want to say there's like some pink lace or something like that in the description.

A    Yes, sir.

Q    Is there anything other than what Dr. Dully concluded about that individual's sexual maturity

rating, is there anything in particular that you could point to in those photos that would be indicative of it being a minor, like the setting, anything like that?

A    Other than like her actual body and her face and everything that would look like a minor.

Q    Right.  Aside from any of those conclusions about sexual maturity, is there anything about the image in particular that says this is definitely a minor.  I mean, is it a child's bedroom?  Does --

A    So no --

Q    -- it look like a selfie in a bathroom by a teen?

A    Especially on Met-Art, because it's that overseas, they're all posed, and it's done, I'm assuming, by a professional photographer.  So they're usually in, like, staged studios, which is what it appeared to be.

Q    Let me ask you this:  In any of your other investigations, like the traveling to meet a minor or the online solicitation, have you ever used your own photo to try to solicit or lure in someone who's soliciting a minor online?

A    Yes, sir, but I, obviously, like, edit the photo.

Q    Okay.  But you're not a minor, you would agree, right?

A    Yes, sir.

Q    Okay.  How old are you as you sit here, if you don't mind me asking?  You are under oath?

A    I'm 29.

Q    Okay.  And I guess the reason I ask that is I've had -- I've had some of your photos used in other cases, I recognized you immediately when you came on -- yeah, sorry about that.  I recognize you from those cases, but I just thought I would ask that.  I mean, you have used your own photo and said that should clearly be a minor, anybody looking at that, but you yourself are 29?

A    Yes, sir.  And, obviously the main difference with me is -- which is also super weird to say -- if you were to get me naked and I was to be photographed naked, you would be able to tell, okay, even though the face looks young, her body is way more mature than a child, which is what we go based off.  We don't go based off the edited photo if it's just of their face edited, we go based off the totality and their body.

Q    And I guess that brings me to an interesting point.  So, like, you know how in the traveling to meet a minor cases, in order to make yourself look more like a teenager, sometimes you'll hold up like a small pair

of like kid's underwear or something like that, right, or you'll be in a setting of like a kid's bedroom or something like that.

A    And a lot of times if we're holding up, let's say, a pencil or a backpack or underwear, it's because that suspect has requested us to do so.

Q    Right, right, right.  I understand that aspect of it.  But I guess that's more or less what my original question was sort of getting to was, is there anything in those photographs that is indicative of this is definitely a minor.  Because, you know, unfortunately we have a problem with, you know, teenage girls will take selfies and that sort of thing --

A    Yeah.

Q    -- of themselves in bedrooms or bathrooms.  And when I looked at those images, they looked more like it was like a model setting or something like that, where someone's being posed and they're taking -- somebody's taking a picture of them.

A    Yes.

Q    Right.

A    So that one, to me, appeared like it was posed in a studio, but we have had plenty of CSAM where it literally is a toddler, but they're also posed a similar studio setting --

Q    I got you.

A    -- taken by a professional photographer.

Q    Okay.  I asked you about the two images that are clearly of the same individual.  I want to ask you about the one that you had Dr. Dully analyze where you can only see from the belly button to the knees, okay.

A    Yes, sir.

Q    I believe it's listed as the third image in the report.  But you would agree with me that Dr. Dully's findings were that that child -- or the individual in the image could have been no older than nine to thirteen, I think, was her estimate, correct?

A    And that's the one that has the big heart, correct?

Q    Correct.

A    Yes, okay, I'm reading that.

Q    And she had a name just below the image.  I want to say, if I'm not mistaken, it was Sanija.  It's not in your report, but when I viewed it, it was S-a-n-i-j-a.

A    So I never reviewed any image that has that name on it.  The one that I saw, it was -- the file name was the DuckDuckGo.  I'm assuming that's the same file?

Q    That was a screenshot.  Yes, ma'am.

A    Okay.

Q    And so there's three images --

(Simultaneous talking.)

A    Yes, and that one was at the top --

Q    -- two are half images and then there's a full image in the center.

A    Yes, sir.

Q    Okay.  Did you have any questions about that full image that you saw in the center, like as far as age determination or anything like that?  That's the one with the girl -- I know you've had to look at probably a lot of this stuff, unfortunately, but it's a girl, and she's on the hood of the car.  She's got a white top on and no bottoms.

A    And it was like -- and it's a red car?

Q    I remember it being red.  I think so.

A    Okay.  I just want to make sure --

Q    And she had like spiky hair.

A    Yes.

Q    Okay.  Was there any question in your mind about whether or not that was adult or a minor?

A    Whether she was a child or not?  I don't remember if I told them that I thought that that may be age difficult.  I don't remember if that -- because I remember them focusing -- excuse me, not them -- but focusing only on that top image.  Because it looked

almost like a collage, because it was like three images, if I'm not mistaken.  And the girl next to the red car, she should have been in the middle, and it should have been an image underneath that.  And then the image up top that -- that was the one that they were confirming as CSAM, Dr. Dully.

Q    Okay.  Did you ever -- well, just let me establish first -- the top image where you can only see the bottom half of the individual, is it your understanding that Dr. Dully aged that individual no greater than nine to thirteen, correct?

A    Yes, sir.

Q    Okay.  Did you ever go to any of the website addresses on that screenshot and do any searches for Sanija, or that name?

A    No, sir, I did not.

Q    Okay.  So would it be fair to say you've never seen the full image of that --

A    No, sir.  Yes, that would be fair to say, I have not seen the full image.

Q    Okay.  Let me ask you just some general questions about your interpretation of the Cellebrite extraction of the cell phones and the images that were charged in this case that were found on Synchronoss.  Is there any way or have you seen anything in that

extraction report that allowed you to conclude whether or not the image was ever opened or accessed by Mr. Lawshe?

A    That would --

Q    Any of the three images.

A    That would have to be a digital question, because I do not know if I would be able to see on, like, my little standard -- because we obviously just get a copy, shall I say, of that Cellebrite report to be able to open it and view it.  So I don't know if it was opened by him, closed, if it was cached -- deleted, sorry.

Q    Okay.  So you don't know if it was stored in like a temporary internet cache folder or something like that?

A    No, sir, I do not know.

Q    Okay.  Do you have any sort of training and experience thus far in doing the imaging of computer devices or the Cellebrite --

A    No.

Q    -- extraction?

A    No.  No.

Q    All right.

A    Not at all.

Q    All right.  So some of these questions I'm

about to ask you, I'm already going to know the answer to, but I just need to establish it on the record.

A    Yes, sir.

Q    There's no way to know at this point, at least from your perspective -- I've talked to Detective Greene -- but from your perspective, where those images were actually downloaded from and when they were downloaded?

A    From my knowledge, no, I do not know when.

Q    Okay.  Do you even know where within the Synchronoss account they were being stored, or how they got there?

A    So with Synchronoss, when you view the image, it gives you -- like those subfolders, like, I can re-pull up how it showed to me.  Like, the first folder, it was entitled the VZ Mobile.  And then within that folder, it was the MySamsung, which I'm assuming is just the name of the phone.

Q    Right.

A    And then it showed the list of the actual images under the file name.  That's how it shows from Synchronoss whenever we get it, it's just all of those subfolders, and then we click it, and from one subfolder, you get to the next one, and that's pretty much how I log of -- how they have it.  But, obviously,

I won't be able to tell if it was like in a hidden folder on a phone or anything like that, unless it's entitled that.

Q    But you don't know -- you don't know what in the phone settings was designating items to save to those folders, correct?

A    No, sir.  No, I don't.

Q    And you don't know who would have applied those settings, whether or not that was intentional or it was just set up by the manufacturer?

A    That I couldn't tell you.  I don't even have an Android, so I don't know how they work.

Q    Do you have any way of knowing whether or not these images were just stored on a clipboard or something like that on the computer, meaning copied and then never pasted?

A    Oh, no, because it's showing that it was all stored on the phone.

Q    Well, in Synchronoss; which is like a cloud account, so it's not actually on the phone, correct, you'd agree with that?

A    That it's just cloud-based, it's uploaded from the phone to their cloud.

Q    Right.  Yeah.  So there's nothing you could tell us about the location of the files that tells us

whether or not they were ever even accessed or intentionally downloaded by Mr. Lawshe?

A    Well, they would have to be downloaded.

Q    Intentionally, actively by the --

A    Oh, you mean like -- that I honestly would not know.  I don't know how you unintentionally download.

Q    Well, I'll give you an example real quick.  So I got a new iPhone a couple of months ago, and I've been having a problem and I haven't been able to fix it yet, where if somebody sends me a picture or something like that to a text message, it's been saving to my shared photos account.  Like, I don't even like save the photo or anything, but if I go into my photos, it will be like, oh, this is a photo that got saved because so-and-so sent it to you.  So you don't know what in the settings of this phone was causing it to save items in a certain location, correct?

A    Nope.

Q    Okay.  And when you attempted to speak with Mr. Lawshe, he invoked his right to counsel at that point --

A    Yes, sir, he did.  Yes, sir.

Q    And that was video and audio recorded?

A    Yes, sir, it was.

Q    Okay.  All right.  That's one thing I don't

think I've received yet.

Was it recorded in like an interrogation room setting with one of those video cameras or is it BODYCAM recording?

