# Arrest Report



ST JOHNS COUNTY SHERIFFS OFFICE
4015 LEWIS SPEEDWAY
ST. AUGUSTINE, FL

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 4/22/2023 11:44 PM | SJSOCHG0056617S | SJSO23OFF004278 / SJSO23CAD098882 | CAMDEN, DENNIS  JAME |

| Originating Agency ORI | Occur Date Time Range | | Jurisdiction |
|---|---|---|---|
| FL0550000 | 04/22/2023 22:10:52 - | | |

| OBTS Number | Other Number | Clearance |
|---|---|---|
| | | |

## Location of Occurrence

| County | Location Type | Location Description |
|---|---|---|
| ST. JOHNS | OTHER | ST JOHNS COUNTY SHERIFF'S OFFICE   (904) 824-8304 |

| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code |
|---|---|---|---|---|---|
| 4015 | LEWIS SPEEDWAY | | SAINT AUGUSTINE | FL | 32095 |

## Suspect

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ALBERT | ARIEL | BODDEN | J | H | MALE | 600 | 260 | BLACK | BROWN |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| SJSO20MNI018687 | 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 | 11/21/1995 | 27 | | B350021954210 | FL | |

| Place of Birth: | MIAMI UNITED STATES |
|---|---|

| Address |
|---|
| * RESIDENCE / 8343 PRINCETON SQ BLVD E 1707 , JACKSONVILLE, FL 32256 / 772-233-9417 |

## Arrest

| Arrest Date/Time | Arrest Location Type | Arrest Location Description |
|---|---|---|
| 4/22/2023 11:44:44 PM | OTHER | |

| Street Number | Street | Apt/Lot/Bldg | County | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 4015 | LEWIS SPEEDWAY | | ST. JOHNS | SAINT AUGUSTINE | FL | 32095 |

## Charge :

| Counts | Charge | Bond Amount | | No Bond |
|---|---|---|---|---|
| 1 | 800.04.4a1 | $0.00 | | |

| Charge Degree | Charge Level |
|---|---|
| S | FELONY |

| General Offense Code | Arrest Offense Code |
|---|---|
| ATTEMPTED | LEWD LASCV BEHAVIOR |

| Charge Description |
|---|
| LEWD OR LASCIVIOUS BATTERY VICTIM AGE 12 TO 16 |

| Administrative Code - Description |
|---|
| - |

## Charge :

| Counts | Charge | Bond Amount | | No Bond |
|---|---|---|---|---|
| 1 | 847.0135.4a | $0.00 | | |

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| **4/22/2023 11:44 PM** | **SJSOCHG0056617S** | **SJSO23OFF004278 / SJSO23CAD098882** | **CAMDEN, DENNIS JAME** |

| Originating Agency ORI | Occur Date Time Range | | Jurisdiction |
|---|---|---|---|
| **FL0550000** | **04/22/2023 22:10:52 -** | | |

| OBTS Number | Other Number | Clearance |
|---|---|---|
| | | |

| Charge Degree | Charge Level |
|---|---|
| **S** | **FELONY** |

| General Offense Code | Arrest Offense Code |
|---|---|
| **COMMITTED** | **OBSCENE COMMUNICATION** |

| Charge Description |
|---|
| **TRAVEL TO MEET AFTER USE COMPUT TO LURE CHILD** |

| Administrative Code - Description |
|---|
| **-** |

**Charge :**

| ▶ | Counts | Charge | Bond Amount | ☐ | **No Bond** |
|---|---|---|---|---|---|
| | **1** | **847.0135.3a** | **$0.00** | | |

| Charge Degree | Charge Level |
|---|---|
| **T** | **FELONY** |

| General Offense Code | Arrest Offense Code |
|---|---|
| **COMMITTED** | **OBSCENE COMMUNICATION** |

| Charge Description |
|---|
| **USE COMPUTER TO SEDUCE SOLICIT LURE CHILD** |

| Administrative Code - Description |
|---|
| **-** |

**Charge :**

| ▶ | Counts | Charge | Bond Amount | ☐ | **No Bond** |
|---|---|---|---|---|---|
| | **1** | **934.215** | **$0.00** | | |

| Charge Degree | Charge Level |
|---|---|
| **T** | **FELONY** |

| General Offense Code | Arrest Offense Code |
|---|---|
| **COMMITTED** | **PUBLIC ORDER CRIMES** |

| Charge Description |
|---|
| **USE 2 WAY COMM DEVICE TO FACIL FELONY** |

| Administrative Code - Description |
|---|
| **-** |

**Probable Cause**

The undersigned certifies and swears that there is probable cause to believe the above-named defendant, who was positively identified by his Florida Driver's License on the 22nd day of April, 2023, within St. Johns County, violated the law and did then and there:

