CLASSIFICATION: FELONY

STATE OF FLORIDA

VS.

WILLIAM LEE LAWSHE
W/M; DOB: 11/09/1969  SS# 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

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT, IN AND FOR ST. JOHNS COUNTY, FLORIDA, IN THE YEAR TWO THOUSAND TWENTY THREE

CASE NO:    CF2300516

AGENCY:    SJSO/23OFF001895

## INFORMATION

CHARGE(S):
I)      POSSESSION OF SEXUAL PERFORMANCE BY A CHILD
II)     POSSESSION OF SEXUAL PERFORMANCE BY A CHILD
III)    POSSESSION OF SEXUAL PERFORMANCE BY A CHILD

R.J. LARIZZA, State Attorney for the Seventh Judicial Circuit of the State of Florida and as such prosecuting attorney for this Court, in the name of and by the authority of the State of Florida charges that:

COUNT I:  WILLIAM LEE LAWSHE, on or between January 25, 2023 and April 12, 2023 and on dates in between, in the County of ST. JOHNS and State of Florida, was unlawfully and knowingly in possession or control of or did intentionally view an image which, in whole or in part, file name: 0065(1) depicts a female juvenile bending down on her knees with her legs spread apart exposing her anus and a portion of her vagina, and WILLIAM LEE LAWSHE knew that image to include any sexual conduct by a child, contrary to Florida Statute 827.071(5). (3 DEG FEL)

COUNT II: WILLIAM LEE LAWSHE on or between January 25, 2023 and April 12, 2023 and on dates in between, in the County of ST. JOHNS and State of Florida, was unlawfully and knowingly in possession or control of or did intentionally view an image which, in whole or in part, with file name: 0059, depicts a female juvenile exposing her breasts and vagina, and WILLIAM LEE LAWSHE knew this image to include any sexual conduct by a child, contrary to Florida Statute 827.071(5). (3 DEG FEL)

COUNT III: WILLIAM LEE LAWSHE, on or between January 25, 2023 and April 12, 2023 and on dates in between, in the County of ST. JOHNS and State of Florida, was unlawfully and knowingly in possession or control of or did intentionally view an image which, in whole or in part, with file name: Screeenshot_20230122_174408_DuckDuckGo depicts, a female juvenile on a bed lifting clothing and exposing her vagina, and WILLIAM LEE LAWSHE knew that image to include any sexual conduct by a child, contrary to Florida Statute 827.071(5). (3 DEG FEL)

FOR THE STATE ATTORNEY

KAITLYN MAIRS PAYNE
Bar No. 99539
ASSISTANT STATE ATTORNEY
SEVENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA
4010 LEWIS SPEEDWAY
ST AUGUSTINE, FL  32084
(904) 209-1620
ESERVICESTJOHNS@SAO7.ORG

COUNTY OF ST. JOHNS

STATE OF FLORIDA

Personally appeared before me KAITLYN MAIRS PAYNE, Assistant State Attorney, for the Seventh Judicial Circuit of the State of Florida, known to me to be the foregoing prosecuting officer, who being duly sworn, says that the allegations set forth in the foregoing information are based upon facts that have been sworn to as true, and which, if true, would constitute the offense therein charged. Subscribed in good faith.  Said facts based on testimony of material witnesses.

SWORN to and subscribed before me this ____5____ day of May, 2023.

Submitted to the Clerk of the CIRCUIT
Court, Seventh Judicial Circuit, in and
For ST. JOHNS County, Florida, on the
____5____ day of May, 2023.

NOTARY PUBLIC AT LARGE
STATE OF FLORIDA

LESLEY ROSARIO
Commission # HH 211665
Expires February 15, 2026