**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WILLIAM LEE LAWSHE,**
**an individual,**

      **Plaintiff,**

**v.**                             **CASE NO: 3:24-cv-00044-MMH-MCR**

**MIKAYLA PRESTON, in her individual**
**capacity as a Detective for St. Johns County**
**Sheriff's Office, and KATHLEEN DULLY,**
**in her individual capacity as medical director**
**of the UF Child Protection Team,**

      **Defendants.**
_____/

## DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO FILE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Defendants, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby request the Court extend the deadline to answer/respond to Plaintiff's Motions for Partial Summary Judgment [Docs. 66, 67] by seven (7) days and to file their respective Motions for Summary Judgment by seven (7) days, and state the following in support thereof:

1. Plaintiff filed his Motion for Partial Summary Judgment as to Defendant DULLY on August 12, 2025. [Doc. 66]

2. Plaintiff filed his Motion for Partial Summary Judgment as to Defendant

1

PRESTON on August 12, 2025. [Doc. 67]

3. The deadline to respond to these motions is September 2, 2025.

4. The deadline for the parties to file dispositive motions is September 5, 2025.

5. Defendants request an additional seven (7) days to respond to the pending Motions for Partial Summary Judgment.

6. Defendants likewise request an additional seven (7) days to file their Motions for Summary Judgment.

7. Counsel for Defendants has been diligently attempting to prepare responses to Plaintiff's Motions for Partial Summary Judgment in addition to preparing their own Motions for Summary Judgment; however, due to counsel for both Defendants dealing with recent illnesses, Defendants require an enlargement of time to completely and properly prepare their response and their dispositive motions.

8. Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b), courts may extend a deadline for good cause. Additionally, district courts have "broad discretion in deciding how best to manage the cases before them." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997).

9. Defendants request this extension in good faith and not for the purpose of undue delay.

WHEREFORE, Defendants request that the response to Plaintiff's Motions for Partial Summary Judgment be extended by seven (7) days to September 9, 2025

and that Defendants' deadline to file their dispositive motions be extended by seven (7) days to September 12, 2025.

## Local Rule 3.01(g) Conferral

Defendants, by and through undersigned counsel, and pursuant to Local Rule 3.01(g), hereby files this certification to confirm Plaintiff does not oppose Defendants' requested extensions of time.

Respectfully submitted,

*/s/ Matthew J. Carson*
MATTHEW J. CARSON
Florida Bar No. 0827711
Email: mcarson@sniffenlaw.com
SNIFFEN &amp; SPELLMAN, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004
Attorneys for Defendant Mikayla
Preston

*/s/Jami M. Kimbrell*
Jami M. Kimbrell, Esq.
Florida Bar No. 0657379
John Wilson, Esq.
Florida Bar No. 84798
Howell, Buchan &amp; Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Johnwilson@jsh-pa.com
Attorney for Defendant, Kathleen
Dully

3