

8003 Franklin Farms Dr., Ste. 123 ▪ Henrico, VA 23229
804-588-9877 ▪ PSiewert@ArcherHall.com

# Patrick J. Siewert
## Director of Digital Forensics & E-Discovery

## SUMMARY

- *24 years of award-winning expertise in law enforcement & private practice with 15 years of high-profile case work in electronic investigation & digital (computer & mobile device) forensics & cellular records analysis*
- *25 years of testimony experience at State & Federal levels, dozens of Expert Witness designations & appointments in digital/computer forensics, cell phone forensics, cellular records analysis & mapping and online undercover investigation*
- *Certified in Cyber Crime Investigation & Examination, Mobile Device Forensic Analysis and Cellular Records Analysis & Mapping*
- *Specialized training & experience in Mac (Apple) computer forensics and cellular call detail records analysis & historical cell site location information (CSLI) records mapping*
- *Adjunct Faculty at Virginia Commonwealth University instructing Digital Forensics for the Department of Forensic Science*
- *Associate Member of the American Academy of Forensic Sciences*
- *Nationwide Law enforcement & civilian instructor in digital forensics and police response tactics for 17 years.  Certified Law Enforcement Instructor (Virginia).*
- *Frequent contributor to local, regional and national media outlets in the field of digital forensics*
- *Authored & published dozens of thought-leadership & case study articles on various digital forensic topics including ethical & best practices and product/training reviews.  Authored chapter on Mobile Forensic Analysis Tools in academic text*
- *Elected First Vice President of the High Technology Crime Investigator's Association – Mid Atlantic Chapter*

## RELEVANT EXPERIENCE

| | |
|---|---|
| 2022- present | **Director of Digital Forensics & eDiscovery**, ArcherHall, Richmond, Virginia |
| 2014- present | Adjunct Instructor & Background Investigator, Crater Criminal Justice Training Academy, Disputanta, Virginia |
| 2021- present | **Subject Matter Expert** & Contract Instructor – Leads Online/CellHawk & ABM Intel |
| 2022- present | **Adjunct Professor of Digital Forensics** – Virginia Commonwealth University, Richmond, Virginia |
| 2020-2023 | Contributing Writer, Forensic Focus |
| 2020-2022 | Volunteer Analyst/Investigator - National Child Protection Task Force, ncptf.org |
| 2018-2023 | Contract Trainer, Cellebrite Global Training Division, Worldwide |
| 2013-2022 | **Founder, CEO & Principal Consultant**, Professional Digital Forensic Consulting (dba Pro Digital), Richmond, Virginia (Acquired by ArcherHall Sept. 2022) |
| 2013-2014 | Sergeant, Thomas Nelson Community College Police Department, Hampton, Virginia |
| 2002-2013 | Deputy Sheriff, Louisa County Sheriff's Office, Louisa, Virginia: |
| 2008-2013 | Detective: Digital Forensics, Internet Crimes Against Children & Special Operations |
| 2005-2008 | School Resource Officer/Supervisor (Corporal 2007-2008) |
| 2002-2005 | Patrol Deputy |
| 2000-2002 | Police Officer, Virginia Commonwealth University Police Department, Richmond, Virginia |

**Siewert, Patrick**
**October 2024**

## EDUCATION

**Virginia Commonwealth University, Richmond, Virginia**
Bachelor of Science, Criminal Justice - May 1999

## PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING

June 2024:  **Techno Security & Digital Forensics Conference**, Wilmington, NC
- Attendance in several professional development sessions during the 2024 Techno Security & Digital Forensics Conference, including recognition and analysis of AI-generated images, Mac computer analysis notable artifacts, Litigating Generative AI, Expert Testimony for the Prosecution, Extended Attribute timestamps in Mac analysis, Current Industry Trends and Criminal Defense use of Digital Evidence.  Also presented session on law enforcement collaboration with independent experts.

February 2024:  **American Academy of Forensic Sciences Annual Meeting**, Denver, CO
- Attendance at the annual AAFS meeting held in Denver, CO.  Session topics covered included forensic video file identification and processing, multiple studies highlighting the digital forensic/legal partnership and iOS location metadata analysis and validation.  Certificate of Attendance.

September 2023**:  Advanced Cellular Records Analysis (ACRA)**, Corona, CA
- Completion of Advanced Cellular Records Analysis course as provided by A.B.M. Intel, Premier Training Provider for CellHawk/LeadsOnline.  Topics included cellular equipment terminology, radio frequency and cellular theory, cellular network architecture, precision location data analysis for the primary cellular providers and best practices for report and demonstrative exhibit compilation.

May 2022:  **Techno Security & Digital Forensics Conference,** Myrtle Beach, SC
- Attendance in several sessions during the 2022 Techno Security & Digital Forensics Conference including Testifying as an Expert Witness, Qualifying as An Expert Witness, Google Geofence Warrant Legal Update, Reasonable Expectation of Privacy Following the Carpenter Decision, Apple T2 & Silicon Computer Acquisition Updates & Hands-on Lab: KAPE for Collections.

April 2021:  **Cellular Technology, Mapping & Analysis Training (Hawk Analytics)** – Live online (Update)
- 40-hour updated course of study focusing on cellular technology, obtaining cellular records from various providers, mobile virtual network operators, using CellHawk to import, map and analyze records and Expert testimony best practices.

November 2020:  **Cellebrite Advanced Smartphone Analysis (CASA)** – (Live Online)
- 30 hours of advanced methods, techniques and procedures for performing manual and automated analysis of smartphone data both with Cellebrite and third-party mobile forensic tools.  Topics covered included advanced SQLite database analysis, advanced iOS (iPhone/iPad) analysis, advanced Android analysis, modern changes to both Apple and Android devices and multiple hands-on practical exercises and labs.  Certification obtained.

September 2020:  **X-Ways Forensics II:  Integrated Computer Forensics Training** - (Live Online)
- 16 hours of advanced training in the use, advanced features and in-depth application of the computer forensic analysis tool, X-Ways Forensics.  Topics covered included block-wise hashing, indexing & advanced searching for key words, RAID reconstruction, recovery of lost disk partitions and MS Windows registry report definitions.  Certificate obtained.

**Siewert, Patrick**
**October 2024**

## PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING (continued)

June 2020:  **Cellebrite Certified Corporate Investigator** - (Live Online)
•        21 hours of training specifically targeting mobile forensic investigations in a corporate and/or civil arena. Course content included best practices, response/incident work-flow, legal considerations, practical exercises and final certification exam.  Certification obtained.

May 2019:  **International Association of Computer Investigative Specialists (IACIS) Mac Forensics Survival Course 201: Advanced Practices in Mac Forensics**, Orlando, Florida
•        36 hours of instruction on advanced practices of acquisition, analysis, validation, reporting and testimony with regard to various iterations of Apple Macintosh hardware, Mac operating system software and Mac application artifacts with multiple techniques and practical applications in a vendor-neutral format. Certificate of completion obtained.

August 2018:  **Cellebrite Instructor Development Course,** Fairfax, Virginia
•        24 hours of developmental course information for prospective Cellebrite Contract Instructors.  Course included review of the Cellebrite Certified Operator (CCO) and Cellebrite Certified Physical Analyst (CCPA) course material, administrative requirements and other pertinent information.  Accepted into the Cellebrite Contract Instructor Cadre upon completion.

April 2018:  **International Association of Computer Investigative Specialists (IACIS) Mac Forensics Survival Course 101**, Orlando, Florida
•        36 hours of training on the hardware, software, file systems, operations and considerations of Mac OSx computers and apps.  Course was taught in a vendor-neutral format and stressed best practices for collecting Mac computer evidence, imaging Mac computers, forensically analyzing Mac computers and reporting & testifying to findings.  Certificate obtained.

August 2017:  **Cellular Technology, Mapping & Analysis + Cell Hawk Training, Hawk Analytics,** Kansas City, KS
•        24 hours cumulative training in the architecture, technology and terminology of cellular networks and cellular service providers, how to properly interpret, analyze and map cellular records and testify in court.  8 hours of this course was specific to applying the knowledge and skills to effectively use the cellular analysis and mapping tool, Cell Hawk.

May 2017:  **Cellebrite Certified Physical Analyst,** Richmond, Virginia
•        20-hour course of study focusing on in-depth analysis of data acquired from mobile devices utilizing Cellebrite Universal Forensic Extraction Device (UFED).  Course topics included mobile technology, mobile memory storage, data carving/recovery and artifacts specific to Android and iOS (Apple) operating systems and devices.  Certification obtained. Recertified in 2019.

May 2017:  **Cellebrite Certified Operator,** Richmond, Virginia
•        16-hour course of study in the proper handling and low-to-mid-level analysis of mobile devices (smart phones, tablets, GPS units) using Cellebrite Universal Forensic Extraction Device (UFED).  Certification Obtained. Recertified in 2019

August 2016: **Public Agency Training Council – Tech (PATCTech), Cellular Records Review & Analysis**
•        10-hour internet-based course of instruction on proper analysis of call detail and tower location records as provided by all five (5) cellular service providers in the United States.  Course emphasized carrier-specific points of note, proper warrant/court order terminology, availability of particular records and appropriate interpretation of call detail records. Certificate Obtained.

**Siewert, Patrick**
**October 2024**

## PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING (continued)

June 2016:  **Public Agency Training Council - Tech (PATCTech), Smartphone Forensics & Cellular Technology Certification Training (+SMART),** Marietta, Georgia
• 35-hour course of study concentrating on smart phone device forensic data acquisition, analysis and reporting, utilizing various tools at different levels of analysis.  Training also incorporated cellular technology, network-specific practices, call detail record & cell tower log analysis and map/location plotting of cellular devices in a holistic approach to mobile forensic investigations. +SMART certification obtained.

April 2016:  **International Association of Computer Investigative Specialists (IACIS) Mobile Device Forensics Training,** Orlando, Florida
• 37-hour vendor-neutral course of instruction detailing the different cellular/smart phone technologies, how mobile device phone data is stored, tool-specific applications, SQLite database structure & analysis and mobile device metadata.  This course concentrated specifically on iOS (Apple) and Android device acquisition and analysis.

