| Name | Date modified | Type | Size |
|---|---|---|---|
| ycbLVVfQ_o | 3/8/2023 6:41 PM | JPG File | 1,353 KB |
| Screenshot_20230122_174408_DuckDuckGo | 3/8/2023 6:41 PM | JPG File | 806 KB |
| d263b35ae41646b39d5947a281e7044e_97b74a7903ff530898ec421d17313cf489728f19896c5f79e9d4c63b80f6a487 | 2/1/2024 12:57 PM | JPG File | 1,788 KB |
| 0065(1) | 3/8/2023 6:37 PM | JPG File | 1,683 KB |
| 0059 | 3/8/2023 6:37 PM | JPG File | 1,922 KB |