UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

     Plaintiff,

v.                                                          CASE NO: 3:24-cv-00044-MMH-MCR

MIKAYLA PRESTON,
in her induvial capacity as a Detective for
St. Johns County Sheriff's Office, and
KATHLEEN DULLY, in her individual
capacity as medical director of the UF Child
Protection Team,

     Defendants.

_____/

**DEFENDANT KATHLEEN DULLY'S MOTION FOR LEAVE TO
EXCEED THE PAGE LIMIT OF HER RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, KATHLEEN DULLY (DULLY), by and through her undersigned counsel, hereby moves the Court for leave to exceed the page limit of her response in opposition to Plaintiff's Motion for Partial Summary Judgment, and states the following in support thereof:

1. Rule 3.01(b) of the Local Rules for the Middle District of Florida establishes that a party responding to a motion may not file a legal memorandum longer than twenty (20) pages inclusive of all parts.

1

2. This same rule permits the filing of a motion for leave to file a response exceeding the page limit provided the motion for leave: (1) does not exceed three pages inclusive of all parts; (2) specifies the need for and length of the proposed response; and (3) must not include the proposed response.

3. The Defendant's Response to Plaintiff's Motion for Partial Summary Judgment has exceeded the twenty-page limit established by the Local Rules of this Court by three (3) pages.

4. Defendant has made diligent efforts to avoid including frivolous or superfluous content and to stay within the page limit, but the complexity of the issues and the importance of the facts and argument presented in Plaintiff's Motion and Defendant's Response necessitate additional consideration.

5. Finally, Plaintiff would not be prejudiced by additional argument as he has an opportunity to reply, and his counsel does not oppose this Motion.

WHEREFORE, Defendant DULLY requests that her Motion for Leave to Exceed the Page Limit of her Response in Opposition to Plaintiff's Motion for Partial Summary Judgment be Granted, and that she be allowed to file a response of twenty-three (23) pages in length.

## Local Rule 3.01(g) Conferral

Defendant, by and through undersigned counsel, and pursuant to Local Rule 3.01(g), hereby files this certification to confirm Plaintiff does not oppose Defendant's motion.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell, Esq.
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendant,*
*Kathleen Dully*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by e-filing on September 8, 2025.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell, Esq.

3