**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WILLIAM LEE LAWSHE,**
**an individual,**

      **Plaintiff,**

**v.**                                                            **CASE NO: 3:24-cv-00044-MMH-MCR**

**MIKAYLA PRESTON,**
**in her induvial capacity as a Detective for St. Johns County Sheriff's Office,**
**and KATHLEEN DULLY, in her individual capacity as**
**medical director of the UF Child Protection Team,**

      **Defendants.**
_____/

**DEFENDANT KATHLEEN DULLY'S NOTICE OF FILING EXHIBITS IN**
**SUPPORT OF RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION**
**FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Kathleen Dully, by and through her undersigned counsel, hereby

files the following exhibits in support of her Response in Opposition to Plaintiff's

Motion for Partial Summary Judgment:

| Exhibit | Description |
|---------|-------------|
| A. | Image *Filename f6a487 (last six characters)* (UNDER SEAL) |
| B. | Image *Filename 0065(1)* (UNDER SEAL) |
| C. | Image *Filename 0059* (UNDER SEAL) |
| D. | Image *Filename DuckDuckGo* (UNDER SEAL) |

1

E.          Image *Filename VVFQ_o (last six characters)* (UNDER SEAL)

F.          February 22 Letter

G.          First April 5 Letter

H.          Second April 5 Letter

I.          Dr. Dully's Deposition dated April 28, 2025

J.          Eugine Tolbert's Deposition dated December 17, 2024

K.          Detective Preston's Deposition dated March 13, 2025

L.          Dr. Krugman's Deposition dated July 16, 2025

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com

*/s/ John Wilson*
John Wilson, Esq.
Florida Bar No. 84798
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Johnwilson@jsh-pa.com

*Attorneys for Defendant,*
*Kathleen Dully*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by e-filing on September 9, 2025.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell

*/s/ John Wilson*
John Wilson, Esq.