

College of Medicine – *Jacksonville*                              4100 Building, 4539 Beach Boulevard
Department of Pediatrics                                                     Jacksonville, FL 32207
First Coast Child Protection Team                                      Tel: (904) 633-0300
Fax: (904) 633-0301

February 22, 2023

Detective Mikayla Preston
Internet Crimes Against Children
Saint Johns County Sheriff's Office
4015 Lewis Speedway
St. Augustine, FL  32084

Dear Detective Preston:

  I have examined a single color photograph displayed on a law enforcement laptop entitled  d263b35ae41646b39d5947a281e7044e_97b74a7903ff530898ec421d173 13cf489728f19896c5f79e9d4c63b80f6a487  provided to me by yourself following a cybertip from NCMEC.  This image depicts what appears to be a naked pubertal female child wearing pink earrings and white lace socks on her feet. She is sitting on a wood floor in a knees-to-chest position with her lower legs and ankles parted to expose her genitalia for the camera.  This female child appears younger than 18 years of age.  She would have achieved this developmental genital appearance of SMR IV at 12-15 years of age.  She does not appear to be shaved as her anterior pubic hair is still present.

  Please contact me if I can provide further assistance.

       Sincerely,

       Kathleen Dully, M.D.
       Child Abuse Pediatrician
       Sex Assault Forensic Examiner
       Medical Director, First Coast
          Child Protection Team