# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE,**

     **Plaintiff,**

**v.**                                                **Case No. 3:24-CV-00044-MMH-MCR**

**MIKAYLA PRESTON, et al.,**

     **Defendants.**

_____/

## CHART OF SUBJECT IMAGES

| Filename | Document # | Dep. Exh. # | Dr. Dully Ltr. | Information |
|---|---|---|---|---|
| f6a487 (last six characters) (CyberTip 153739160) | ECF No. 72-1 | 8B | 02/22/2023 ECF No. 66-2 | |
| 0065(1) | ECF No. 72-2 | 8D | 04/22/2023 ECF No. 66-3 | Count I |
| 0059 | ECF No. 72-3 | 8C | 04/22/2023 ECF No. 66-3 | Count II |
| DuckDuckGo (last phrase) | ECF No. 72-4 | 8E | 04/05/2023 ECF No. 66-4 | Count III |
| VVFQ_o (last six characters) | ECF No. 72-5 | 8A | 04/05/2023 ECF No. 66-4 | |