UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case 3:24-cv-00044-MMH-MCR

WILLIAM LEE LAWSHE, an individual,

          Plaintiff,

-vs-

ROBERT HARDWICK, in his official capacity as Sheriff of St. Johns County, MIKAYLA PRESTON, in her individual capacity as a Detective for St. Johns County Sheriff's Office, and KATHLEEN DULLY, in her individual capacity as medical director of the UF Child Protection Team,

          Defendants.

_____/

REMOTE DEPOSITION OF KEVIN GREENE

Taken on Behalf of the Plaintiff

DATE TAKEN:  Tuesday, December 17, 2024
TIME:        10:02 a.m. - 12:12 p.m.
PLACE:       Remotely via Zoom

Deposition of the witness taken before:

Maureen Hall, RPR, FPR

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Kevin Greene on 12/17/2024**

Page 2

APPEARANCES:

Counsel for Plaintiff:

        MICHAEL K. ROBERTS, ESQUIRE
        LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI
        1680 Emerson Street
        Jacksonville, Florida 32207
        mroberts@nrhnlaw.com

Counsel for Defendants, Robert Hardwick and Mikayla Preston:

        MATTHEW JOSEPH CARSON, ESQUIRE
        SNIFFEN & SPELLMAN, P.A.
        123 Monroe Street
        Tallahassee, Florida 32301-1509
        mcarson@sniffenlaw.com

Counsel for Defendant, Kathleen Dully:

        AMY K. SHEVLIN, ESQUIRE
        BUCHANAN & BUCHANAN, P.A.
        1900 Southeast 18th Avenue, Suite 300
        Ocala, Florida 34471-8237
        ashevlin@rbtrial.com

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Kevin Greene on 12/17/2024**

**Page 3**

I N D E X

REMOTE ZOOM DEPOSITION OF KEVIN GREENE

DIRECT EXAMINATION BY MR. ROBERTS:                    4

CROSS EXAMINATION BY MS. SHEVLIN:                    80

REDIRECT EXAMINATION BY MR. ROBERTS:                87

E X H I B I T S

Plaintiff's Ex. No. 1  Statute                      39

Plaintiff's Ex. No. 2  CyberTipline Report          62

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Kevin Greene on 12/17/2024**

Page 4

PROCEEDINGS

Whereupon,

KEVIN GREENE, called as a witness by the Plaintiff, having been first duly sworn, testified as follows:

THE WITNESS:  I do.

DIRECT EXAMINATION

BY MR. ROBERTS:

Q.   Can you state your name for the record.

A.   Kevin Greene.

Q.   And I understand you're employed with St. Johns County Sheriff's Office?

A.   Yes.

Q.   And you're a corporal or detective corporal at --

A.   Yes.

Q.   Yeah.  What's your -- your job title today as we sit here?

A.   I'm a digital forensics detective.  I'm kind of like assistant supervisor of the digital forensics lab.

Q.   How many people are in that lab?

A.   Currently there are four of us.  And we have a lieutenant who oversees us.

Q.   And how long have you been doing that for

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Kevin Greene on 12/17/2024**

Page 5

St. Johns County?

A.   Full-time just -- well, almost five years. Next month it will be five years.

Q.   I understand before that you were -- did you work for -- were you an ICAC detective?

A.   From 2015, like late 2015 until I think mid-2017.  It's internet crimes against children, I-C-A-C.

Q.   And I was just going to ask you, what -- what is that?

A.   It's investigating like online enticement of children.

Q.   Okay.  Well, as -- I think we're here today about an investigation that involved the alleged possession of child pornography.  Would that be under the -- the purview of -- of ICAC investigators?

A.   Yes.

Q.   And in your -- in the past, while you were an ICAC investigator or detective, was that with St. Johns County Sheriff's Office?

A.   Yes.

Q.   Sometimes I see the -- a special victims unit or SVU; did you work in that department?

A.   Yes.  I went from ICAC to special victims.

Q.   Okay.

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Kevin Greene on 12/17/2024**

Page 52

A.   A little bit, not much.

Q.   What do you know?  Let me ask you this. Before I ask you this, I want to ask a better question. When did you know prior to Mr. Lawshe's case?

A.   I had read -- I know -- I mean, I know what you're getting at.  I had read somewhere back when I was doing ICAC investigations that they used 17 year old models from the Ukraine back years ago.

Q.   What was the source of that?

A.   Something when I was doing investigations when I was -- I read it on the internet somewhere.

Q.   You read it on the internet somewhere?

A.   I can't remember.  I mean, I don't have it in a book or anything.

Q.   No, but, I mean, like, was it a -- a Google review or...

A.   I don't recall.  That was almost ten years ago, you know.

Q.   So you have no idea if that was a credible accusation?

A.   I don't recall.  It could have been at the time.  I just -- I mean, I don't have it.

Q.   It could have been credible, but it also could have not been credible, correct?

A.   I mean, it very well -- I mean --

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Kevin Greene on 12/17/2024**

Page 53

Q.    I mean --

A.    It was -- it was from 2015 or 2016.  I don't -- I don't have -- it's something I remembered from when I was in ICAC.

Q.    Okay. All right.  Actually not what I was going to, but I appreciate it.  I was going to go there.

Have you ever visited -- have you ever -- have you ever Googled metart.com in response to this case?

A.    Yes.  This morning.  Yeah.

Q.    Okay. Okay. Okay.  Did you and Ms. -- did you and Detective Preston Google metart.com together at any point in time?

A.    Not that I recall.

Q.    Did you tell her that metart.com was publishing illegal content?

A.    I don't think so.

Q.    All right.

A.    Did I?  Did she say I did?  Because I don't remember telling her that I did.

Q.    Okay.  You made a comment about -- well, I'm going to go through something else first.  You said you reviewed the NCMEC report?

A.    Yes.

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Kevin Greene on 12/17/2024**

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF JACKSONVILLE

        I, the undersigned authority, certify that the aforementioned witness Kevin Greene, personally appeared before me via remote teleconference and was duly sworn on Tuesday, December 17, 2024.

        Dated this 27th day of December, 2024

_____

MAUREEN HALL, RPR, FPR
Notary Public - State of Florida
My Commission Expires:  3/17/25
My Commission No.:  HH065896

Identification presented by Deponent: License

**WILLIAM LEE LAWSHE vs ROBERT HARDWICK, ET AL.**
**Kevin Greene on 12/17/2024**

C E R T I F I C A T E

STATE OF FLORIDA

COUNTY OF JACKSONVILLE

I, MAUREEN HALL, Registered Professional Reporter and Notary Public duly commissioned and qualified in and for the State of Florida at Large, do hereby certify that I was authorized to and did stenographically report the foregoing remote deposition; and that the transcript is a true record of the testimony given by the witness.

I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, parties' attorney, or counsel connected with the action, nor am I financially interested in this action.

Dated this 27th day of December, 2024.

_____

MAUREEN HALL, RPR, FPR
Notary Public - State of Florida