A    No, sir, it was in one of our actual interview rooms over here at the main sheriff's office, yes, sir.

Q    Okay.  Do you guys --

A    I believe that was before we got body cameras, if I'm not mistaken.

Q    That's what I was about to ask you.  Do you guys get equipped with --

A    Yes, we now have body cameras.  So we use body cameras any time we serve a search warrant, our interview will be on the body camera because we're doing it there at the actual house.

Q    Okay.

A    But I don't think we had body cameras back in April.  At least it wasn't assigned to us.

Q    When y'all were doing the search warrant?

A    Huh?

Q    When y'all were doing the search warrant --

A    If we --

Q    -- you wouldn't have had body cameras?

A    Yeah, but I don't think they were assigned to us back in April.

Q    Okay.  Give me one second, make sure I don't have additional questions for you.

Before I get there, though, is there anything that I have failed to ask you this morning that you feel like is important in this investigation, or anything that you did that we didn't cover?

A    Not that I can think of off the top of my head.

Q    Okay.  When you're doing affidavit for search warrant, do you ever copy and paste from other cases or other affidavits that you prepared in the past, or do you work from scratch?

A    Oh, no, so I use a template, and it will have like my little background that shows like -- where it says like I've been in law enforcement for five years, that just so obviously I don't have to retype that.  That gets very redundant.

Q    Okay.  But you would never template the, like, location of the search or anything like that, right, because that has to be very specific in these --

A    Yes, sir.  And with those, we have to write, like, the directions.  And we usually put like -- kind of starting point, like, from this area, this is how you would get, like, to the location.

Q    Let me ask you this:  Is there any properties

49

that you guys searched in connection with this investigation at 834 South Black Cherry Drive?

A    No, sir.  So with that one, you're talking about the header?

Q    It's in the foot of the affidavit.

A    Because there's one -- oh, I'm sorry, not in the header, because the case number should be in the header.  So with that one, I kept having problems when I would go to have the judge sign it, it would never change over from -- the actual address.  So I would type it in, and when I go to save it, it would somehow re-save it to something that it was from months ago.  Because that Black Cherry was, honestly, I think, in the beginning of 2022.  But I kept having problems.  And I would see it, but I couldn't get it to actually delete every time I would go save it.

Q    May just want to black that out.  That's pretty important.

A    It would re-add it.  But it was weird, because I would take it off the judge's copy, and it would stay on there.  But then on one copy, it would show that it was gone, it would show the correct -- so it was weird.  It would be like -- on the judge's part, it would say the 834 South Black Cherry Drive, or 838, but then on my actual affidavit copy, it would show the correct

50

address.  So I don't really know why.

Q    But the case number, I guess, is not changing when that's happening, right?  Because it looks like the case number's consistent?

A    Yes, the header is fine, it's just that footer.  And I would even go to try to change, like, the actual page numbers, too, and those would get all messed up.

Q    Okay.  Is it always the Black Cherry Drive address, because it seemed like you recognized that immediately when I said it?

A    Yes.  And that's what I would go to change, and I would have like my sergeant review it, and it would still say -- no matter how many times I would re-save it, save it, re-save it -- yeah.  I don't know.

Q    Those poor people at Black Cherry Drive, they're just going to keep getting searched.

A    Thankfully they have moved out of that house.  They are no longer there.

Q    I assume they were moved out by force of law.

A    No, they -- it took them a couple of months, it took them a couple months, but they finally left.

Q    Detective Preston, I think I've asked you just about everything this morning.  I know I asked you a second ago, but anything else you did in this

51

investigation that we didn't cover?  Anything that you anticipate testifying to in court in this case that we didn't cover?

A    No, I think that was pretty much everything.

Q    Okay.  Any level of expertise that we did not cover that you anticipating testifying to?

A    I know I will not be testifying to digitally.

Q    Okay.  I got you.

MR. PIERCE:  All right.  Thank you, ma'am.  It was very nice to meet you.

THE WITNESS:  Thank you.  Yes, sir.

MR. PIERCE:  Ms. Payne, did you have any follow-up?

MS. PAYNE:  I was going to ask her if she wants to read or waive.

THE WITNESS:  Read, please.

(Witness excused.)

52

CERTIFICATE OF OATH

STATE OF FLORIDA     )
COUNTY OF ST. JOHNS )

I, the undersigned authority, certify that MIKAYLA PRESTON personally appeared before me via Zoom and was duly sworn.

WITNESS my hand and official seal this 24th day of February, 2024.

_____
SUZETTE M. KOWALSKI, RPR
Notary Public-State of Florida
Commission No. HH254838
Expires: 6/21/2026

Personally known  _____

OR Produced Identification  XX

Type of Identification Produced  AGENCY ID

53

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA    )

COUNTY OF ST. JOHNS )

    I, SUZETTE M. KOWALSKI, Registered Professional Reporter, do hereby certify that I was authorized to and did stenographically report the deposition of MIKAYLA PRESTON, that a review of the transcript WAS REQUESTED, and that the transcript is a true and complete record of my stenographic notes.

    I further certify that I am not a relative, employee or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

    DATED this 24th day of February, 2024.


                    _____
                    SUZETTE M. KOWALSKI, RPR


54

                    ERRATA SHEET

    DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

    IN RE: THE STATE OF FLORIDA
                vs.
            WILLIAM LEE LAWSHE

    CASE NO.:    2023-CF-000516
    WITNESS:     MIKAYLA PRESTON
    DATE TAKEN:  November 21, 2023

PAGE NO.   LINE NO.      CHANGE           REASON


Under penalties of perjury, I declare that I have read my deposition and that it is true and correct subject to any changes in form or substance entered here.


_____        _____
DATE                         MIKAYLA PRESTON

(SK)

**MR. PIERCE: [3]** 11/9 51/951/12
**MS. PAYNE: [1]** 51/14
**THE WITNESS: [3]** 4/4 51/1151/16

**'**

**'Noles [2]** 5/135/14

**0**

**000516 [2]** 1/354/5

**1**

**10/29/2022 [1]** 17/22
**10:28 [1]** 1/15
**11:30 [1]** 1/15
**12 [7]** 2/88/1823/21 23/2524/125/1433/9
**12-page [2]** 9/210/5
**137877848 [1]** 18/11
**15 [4]** 23/2223/2524/1 25/14
**160 [1]** 17/19
**18 [9]** 22/2323/1623/18 31/531/831/1031/14 31/1635/19
**19 [3]** 31/831/1035/20

**2**

**2017 [1]** 4/12
**2020 [2]** 4/145/3
**2021 [1]** 15/1
**2022 [12]** 2/44/155/7 14/814/1715/817/2218/6 18/718/1218/1349/14
**2023 [3]** 1/1414/1454/6
**2023-CF-000516 [2]** 1/354/5
**2024 [2]** 52/1153/19
**2026 [1]** 52/16
**20th [2]** 21/2022/4
**21 [2]** 1/1454/6
**22nd [1]** 22/4
**24th [2]** 52/1053/19
**25th [2]** 14/1314/20
**2807 [1]** 2/8
**29 [2]** 38/538/13
**29th [4]** 14/814/1715/8 15/25

**3**

**32084 [2]** 2/52/9
**3525 [1]** 1/22

**4**

**4010 [1]** 2/4
**4th [1]** 34/13

**5**

**50 [1]** 7/5
**52 [1]** 3/6
**53 [1]** 3/6
**54 [1]** 3/7
**5th [2]** 18/718/12

**6**

**6/21/2026 [1]** 52/16
**60 [2]** 24/1924/23

**7**

**70 [1]** 24/20
**70 percent [1]** 34/2

**8**

**824-3525 [1]** 1/22
**834 [2]** 49/249/24
**838 [1]** 49/24
**848 [2]** 17/2017/21
**8th [1]** 33/8

**9**

**904 [2]** 1/2213/11
**9th [1]** 18/13

**A**

**a.m [2]** 1/151/15
**able [16]** 12/118/1724/6 24/824/924/1025/23 28/1428/2129/2134/7 38/1743/743/1045/146/9
**about [30]**
**above [1]** 8/24
**abuse [1]** 31/6
**academy [1]** 5/23
**accept [1]** 14/3
**access [1]** 16/5
**accessed [2]** 43/246/1
**accessible [1]** 18/24
**account [6]** 9/1732/16 32/1744/1145/2046/12
**accurate [2]** 14/823/2
**achieved [2]** 23/20 23/24
**acronym [3]** 9/211/15 17/10
**across [4]** 12/1712/24 36/936/13
**action [2]** 53/1653/17