1) Attempted Lewd and Lascivious Battery; F.S.S. 800.04.4a1
2) Travel to meet a minor for sex; F.S.S. 847.0135.4a
3) Solicitation of a minor for sex; F.S.S. 847.0135.3a
4) Unlawful use of a two-way communication device; F.S.S. 934.215

**Arrest Report**                                                                                 **Page 2 of 4**

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 4/22/2023 11:44 PM | SJSOCHG0056617S | SJSO23OFF004278 / SJSO23CAD098882 | CAMDEN, DENNIS  JAME |

| Originating Agency ORI | Occur Date Time Range | | Jurisdiction |
|---|---|---|---|
| FL0550000 | 04/22/2023 22:10:52 - | | |

| OBTS Number | Other Number | Clearance |
|---|---|---|
| | | |

On the above date the St. Johns County Sheriff's Office was conducting a proactive undercover operation which targets suspects that use the internet to sexually exploit children. An undercover investigator was acting in an undercover capacity when she posted an ad to an internet commerce site while portraying a 13-year-old female.

The undercover (UC) was contacted by the suspect via text message and audio recorded text messages. It should be noted the below messages are not a full depiction of the conversation which transpired between the undercover and the suspect:

Suspect: Do you do bare?
UC: I can but im nervous about it
UC: it be weird being preggo so young
Suspect: We could get plan b pil
UC: they don give those to 13 year olds
Suspect: Wtf. I could have gotten it.
Suspect: Are you 18 years old or older?
UC: ummmm no lol
Suspect: I lost that other number. Would you do bare tho?
UC: I mean i would but i don wanna get preg
Suspect: Just have to take the pill after and you wouldn't
UC: But i cant get the pill with out help
Suspect: I would bring it
UC:  Ok cool… can u get one this late?
Suspect: Yes
Suspect: It's not crazy but I want to cum inside since the pill
Suspect: Are you with law enforcement?
UC: no
UC: Ru?
Suspect: No, I'm not. but how can i be sure that you aren't with your age?
UC: I don know no cops that are my age sooooo
UC: But if ur not comfortable wit it u dont ahve to meet me rlly
Suspect: Can you send a nude while holding up 3 fingers?
Suspect: I'll just start heading there

The suspect who was positively identified as Albert A. Bodden (11/21/1995) traveled to a predetermined location within St. Johns County where he was taken into custody.

Post Miranda Albert, invoked.

Citation No. _____

**Arrest Report**                                                                                          **Page 3 of 4**

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| **4/22/2023 11:44 PM** | **SJSOCHG0056617S** | **SJSO23OFF004278 / SJSO23CAD098882** | **CAMDEN, DENNIS JAME** |

| Originating Agency ORI | Occur Date Time Range | | Jurisdiction |
|---|---|---|---|
| **FL0550000** | **04/22/2023 22:10:52 -** | | |

| OBTS Number | Other Number | Clearance |
|---|---|---|
| | | |

Domestic Violence: []
Probation: [] Yes [x] No If yes, Location: _____ Sexual Predator: [] Yes [x] No
English: [x] Yes [] No _____ Deaf/Mute: [] Yes [x] No
Attachments, Statements: [] Traffic Citations: [] DUI: []

## Jail Booking Facility

▶

| Booking Date/Time | Booking County | Booking Facility | Booking Facility Phone |
|---|---|---|---|
| | **ST. JOHNS** | **ST. JOHNS COUNTY JAIL** | **904-824-8304** |

| Booking Facility Location | Booking Number |
|---|---|
| **3955 LEWIS SPEEDWAY ST. AUGUSTINE, FL 32084** | |

| Booking Comments |
|---|
| |

## Court

▶

| Court County | Court Location |
|---|---|
| **ST. JOHNS** | **4010 LEWIS SPEEDWAY ST AUGUSTINE, FLORIDA  32084** |

| Court | Court Phone | Court Appereance Date / Time | Court Fine |
|---|---|---|---|
| **ST JOHNS COUNTY COURT** | **(904) 819-3600** | | |

| Comments |
|---|
| |

| Officer Name Rank / ID # | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|
| **CAMDEN, DENNIS JAME** **LE DEPUTY          10946** | **REPORTING OFFICER** | **ST JOHNS COUNTY SHERIFFS OFFICE** **SJSO\INVEST\SPECIAL VICTIMS\ICAC** |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the probable cause associated with this report:

### Reporting Officer

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| **CAMDEN, DENNIS JAME** | **LE DEPUTY** | **10946** | This the _____ day of _____, _____ |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT |
| **ST JOHNS COUNTY SHERIFFS OFFICE** | | | |
| Officer Signature _____ | | | |

◯ No Bill / Petition     ◯ Issue Warrant     ◯ Prosecution Approved

_____
Signature of Assistant State Attorney                          Date

---