April 2016:  **X-Ways Forensics I:  Integrated Computer Forensics Training,** Manassas, Virginia
• 32-hour vendor-sponsored course covering basic and intermediate use of the X-Ways Forensics computer forensic software.  This course was taught by X-Ways Forensics developers and incorporated practical exercises testing the proper use of X-Ways Forensics on multiple types computer forensic image files.

September 2015:  **High Tech Crime Investigations Association (HTCIA) International Conference,** Orlando, Florida
• One-week international conference incorporating the worldwide community of digital forensics, high-tech investigation, information security and incident response.  Course track included several sessions on mobile forensics and computer forensics.

March 2015:  **CISSP Certification Study Group,** Richmond, Virginia
• 30-hour course of study (over 10 weeks) to prepare the participant to take the Certified Information Systems Security Professional (CISSP) test.  The course covered all 10 domains of the CISSP & was sponsored by the Central Virginia Information Systems Security Association (ISSA). Test was not attempted.

September 2014:  **Cell Phone Forensic Boot Camp (HTCIA),** Arlington, Virginia
• Two-day training detailing the types of cellular and smart phone devices, how they store data, industry-standard tools used to recover mobile data, reporting and proper evidence handling.

July 2014:  **Lantern Certified Examiner (LCE),** Boston, Massachusetts
• 36 hours of in-depth training & certification on the Lantern tool for digital forensic analysis of iPhones, Android devices, tablets and Mac computers.  Certification obtained.

June 2014:  **Basic Private Investigator**, Richmond, Virginia
• Abbreviated basic Private Investigator certification as issued by the Virginia Department of Criminal Justice Services under the experienced law enforcement officer program. Recertification: June 2016 & May 2019.

December 2013:  **Crime Scene Investigation Seminar,** Richmond, Virginia
• 24 hours of instruction on proper documentation of a crime scene as well as the various capabilities of forensic scientists who assist in examination of evidence, to include physical and digital evidence.  Hosted by the University of Richmond

## PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING (continued)

February 2013:  **Internet Crimes Against Children (ICAC) Ares-Roundup**, Forest, Virginia
•        24 hours of instruction on the differences between Gnutella and Ares peer-to-peer networks and how to effectively investigate and apprehend suspects using the Ares network to access child exploitation images

October 2012:  **EnCase Certified Examiner Prep Course,** Sterling, Virginia
•        24 hours of intense review and practice with the EnCase Forensic software in preparation for the EnCase Certified Examiner written and practical examinations as administered by Guidance Software.

September 2012:  **National White Collar Crime Center iOS Device Forensics,** Richmond, Virginia
•        16 hours of instruction on the basics of Apple mobile (iOS) device forensic terminology and data storage as well as familiarity with open-source analysis tools and vendor-specific tools such as "Lantern"

September 2012:  **EnCase Certified Examiner (Level 2),** Online Course
•        60 hours of instruction detailing how to use EnCase Forensic to parse out data that may not be readily apparent to the untrained eye and how to effectively detail and report those findings for use by counsel or another outside interested party.  Training given by Guidance Software

February 2012:  **U.S. Secret Service Basic Computer Evidence Recovery Training (BCERT),** Hoover, Alabama
•        192 hours (5 weeks) of instruction on digital forensic basic and advanced procedures.  This course, often referred to as "Computer Forensic Boot Camp" teaches the participant all aspects from basic data concepts and storage methods to more advanced forms of data recovery (or carving) and analysis, to include effective reporting and testimony in court.

July 2011**:  EnCase Certified Examiner (Level 1), Online Course**
•        40 hours of instruction on basic digital forensic terminology, methodology and best practices and how to incorporate those topics into the use if the EnCase Forensic analysis software package, as given through Guidance Software

November 2010:  **Virginia CyberForensic Workshop,** Richmond, Virginia
•        24-hour workshop reviewing updated tools for use in law enforcement and digital forensic investigations, hosted by the Naval Criminal Investigative Service

May 2010:  **Internet Crimes Against Children (ICAC) National Conference,** Jacksonville, Florida
•        32-hour conference updating participants with current trends in child exploitation investigations, tools helpful for law enforcement during investigations and digital forensic updates. Co-Presenter for online child solicitation case study "Joseph Okoh: Why the College Soccer Coach Should Have Stayed at Home and Offline"

March 2010:  **Seized Computer Evidence Recovery Specialist (SCERS),** FLETC, Glynco, Georgia
•        72-hour course detailing how to use vendor-specific tools (EnCase & FTK) to acquire and analyze data seized as part of a criminal investigation.  The course also detailed proper set-up and maintenance of forensic computers as well as reporting methods.  Hosted by the U.S. Department of Homeland Security, Federal Law Enforcement Training Center.

January 2010**:  Cold Case Forensics**, Fairfax, Virginia
•        24-hour course given by Dr. Henry Lee, Forensic Scientist, Connecticut State Police on how to use forensics to help solve stale and cold case investigations and identify likely suspects using forensic science

## PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING (continued)

October 2009: **Virginia Gang Investigator's Association (VGIA) Conference,** Virginia Beach, Virginia
•        32-hour conference detailing current gang trends, investigative methods and case studies in gang investigations, sponsored by the Virginia Gang Investigator's Association

August 2009: **Intermediate Data Recovery and Analysis (IDRA),** Fairmont, West Virginia (NW3C)
•        40-hour course on more advanced data analysis methods, open source and vendor-specific tools for analyzing data, different ways to recover deleted or unallocated data and effective reporting tips.

July 2009: **Basic Data Recovery and Acquisition (BDRA),** Fairmont, West Virginia (NW3C)
•        32-hour course detailing how data is stored, the various forms of digital media, metadata formats, file headers, file allocation, types of file systems and proper forensic acquisition of data from various media

June 2009: **ImageScan Forensic Preview,** Bedford, Virginia
•        8 hours of instruction on how to properly set up and implement ImagScan Forensic Preview software

January 2008: **Internet Crimes Against Children (ICAC) Undercover Operations**, Reston, Virginia
•        40-hour training describing how to conduct undercover investigations on the internet, tips and tricks law enforcement can use to their benefit and best practices that should be followed when conducting these investigations

October 2008: **Supervising Counterdrug Operations,** Chesterfield County, Virginia
•        32 hours of instruction on how to effectively supervise and manage law enforcement operations in a task force and/or multi-jurisdictional environment, given by the National Counterdrug Intelligence Center

September 2008: **Project Safe Childhood for Law Enforcement,** Roanoke, Virginia
•        40-hour conference on current trends, case studies and best practices for protecting children from predators, both online and in their normal routine

June 2008:  Internet Crimes Against Children (ICAC) Peer Precision, Lynchburg, Virginia
•        24-hour training on the proper procedures to identify & locate suspects trading in child exploitation images on the Gnutella peer-to-peer network, best practices when conducting these investigations and effective search warrant procedures

January 2007: **Internet Safety Awareness,** Richmond, Virginia
•        8 hours of instruction to help educate children, families and the general public how to safely navigate the internet

May 2007: **Internet Crimes Against Children (ICAC) Investigative Techniques,** King of Prussia, Pennsylvania
•        40-hour training detailing how to conduct effective, comprehensive investigations online using both open-source and law enforcement specific tools

March 2006: **The Search Warrant Process,** Weyers Cave, Virginia
•        16 hours of instruction on how to properly gather evidence, compose proper search warrant affidavits, swear-out and execute search warrants

April 2005: **Reid Technique of Interview & Interrogation (Advanced),** Fredericksburg, Virginia
•        24 hours of instruction on the behavioral method of interview & interrogation, theme construction, overcoming challenges and human behavioral characteristics

**PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING (continued)**

October 2003:  **Techniques of Interview & Interrogation,** Weyers Cave, Virginia
•         16 hours of instruction on the basics of interview & interrogation including behavioral patterns and case studies

November 2002:  **Forensic Photography, Division of Forensic Science Academy,** Richmond, Virginia
•         40 hours of instruction on proper forensic photographic documentation of crime scenes and surrounding areas. Topics include lighting, types of film, digital photography, perspective, scale and documentation.

## CERTIFICATIONS

- Cellebrite Advanced Smartphone Analysis (CASA, 2020)
- Cellebrite Certified Corporate Investigator (CCCI, 2020)
- National White Collar Crime Center: Certified Cyber Crime Examiner (CCCE, 2018-Present)
- Cellebrite Certified Operator & Physical Analyst (CCO/CCPA, 2017-Present)
- +SMART Smartphone & Cellular Technology Certification (2016)
- National Rifle Association Basic Pistol Instructor (2016-Present)
- Virginia Department of Criminal Justice Services Law Enforcement Firearms Instructor (2015-Present)
- Lantern Certified Examiner - Katana Forensics (2014)
- Advanced Law Enforcement Rapid Response Training Active Attack Integrated Response Instructor (2018-Present)
- Advanced Law Enforcement Rapid Response Training Civilian Response & Casualty Care Instructor (2022-Present)
- Advanced Law Enforcement Rapid Response Training Active Shooter Level 2 (FRM) Instructor (2014-Present)
- Advanced Law Enforcement Rapid Response Training Exterior Response to Active Shooter Events Instructor (2012-Present)
- Virginia Department of Criminal Justice Services General Instructor – Law Enforcement (2009-Present)
- Advanced Law Enforcement Rapid Response Training Active Shooter Level 1 Instructor (2007-Present)

## GRANTS

•         January 2014:  Co-Authored (with K. McCann) proposal for Thomas Nelson Community College Police Department as part of a grant program through the Virginia Office of the Attorney General to help increase inter-agency communications through additional equipment implementation.  Total grant award:  $266,000.

•         July 2013:  Principal Investigator who wrote the proposal for required equipment in conducting Active Shooter Preparedness Training. Granting body was the Virginia Department of Criminal Justice Services, Byrne Grant for Justice Assistance Total grant award:  $35,000.

•         July 2012:  Principal Investigator and author who wrote the proposal to the granting body, the Virginia Department of Criminal Justice Services Internet Crimes Against Children (ICAC) Grant fund, to extend 12-month period for salary, overtime and benefits for one full-time child exploitation Investigator.  Total grant award: $75,000.