**actively [1]** 46/4
**actual [34]**
**actually [22]** 4/225/15 5/229/1111/213/1514/2 14/2415/515/915/12 16/1218/222/725/2026/3 26/2130/930/1044/7 45/2049/15
**adamant [1]** 6/13
**add [1]** 49/19
**additional [1]** 48/2
**address [3]** 49/1050/1 50/10
**addresses [1]** 42/14
**adjacent [1]** 29/19
**adult [4]** 31/1131/13 31/1741/20
**affidavit [5]** 9/189/19 48/949/549/25
**affidavits [5]** 9/109/16 9/2010/348/11
**aforementioned [1]** 33/11
**aforesaid [1]** 1/19
**after [3]** 5/2215/1432/9
**again [1]** 36/2
**age [27]** 12/1914/16 21/1521/1522/522/23 22/2323/1723/1823/22 23/2525/325/825/925/14 26/427/1131/431/13 31/1635/235/535/935/12 35/1841/941/23
**aged [1]** 42/10
**agency [4]** 15/1418/21 33/2352/21
**agency's [1]** 33/15
**ages [3]** 23/2124/1 25/13
**ago [5]** 14/620/1246/8 49/1250/25
**agree [4]** 31/238/140/9 45/21
**ahead [2]** 12/312/7
**AI [4]** 28/1528/2028/25 29/21
**all [25]** 4/106/18/11 10/1213/914/2315/4 17/1220/820/1031/431/5 32/833/1235/1536/12 37/1443/2343/2443/25 44/2245/1746/2550/7 51/9

**allowed [2]** 20/443/1
**almost [3]** 12/2112/21 42/1
**along [1]** 11/23
**already [6]** 14/2123/24 35/2336/436/2044/1
**also [10]** 6/2211/20 12/1816/2330/2235/11 35/1236/1138/1539/24
**always [5]** 24/1329/5 29/635/350/9
**am [3]** 53/1353/1553/17
**amount [1]** 7/4
**anal [1]** 26/5
**analyze [2]** 29/440/5
**Android [1]** 45/12
**another [3]** 29/634/5 35/3
**answer [3]** 19/1420/15 44/1
**anticipate [1]** 51/2
**anticipating [1]** 51/6
**any [40]**
**anybody [4]** 19/1531/16 31/1638/12
**anyone [1]** 18/23
**anything [25]** 5/166/11 11/2411/2517/2420/1 22/628/332/533/236/18 36/2437/137/337/739/9 41/942/2545/246/1348/3 48/548/1950/2551/1
**appear [1]** 24/3
**appearance [2]** 23/21 25/22
**appeared [5]** 34/15 34/2437/1739/2252/7
**appearing [4]** 2/32/5 2/72/9
**appears [3]** 18/423/16 27/11
**applied [1]** 45/8
**applies [1]** 25/15
**approved [1]** 33/15
**approximate [1]** 22/24
**approximately [1]** 25/1
**April [3]** 34/1347/18 47/25
**April 4th [1]** 34/13
**are [14]** 6/238/320/4 22/827/1428/129/931/12 38/338/438/1240/441/4 50/19

## A

**area [1]** 48/23
**areas [1]** 26/7
**arrest [3]** 9/39/810/4
**Art [9]** 30/530/1030/13 30/1330/1430/1930/21 31/2037/13
**as [18]** 4/310/110/19 10/2012/2015/2521/15 23/1524/524/524/18 25/1527/2538/340/841/8 41/842/6
**aside [2]** 10/337/6
**ask [14]** 5/810/2116/9 25/2137/1838/638/10 40/442/2144/147/1048/4 48/2551/14
**asked [4]** 22/1840/3 50/2350/24
**asking [1]** 38/4
**asks [1]** 20/22
**aspect [1]** 39/7
**assign [2]** 19/1125/2
**assigned [3]** 24/18 47/1847/24
**assume [2]** 26/950/20
**assuming [3]** 37/15 40/2344/17
**assumption [1]** 14/16
**at [42]**
**attached [3]** 11/2013/9 20/6
**attempt [2]** 30/330/6
**attempted [1]** 46/19
**attempting [1]** 33/12
**attended [1]** 8/6
**attorney [1]** 53/16
**Attorney's [1]** 2/3
**audio [1]** 46/23
**Augustine [4]** 1/222/5 2/94/13
**Augustine/Jacksonville [1]** 1/22
**authority [1]** 52/6
**authorized [1]** 53/7
**available [2]** 18/718/12

## B

**bachelor's [3]** 5/195/21 5/22
**back [9]** 6/814/914/18 15/1715/1819/220/11 47/1747/25

**background [6]** 4/11 5/96/106/156/1848/26
**backpack [1]** 39/5
**ball [2]** 12/2312/25
**based [7]** 7/1018/22 24/138/1938/1938/21 45/22
**basically [1]** 17/9
**bathroom [1]** 37/11
**bathrooms [1]** 39/15
**be [66]**
**Beach [2]** 4/134/18
**because [51]**
**bed [2]** 12/1613/13
**bedroom [2]** 37/939/2
**bedrooms [1]** 39/15
**been [18]** 4/28/2514/21 16/124/1824/2527/727/8 29/2530/2236/1240/11 42/342/446/846/946/11 48/15
**before [13]** 5/15/214/21 18/218/2424/1425/19 27/427/1230/1247/848/3 52/7
**beginning [1]** 49/14
**behalf [2]** 2/52/9
**being [7]** 18/318/435/19 37/339/1841/1544/11
**believe [8]** 4/165/7 27/2229/1730/1635/10 40/847/8
**believed [1]** 36/7
**belly [1]** 40/6
**belonged [1]** 11/25
**below [2]** 23/1940/17
**best [1]** 6/4
**between [11]** 6/617/24 18/2322/323/2124/1 25/1429/2131/331/19 35/8
**beyond [1]** 5/20
**bias [3]** 27/1527/1928/4
**big [2]** 33/1940/13
**bit [1]** 4/10
**black [6]** 49/249/13 49/1749/2450/950/16
**board [2]** 36/936/13
**body [9]** 37/438/18 38/2147/847/1247/12 47/1447/1747/23
**BODYCAM [1]** 47/3
**book [1]** 25/24

**both [5]** 16/918/318/4 19/919/21
**bottom [1]** 42/9
**bottoms [1]** 41/13
**breast [2]** 25/2226/6
**briefly [1]** 25/19
**brings [1]** 38/22
**brought [1]** 4/20
**but [68]**
**button [1]** 40/6

## C

**cache [1]** 43/14
**cached [1]** 43/11
**call [2]** 6/237/10
**called [1]** 29/3
**came [6]** 1/184/145/22 14/733/138/8
**camera [1]** 47/14
**cameras [6]** 47/347/8 47/1247/1347/1747/23
**can [14]** 8/1712/814/25 18/2219/1621/1025/10 27/2328/2033/1640/6 42/844/1448/7
**can't [3]** 19/2230/16 33/22
**cannot [2]** 7/217/25
**car [3]** 41/1241/1442/2
**case [12]** 1/37/1819/1 20/520/624/1642/2449/7 50/250/451/254/5
**caseload [1]** 24/20
**cases [8]** 24/1424/17 25/228/1938/838/10 38/2448/10
**categorization [1]** 16/10
**categorized [1]** 32/4
**catty [1]** 29/19
**catty-corner [1]** 29/19
**cause [4]** 1/189/910/11 10/17
**causing [1]** 46/16
**cell [3]** 32/1534/1642/23
**Cellebrite [3]** 42/22 43/943/19
**center [3]** 2/441/541/8
**certain [2]** 26/646/17
**CERTIFICATE [4]** 3/6 3/651/1853/1
**certify [3]** 52/653/7 53/13
**CF [2]** 1/354/5

**change [6]** 21/1021/11 49/1050/650/1254/7
**changes [2]** 54/254/21
**changing [1]** 50/2
**charged [2]** 36/1242/24
**charging [1]** 36/11
**chat [1]** 7/10
**chat-based [1]** 7/10
**chatting [1]** 7/11
**Cherry [5]** 49/249/13 49/2450/950/16
**child [19]** 8/818/13 22/2022/2123/1624/3 24/924/924/1024/12 27/2327/2528/128/931/5 31/638/1840/1041/21
**child's [1]** 37/9
**children [1]** 24/3
**choking [1]** 12/22
**chose [1]** 6/7
**Chris [1]** 15/16
**CIRCUIT [2]** 1/11/1
**clarify [1]** 26/14
**class [1]** 7/16
**clearly [2]** 38/1140/4
**click [2]** 14/244/23
**clipboard [1]** 45/14
**close [1]** 7/5
**closed [1]** 43/11
**clothed [1]** 12/13
**cloud [4]** 32/1745/19 45/2245/23
**cloud-based [1]** 45/22
**Coastal [1]** 1/21
**collage [1]** 42/1
**college [1]** 6/2
**come [6]** 7/1214/21 14/2216/1128/2334/4
**comes [8]** 15/1715/18 17/2518/218/1618/24 19/320/11
**Commission [1]** 52/15
**company [2]** 13/22 32/22
**complete [1]** 53/10
**completely [2]** 12/18 34/2
**compliance [1]** 33/10
**computer [10]** 6/10 21/826/2232/1132/12 33/1533/2133/2543/18 45/15
**computers [1]** 33/20