•         January 2011:  Principal Investigator and author for the Virginia Department of Criminal Justice Services, Internet Crimes Against Children Grant fund for initial 18-month period for salary, overtime & benefits for one full-time child exploitation Investigator.  Total grant award: $111,000.

## PROFESSIONAL AWARDS & RECOGNITION

- June 2023:  National Association of Legal Investigators (NALI), Anthony Golec Author Award for submission "Why, Google? An Exploration of Google Response Policy"
- June 2021:  National Association of Legal Investigators, Honorable Mention for Article Submission
- December 2018:  Second Place Award for Expert Witness Blog of the Year: The Expert Institute
- March 2016: Nominated for Digital Forensic Blog of the Year by Forensic 4:Cast
- May 2011:  Richmond, Virginia Chapter of the Society of the Sons of the American Revolution Law Enforcement Commendation Medal
- March 2011:  Virginia Society of the Sons of the American Revolution Meritorious Award for Law Enforcement

## PROFESSIONAL AWARDS & RECOGNITION (continued)

- January 2011:  Louisa County, **Virginia Crime Solvers Law Enforcement Officer of the Year**
- September 2007:  American Legion Post #116 Law Enforcement Commendation Medal (Officer of the Year)
- March 2004:  Jefferson Area Mothers Against Drunk Driving (MADD) Award for most Driving Under the Influence arrests in Louisa County for 2003
- March 2003:  Jefferson Area Mothers Against Drunk Driving (MADD) Award for most Driving Under the Influence arrests in Louisa County for 2002

## PROFESSIONAL ASSOCIATIONS

- Member, International Association of Computer Investigative Specialists (IACIS)
- Member, High-Tech Crime Investigator's Association (HTCIA)
- Associate Member, American Academy of Forensic Sciences (AAFS)
- Member, Private Investigator's Association of Virginia (PIAVA)
- Member, International Law Enforcement Educators & Trainers Association (ILEETA)
- Member, National Association of Legal Investigators (NALI)

## PROFESSIONAL SERVICE

- 2023:  **Elected First Vice President of the High Technology Crime Investigator's Association** – Mid Atlantic Chapter
- 2023:  Served as presentation assessor for proposed sessions at the 2024 American Academy of Forensic Sciences (AAFS) Annual Conference
- 2022-Present:  Serve as Curriculum Advisory Committee member for Digital Forensic Curriculum (undergrad & graduate programs), Virginia Commonwealth University Department of Forensic Science
- 2019:  Served as Advisory Board Member for ECPI Criminal Justice Advisory Board
- 2016-2017: Served on Board of Directors for the Private Investigator's Association of Virginia
- 2015-2017: Served as Legislative Advisory Team Member for the Private Investigator's Association of Virginia
- 2015-2017:  Served as Advisory Board Member for South University Criminal Justice Advisory Board
- September 2015: Served as Volunteer on the Marketing Committee for the High-Tech Crimes Investigation Association (HTCIA) 2015 International Conference in Orlando, Florida
- January – November 2015:  Served as Senior Advisor for the Campaign to Elect Mike Silberman for Sheriff of Louisa County, Virginia
- 2015- Present:  Serves as member of the Criminal Justice Program Advisory Committee for South University

## PROFESSIONAL SERVICE

- July 2014: Served as Assessor for "Operation: Spider Mayhem", University of Richmond full-scale Active Shooter Response Drill
- January 2013 - April 2013: Served as Advisor to Virginia State Senator Thomas Garrett upon his appointment to the Virginia Governor's School & Campus Safety Task Force
- 2011-2013: Participated in multidisciplinary pilot program to incorporate best practices in child sex abuse investigations in coordination with law enforcement, social services and prosecutors which led to legislation being enacted in the Virginia General Assembly.
- 2008-2012: Served as sole Investigative member of Project Child Safety Initiative (C.S.I.) Louisa, focusing on investigation and prosecution of suspected child predators in Central Virginia and across the region
- 2007-2011: Served as Coordinator for Louisa County Sheriff's Office Honor Guard Unit
- 2007-2013: Implemented and Managed Active Shooter Response Training Program, Louisa County Sheriff's Office

## EXPERT WITNESS DESIGNATIONS

**Digital Forensic Analysis Generally (computer and/or mobile):**
- October 2024: Berks County, Pennsylvania Court of Common Pleas (criminal trial – Prosecution)
  Commonwealth v. Jarren Walker, Case # CP-06-CR-0000368-2022
- June 2023: United States District Court, Eastern District of Pennsylvania (civil trial)
  Jones v. Najero et. Al., Civil Action No. 19-CV-4678
- May 2023: Page County, Virginia Circuit Court (criminal trial – Prosecution)
  Commonwealth v. Scott Simandl, Case #: CR23F00021-00
- January 2022: Chesterfield County, Virginia Circuit Court (civil hearing)
  Tribble v. Tribble, Case #: CL20001161-00
- December 2021: City of Virginia Beach, Virginia Circuit Court (criminal trial)
  Commonwealth v. Jose Jimenez, Case #: CR19000405-00
- September 2021: Stafford County, Virginia Circuit Court (criminal trial)
  Commonwealth v. Daniel Davis, Case #: CR20000566-07
- May 2021: Henrico County, Virginia Circuit Court (civil hearing)
  Catanzaro v. Catanzaro, Case #: CL17000014-01
- March 2021: City of Richmond, Virginia Circuit Court (criminal trial – jointly with CDR analysis)
  Commonwealth v. Everett Bolling, Case #: CR20F01434-00
- February 2021: City of Richmond, Virginia Circuit Court (criminal hearing – jointly with CDR analysis)
  Commonwealth v. Everett Bolling, Case #: CR20F01434-00
- September 2020: Spotsylvania County, Virginia General District Court (criminal trial)
  Commonwealth v. Daniel Hobgood, Case #: GC21006743-00
- January 2019: Williamsburg / James City County, Virginia Circuit Court (criminal hearing)
  Commonwealth v. Turner August, Case #: CR18027978-00
- September 2018: Chesterfield County, Virginia Circuit Court (civil hearing)
  Gill v. Gill, Case #: CL17002253-00
- July 2018: Chesterfield County, Virginia Circuit Court (civil hearing)
  Gill v. Gill, Case #: CL17002253-00
- May 2018: Chesterfield County, Virginia Circuit Court (civil hearing)
  Hill v. DeMott, Case #: CL17002396-00
- September 2017: City of Alexandria, Virginia Circuit Court (criminal trial)
  Commonwealth v. Michael Ikossi, Case #:
- September 2017: Harris County, Texas District Court (civil deposition)
  Taylor Williams v. TransOcean Deepwater Offshore Drilling, Case #: 2016-14927

**Siewert, Patrick**
**October 2024**

## EXPERT WITNESS DESIGNATIONS (continued)

- January 2017: Louisa County, Virginia Circuit Court (criminal trial)
  - Commonwealth v. Shelby McCurnin:  Case #:  CR16000178-00
- November 2016: Chesterfield County, Virginia Circuit Court (civil trial)
  - Litt v. Litt, Case #:  CL14003596-00
- November 2016:  Fairfax County, Virginia Circuit Court (criminal trial)
  - Commonwealth v., Case #:
- June 2016: City of Colonial Heights, Virginia Circuit Court (criminal hearing)
  - Commonwealth v. Douglas Wright, Case #:  CR15000086-01
- May 2016: Montgomery County, Maryland Circuit Court (criminal trial)
  - State v. John Fone, Case #:  128528C
- August 2015: Chesterfield County, Virginia Circuit Court (civil trial)
  - SanAir v. Burrington, Case #:  CL15001612-00
- June & July 2015: Westmoreland County, Virginia Circuit Court (criminal hearing & trial)
  - Commonwealth v. Michael Kovach, Case #:  CR14000174-00
- April 2015: Rockingham County, Virginia Circuit Court (criminal hearing)
  - Commonwealth v. Willie Rowe, Case #:  CR14001379-00
- October 2012: Nelson County, Virginia Circuit Court (criminal hearing)
  - Commonwealth v. Ned May, Case #:  CR12000153-00

**Mobile Device Forensic Analysis (specific):**
- August 2021:  Botetourt County, Virginia Circuit Court (civil deposition for trial)
  - Frost v. Welch, Case #:  Unknown – Juvenile Court
- February 2021:  Louisa County, Virginia Circuit Court (civil hearing)
  - Gardner v. Gardner, Case #:  Unknown – Family Court
- July 2020:  Hanover County, Virginia Circuit Court (civil trial)
  - Brown v. Brown, Case #:  CL19001377-00
- October 2019:  City of Richmond, Virginia Juvenile & Domestic Relations Court (civil hearing)
  - Case number: Unknown – Juvenile Court
- April 2016: City of Petersburg, Virginia Circuit Court (criminal hearing)
  - Commonwealth v. Neetan Narayan, Case #:  CR15000798-00
- December 2015: Henrico County, Virginia Circuit Court (criminal hearing)
  - Commonwealth v. Christopher Wake, Case #:  CR15002780-00
- November 2015: Hanover County, Virginia Circuit Court (civil trial)
  - Walsh v. Walsh, Case #:  CL13003708-00

**Internet-based Undercover Investigations (ICAC):**
- March 2016: Fairfax County, Virginia Circuit Court (criminal trial - Defense)
  - Commonwealth v. Robert Stoltz, Case #:

**Cellular Call Detail Record (CDR) Analysis & Mapping:**
- May 2024:  Wayne County, Michigan Circuity Court (criminal appeal hearing – Defense)
  - State v. James Travis (Appellant), Case #:  16-2252-01
- April 2024:  Loudoun County, Virginia Circuit Court (criminal trial – Defense)
  - Commonwealth v. Richard Eitzel, Case #:  CR00038695-00
- October 2021:  Berks County, Pennsylvania Circuit Court (criminal trial – Prosecution)
  - Commonwealth v. Jewrry Alvarez, Case #:
- June 2021:  Shawnee County, Kansas District Court (criminal hearing – Prosecution)
  - State v. Awnterio Lowery, Case #:  2014-CR-001026
- May 2021:  Accomack County, Virginia Circuit Court (criminal trial – Prosecution)
  - Commonwealth v. James Logan, Case #:  CR19000263-02