**C**

conclude [1] 43/1
concluded [2] 23/3 36/25
conclusions [4] 27/1 27/436/1637/6
confirm [9] 23/1724/6 24/1027/2327/2528/14 28/2429/734/25
confirmation [4] 27/15 27/1928/429/13
confirmed [9] 16/12 16/1516/1822/522/7 22/1923/123/332/24
confirming [2] 21/17 42/5
confirms [1] 23/7
connected [2] 33/23 53/16
connection [4] 9/610/6 34/849/1
considered [1] 31/5
consistent [1] 50/4
consult [2] 24/1324/15
consulted [3] 21/20 22/432/9
consulting [2] 25/225/7
Content [1] 16/10
contents [1] 20/21
continuously [1] 33/20
conversation [1] 30/1
conversations [1] 21/25
copied [1] 45/15
copy [5] 43/948/10 49/2049/2149/25
corner [1] 29/19
corporal [1] 19/9
correct [23] 7/29/16 12/422/2023/2524/725/8 25/1327/2129/432/11 35/2335/2440/1240/14 40/1542/1145/645/20 46/1749/2249/2554/20
could [18] 11/315/13 16/616/1821/2322/1 28/2330/732/635/535/6 35/935/1936/836/1337/1 40/1145/24
couldn't [4] 26/1630/18 45/1149/15
counsel [3] 46/2053/14 53/16

COUNTY [8] 1/24/21 8/2415/1815/1819/25 52/453/4
couple [5] 5/227/1246/8 50/2150/22
course [1] 7/7
court [3] 1/11/2151/2
cover [4] 48/651/151/3 51/6
CP [1] 16/10
crash [1] 34/2
crashing [1] 33/25
CRAWFORD [3] 2/62/7 3/4
created [1] 11/6
criminology [2] 5/176/3
CSAM [18] 14/222/8 29/730/2231/231/19 31/2131/2433/2133/24 34/1534/2435/135/16 36/739/2342/6
curious [1] 18/1
currently [1] 33/22
cusp [1] 35/19
CyberTip [8] 12/913/11 14/1114/2115/717/25 20/1121/18
CyberTips [1] 13/7

**D**

data [5] 16/2517/517/6 20/2333/13
database [1] 13/24
date [13] 1/1414/7 14/1015/915/1118/618/6 18/1118/1218/2319/21 54/654/23
DATED [1] 53/19
dates [2] 4/2515/12
day [2] 52/1153/19
dealing [1] 7/18
debating [1] 6/6
December [4] 18/7 18/1218/1718/24
December 5th [2] 18/7 18/12
decision [1] 24/14
declare [1] 54/20
decrypt [1] 34/5
decryption [1] 34/6
Defendant [2] 1/82/9
define [1] 25/23
definitely [7] 22/22 24/2225/425/628/2537/8

39/11
definition [1] 23/11
degree [1] 5/17
delete [1] 49/15
deleted [1] 43/11
deny [1] 27/23
department [3] 4/13 4/185/16
depends [3] 14/2314/23 15/4
depicts [1] 28/13
deposition [5] 1/11 10/1653/153/854/20
describe [4] 8/1712/8 25/2333/16
described [5] 9/25 13/1914/514/1521/14
description [2] 13/16 36/22
designating [1] 45/5
details [1] 19/1
detective [10] 9/12 19/2529/329/629/1730/9 34/1735/444/550/23
detectives [1] 29/12
determination [2] 25/3 41/9
determine [2] 25/825/9
determined [1] 36/4
developed [1] 23/12
development [1] 26/6
developmental [1] 23/21
device [2] 12/2214/6
devices [3] 32/1132/12 43/19
did [33]
didn't [6] 22/1022/23 29/248/651/151/3
difference [2] 31/3 38/14
different [5] 6/2213/7 21/821/2230/15
differentiate [1] 29/21
differentiating [1] 31/19
difficult [9] 12/1921/15 27/1235/235/635/935/12 35/1841/23
difficulties [2] 33/14 33/16
digital [2] 28/2143/6
digitally [1] 51/7

Direct [2] 3/44/5
directions [1] 48/22
discovered [1] 20/25
discovery [1] 14/12
discussed [1] 29/23
discussion [2] 11/11 15/22
displaying [2] 30/21 31/2
division [2] 5/527/7
do [48]
doctor [1] 22/25
does [6] 8/2113/17 23/1727/127/337/9
doesn't [4] 17/2319/16 19/2025/11
doing [5] 43/1847/14 47/1947/2148/9
don't [33]
done [5] 6/59/1220/8 34/1737/14
down [2] 5/2220/11
download [4] 34/334/9 35/1246/6
downloaded [8] 33/20 33/2434/234/644/744/8 46/246/3
downloads [1] 33/14
Dr [3] 21/2022/1136/24
Dr. [21] 10/2022/523/5 23/724/224/1425/325/8 26/1327/828/629/2032/9 35/1035/2236/1436/17 40/540/1042/642/10
Dr. Dully [19] 22/523/5 23/724/224/1425/325/8 26/1327/828/629/2032/9 35/1035/2236/1436/17 40/542/642/10
Dr. Dully's [2] 10/20 40/10
Drive [4] 49/249/2450/9 50/16
DuckDuckGo [1] 40/23
Dully [22] 21/2122/2 22/523/523/724/224/14 25/325/826/1327/828/6 29/2032/935/1035/22 36/1436/1736/2440/5 42/642/10
Dully's [2] 10/2040/10
duly [2] 4/252/8
during [1] 29/18

**D**

Duval **[1]** 15/18

**E**

each **[2]** 9/1725/12
earlier **[1]** 15/3
edit **[1]** 37/23
edited **[2]** 38/2038/20
education **[1]** 7/7
educational **[1]** 5/9
either **[3]** 14/116/15 28/24
elected **[2]** 4/215/1
Electronic **[1]** 16/20
else **[3]** 11/2436/18 50/25
employee **[2]** 53/14 53/15
employment **[1]** 4/11
encountered **[1]** 30/23
encrypted **[1]** 34/4
end **[1]** 19/23
ends **[2]** 17/1917/20
enforcement **[5]** 4/12 19/2327/1628/148/15
ENTER **[1]** 54/2
entered **[1]** 54/21
entire **[2]** 20/2132/14
entirety **[1]** 34/9
entitled **[2]** 44/1645/3
equipped **[1]** 47/11
ERRATA **[2]** 3/753/25
error **[1]** 32/1
ESP **[8]** 13/2214/2415/5 16/1616/2020/1420/20 20/22
especially **[2]** 29/9 37/13
ESQUIRE **[2]** 2/22/6
establish **[2]** 42/844/2
estimate **[3]** 7/326/24 40/12
even **[12]** 18/1722/10 27/528/2028/2232/21 38/1744/1045/1146/1 46/1250/6
eventually **[1]** 10/22
ever **[9]** 16/1128/2230/1 37/2042/742/1343/246/1 48/10
every **[8]** 17/517/519/3 19/819/824/1634/149/16
everything **[5]** 30/16

32/2037/550/2451/4
EX **[1]** 16/25
exact **[2]** 7/414/10
Exactly **[1]** 5/14
Examination **[2]** 3/44/5
examined **[1]** 4/2
example **[2]** 27/2046/7
excuse **[5]** 23/2024/8 30/1231/641/24
excused **[1]** 51/17
EXIF **[9]** 16/2416/25 17/317/517/820/1220/14 20/2220/23
experience **[2]** 30/24 43/18
expert **[1]** 13/4
expertise **[1]** 51/5
Expires **[1]** 52/16
exposed **[1]** 12/15
extraction **[4]** 34/17 42/2343/143/21

**F**

face **[4]** 12/2437/438/17 38/20
failed **[1]** 48/4
fair **[3]** 22/342/1742/19
familiar **[1]** 27/14
far **[4]** 7/124/541/8 43/18
far since **[1]** 7/1
February **[5]** 21/2022/4 22/452/1153/19
February 20th **[2]** 21/2022/4
February 22nd **[1]** 22/4
feel **[1]** 48/4
felt **[3]** 22/2235/1636/1
female **[4]** 12/1513/12 23/1023/16
females **[2]** 30/1430/17
FIBRS **[2]** 8/208/21
file **[14]** 13/2114/120/15 20/1820/1920/2133/19 34/434/634/935/440/22 40/2344/21
files **[4]** 33/1534/14 34/2345/25
finally **[1]** 50/22
financially **[1]** 53/17
find **[1]** 30/7
findings **[1]** 40/10
fine **[1]** 50/5
finish **[1]** 26/15

first **[6]** 4/226/1530/4 32/942/844/15
five **[3]** 8/78/948/15
fix **[1]** 46/9
FLORIDA **[14]** 1/21/5 1/222/52/95/116/216/24 7/2315/1652/352/1553/3 54/3
focusing **[2]** 41/2441/25
folder **[4]** 43/1444/15 44/1745/2
folders **[1]** 45/6
follow **[3]** 7/1129/25 51/13
follow-up **[2]** 29/25 51/13
following **[1]** 1/19
follows **[1]** 4/3
foot **[1]** 49/5
footer **[1]** 50/6
force **[2]** 6/2250/20
forensics **[1]** 28/22
forgot **[1]** 7/24
form **[3]** 13/2013/25 54/21
forward **[1]** 29/10
forwarded **[4]** 15/2 15/1518/1818/20
forwards **[1]** 15/6
found **[1]** 42/24
four **[2]** 9/410/4
four-page **[1]** 10/4
Fox **[3]** 8/128/138/14
friend **[1]** 6/4
full **[4]** 41/441/842/18 42/20
fully **[1]** 34/7
further **[1]** 53/13