**Siewert, Patrick**
**October 2024**

- **EXPERT WITNESS DESIGNATIONS (continued)**

  - March 2021:  City of Richmond, Virginia Circuit Court (criminal trial, Defense – jointly with Expert designation in Digital Forensics)
    Commonwealth v. Everett Bolling, Case #:  CR20F01434-00
  - February 2021:  City of Richmond, Virginia Circuit Court (criminal hearing, Defense – jointly with Expert designation in Digital Forensics)
    Commonwealth v. Everett Bolling, Case #:  CR20F01434-00
  - January 2018:  Fluvanna County, Virginia Circuit Court (criminal trial – Prosecution)
    Commonwealth v. Gary Blowe, Case #:  CR17000195-00
  - January 2017: Fairfax County, Virginia Circuit Court (criminal hearing - Defense)
    Commonwealth v. Alecia Schmuhl, Case #:

## COURT-APPOINTED EXPERT IN THE FOLLOW JURISDICATIONS

- City of Virginia Beach, Virginia (Homicide – 2024)
- Hanover County, Virginia (Homicide – 2024)
- City of Lynchburg, Virginia (Homicide – 2024)
- Wayne County, Michigan (Criminal appeal – 2023)
- Santa Cruz County, California (Homicide – 2024)
- Amherst County, Virginia (CSAM – 2023)
- El Paso County, Texas (Homicide – 2023)
- Federal Public Defender, Northern Arizona (Homicide – 2023)
- Rockingham County, Virginia Circuit Court (Grand Larceny – 2023)
- City of Colonial Heights, Virginia (Homicide – 2023), Cellular Records Analysis
- Loudoun County, Virginia (CSAM – 2023), Digital Forensics
- Roscommon County, Michigan (Breaking & Entering – 2023), Cellular Records Analysis
- Spotsylvania County, Virginia (Homicide - 2023), Cellular Records Analysis
- Pima County, Arizona (Homicide – 2022), Cellular Records Analysis
- City of Richmond, Virginia (Robbery – 2022), Cellular Records Analysis, Social Media Analysis
- Faquier County, Virginia (Homicide – 2022), Cellular Records Analysis, Mobile Forensics
- New Kent County, Virginia (CSAM – 2022), Digital Forensics
- Mathews County, Virginia (Multiple Felony Assaults - 2022), Mobile Device Forensic Analysis
- Wayne County, Michigan (Homicide – 2022), Mobile Device Forensic Analysis
- Fluvanna County, Virginia Circuit Court (Aggravated Sexual Battery – 2022), Computer Forensics
- Faquier County, Virginia Circuit Court (Homicide – 2022), Cellular Records Analysis
- City of Colonial Heights, Virginia Circuit Court (Homicide – 2022), Cellular Records Analysis (x2)
- Orange County, Virginia Circuit Court (Homicide – 2021), Digital Forensics
- Chesterfield County, Virginia Circuit Court (Homicide – 2021), Cellular Records Analysis
- City of Richmond, Virginia Circuit Court (Homicide – 2021), Cellular Records Analysis
- Van Buren County, Michigan Circuit Court (Criminal Appeal – 2021), Mobile Device Forensic Analysis
- Albemarle County, Virginia Circuit Court (Solicitation of Minor – 2021), Digital Forensic Analysis
- Warren County, Virginia Circuit Court (Probation Violation – 2021), Mobile Device Forensic Analysis
- Stafford County, Virginia Circuit Court (Robbery – 2021), Cellular Records Analysis
- Caroline County, Virginia Circuit Court (Child Endangerment – 2021), Cellular Records Analysis
- Southampton County, Virginia Circuit Court (Homicide – 2021), Cellular Records Analysis
- Glynn County, Georgia Superior Court (Homicide – 2021), Mobile Device Forensic Analysis
- City of Richmond, Virginia Circuit Court (Homicide – 2021), Cellular Records Analysis
- United States District Court, Eastern District of Virginia (CSAM - 2020), Mobile Device Forensic Analysis
- King William County, Virginia Circuit Court (Homicide - 2020), Cellular Records Analysis
- New Kent County, Virginia Circuit Court (Homicide - 2020), Cellular Records Analysis

**COURT-APPOINTED EXPERT IN THE FOLLOW JURISDICTIONS continued**

- Warren County, Virginia Circuit Court (CSAM - 2020), Digital Forensic Analysis
- City of Richmond, Virginia Circuit Court (Rape - 2019), Digital Forensic Analysis
- Charles City County, Virginia Circuit Court (Homicide - 2019), Cellular Records Analysis
- City of Suffolk, Virginia Circuit Court (CSAM - 2019), Digital Forensic Analysis
- Gloucester County, Virginia Circuit Court (CSAM - 2019), Digital Forensic Analysis
- City of Portsmouth, Virginia Circuit Court (Solicit Minor - 2018), Digital Forensic Analysis
- Accomack County, Virginia Circuit Court (Homicide - 2018, 2019), Cellular Records Analysis
- City of Richmond, Virginia Juvenile & Domestic Relations Court (Robbery - 2018), Mobile Device Forensic Analysis
- York County/Poquoson, Virginia Circuit Court (Rape - 2018), Mobile Device Forensic Analysis
- Albemarle County, Virginia Circuit Court (Solicit Minor, 2018), Mobile Device Forensic Analysis
- City of Richmond, Virginia Circuit Court (2018), Mobile Device Forensic Analysis
- Franklin County, Pennsylvania Superior Court (Homicide - 2017), Cellular Records Analysis
- Albemarle County, Virginia Circuit Court (Human Trafficking - 2017), Mobile Device Forensic Analysis
- Chesterfield County, Virginia Circuit Court (Homicide - 2016), Digital Forensic Analysis
- Henrico County, Virginia Circuit Court (2015, 2021), Digital Forensic Analysis
- City of Williamsburg, Virginia Circuit Court (Rape - 2015), Mobile Device Forensic Analysis

## PUBLICATIONS

- December 2022: *What Every Engineer Should Know About Cyber Security & Digital Forensics, 2nd Ed.*, DeFranco & Maley, CRC Press 2022
    - Authored Chapter 7: *Mobile Device Forensic Tools*
- December 2022: *Why, Google? An Exploration of Google Policy and Response*, The Legal Investigator (NALI), https://www.bluetoad.com/publication/?m=14458&i=771947&p=14&ver=html5
- August 2022: *Pretty Maps & Plea Bargains: Tips On Handling Cellular Records Analysis in Criminal Defense Cases* (extended version for NACDL): *The Champion* (NACDL), Volume XLVI, Number 8
- April 19, 2022*: Pretty Maps & Plea Bargains: Tips On Handling Cellular Records Analysis in Criminal Defense Cases:*  https://prodigital4n6.blogspot.com/2022/04/pretty-maps-plea-bargains-tips-on.html
    - Re-published by *Voice For The Defense* (Texas Criminal Defense Lawyers Association), Vol. 51 no. 5, June 2022
- February 14, 2022: *When the Absence of Evidence is Good Evidence*: https://prodigital4n6.blogspot.com/2022/02/when-absence-of-evidence-is-good.html
- November 8, 2021: *Preserving Digital Evidence*: The Legal Investigator (NALI): https://www.bluetoad.com/publication/?m=14458&i=727828&p=16&ver=html5
- September 24, 2021: *AIR From Binalyze* (product review, Forensic Focus): https://www.forensicfocus.com/reviews/air-from-binalyze/
- August 10, 2021: *Apple's New CSAM Detection Policy Analysis:* https://prodigital4n6.blogspot.com/2021/08/apples-new-csam-detection-policy.html
- July 14, 2021: *Three Myths About Digital Forensics as a Practice*: https://prodigital4n6.blogspot.com/2021/07/three-myths-about-digital-forensics-as.html
- February 22, 2021: *Keys to Success in Digital Forensics:  Incident Response vs. Litigation Support*: https://prodigital4n6.blogspot.com/2021/02/keys-to-success-in-digital-forensics.html
- June 9, 2021: *Three FAQs About Digital Forensics as a Service*: https://prodigital4n6.blogspot.com/2021/06/three-faqs-about-digital-forensics-as.html
- March 1, 2021: *Product Review:  Virtual Forensic Computing (VFC) from MD5 (Forensic Focus):* https://www.forensicfocus.com/reviews/virtual-forensic-computing-vfc-from-md5/