**G**

gag **[2]** 12/2522/9
general **[1]** 42/21
generated **[2]** 28/15 28/20
get **[21]** 10/2214/19 15/1515/1916/1119/5 19/626/1626/2129/733/7 34/138/1643/944/22 44/2447/1148/348/24 49/1550/7
gets **[5]** 18/1818/2019/8 19/848/17
getting **[2]** 39/950/17
girl **[6]** 12/1213/1331/3

girls **[6]** 30/2131/231/12 31/1931/2139/12
give **[6]** 4/106/188/16 25/1146/748/1
gives **[2]** 25/1244/14
go **[18]** 5/135/145/20 15/1719/219/1128/730/6 38/1938/1938/2142/13 46/1349/949/1149/16 50/650/12
going **[14]** 5/86/76/8 17/619/521/721/722/2 27/2429/1036/1044/1 50/1751/14
gone **[2]** 23/1249/22
Good **[1]** 4/7
Google **[3]** 30/1130/15 30/16
gosh **[1]** 24/19
got **[22]** 4/254/255/1 5/178/158/179/39/17 11/2214/1215/419/13 20/1026/134/640/141/12 44/1246/846/1447/851/8
grammatical **[1]** 32/1
greater **[1]** 42/11
Greene **[5]** 29/429/16 30/934/1744/6
guess **[12]** 4/207/1 10/1511/312/2118/20 19/1336/1838/638/22 39/850/2
guys **[9]** 6/1913/14 14/1915/919/319/2347/7 47/1149/1

**H**

had **[39]**
hair **[2]** 26/541/17
hairs **[1]** 28/20
half **[4]** 25/425/641/4 42/9
hand **[1]** 52/10
happening **[1]** 50/3
Hardwick **[1]** 4/18
has **[12]** 23/1224/2 28/2330/2131/2032/20 32/2233/1939/640/13 40/2148/20
hash **[1]** 21/11
have **[85]**
have Dr **[1]** 22/11
haven't **[4]** 6/910/14

## H

haven't... [2] 30/246/9
having [4] 4/246/949/8 49/14
he [9] 4/204/215/115/16 21/1029/1830/946/20 46/22
he'll [2] 28/2328/24
he's [1] 30/11
head [1] 48/8
header [4] 49/449/7 49/850/5
heard [3] 1/1813/2 30/11
heart [1] 40/13
her [31]
here [6] 15/2524/2538/3 47/654/254/21
hereby [1] 53/7
hey [8] 13/1614/25 15/1727/1027/2228/7 28/2236/9
HH254838 [1] 52/15
hidden [1] 45/1
him [1] 43/11
hired [1] 4/22
his [2] 21/1046/20
history [5] 4/1130/21 31/131/2031/23
hit [1] 26/3
hold [2] 19/138/25
holding [1] 39/4
home [2] 9/1932/11
honestly [4] 7/529/5 46/549/13
hood [1] 41/12
hour [1] 26/20
hours [3] 6/257/47/5
house [2] 47/1550/18
how [27] 6/257/108/5 8/1811/1413/1413/17 21/824/1725/1726/12 27/1527/1927/2132/4 35/338/338/2344/11 44/1544/2144/2544/25 45/1246/648/2350/14
huh [4] 16/728/1831/9 47/20
human [2] 28/1729/1
hyphen [1] 30/5

## I

I'd [1] 7/4
I'll [3] 15/2016/746/7
I'm [34]
I've [15] 6/88/158/17 8/259/39/1724/2530/15 38/738/744/546/847/1 48/1550/23
ICAC [8] 6/196/226/24 7/117/197/2315/1630/23
ID [1] 52/21
identification [3] 11/23 52/2052/21
identifying [1] 11/24
identity [1] 24/6
if [51]
image [57]
images [28]
imaging [3] 29/2134/16 43/18
immediately [2] 38/8 50/11
important [2] 48/5 49/18
in [116]
incident [8] 8/209/1 10/515/118/518/1218/13 33/9
including [1] 33/14
indeed [1] 22/20
indeterminate [2] 14/1621/15
indicative [2] 37/2 39/10
individual [13] 22/6 23/1824/628/1629/22 30/835/2336/236/2040/4 40/1142/942/10
individual's [2] 12/6 36/25
individuals [1] 35/21
information [4] 11/23 12/315/520/7
initial [5] 7/97/169/7 33/1434/6
initially [2] 7/611/13
instance [2] 28/628/23
intentional [1] 45/9
intentionally [2] 46/2 46/4
interested [1] 53/17
interesting [1] 38/22
internet [5] 33/1833/25 34/834/1143/14
interpretation [1]

## 
interrogation [1] 47/2
intervening [1] 17/23
interview [2] 47/547/14
into [2] 33/1346/13
investigation [7] 7/17 9/610/629/1248/549/2 51/1
investigations [3] 4/15 6/1937/19
investigators [1] 30/23
invoked [1] 46/20
iPhone [1] 46/8
is [89]
isn't [1] 36/15
it [235]
it's [43]
items [2] 45/546/16
itself [4] 13/1118/18 20/820/20
IV [2] 2/62/7

## J

Jacksonville [1] 1/22
January [6] 14/1314/20 16/217/1617/2418/25
January 25th [2] 14/13 14/20
JOHNS [7] 1/24/218/24 15/1819/2552/453/4
joined [1] 5/5
judge [1] 49/9
judge's [2] 49/2049/23
JUDICIAL [2] 1/12/4
July [1] 5/7
June [1] 15/1
just [67]

## K

KAITLYN [1] 2/2
keep [2] 30/1350/17
kept [4] 33/2534/149/8 49/14
Kevin [2] 28/2229/16
kid's [2] 39/139/2
kind [5] 7/1021/1222/14 29/1948/22
King [1] 15/16
knees [1] 40/6
know [50]
knowing [2] 36/945/13
knowledge [2] 10/7 44/9
known [3] 25/1530/21

## 
52/19
Kowalski [4] 1/2152/14 53/653/22

## L

lace [2] 12/1336/21
lady's [1] 14/6
laptop [1] 33/22
last [5] 5/57/117/2427/7 34/8
lately [1] 8/25
later [3] 15/215/427/3
law [9] 2/74/126/76/7 19/2327/1527/2548/15 50/20
LAWSHE [6] 1/712/2 43/346/246/2054/4
Lawshe's [2] 9/1932/11
lead [1] 24/18
learning [1] 7/10
least [7] 8/78/912/6 22/1723/944/447/18
leave [2] 20/527/5
LEE [2] 1/754/4
left [1] 50/22
legally [1] 31/17
length [2] 8/189/4
less [4] 25/425/636/19 39/8
let [14] 8/168/1810/21 14/1816/919/119/226/14 33/433/537/1842/742/21 48/25
let's [5] 9/315/120/5 21/939/4
letterhead [1] 11/6
level [1] 51/5
Lewis [1] 2/4
like [129]
line [3] 17/1723/1954/7
linked [1] 12/2
links [1] 30/15
list [2] 20/444/20
listed [4] 8/2213/913/10 40/8
lists [1] 13/20
literally [4] 5/117/728/7 39/24
little [6] 4/1013/13 25/2435/543/848/14
LLC [1] 1/21
loans [1] 6/5
locate [3] 30/330/18 32/6

**location [4]** 45/2546/17 48/1948/24
**log [1]** 44/25
**login [2]** 16/719/24
**long [1]** 26/12
**longer [1]** 50/19
**look [10]** 12/114/18 17/2119/124/328/2537/5 37/1138/2441/10
**looked [7]** 12/2125/20 35/2336/2039/1639/16 41/25
**looking [7]** 14/1216/9 19/1320/822/1928/15 38/12
**looks [6]** 6/138/1811/22 26/1338/1850/3
**Lord [1]** 24/19
**lot [5]** 6/198/2534/11 39/441/11
**lure [1]** 37/21

**M**

**ma'am [5]** 4/49/25 20/2440/2451/9
**made [3]** 11/118/718/12
**main [2]** 38/1447/6
**Makayla [1]** 19/25
**make [4]** 8/1938/24 41/1648/1
**makes [1]** 17/6
**making [1]** 24/14
**manner [1]** 12/14
**manufacturer [1]** 45/10
**many [5]** 6/86/258/5 24/1750/14
**March [2]** 33/833/12
**March 8th [1]** 33/8
**master's [1]** 6/1
**matter [1]** 50/14
**mature [2]** 23/1238/18
**maturity [2]** 36/2537/7
**may [3]** 13/441/2249/17
**maybe [1]** 21/24
**MD5 [2]** 13/2121/11
**me [49]**
**mean [5]** 35/2336/437/9 38/1046/5
**meaning [4]** 23/2426/3 33/145/15
**means [1]** 23/11