## PUBLICATIONS (continued)

- January 18, 2020: *Product Review: XRY 9.3 From MSAB* (Forensic Focus): https://www.forensicfocus.com/reviews/xry-v9-3-from-msab/
- January 9, 2021: *Cellebrite Reader: You Don't Know What You're Missing!*: https://prodigital4n6.blogspot.com/2021/01/cellebrite-reader-you-dont-know-what.html
- December 16, 2020: *Keys to Success in Digital Forensic Series: Knowledge of the Justice System*: https://prodigital4n6.blogspot.com/2020/12/keys-to-success-in-digital-forensics.html
- December 15, 2020: *Investigating Spoofed or Secondary Numbers*: The Legal Investigator (NALI): https://www.bluetoad.com/publication/?m=14458&i=686905&p=18
- November 9, 2020: *Product Review: Passware Kit Forensic 2020* – Forensic Focus: https://www.forensicfocus.com/reviews/passware-kit-forensic-2020-from-passware/
- October 20, 2020: *Managing Mountains Of Evidence* – Forensic Focus: https://www.forensicfocus.com/articles/managing-mountains-of-evidence/
- October 6, 2020: *2020 Key Influencers in DFIR*: https://prodigital4n6.blogspot.com/2020/10/2020-key-influencers-in-dfir.html
- September 14, 2020: *Digital Forensics: Adding Value to Title IX (Title 9) Cases*: https://prodigital4n6.blogspot.com/2020/09/digital-forensics-adding-value-to-title.html
- September 4, 2020: *Qualifying A Digital Forensic Expert In Court (Voir Dire)* – (Forensic Focus): https://www.forensicfocus.com/legal/qualifying-a-digital-forensic-expert-in-court-voir-dire/
- August 4, 2020: *Day-to-Day Challenges in Digital Forensics* (Forensic Focus): https://www.forensicfocus.com/articles/day-to-day-challenges-in-digital-forensics/
- June 1, 2020: *Beyond Location Data In Cellular Records Analysis*: https://prodigital4n6.blogspot.com/2020/06/beyond-location-data-in-cellular.html
- May 13, 2020: *So You Want To Start A Digital Forensic Business:* https://prodigital4n6.blogspot.com/2020/05/so-you-want-to-start-digital-forensic.html
  - Re-Published by *Forensic Focus*, May 18, 2020: https://www.forensicfocus.com/employment/so-you-want-to-start-a-digital-forensic-business/
- April 24, 2020: *Screen Shots Are Not (Good) Evidence*: https://prodigital4n6.blogspot.com/2020/04/screen-shots-are-not-evidence.html
- January 10, 2020: *Digital Forensics: Theory vs. Practice*: https://prodigital4n6.blogspot.com/2020/01/digital-forensics-theory-vs-practice.html
- December 9, 2019: *Digital Forensics in Sexual Assault Cases*: https://prodigital4n6.blogspot.com/2019/12/digital-forensics-in-sexual-assault.html
- October 31, 2019: *Three Reasons Why Call Detail Records Analysis Is Not "Junk Science"*: https://prodigital4n6.blogspot.com/2019/10/three-reasons-why-call-detail-records.html
- Re-Published by *Forensic Focus*, November 18, 2019: https://articles.forensicfocus.com/2019/11/18/three-reasons-why-call-detail-records-analysis-is-not-junk-science/
- June 1, 2019: Four Tips for Effective Forensic Report Writing: https://prodigital4n6.blogspot.com/2019/06/four-tips-for-effective-forensic-report.html
- April 10, 2019: *Mobile Virtual Network Operators (MVNOs) in the U.S.*: https://prodigital4n6.blogspot.com/2019/04/mobile-virtual-network-operators-mvnos.html
  - Re-Published by *Forensic Focus*, April 17, 2019: https://articles.forensicfocus.com/2019/04/17/mobile-virtual-network-operators-mvnos-in-the-us/
  - Re-Published by Hawk Analytics "Hawk Talk", May 12, 2021: https://support.hawkanalytics.com/2021/05/25/what-is-a-mobile-virtual-network-operator-mvno/
- December 18, 2018: *Using Cellular Records Analysis in Insurance Claims*: https://prodigital4n6.blogspot.com/2018/12/using-cellular-records-analysis-in.html
- August 27, 2018: *I Lost My Data!*: https://prodigital4n6.blogspot.com/2018/08/i-lost-my-data.html

## PUBLICATIONS (continued)

- May 20, 2018: *Apple iPhone "Significant Locations"*: https://prodigital4n6.blogspot.com/2018/05/apple-iphone-significant-locations.html
  - Re-Published by *Forensic Focus*, May 28, 2018: https://articles.forensicfocus.com/2018/05/28/apple-iphone-forensics-significant-locations/
- April 5, 2018: *About Those Other Texting Apps in iOS…*: https://prodigital4n6.blogspot.com/2018/04/about-those-other-texting-apps-in-ios.html
- November 28, 2017: *Discussion: SCOTUS, Carpenter & Call Detail Records*: https://prodigital4n6.blogspot.com/2017/11/november-282017-discussion-scotus.html
- September 5, 2017: *Cellular GPS Evidence: Waze + Cellebrite + CellHawk*: https://prodigital4n6.blogspot.com/2017/09/cellular-gps-evidence-waze-cellebrite.html
  - Re-Published by *Forensic Focus*, September 8, 2017: https://articles.forensicfocus.com/2017/09/08/cellular-gps-evidence-waze-cellebrite-cellhawk/
- July 5, 2017: *Personal Injury & Insurance Fraud Investigations: Get the Mobile Device*! : https://prodigital4n6.blogspot.com/2017/07/personal-injury-insurance-fraud.html
- May 15, 2017: *Case Study: Call Detail Records Analysis in Civil Domestic Litigation*: https://prodigital4n6.blogspot.com/2017/05/case-study-call-detail-records-analysis.html
- April 5, 2017: *Cellular Provider Record Retention Periods*: https://prodigital4n6.blogspot.com/2017/04/cellular-provider-record-retention.html
  - Re-published by *Forensic Focus*, April 18, 2017: https://articles.forensicfocus.com/2017/04/18/cellular-provider-record-retention-periods/
- March 14, 2017: *Digital Forensic Discussion: So You Fired An Associate*: https://prodigital4n6.blogspot.com/2017/03/digital-forensic-discussion-so-you.html
- January 13, 2017: *Mobile Forensics Monkey Wrench: iOS 10.2 and Encryption*: https://prodigital4n6.blogspot.com/2017/01/mobile-forensic-monkey-wrench-ios-102.html
- Re-published by *Forensic Focus*, January 18, 2017: https://articles.forensicfocus.com/2017/01/18/mobile-forensics-monkey-wrench-ios-10-2-and-encryption/
- January 2, 2017: *Conducting an Electronic Investigation: A Case Study in Virginia Politics*: https://prodigital4n6.blogspot.com/2017/01/conducting-electronic-investigation.html
- December 14, 2016: *Analysis vs. Translation*: https://prodigital4n6.blogspot.com/2016/12/analysis-vs-translation.html
- November 21, 2016: *Problem Solving Digital Forensics*: https://prodigital4n6.blogspot.com/2016/11/problem-solving-digital-forensics.html
- October 24, 2016: *Electronically Stored Information (ESI) in High Profile Cases*: https://prodigital4n6.blogspot.com/2016/10/electronically-stored-information-esi.html
- September 12, 2016: *Digital Evidence in Distracted Driving Cases: Text Messages & Beyond*: http://prodigital4n6.blogspot.com/2016/09/digital-evidence-in-distracted-driving.html
- August 16, 2016: *Sooner Rather Than Later… Please!*: http://prodigital4n6.blogspot.com/2016/08/sooner-rather-than-later-please.html
- July 17, 2016: *The Digital Forensic Answer: It Depends*: http://prodigital4n6.blogspot.com/2016/07/the-digital-forensic-answer-it-depends.html
- June 16, 2016: *Holistic Mobile & Cellular Investigations*: http://prodigital4n6.blogspot.com/2016/06/holistic-mobile-cellular-investigations.html

**Siewert, Patrick**
**October 2024**

## PUBLICATIONS (continued)

- May 13, 2016: *Don't Forget the Victim (and Their Device!)*: http://prodigital4n6.blogspot.com/2016/05/dont-forget-victim-and-their-device.html

- April 15, 2016: *Training Review: X-Ways Forensics*: http://prodigital4n6.blogspot.com/2016/04/training-review-x-ways-forensics.html

- March 7, 2016: *Apple vs. the F.B.I: Some Forensic Implications*: http://prodigital4n6.blogspot.com/2016/03/v-behaviorurldefaultvmlo.html

- February 20, 2016: *Clash of the Titans: Apple vs. The U.S. Government*: http://prodigital4n6.blogspot.com/2016/02/clash-of-titans-apple-vs-us-government.html

- January 23, 2016: *Customer Service in Digital Forensics*: http://prodigital4n6.blogspot.com/2016/01/customer-service-in-digital-forensics.html

- December 17, 2015: *Neutrality in Digital Forensics*: http://prodigital4n6.blogspot.com/2015/12/neutrality-in-digital-forensics.html

- December 2, 2015: *The Value of Expert Witness-Attorney Relationships*: http://prodigital4n6.blogspot.com/2015/12/the-value-of-expert-witness-attorney.html

- November 18, 2015: *Sometimes, The Data Isn't There (anymore)*: http://prodigital4n6.blogspot.com/2015/11/sometimes-data-isnt-there-anymore.html

- November 9, 2015: *Pro Digital: Investigative Solutions*: http://prodigital4n6.blogspot.com/2015/11/pro-digital-investigative-solutions.html

- October 13, 2015: *What Social Media Activity Tells a Trained Forensic Examiner*: http://prodigital4n6.blogspot.com/2015/10/what-social-media-activity-tells.html

- October 2, 2015: *Five Tips for Effective Technical Warrant-Writing*: http://prodigital4n6.blogspot.com/2015/10/five-tips-for-effective-technical.html

- September 17, 2015: *How Wireless Telecom Companies are Engineering us into Bad Infosec Practices* (Guest Blog for eForensics Mag) : https://eforensicsmag.com/wireless/

- September 15, 2015: *The Four Factors of Mobile Forensics*: http://prodigital4n6.blogspot.com/2015/09/the-four-factors-of-mobile-forensics.html

- September 7, 2015: *How Digital Forensics Can Help: Divorce & Child Custody Cases*: http://prodigital4n6.blogspot.com/2015/09/how-digital-forensics-can-help-divorce.html

- August 29, 2015: *How Digital Forensics Can Help: Intellectual Property Theft Cases*: http://prodigital4n6.blogspot.com/2015/08/how-digital-forensics-can-help.html

- August 17, 2015: *Keep Windows 10 Off Your Forensic Machine (for now)*: http://prodigital4n6.blogspot.com/2015/08/keep-windows-10-off-your-forensic.html

- July 29, 2015: *How Digital Forensics Can Help: Personal Injury Cases*: http://prodigital4n6.blogspot.com/2015/07/how-digital-forensics-can-help-personal.html

- July 22, 2015: *Why You Should Never Use Peer-to-Peer File Sharing Networks*: http://prodigital4n6.blogspot.com/2015/07/never-use-p2p.html

- July 16, 2015: *Auditing Social Media Contacts*: http://prodigital4n6.blogspot.com/2015/07/auditing-social-media-contacts.html

- July 2, 2015: *Digital Device Seizure Tips for Private Practice Attorneys & Legal Staff*: http://prodigital4n6.blogspot.com/2015/07/device-seizure-tips-for-private.html

- June 20, 2015: *The Relevance of Metadata*: http://prodigital4n6.blogspot.com/2015/06/metadata.html