**meant [1]** 9/2
**medical [1]** 6/15
**medicine [1]** 6/16
**meet [4]** 7/1237/19 38/2351/10
**meeting [1]** 27/8
**mentioned [1]** 13/5
**message [1]** 46/11
**messed [1]** 50/7
**met [9]** 26/1226/1430/5 30/1330/1430/1930/21 31/2037/13
**Met-Art [6]** 30/1330/14 30/1930/2131/2037/13
**Meta [2]** 30/1030/13
**Meta-Art [2]** 30/10 30/13
**metadata [5]** 17/917/11 21/521/721/10
**Method [1]** 18/10
**middle [1]** 42/3
**MIKAYLA [8]** 1/113/3 3/194/952/753/854/5 54/23
**mind [2]** 38/441/19
**minor [16]** 23/223/3 23/423/827/927/1137/3 37/537/837/1937/22 37/2538/1238/2439/11 41/20
**minors [1]** 7/12
**mistaken [6]** 4/158/10 29/1840/1842/247/9
**mixed [1]** 4/25
**Mobile [1]** 44/16
**model [1]** 39/17
**moment [2]** 14/515/20
**month [1]** 15/2
**months [6]** 5/215/246/8 49/1250/2150/22
**more [6]** 23/236/19 38/1838/2439/839/16
**morning [3]** 4/748/4 50/24
**most [1]** 26/20
**mouth [3]** 12/1712/20 14/6
**move [1]** 29/10
**moved [2]** 50/1850/20
**MP4 [1]** 14/1
**Mr [1]** 3/4
**Mr. [6]** 9/1912/232/11 43/346/246/20

**Mr. Lawshe [3]** 43/3 46/246/20
**Mr. Lawshe's [2]** 9/19 32/11
**Mr. William [1]** 12/2
**Ms [1]** 51/12
**Ms. [1]** 13/4
**Ms. Payne [1]** 13/4
**much [3]** 19/544/2551/4
**multiple [1]** 9/14
**my [25]** 4/255/226/4 10/710/1010/1510/19 14/1614/1920/624/20 29/2532/139/843/844/9 46/1146/1348/748/14 49/2450/1352/1053/11 54/20
**MySamsung [1]** 44/17

**N**

**naked [3]** 12/1838/16 38/16
**name [14]** 4/77/207/24 8/1212/613/2117/1020/6 40/1740/2240/2242/15 44/1844/21
**narrative [2]** 10/11 10/19
**nature [2]** 33/235/18
**NCMEC [19]** 11/1411/18 13/2414/1314/2515/3 15/515/615/815/1015/12 15/1415/2416/1917/22 18/918/1820/321/2
**necessarily [1]** 35/24
**need [4]** 6/1428/836/1 44/2
**network [2]** 33/2333/24
**never [12]** 22/1324/5 24/827/1029/2332/332/6 40/2142/1745/1648/18 49/9
**new [1]** 46/8
**next [2]** 42/244/24
**nice [1]** 51/10
**nine [3]** 29/640/1242/11
**no [66]**
**Nope [1]** 46/18
**nor [2]** 53/1453/17
**North [5]** 2/86/216/23 7/2315/15
**not [53]**
**Notary [1]** 52/15
**note [1]** 19/24

**noted [1]** 33/11
**notes [3]** 20/520/653/11
**nothing [1]** 45/24
**notice [1]** 31/1
**November [2]** 1/1454/6
**now [18]** 5/88/18/15 9/1013/1414/514/12 16/2021/1423/124/13 24/1924/2025/1527/1 33/433/747/12
**number [12]** 11/19 11/2411/2512/113/9 13/1117/1617/1718/10 21/1849/750/2
**number's [1]** 50/4
**numbers [1]** 50/7
**numerous [2]** 33/13 34/14

**O**

**oath [3]** 3/638/452/1
**observed [2]** 34/14 34/23
**obviously [23]** 6/7 12/1414/319/2221/6 22/2324/226/427/2128/8 28/1028/2529/1630/12 30/1630/1834/535/7 37/2338/1443/844/25 48/16
**occasions [1]** 27/6
**occurring [1]** 28/5
**October [8]** 14/814/17 15/815/2517/2418/6 18/1321/15
**October 29th [4]** 14/8 14/1715/815/25
**October 9 [1]** 18/6
**October 9th [1]** 18/13
**off [10]** 9/2211/911/11 15/2224/138/1938/19 38/2148/749/20
**office [6]** 2/32/74/14 8/2520/147/6
**officer [2]** 4/1228/1
**official [1]** 52/10
**often [1]** 24/15
**oh [14]** 4/234/235/3 16/2518/821/1921/24 24/1924/1945/1746/5 46/1448/1349/6
**okay [126]**
**old [1]** 38/3
**older [1]** 40/11

## O

**on [68]**
**once [4]** 4/2121/521/6 34/5
**one [58]**
**ones [4]** 10/1029/15 35/1535/22
**online [5]** 7/137/248/3 37/2037/22
**only [10]** 5/87/99/79/21 13/1019/525/1940/6 41/2542/8
**open [3]** 19/1719/18 43/10
**opened [4]** 19/2119/22 43/243/11
**opens [1]** 19/17
**operates [2]** 25/18 27/19
**opinion [1]** 29/9
**opportunity [1]** 10/8
**or [92]**
**order [1]** 38/24
**organs [1]** 12/14
**original [2]** 12/939/8
**originally [1]** 11/22
**other [19]** 9/59/1910/5 12/1513/613/1314/15 29/1130/730/2333/25 36/1536/1636/2437/4 37/1838/748/1048/11
**our [10]** 15/1215/14 21/828/2133/1533/18 33/2033/2347/547/13
**out [10]** 11/219/12 22/1428/329/634/134/3 49/1750/1850/20
**over [17]** 4/186/27/5 10/1913/1513/2015/5 15/1615/1924/1924/23 28/728/2329/431/1347/6 49/10
**overseas [1]** 37/14
**own [4]** 11/511/637/20 38/11

## P

**P.A [1]** 2/7
**page [9]** 9/210/410/5 20/1333/533/834/1250/7 54/7
**pages [2]** 8/189/4
**pair [1]** 38/25

**paragraph [1]** 11/3
**part [4]** 6/216/2332/2 49/23
**particular [8]** 7/729/12 30/832/432/735/1437/1 37/8
**particularly [1]** 30/4
**parties [1]** 53/14
**parties' [1]** 53/15
**password [1]** 34/5
**past [3]** 30/1230/14 48/11
**paste [1]** 48/10
**pasted [1]** 45/16
**paying [1]** 6/5
**PAYNE [3]** 2/213/4 51/12
**PDF [2]** 13/2013/25
**penalties [1]** 54/20
**pencil [1]** 39/5
**people [3]** 7/1120/4 50/16
**percent [1]** 34/2
**percentage [1]** 25/2
**perjury [1]** 54/20
**person [2]** 35/835/9
**personal [1]** 11/6
**personally [2]** 52/7 52/19
**perspective [2]** 44/5 44/6
**PhD [2]** 6/66/8
**phone [17]** 11/1911/23 11/2512/113/913/1121/9 21/1032/2234/1644/18 45/245/545/1845/20 45/2346/16
**phones [1]** 42/23
**photo [6]** 37/2137/24 38/1138/2046/1246/14
**photograph [6]** 17/2 17/517/721/1324/435/24
**photographed [1]** 38/16
**photographer [2]** 37/1540/2
**photographs [4]** 34/14 34/2335/2239/10
**photos [4]** 37/238/7 46/1246/13
**picked [1]** 21/24
**picture [2]** 39/1946/10
**PIERCE [2]** 2/62/7

**pink [1]** 36/21
**place [2]** 1/161/19
**please [2]** 4/751/16
**plenty [1]** 39/23
**point [11]** 22/522/17 23/1532/832/2436/437/2 38/2344/446/2148/23
**police [3]** 4/134/185/23
**policy [1]** 19/4
**poor [1]** 50/16
**pops [1]** 14/4
**pornography [5]** 8/8 18/1422/2022/2231/5
**portal [1]** 20/9
**portion [1]** 10/20
**posed [5]** 12/1437/14 39/1839/2239/24
**possibility [1]** 28/4
**possibly [2]** 14/1828/4
**practice [1]** 28/3
**preparation [1]** 10/16
**prepare [2]** 9/1110/22
**prepared [4]** 9/109/15 10/648/11
**preparing [1]** 9/5
**PRESTON [10]** 1/113/3 4/14/919/2550/2352/7 53/954/554/23
**pretty [3]** 44/2449/18 51/4
**prior [6]** 14/2116/116/4 21/1423/532/25
**probable [3]** 9/810/11 10/17
**probably [9]** 6/147/4 11/324/1926/2027/20 29/532/141/10
**problem [2]** 39/1246/9
**problems [2]** 49/849/14
**proceedings [1]** 1/20
**Produced [2]** 52/20 52/21
**professional [3]** 37/15 40/253/6
**program [1]** 6/2
**pronounce [2]** 11/15 21/21
**pronounced [1]** 21/21
**properties [1]** 48/25
**provided [6]** 11/19 11/1923/733/1333/15 34/19
**provider [3]** 14/2416/21

16/22
**pubertal [4]** 23/1023/21 23/2326/2
**puberty [2]** 23/1326/4
**Public [1]** 52/15
**Public-State [1]** 52/15
**pull [5]** 8/1616/326/21 33/544/15
**purpose [1]** 25/7
**purposes [1]** 15/21
**put [3]** 6/2511/548/22
**put like [1]** 48/22

## Q

**question [6]** 10/15 14/1919/1439/941/19 43/6
**questions [5]** 29/241/7 42/2243/2548/2
**quick [3]** 11/1033/646/7
**quite [1]** 24/15
**quoted [3]** 10/2323/9 23/15