## PUBLICATIONS (continued)

- June 12, 2015: *The Art of Estimation in Digital Forensic Cases*: http://prodigital4n6.blogspot.com/2015/06/the-art-of-estimate.html
- May 30, 2015: *Pro Digital: Year One*: http://prodigital4n6.blogspot.com/2015/05/pro-digital-year-one.html
- May 21, 2015: *The Inconvenience of Infosec in the Digital Age*: http://prodigital4n6.blogspot.com/2015/05/the-inconvenience-of-infosec.html
- May 14, 2015: *Pro Digital Frequently Asked Questions*: http://prodigital4n6.blogspot.com/2015/05/pro-digital-frequently-asked-questions.html
- April 29, 2015: *5 Reasons Why You Need a Digital Forensic Examiner*: http://prodigital4n6.blogspot.com/2015/04/5-reasons-why-you-need-digital-forensic.html
- April 23, 2015: *Probable Cause: As Good as it Gets*: http://prodigital4n6.blogspot.com/2015/04/probable-cause-as-good-as-it-gets.html
- April 16, 2015: *Digital Forensics vs. Data Extraction*: http://prodigital4n6.blogspot.com/2015/04/digital-forensics-vs-data-extraction.html
    - Re-published by *The Forensic 4:Cast*: https://forensic4cast.com/2015/07/digital-forensics-vs-data-extraction/
- April 2, 2015: *Cyberdust Claims of Privacy Debunked*: http://prodigital4n6.blogspot.com/2015/04/cyber-dust-privacy-claims-debunked.html
- March 27, 2015: *Tenacity & Objectivity: The Double-Edged Sword of Digital Forensics*: http://prodigital4n6.blogspot.com/2015/03/tenacity-objectivity-double-edged-sword.html
- March 21, 2015: *Why I'm Not Sitting for the CISSP Exam (for now)*: http://prodigital4n6.blogspot.com/2015/03/why-im-not-sitting-for-cissp-exam-for.html
- March 11, 2015: *Ethical Sensitive Data Handling:* http://prodigital4n6.blogspot.com/2015/03/ethical-sensitive-data-handling.html
- March 6, 2015: *Digital Forensics for Private & Corporate Investigators:* http://prodigital4n6.blogspot.com/2015/03/digital-forensics-for-private-corporate.html
- February 27, 2015: *Selecting A Competent Digital Forensic Examiner:* http://prodigital4n6.blogspot.com/2015/02/selecting-competent-digital-forensic.html
- February 20, 2015: *Digital Forensics & Mental Health,* http://prodigital4n6.blogspot.com/2015/02/digital-forensics-mental-trauma.html
- February 13, 2015: *Ego & Forensics: A Caustic Combination*, http://prodigital4n6.blogspot.com/2015/02/ego-forensics-caustic-combination.html
- February 9, 2015: *A Glimpse Into NCFI,* http://prodigital4n6.blogspot.com/2015/02/a-glimpse-into-ncfi.html
- January 30, 2015: *Read This Before You Use the IP Box,* http://prodigital4n6.blogspot.com/2015/01/read-this-before-you-use-ip-box.html
- January 30, 2015: *Video Blog: Live Demo of Lantern by Katana Forensics,* http://youtu.be/GVAPs8VK3WY
- January 22, 2015: *Case Study: Commonwealth v. Emanuele,* http://ProDigital4n6.blogspot.com/2015/01/case-study-commonwealth-v-emanuele.html
- January 14, 2015: *Searching for Artifacts in Private Messaging App: Cyber Dust*, http://ProDigital4n6.blogspot.com/2015/01/searching-for-artifacts-in-private.html
- January 12, 2015: *Is Digital Forensics Primarily an I.T., Infosec or Legal Services Practice?*, http://ProDigital4n6.blogspot.com/2015/01/is-digital-forensics-primarily-it.html
- January 6, 2015: *Digital Forensic & Information Security Considerations re: Police Body Cams*, http://ProDigital4n6.blogspot.com/2015/01/digital-forensic-information-security.html

## PUBLICATIONS (continued)

- December 23, 2014: *Pro Digital: Helping Parents Help Kids,* http://ProDigital4n6.blogspot.com/2015/01/pro-digital-helping-parents-help-kids_2.html
- December 12, 2014: *Facebook is Failing,* http://ProDigital4n6.blogspot.com/2015/01/why-facebook-is-failing-at-social-media.html
- November 24, 2014: *Potato Chip Bags & False Promises,* http://prodigital4n6.blogspot.com/2015/01/potato-chip-bags-and-false-promises.html
- November 11, 2014: *Adventures in Digital Forensics,* http://ProDigital4n6.blogspot.com/2015/01/adventures-in-digital-forensics.html
- October 30, 2014: *You Get What You Pay For,* http://ProDigital4n6.blogspot.com/2015/01/you-get-what-you-pay-for.html
- October 15, 2014: *Problem vs. Solution: Digital Forensics and the New Mobile Privacy Policies,* http://ProDigital4n6.blogspot.com/2015/01/problem-vs-solution-digital-forensics.html
- October 8, 2014: *Video Blog: Cellebrite UFED Demo (Locked Android Device),* http://ProDigital4n6.blogspot.com
- September 25, 2014: *Certification vs. Experience,* http://ProDigital4n6.blogspot.com/2015/01/normal-0-false-false-false-en-us-x-none_41.html
- August 20, 2014: *LE or IT? That is the Question…,* http://ProDigital4n6.blogspot.com/2015/01/le-or-it-that-is-question.html
- July 23, 2014: *Digital Forensics: A Great HR Resource!,* http://InspiringHR.com/blog (Guest Blogger)
- July 15, 2014: *Confidentiality as an Imperative in Digital Forensics,* http://ProDigital4n6.blogspot.com/2015/01/normal-0-false-false-false-en-us-x-none_43.html
- July 2, 2014: *Myth-Busting Digital Forensics,* http://ProDigital4n6.blogspot.com/2015/01/myth-busting-digital-forensics.html
- June 26, 2014: *eDiscovery: Digital Forensics' Simpler Cousin,* http://ProDigital4n6.blogspot.com/2015/01/ediscovery-digital-forensics-simpler.html
- June 24, 2014: *Lois Lerner and Her Bad Sectors,* http://ProDigital4n6.blogspot.com/2015/01/normal-0-false-false-false-en-us-x-none_2.html
- June 19, 2014: *What is the Forensic Methodology?,* http://ProDigital4n6.blogspot.com/2015/01/what-is-forensic-methodology.html
- June 11, 2014: *What is Digital Forensics?,* http://ProDigital4n6.blogspot.com/2015/01/normal-0-false-false-false-en-us-x-none.html

## ACADEMIC CITATIONS

- *SoK: Cryptographic Confidentiality of Data on Mobile Devices*: Sciendo: Proceedings on Privacy Enhancing Technologies, 2022, Authors: Zinkus, M; Jois, T.; Green M.
  - *https://arxiv.org/pdf/2109.11007.pdf*
- *Data Security on Mobile Devices: Current State of the Art, Open Problems, and Proposed Solutions,* Johns Hopkins University, 2021, Authors: Zinkus, M; Jois, T.; Green, M.
  - *https://arxiv.org/pdf/2105.12613.pdf*
- *Beats & Bytes: Striking the Right Chord in Digital Forensics (OR: Fiddling with Your Evidence)*, SANS DFIR Summit 2017, Authors: Pittman, Murphy & Linton (pages 13, 23 & 25)
  - *https://www.sans.org/reading-room/whitepapers/forensics/beats-bytes-striking-chord-digital-forensics-or-fiddling-evidence-37790*
- *Mobile Phone Forensics: Theory*, Author: Heriyanto (page 182)
  - *https://books.google.com/books?id=erg5DgAAQBAJ&lpg=PA297&ots=RNhNcoN3cf&dq=Patrick%20Siewert%20digital%20forensics&pg=PP1#v=onepage&q&f=false*

**Siewert, Patrick**
**October 2024**

## ACADEMIC CITATIONS (continued)

- *Gone But Not Forgotten: Does (or Should) The Use of Self-Destructing Messaging Applications Trigger Corporate Governance Duties?* Author: Palk Esq., Laura, Harvard Business Law Review (page 117)
    - https://www.hblr.org/wp-content/uploads/sites/18/2017/06/Gone-But-Not-Forgetten-Does-Or-Should-The-Use-of-Self-Destructing-Messaging-Applications-Trigger-Corporate-Governance-Duties.pdf

## PRESENTATIONS

- Richmond Bench-Bar Conference: Child Custody & Shared Device presentation & panel discussion, October 2024
- *Same Data, Different Story:  Law Enforcement vs. Independent Experts*, Techno Security & Digital Forensics Conference, June 2024 (along with J. Barnhart), June 5, 2024
- Digital Forensic Services Overview for **Liberty Mutual Insurance** staff investigators – November 2023
- CLE Presentations as **Director of Digital Forensics & E-Discovery** for ArcherHall Digital Forensics, LLC
    - February 2023-Present:  *Cellphone Forensics: Applications in Discovery and Investigations,* Multiple Firms/Organizations, (CLE 1.0)
    - February 2023-Present:  *Ethical Handling of Electronically Stored Information (ESI),* Multiple Firms/Organizations, (CLE 1.0)
- November 2022:  Guest Lecture: Digital Forensic & Crime Scene Overview, Virginia Commonwealth University Department of Forensic Science
- October 2022:  *A Closer Look at Cellular Location Records*, **National Association of Legal Investigators (NALI)** Region 1 Conference, Alexandria, VA
- September 2022:  *The Devil Is in The Data, Part 2: The How*, **CLE (1.5) for Virginia Trial Lawyers Association**
- August 2022:  *The Devil Is in The Data: Part 1: The What*, **CLE (1.5) for Virginia Trial Lawyers Association**
- August 2021:  *Cellular Carrier Records at a Glance*, **CLE (.5) for Virginia Association of Criminal Defense Lawyers**
- September 2019:  *Digital Evidence 101 with selected Case Studies*, **William & Mary School of Law**, eDiscovery Workshop
- September 2019:  *Discovery & Digital Media*, **CLE (1.0) for Virginia Trial Lawyers Association**
- November 2018:  *Digital Device Seizure for Paralegals and Law Office Staff*, **CLE (.5) for Virginia Trial Lawyers Association**
- May 2018:  Leveraging Technology in Insurance Fraud Investigations, **CLE (1.0) for Virginia Association of Defense Attorneys** Spring Seminar, Charlottesville, Virginia
- October 2017:  *Digital Forensics: Connecting the Dots in the Data*, International Association of Financial Crimes Investigators Mid-Atlantic Conference, Frederick, Maryland
- September 2016: *The Power of Call Detail Records*, Private Investigator's Association of Virginia (PIAVA)
- May 2016: *Digital Forensics: Footprints in the Data*, International Institute of Business Analysts (Central VA Chapter)
- May 2016: *Digital Forensics & Evidence Handling Overview*, Private Investigator's Association of Virginia (PIAVA) Spring, 2016 Investigator's Seminar
- April 2016: *Digital Evidence Handling & Forensic Overview*, International Assoc. of Forensic Nurses, VA Chapter
- June 2015: *Electronic Evidence Handling & Digital Forensic Overview*, Private Investigator's Association of Virginia (PIAVA) June 2015 Meeting, Fairfax, Virginia
- June 2015: *Digital Crime Scenes & Incident Response*, RVA Sec Conference, Virginia Commonwealth University
- June 2014:  *Overview and discussion of digital forensics and roles of a Digital Forensic Consultant*, Powhatan Rotary Club
- February 2013:  *Practical Digital Forensics for Legal Practitioners*, College of William & Mary Law School
- December 2012:  *Case Studies in Online Sexual Predators*, J. Sargeant Reynolds Community College
    - Presented initially in December 2011 and again in May, 2012 & December 2014
- May 2010:  Co-Presenter at 2010 **Internet Crimes Against Children National Conference**, *Case Study: Joseph Okoh*