## R

**ran [1]** 33/13
**range [3]** 23/2525/12 35/20
**rather [1]** 32/21
**rating [1]** 37/1
**re [6]** 44/1549/1249/19 50/1550/1554/3
**re-add [1]** 49/19
**re-pull [1]** 44/15
**re-save [3]** 49/1250/15 50/15
**reach [1]** 27/1
**reached [1]** 36/17
**reaches [1]** 27/4
**read [3]** 51/1551/16 54/20
**reading [1]** 40/16
**real [3]** 11/933/546/7
**really [5]** 10/1521/11 26/2527/1050/1
**reason [2]** 38/654/7
**recall [6]** 7/229/59/20 12/2027/729/11
**receive [3]** 13/1421/5 21/6
**received [11]** 11/14 11/1814/1315/815/9 15/2416/217/2223/20 33/947/1

## R

**recently [1]** 10/14
**recognize [1]** 38/9
**recognized [2]** 38/8 50/10
**record [6]** 4/811/911/11 15/2244/253/10
**recorded [2]** 46/2347/2
**recording [1]** 47/4
**red [3]** 41/1441/1542/2
**redundant [1]** 48/17
**refer [2]** 14/920/11
**reference [3]** 11/716/23 33/10
**referenced [2]** 10/4 14/14
**referring [4]** 8/239/24 31/1436/19
**region [1]** 25/22
**regions [1]** 26/5
**Registered [1]** 53/6
**related [1]** 30/7
**relative [2]** 53/1353/15
**remarkable [1]** 36/18
**remember [6]** 14/10 17/1541/1541/2241/23 41/24
**report [36]**
**reported [7]** 1/2011/21 13/2114/2015/315/11 15/14
**Reporter [1]** 53/7
**REPORTER'S [2]** 3/6 52/24
**Reporters [1]** 1/21
**reporting [4]** 18/10 20/1420/2020/22
**reports [6]** 9/510/510/9 17/2319/623/6
**request [1]** 13/17
**requested [2]** 39/653/9
**researched [1]** 30/10
**researched the [1]** 30/10
**restart [1]** 34/3
**return [2]** 33/734/18
**retype [1]** 48/16
**review [15]** 10/910/16 18/1619/319/521/422/18 27/2428/1030/533/12 35/435/1150/1353/9
**reviewed [29]**
**reviewing [7]** 26/8

26/1026/2427/234/12 34/1636/17
**Richard [1]** 2/4
**right [33]**
**room [1]** 47/2
**rooms [1]** 47/6
**RPR [3]** 1/2152/1453/22
**rule [1]** 28/3

## S

**S-a-n-i-j-a [1]** 40/20
**SA [1]** 4/18
**said [13]** 5/514/1516/25 23/123/1927/930/2231/1 31/2033/835/1938/11 50/11
**same [17]** 5/155/166/2 8/2016/418/318/528/2 31/2231/2435/2335/24 36/236/936/2040/440/23
**Sanija [2]** 40/1842/15
**save [11]** 21/821/945/5 46/1246/1649/1149/12 49/1650/1550/1550/15
**saved [3]** 21/721/10 46/14
**saving [1]** 46/11
**saw [3]** 12/240/2241/8
**say [25]** 7/48/911/3 14/2515/115/1716/12 20/521/922/222/323/2 25/426/1927/2027/22 36/2138/1539/540/18 42/1742/1943/949/23 50/14
**say it [1]** 11/3
**saying [8]** 13/1617/16 23/1623/2324/230/13 31/2131/23
**says [15]** 14/1315/8 15/2416/1017/2220/14 20/2020/2120/2423/10 33/934/1334/2237/8 48/15
**schedule [1]** 25/16
**school [3]** 6/76/77/25
**science [1]** 6/11
**Scoggins [1]** 29/17
**scratch [1]** 48/12
**screenshot [2]** 40/24 42/14
**seal [1]** 52/10
**search [18]** 9/119/11 9/139/159/189/1910/10

12/412/732/1032/1333/1 33/1147/1347/1947/21 48/948/19
**searched [3]** 30/1049/1 50/17
**searches [1]** 42/14
**second [13]** 8/1614/19 14/2215/316/817/2518/2 18/2419/220/1229/748/1 50/25
**see [15]** 8/189/416/3 18/1719/1619/2228/20 30/630/1632/333/440/6 42/843/749/15
**seeing [1]** 8/25
**seeking [2]** 12/432/25
**seem [1]** 17/23
**seemed [1]** 50/10
**seen [5]** 24/230/15 42/1842/2042/25
**selected [1]** 35/14
**selfie [1]** 37/11
**selfies [1]** 39/13
**send [7]** 6/197/613/15 13/1613/2027/327/22
**sends [2]** 15/546/10
**sense [3]** 12/2217/12 32/20
**sent [5]** 9/2215/1215/14 22/1346/15
**separate [2]** 32/2036/2
**sergeant [2]** 19/950/13
**serve [1]** 47/13
**served [2]** 32/2132/22
**service [3]** 16/2116/22 32/15
**set [1]** 45/10
**setting [6]** 36/237/3 39/239/1739/2547/3
**settings [4]** 28/545/5 45/946/16
**SEVENTH [1]** 1/1
**sex [1]** 7/12
**sexual [5]** 12/1412/22 31/636/2537/7
**sexually [1]** 23/12
**shall [1]** 43/9
**shared [1]** 46/11
**she [40]**
**she'd [1]** 36/4
**she's [9]** 23/1523/23 23/2326/826/927/10 27/1141/1241/12

**SHEET [2]** 3/754/1
**Sheriff [1]** 4/18
**sheriff's [4]** 4/148/25 20/147/6
**Shore [1]** 4/22
**short [1]** 6/24
**should [6]** 9/733/11 38/1142/342/349/7
**show [8]** 19/1619/20 20/626/636/149/2149/22 49/25
**showed [2]** 44/1544/20
**showing [6]** 18/926/4 30/1131/2131/2345/17
**shown [1]** 27/13
**shows [7]** 18/518/6 18/1119/1720/344/21 48/14
**shutting [1]** 34/1
**sic [1]** 30/10
**sign [1]** 49/9
**signed [1]** 15/13
**similar [2]** 24/339/24
**similarities [1]** 5/10
**Simultaneous [3]** 22/12 31/741/2
**since [3]** 7/124/2527/7
**sir [57]**
**sit [4]** 15/2526/929/19 38/3
**site [6]** 7/2418/920/3 30/1730/2232/3
**sites [1]** 30/15
**sitting [1]** 27/2
**situation [1]** 18/15
**six [1]** 8/9
**SK [1]** 54/24
**skin [1]** 28/21
**slightly [1]** 21/11
**small [1]** 38/25
**SMR3 [1]** 25/22
**so [94]**
**solicit [1]** 37/21
**solicitation [2]** 7/13 37/20
**soliciting [1]** 37/22
**some [12]** 5/97/611/22 12/1317/635/235/535/6 36/2138/742/2143/25
**somebody [3]** 16/18 18/1646/10
**somebody's [1]** 39/19
**somehow [1]** 49/11

## S

someone [2] 18/137/21
someone's [1] 39/18
something [12] 7/7 12/1719/632/1836/22 39/139/339/1743/14 45/1546/1049/12
sometimes [4] 14/25 15/1327/1638/25
sorry [5] 8/1423/2038/9 43/1249/6
sort [12] 7/1810/22 14/1517/2319/423/624/7 25/1128/239/939/13 43/17
sought [1] 32/10
sound [1] 22/10
sounded [2] 21/2131/18
sounds [1] 4/17
source [1] 32/25
South [2] 49/249/24
speak [1] 46/19
speaking [1] 23/5
specific [12] 6/187/17 8/817/717/1318/2122/23 25/930/1830/2433/21 48/20
specificity [1] 25/12
Speedway [1] 2/4
spent [1] 26/21
spiky [1] 41/17
ST [11] 1/21/222/52/9 4/134/218/2415/1819/25 52/453/4
staged [1] 37/16
stamp [1] 19/21
stand [1] 8/21
standard [2] 25/1643/8
standards [1] 7/11
stands [1] 17/3
start [2] 26/426/15
started [3] 4/125/227/1
starting [1] 48/23
starts [1] 7/25
state [10] 1/52/32/54/7 5/105/1152/352/1553/3 54/3
stated [1] 35/11
statement [1] 10/20
statements [1] 10/24
states [1] 30/20
stating [1] 30/17
stay [1] 49/20

stenographic [1] 53/11
stenographically [12] 1/2053/8
stick [1] 5/19
still [4] 19/1331/12 34/1250/14
stockings [1] 12/13
stop [2] 15/2034/7
stored [4] 43/1344/11 45/1445/18
straight [1] 36/13
strapped [5] 12/16 12/1712/2012/2313/12
Street [1] 2/8
stuck [2] 5/2121/12
student [1] 6/5
studio [2] 39/2339/25
studios [1] 37/16
stuff [4] 7/1316/526/5 41/11
subfolder [1] 44/24
subfolders [2] 44/14 44/23
subject [1] 54/21
submitted [1] 14/24
substance [1] 54/21
such [1] 33/19
Suite [2] 2/42/8
super [1] 38/15
supporting [1] 9/10
sure [6] 8/199/124/22 29/1641/1648/1
suspect [1] 39/6
Suzette [4] 1/2152/14 53/653/22
Suzette's [1] 15/21
sworn [2] 4/252/8
Synchronoss [19] 9/21 11/1911/2118/1032/16 32/1932/2333/1033/13 33/1834/1834/1934/20 35/1242/2444/1144/13 44/2245/19
system [1] 25/17