## EDUCATIONAL PROGRAMS ADMINISTERED

- 2023:  Cellular Technology & Records Analysis Using CellHawk – **National Computer Forensic Institute, United States Secret Service**, Hoover, Alabama
- 2022-Present: *Introduction to Digital Forensics* (FRSC 391) – **Virginia Commonwealth University Undergraduate Program – Department of Forensic Science**
- 2019-Present: *Cellular Technology & Call Detail Records Analysis* (Crater Criminal Justice Training Academy)
- 2016-2022: *Basic Defensive Handgun* (New American Arms)
- 2015-Present: *New Investigator Training* (Crater Criminal Justice Training Academy)
- 2014-Present: *Advanced Law Enforcement Rapid Response Training Exterior Response to Active Shooter Events (ERASE)*, Crater Criminal Justice Training Academy & various US-based locations
- 2007-Present: *Advanced Law Enforcement Rapid Response Training: Active Shooter Response, Level 1* (multiple US-based locations)
- 2014-Present:  Virginia Department of Criminal Justice Services Law Enforcement In-Service Training (Crater Criminal Justice Training Academy)
- 2005-2013: *Internet Safety Awareness for Parents of Teens & Tweens* (Multiple Locations)

## MEDIA CONTRIBUTIONS

- August 15, 2023:  Dig For:  Cellebrite Digital Forensics Podcast with Heather Mahalik. Topic:  Ethics in Digital Forensics
    - *https://www.youtube.com/watch?v=U--IUFRkpnA*
- April 13, 2022:  Close Up Radio Spotlights Patrick Siewert of Pro Digital Forensic Consulting:
    - *https://www.blogtalkradio.com/closeupradio/2022/04/13/close-up-radio-spotlights-patrick-siewert-of-pro-digital-forensic-consulting*
- July 26, 2021: *Reasonable Doubt, Season 4, Episode 3:  Deadhead* (Investigation Discovery):
    - https://www.investigationdiscovery.com/tv-shows/reasonable-doubt/
- June 10, 2021: *Cybersecurity Expert: Amazon Sidewalk Doesn't Raise Safety Concerns*, WRIC Channel 8, Richmond VA
    - *https://www.wric.com/news/local-news/cybersecurity-expert-amazon-sidewalk-doesnt-raise-safety-concerns*
- February 10, 2021: *Patrick Siewert on Push-Button Forensics & Communicating Results to Non-Experts* (Forensic Focus):
    - https://www.forensicfocus.com/podcast/patrick-siewert-on-push-button-forensics-and-communicating-results-to-non-experts/
- October 9, 2020: *25 Days, 25 Questions: Part 2 – Professional Digital Forensic Qualifications* (Forensic Focus):
    - https://www.forensicfocus.com/articles/25-days-25-questions-part-2-professional-digital-forensics-qualifications/
- May 13, 2020: *Here's what you can do to protect yourself against 'sextortion' scams*, WRIC Channel 8, Richmond VA
  https://www.wric.com/news/local-news/heres-what-you-can-do-to-protect-yourself-against-sextortion-scams/?fbclid=IwAR3szayApxlMNcrJwghVhVLqVo7xhFS_cEY7x5gdPSt3FXfsHcUlADRi0Zs
- December 13, 2019: *Cybersecurity expert shares how to avoid having your Ring camera hacked*
    - https://www.wric.com/news/taking-action/cybersecurity-expert-shares-how-to-avoid-having-your-ring-camera-hacked/

## MEDIA CONTRIBUTIONS (continued)

- October 3, 2019:  *Internet Safety Tip for Parents to Protect Children From Online Predators*, Virginia Public Media
    - https://www.pbs.org/video/online-predators-video-gamingsocial-media-utu2wn/
- September 4, 2019:  *Advanced Headsets Give Law Enforcement an Advantage*, OTTO Excellence Thought Leadership Blog Series:  https://www.ottoexcellence.com/blogs/active-shooter?fbclid=IwAR0HAyhiAliQOA2Voj78MG-a8UqU02ok6jh_Mu3Jx-g1sOUYrnqx4jeumxE
- 2018-2019:  Digital Forensic Expert Analyst for *Couples Court with the Cutlers*, Seasons 2 & 3 (syndicated nationwide television broadcast)
- May 14, 2018: *Could your child's school-issued electronics be collecting their data?*, WRIC ABC Channel 8, Richmond, Virginia
    - http://www.wric.com/news/8-investigates/could-your-child-s-school-issued-electronics-be-collecting-their-data-/1178898756
- May 15, 2017:  *Local security expert weighs in on worldwide cyber attack*, WRIC ABC Channel 8, Richmond, Virginia
    - http://wric.com/2017/05/15/local-security-experts-weighs-in-on-worldwide-cyber-attack/
- July 12, 2016: *Is Pokemon GO a Huge Security Risk,* WRIC ABC Channel 8, Richmond, Virginia
    - http://wric.com/2016/07/12/is-pokemon-go-a-huge-security-risk/
- July 5, 2016: *Forensicator Podcast No. 103: Magnet Forensics' Axiom*
    - https://soundcloud.com/pro-digital-forensics/forensicator-no-103-magnet-axiom
- June 23, 2016: *Police release video of suspected* Forest Hill spray paint vandals, WTVR CBS 6, Richmond, Virginia
    - http://wtvr.com/2016/06/23/police-release-video-of-forest-hill-spray-paint-vandals/
- March 31, 2016: *Android devices yield their secrets to the feds more readily than iPhones*, Yahoo! Finance News (internet-based)
    - http://finance.yahoo.com/news/android-iphone-hacking-government-feds-191914688.html#
- March 2, 2016: *How the government cracks into smartphones--without any help from Apple (or Google)*, Yahoo! Finance News (internet-based)
    - https://beta.finance.yahoo.com/news/the-government-can-crack-many-smartphones-without-apple-s--or-google-s--help-183818348.html
- February 4, 2016: *13 News Now Investigates: Who's Watching You?*, ABC Channel 13, Norfolk, Virginia
    - http://www.13newsnow.com/story/news/local/13news-now-investigates/2016/02/04/13news-now-investigates-whos-watching-you/79634568/
- December 10, 2015:  *New App Most Parents Don't Know About Targets Students*, CBS Channel 6, Richmond, Virginia
    - http://wtvr.com/2015/12/10/new-app-most-parents-dont-know-about-targets-students/
- December 2, 2015: *More women come forward over mystery pic texts*, CBS Channel 6, Richmond, Virginia
    - http://wtvr.com/2015/12/02/more-mystery-penis-texts-victims-come-forward/
- November 16, 2015: *ISIS Threatens DC, What is Being Done to Protect Virginia?*
    - http://wtvr.com/2015/11/16/virginia-governor-appears-to-stay-on-track-to-accept-refugees-orders-homeland-security-chief-to-communicate-with-feds/
- September 24, 2015: *8 News Investigates: Who's Watching Your Home?*, ABC Channel 8, Richmond, Virginia
    - http://wric.com/2015/09/24/8news-investigates-whos-watching-your-home/
- August 18, 2015: *E-Z Pass Users Targeted in Email Scam*, ABC Channel 13, Norfolk, Virginia
    - *http://www.13newsnow.com/story/news/2015/08/18/e-z-pass-toll-road-users-targeted--email-scam/31904973/*
- July 7, 2015: *The Dangers of Using Kik Messaging App,* CBS Channel 6, Richmond, Virginia
    - http://wtvr.com/2015/07/07/it-is-really-a-dangerous-thing-police-chief-says-of-kik-messenger-app/
- May 6, 2015: *Forensicator Podcast #101: Katana Forensics* Forensicator Podcast
    - https://soundcloud.com/pro-digital-forensics/forensicator-no-101-katana-forensics