## T

tag [1] 21/12
take [2] 39/1249/20
taken [3] 1/1440/254/6
taking [2] 39/1839/19
talked [2] 20/1244/5
talking [7] 8/199/14 22/822/1231/741/249/3
Tanner [2] 25/1625/17

Task [1] 6/22
technical [1] 33/14
teen [2] 35/737/12
teenage [7] 30/2131/2 31/331/1231/1931/21 39/12
teenager [2] 35/10 38/25
tell [11] 11/1316/618/22 19/1528/728/928/10 38/1745/145/1145/25
telling [1] 28/1
tells [1] 45/25
template [2] 48/13 48/18
temporary [1] 43/14
ten [1] 29/6
Tenth [1] 2/8
term [2] 13/226/2
testified [1] 4/2
testifying [3] 51/251/6 51/7
text [1] 46/11
than [10] 23/1625/4 25/632/2136/1636/24 37/438/1840/1142/11
Thank [2] 51/951/11
Thankfully [1] 50/18
that [327]
that entire [1] 32/14
That I [1] 14/9
that the [1] 6/2
that's [34]
their [6] 21/928/21 30/1438/2038/2145/23
them [17] 10/1210/13 10/1310/1414/1214/13 17/1919/1220/1721/1 32/2139/1941/2241/24 41/2450/2150/22
themselves [1] 39/15
then [35]
there [29]
there's [10] 17/1817/19 17/1931/336/2141/141/4 44/445/2449/6
these [14] 8/2516/10 16/1119/524/1424/17 25/1225/1626/1330/4 35/1343/2545/1448/20
they [39]
they'll [2] 13/2526/6
they're [11] 18/331/4

31/1131/1331/1331/22 37/1437/1539/1839/24 50/17
thing [4] 8/2013/10 39/1346/25
think [25] 5/95/157/20 7/259/39/1611/1413/4 20/1924/2024/2226/12 28/928/1128/2233/4 40/1241/1547/147/17 47/2448/749/1350/23 51/4
thinking [1] 5/3
third [1] 40/8
thirteen [2] 40/1242/11
this [51]
those [28]
though [5] 9/1731/12 32/2138/1748/3
thought [4] 6/821/24 38/1041/22
three [4] 35/1341/142/1 43/5
through [8] 7/197/23 14/715/1719/1120/9 23/1228/25
throughout [1] 33/12
thus [2] 6/2543/18
time [13] 1/151/185/16 16/418/318/526/1626/20 29/1832/934/147/13 49/16
times [4] 6/829/639/4 50/14
tip [14] 11/1411/18 11/2014/2217/1517/17 18/218/1518/2419/319/8 19/820/721/15
tips [4] 16/1016/11 19/1119/21
titled [3] 8/198/209/8
today [1] 15/25
toddler [1] 39/24
Tolbert [1] 9/12
told [8] 20/1721/121/2 25/1927/1027/1135/3 41/22
too [1] 50/7
took [4] 7/2226/1750/21 50/22
top [8] 15/720/1341/3 41/1241/2542/542/848/7
torn [1] 35/8

**T**

**totality [1]** 38/21
**totally [2]** 21/2322/1
**training [4]** 6/156/20 7/1843/17
**trainings [1]** 6/23
**transcript [3]** 53/9 53/1054/2
**transferred [1]** 15/19
**transitioned [1]** 4/14
**traveling [2]** 37/19 38/23
**true [2]** 53/1054/20
**try [4]** 25/825/937/21 50/6
**trying [4]** 7/127/20 24/2026/21
**twice [1]** 26/14
**two [10]** 10/312/1013/7 15/217/1819/635/21 36/1940/341/4
**type [7]** 7/1717/618/13 20/735/449/1052/21

**U**

**uh [4]** 16/728/1835/5 35/6
**uh-huh [2]** 16/728/18
**unable [1]** 34/24
**unconfirmed [1]** 16/11
**under [10]** 4/174/229/8 22/2223/1831/431/16 38/444/2154/20
**underage [2]** 30/14 30/17
**underneath [3]** 13/25 17/2142/4
**undersigned [1]** 52/6
**understand [2]** 23/11 39/7
**understanding [4]** 25/1726/127/1842/10
**underwear [2]** 39/1 39/5
**unfortunately [2]** 39/1141/11
**unintentionally [1]** 46/6
**University [1]** 5/11
**unless [2]** 25/2445/2
**until [5]** 1/1515/218/17 18/1818/20
**up [16]** 4/258/1612/1

14/416/321/2526/21 29/2533/538/2539/442/4 44/1545/1050/851/13
**upload [1]** 26/16
**uploaded [4]** 20/720/15 20/2145/22
**upon [1]** 36/17
**us [12]** 15/215/415/6 15/1315/1315/1919/12 39/645/2545/2547/18 47/25
**use [5]** 26/233/2133/22 47/1248/13
**used [6]** 29/1129/18 30/1737/2038/738/11
**using [1]** 30/14
**usually [4]** 8/316/15 37/1648/22

**V**

**vaginal [1]** 26/5
**Valley [3]** 8/128/138/14
**Verizon [7]** 9/1710/1 10/232/2032/2132/22 33/7
**versa [1]** 15/3
**versus [1]** 23/3
**very [4]** 27/1148/17 48/2051/10
**via [5]** 1/121/162/32/7 52/7
**vice [1]** 15/2
**video [4]** 34/1434/23 46/2347/3
**Videoconference [1]** 1/16
**view [9]** 14/320/420/14 20/2120/2227/2133/21 43/1044/13
**viewed [2]** 12/1840/19
**viewing [1]** 34/25
**VZ [1]** 44/16

**W**

**waive [1]** 51/15
**want [10]** 8/914/326/19 33/2436/1136/2140/4 40/1841/1649/17
**wanted [4]** 18/1620/5 20/1136/8
**wants [1]** 51/15
**warrant [13]** 9/119/13 9/1812/412/732/1032/13 33/133/1147/1347/19

47/2148/10
**warrants [3]** 9/129/15 10/10
**was [126]**
**wasn't [3]** 9/136/347/18
**watermark [1]** 30/5
**Watson [1]** 2/4
**way [11]** 8/2113/19 19/1421/421/721/2224/7 38/1842/2544/445/13
**we [62]**
**we'll [1]** 10/22
**we're [7]** 7/188/1919/5 28/2136/1139/447/14
**we've [1]** 28/19
**website [4]** 30/630/24 33/142/13
**weird [3]** 38/1549/19 49/22
**well [15]** 5/117/2310/20 10/2019/420/1922/10 24/2224/2327/1033/24 42/745/1946/346/7
**went [3]** 5/1110/1932/3
**were [46]**
**what [46]**
**what's [3]** 8/2221/16 27/18
**when [32]**
**whenever [2]** 15/12 44/22
**where [30]**
**whether [12]** 15/25 18/118/2219/1529/20 34/2541/2041/2143/1 45/945/1346/1
**which [19]** 6/77/219/8 9/1410/1011/2014/1 15/1617/217/1518/11 23/1029/1531/2437/16 38/1538/1944/1745/19
**while [5]** 16/926/926/17 27/233/12
**white [2]** 12/1341/12
**who [10]** 7/1211/24 13/2119/1619/2220/4 24/324/924/1245/8
**who's [1]** 37/21
**why [5]** 30/1334/24 35/1336/150/1
**will [10]** 14/115/15 18/1119/1126/439/12 46/1347/1448/1351/7

**WILLIAM [3]** 1/712/2 54/4
**within [4]** 13/2427/15 44/1044/16
**WITNESS [4]** 3/251/17 52/1054/5
**woman [1]** 22/8
**won't [2]** 21/1145/1
**word [1]** 17/4
**work [3]** 13/1845/12 48/12
**working [1]** 34/7
**works [1]** 27/15
**would [77]**
**wouldn't [5]** 18/1729/3 34/736/1447/23
**write [2]** 48/2154/2
**wrong [3]** 21/2322/1 27/21
**wrote [2]** 10/1311/2

**X**

**X'd [1]** 22/14
**XX [1]** 52/20

**Y**

**y'all [2]** 47/1947/21
**yeah [18]** 5/256/16/6 6/611/616/722/1625/6 28/228/628/2430/2035/9 38/939/1445/2447/24 50/15
**year [7]** 5/67/114/20 16/217/2417/2527/8
**years [3]** 23/1723/22 48/15
**Yep [3]** 5/187/327/24
**yes [67]**
**yet [2]** 46/947/1
**you [239]**
**you'd [2]** 30/2245/21
**you'll [2]** 38/2539/2
**you're [10]** 8/239/13 16/919/1327/231/21 34/1237/2548/949/3
**you've [6]** 8/524/1827/7 27/841/1042/17
**young [1]** 38/18
**younger [2]** 12/1223/16
**your [29]**
**yourself [6]** 22/1929/3 30/330/2438/1238/24