**Siewert, Patrick**
**October 2024**

## MEDIA CONTRIBUTIONS (continued)

- April 9, 2015: *Forensicator Podcast #100: Dr. Glenn Dardick.* Forensicator Podcast
  - https://soundcloud.com/pro-digital-forensics/forensicator-no-100-glenn-dardick
- April 24, 2015:  *Be aware: Skimmer could be stealing your financial info in Chesterfield*, ABC Channel 8, Richmond, Virginia: http://wric.com/2015/04/24/be-aware-skimmer-could-be-stealing-your-financial-info-in-chesterfield/
- April 24, 2015:  *Crooks Target Chesterfield ATM with skimming device*, NBC Channel 12, Richmond, Virginia:
  - http://www.nbc12.com/story/28893709/crooks-target-chesterfield-atm-with-skimming-device
- March 12, 2015:  *Kik Messenger App: Bad News for Parents*, CBS Channel 6, Richmond, Virginia:
  - http://wtvr.com/2015/03/12/kik-messenger-app-bad-news-for-parents/
- February 25, 2015:  *Unlocking the Hidden Dangers on Your Teen's Cell Phone*, CBS Channel 6, Richmond, Virginia*:*
  - http://wtvr.com/2015/02/25/unlocking-the-hidden-dangers-on-your-teens-cellphone/
- 2014:  *Chesterfield Man Arrested on Child Porn Charges*, CBS Channel 6, Richmond, Virginia
  - http://wtvr.com/2014/12/30/chesterfield-man-arrested-on-multiple-child-porn-charges/
- 2014:  *New Service Allows Parents To Monitor Children's Tech Devices*, ABC Channel 8, Richmond, Virginia
  - http://wric.com/2014/12/18/new-service-allows-parents-to-monitor-childrens-tech-devices/
- 2014:  *VCU Health Systems Warns Patients After CDs Containing Personal Info Released*, ABC Channel 8, Richmond, Virginia
  - http://wric.com/2014/12/16/vcu-health-systems-warns-patients-after-cds-containing-personal-info-released/
- 2014:  *On Your Side Alert: Security concerns about online software issued by law enforcement,* NBC Channel 12, Richmond, Virginia
  - http://www.nbc12.com/story/27386851/on-your-side-alert-security-concerns-about-online-software-issued-by-law-enforcement
- 2014:  *Security Cameras Playing a Key Role in Graham Search,* ABC Channel 8, Richmond, Virginia
  - http://www.wric.com/story/26571480/security-cameras-playing-key-role-in-hannah-graham-search
- 2014:  *Tips to Protect Your Identity Following Recent Hacks,* ABC Channel 8, Richmond, Virginia
  - http://www.wric.com/story/26511707/tips-for-protecting-your-identity-following-recent-hacks
- 2014:  *12 On Your Side Alert: Debt Collection Emails*, NBC Channel 12, Richmond, Virginia
  - http://www.nbc12.com/story/26384004/on-your-side-alert-warning-about-collection-email
- 2014:  *Virginia Court of Appeals upholds Louisa Conviction,* The Central Virginian, Louisa, Virginia
  - http://www.thecentralvirginian.com/?p=11889
- 2013:  *Nelson Man Pleads Guilty to 23 Counts of Child Pornography*, NBC Channel 29, Charlottesville, Virginia
  - http://www.nbc29.com/story/20959514/nelson-county-man-pleads-guilty-to-23-count-of-child-pornography
- 2013: *Louisa Man, 36, Gets 115 Years in Prison,* The Free-Lance Star online, Fredericksburg, Virginia
  - http://news.fredericksburg.com/newsdesk/2013/11/07/louisa-man-36-gets-115-years-in-prison/
- 2012:  *Man sentenced to five years for soliciting minor online,* The Free-Lance Star online, Fredericksburg, Virginia
  - http://news.fredericksburg.com/newsdesk/2012/11/26/man-sentenced-to-five-years-for-soliciting-minor-online/
- 2012:  *Former Intelligence Analyst to Serve 30 in Prison*, NBC Channel 29, Charlottesville, Virginia
  - http://www.nbc29.com/story/19512724/former-intelligence-analyst-to-serve-30-years-in-prison
- 2012:  *Louisa Sex Offender Headed Back to Jail*, The Free-Lance Star online, Fredericksburg, Virginia
  - http://fredericksburg.com/News/FLS/2012/122012/12042012/740893
  - http://wtvr.com/2012/01/12/cumberland-man-gets-30-years-for-producing-child-porn-2/
- 2012:  *Richmond Man Sentenced to 35 Years Imprisonment for Child Molestation, Distribution of Child Pornography*, Virginia officer of the Attorney General, Richmond, Virginia

## MEDIA CONTRIBUTIONS (continued)

- 2012:  *Teacher Arrested for Sexual Solicitation Worked for Miss WV Program*, NBC Affiliate WHAG, West Virginia
    - http://www.your4state.com/story/teacher-arrested-for-sexual-solicitation-worked-for-miss-wv-program/d/story/jkqW_8BYl0u58QMldfjFmw
- 2012:  *Gordonsville Man Sentenced on Child Porn Charges*, NBC Channel 29, Charlottesville, Virginia
    - http://www.nbc29.com/story/16446232/gordonsville-man-sentenced-on-child-porn-charges
- 2012:  *Cumberland Man Gets 30 Years for Producing Child Porn*, ABC Channel 8, Richmond, Virginia
- 2012:  *Charlottesville Man Convicted of Soliciting a Minor for Sex on Craigslist*, NBC Channel 29, Charlottesville, Virginia
    - http://www.nbc29.com/story/15696116/charlottesville-man-convicted-of-soliciting-a-minor-for-sex-on-craigslist
- 2011:  *Joint Task Force Targeting Sexual Predators Leads to Multiple Arrests*, NBC Channel 29, Charlottesville, Virginia
    - http://www.nbc29.com/story/14378496/joint-task-force-targeting-sexual-predators-leads-to-multiple-arrests
- 2011:  *Man Pleads Guilty to Child Porn, Must Pay Victims*, The Free-Lance Star online, Fredericksburg, Virginia
    - http://news.fredericksburg.com/louisa/2011/09/16/man-pleads-guilty-to-child-porn-must-pay-victims/
- 2011:  *Windsor (Canada) Man Sentenced to 100 Year for Luring in U.S.*, CTV (Canadian Television) Online, Windsor,                                        Canada
    - http://kitchener.ctvnews.ca/windsor-man-sentenced-to-110-years-for-luring-in-u-s-1.652065
- 2011:  *Shaffer Sentenced for Sexually Assaulting Toddler and Possessing Child Porn*, NBC Channel 29, Charlottesville, Virginia
    - http://www.nbc29.com/story/14187801/shaffer-sentenced-for
- 2010:  *Former Minister Gets 90-year Sentence in Sex Sting*, ABC Channel 8, Richmond, Virginia
    - http://www.wric.com/story/13020410/former-minister-gets-90-year-sentence-in-sex-sting
- 2010:  *Va. Man Gets 100 Years for Soliciting Sex from Minor Online*, The Washington Post, Washington, D.C.
    - http://voices.washingtonpost.com/crime-scene/virginia/va-man-gets-100-years-for-soli.html
- 2010:  *A Closer Look at Gangs in Louisa County*, NBC Channel 12 (via WTOC), Richmond, Virginia
    - http://www.wtoc.com/story/12835655/a-closer-look-at-gangs-in-louisa-county
- 2010:  *Sandston Man Convicted in Underage-sex Sting*. The Richmond Times-Dispatch, Richmond, Virgina
    - http://www.timesdispatch.com/news/sandston-man-convicted-in-louisa-underage-sex-sting/article_24995d03-2abb-57cf-b09c-5b8f072d25b7.html?mode=jqm
- 2010:  *Richmond Man Convicted in Louisa for Soliciting Minor*, The Richmond Times Dispatch, Richmond,Virginia
    - http://www.timesdispatch.com/news/richmond-man-convicted-in-louisa-for-soliciting-minor/article_3895591c-f3f6-55de-b84d-8232dc267755.html
- 2010:  *Louisa C.S.I. - Child Safety Initiative (two-part story)*, ABC Channel 8, Richmond, Virginia
    - Part 1:  https://www.youtube.com/watch?v=vOuo8NxzBX4
    - Part 2:  https://www.youtube.com/watch?v=T-28j42rbwA
- 2009:  *Former Howard (University) Soccer Coach Sentenced*, Newsplex.com, Charlottesville, Virginia
    - http://www.newsplex.com/home/headlines/41328477.html

## LANDMARK CASES INVESTIGATED

- 2012:  Commonwealth v. James Dollins:  95-year guilty plea, highest in Virginia court history for solicitation of child pornography
- 2012:  Commonwealth v. Adam D. Toghill: Conviction of Electronic Solicitation of a Minor **conviction upheld by the Supreme Court of Virginia** (Decision: February 2015)
- 2011:  Commonwealth v. Ryan Macklin:  First case in Virginia court history where restitution was ordered to be paid to victims of child exploitation

**Siewert, Patrick**
**October 2024**

## LANDMARK CASES INVESTIGATED (continued)

- 2011:  Commonwealth v. Alan Sauve:  110-year guilty plea, highest in Virginia court history for solicitation of a minor for sex at the time of plea
- 2010:  Commonwealth v. George Spiker:  100-year jury sentence.  Highest jury sentence for electronic solicitation of a minor in Virginia court history at the time of conviction
- 2010:  Commonwealth v. Irvin Baldwin:  90-year jury sentence.  Second-highest jury sentence for electronic solicitation of a minor in Virginia court history at the time of conviction
- 2009:  Commonwealth v. Joseph Okoh:  14-year jury sentence. Highest jury sentence for electronic solicitation of a minor in Virginia court history at the time of conviction

## CASE-WORK UPHELD IN HIGHER COURTS OF COMPETENT JURISDICTION:

- **James Ernst Logan v. COMMONWEALTH of Virginia:**  Record No.  0995-21-1, Decided June 7, 2022, Virginia Court of Appeals, Virginia Beach, Virginia
  - Case Reference:  https://www.vacourts.gov/opinions/opncavwp/0995211.pdf
- **Adam Derrick Toghill v. COMMONWEALTH of Virginia:**  Record No. 16-6452, Decided December 15, 2017 United States 4th Circuit Court of Appeals, Richmond, Virginia
  - Case Reference:  http://www.ca4.uscourts.gov/Opinions/166452.P.pdf
- **Adam Derrick Toghill v. COMMONWEALTH of Virginia**: Record No. 140414, Decided: February 26, 2015, Supreme Court of Virginia, Richmond
  - Case Reference: http://law.justia.com/cases/virginia/supreme-court/2015/140414.html
- **Adam Derrick Toghill v. COMMONWEALTH of Virginia**:  Record No. 2230-12-2, Decided: February 11, 2014, Court of Appeals of Virginia, Richmond
  - Case Reference:  https://law.justia.com/cases/virginia/court-of-appeals-unpublished/2014/2230-12-2.html

- **George H. Spiker, Jr. v. COMMONWEALTH of Virginia**: Record No. 0626–10–2, Decided: July 5, 2011, Court of Appeals of Virginia, Richmond.
  - Case Reference: http://caselaw.findlaw.com/va-court-of-appeals/1573357.html#sthash.rdIR7qQ1.dpuf