UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO. 3:24-cv-00044-MMH-MCR


WILLIAM LAWSHE,

      Plaintiff,

vs.

MIKAYLA PRESTON, in her individual capacity as a detective for St. Johns County Sheriff's Office, and KATHLEEN DULLY, in her individual capacity as medical director of the UF Child Protection Team,

      Defendants.

_____

VIDEO RECORDED

DEPOSITION OF:      WILLIAM LEE LAWSHE

DATE TAKEN:      Friday, March 14, 2025

PLACE TAKEN:      1260 North Ponce de Leon Boulevard
      Suite E
      St. Augustine, Florida 32084

TIME:      9:16 a.m. - 12:16 p.m

BEFORE:      LAURA DWYER PIERLE, RPR
      STENOGRAPHIC COURT REPORTER
      AND NOTARY PUBLIC - STATE
      OF FLORIDA AT LARGE

**************************************************

ST. AUGUSTINE COURT REPORTERS
1260 NORTH PONCE DE LEON BOULEVARD, SUITE E
ST. AUGUSTINE, FLORIDA  32084
904-825-0570

WILLIAM LAWSHE vs MIKAYLA PRESTON, et al.
Lawshe, William Lee on 03/14/2025

APPEARANCES:


        On behalf of the Plaintiff:
              NOONEY AND ROBERTS, P.A.
              1680 EMERSON STREET
              JACKSONVILLE, FLORIDA   32207
              By:   MICHAEL KEITH ROBERTS, II, ESQUIRE


        On behalf of the Defendant Mikayla Preston:
              SNIFFEN & SPELLMAN, P.A.
              123 NORTH MONROE STREET
              TALLAHASSEE, FLORIDA   32301
              By:   MATTHEW J. CARSON, ESQUIRE
                          AND
                    CHRISTEN PETRUZZELLI, ESQUIRE
                    (Present via videoconference)

        On behalf of the Defendant Dr. Dully:
              BANKER, LOPEZ, GASSLER, PA
              1900 SOUTHEAST 18th AVENUE
              SUITE 300
              OCALA, FLORIDA 34471-8237
              By:   AMY SHEVLIN, ESQUIRE
                    (Present via videoconference)

ALSO PRESENT:

              DAN BISHOP, VIDEOGRAPHER

WILLIAM LAWSHE vs MIKAYLA PRESTON, et al.
Lawshe, William Lee on 03/14/2025

- - -
I N D E X
- - -

WITNESS:                                                    PAGE
WILLIAM LEE LAWSHE

DIRECT EXAMINATION BY MR. CARSON                            5
CROSS EXAMINATION BY MS. SHEVLIN                            88
REDIRECT EXAMINATION BY MR. CARSON                          121


CERTIFICATE OF OATH                                        127
CERTIFICATE OF REPORTER                                    128

- - -
E X H I B I T S
- - -
NUMBER                    DESCRIPTION                      PAGE

DEFENDANT'S EX. 10  PLAINTIFF'S ANSWERS TO DEFENDANT   40
                    MIKAYLA PRESTON'S INTERROGATORIES
DEFENDANT'S EX. 11  PLAINTIFF'S ANSWERS TO DEFENDANT   40
                    DR. DULLY'S INTERROGATORIES

WILLIAM LAWSHE vs MIKAYLA PRESTON, et al.
Lawshe, William Lee on 03/14/2025

- - -

VIDEOGRAPHER:  This begins media unit number one to the video recorded deposition of William Lee Lawshe in the matter of William Lee Lawshe versus Mikayla Preston, et al. being heard before the U.S. District Court, Middle District of Florida, Jacksonville Division.  Case Number is 3:24-cv-00044-MMH-MCR.

Today's deposition is being conducted at 1260 North Ponce de Leon Boulevard, Suite E, in St. Augustine, Florida.  Today is March 14th, year 2025.  The time is 9:16 a.m.

My name is Dan Bishop.  And I'm your videographer.  The court reporter this morning is Laura Pierle.

Counsel, will you please state your appearances for the record and then our court reporter may swear in the witness.

MR. ROBERTS:  Michael Roberts for Mr. Lawshe.

MR. CARSON:  Matthew Carson for Detective Mikayla Preston.

MS. SHEVLIN:  Amy Shevlin on behalf of Dr. Dully.

- - -

Thereupon,

WILLIAM LAWSHE vs MIKAYLA PRESTON, et al.
Lawshe, William Lee on 03/14/2025

WILLIAM LEE LAWSHE,

Being by the undersigned Notary Public first

duly sworn, was examined and testified as follows:

THE WITNESS:  I do.

DIRECT EXAMINATION

BY MR. CARSON:

Q     Good morning, Mr. Lawshe.

A     Good morning.

Q     My name is Matt Carson.  I represent Detective Mikayla Preston one of the Defendants in this action. You and I just met a couple of minutes ago, correct?

A     Yes, sir.

Q     Okay.  And you were having a little bit of a hard time maintaining your composure then, and, you know, you're just getting started and you're already a little bit upset.  I want you to know that if at any point during the deposition today you need to take a break for whatever reason, to use the restroom, to, you know, take a breath, take a walk outside, that's fine. You've just got to let me know.  All right.  As long as there is not a question pending that shouldn't be a problem.  Okay.

It's not my intent to unnecessarily prolong the deposition today or to make it any worse for you than it is, but I have to ask questions and this is my

WILLIAM LAWSHE vs MIKAYLA PRESTON, et al.
Lawshe, William Lee on 03/14/2025

A      Yeah.

Q      So Dr. Kaye told you that maybe to look at stories or pictures?

A      Yeah.  She just said have you tried pornography.  She didn't really -- I don't think she specified exactly what, but -- and she put me on testosterone and some other things to try to help.

Q      Showing you 8B and C.

A      Yes, sir.  That's the same girl.

Q      Yeah.  How old is that girl in that picture?

MR. ROBERTS:  Objection.  You can still answer.

THE WITNESS:  Oh, yeah.  Yeah.

BY MR. CARSON:

Q      You can answer.

A      23, 24.

Q      What makes you say that?

A      Just observation skills.  I mean, just looking at her she looks 23, 24 years old.

Q      Other than just observation skills anything else that leads you to believe that young lady is 23 or 24 years old?

A      No, sir, there is nothing else there.  I mean, I would say she's 23 or 24.

Q      Do you know what website that photograph is

WILLIAM LAWSHE vs MIKAYLA PRESTON, et al.
Lawshe, William Lee on 03/14/2025

that is the top of 8E?

A    No.

Q    And when I say -- when I ask you questions about the photographs obviously we've redacted these for purposes of being able to handle them and not, you know, unnecessarily embarrass the folks that need to look at these when they become part of the record.  But when I'm asking you these questions I'm talking about the unredacted version and stuff?

A    No, I understand.  Yeah, I know.  They're of legal age.

Q    Pardon me.

A    They're of legal age.

Q    Okay.  That's -- your testimony is that they are of legal age?

A    They look legal to me, yes.

Q    Do you know where any of those photographs were taken?

A    No, sir.

Q    In the whole of the internet, is it possible that a website that states it complies with all federal age verification law requirements and tries to comply with all federal age verification requirements might inadvertently fail to comply with federal age verification law requirements and inadvertently post a

WILLIAM LAWSHE vs MIKAYLA PRESTON, et al.
Lawshe, William Lee on 03/14/2025

picture of say a 17-year old model?

A    Is it possible?  Absolutely.  I guess it's possible.  Anything is possible.

Q    **Have you received any medical, psychiatric, mental health treatment as a result of this incident?**

A    No.  Can I get more water?

Q    **Why don't we take another break.**

MR. ROBERTS:  Yeah, I could use the restroom.

VIDEOGRAPHER:  All right.  We are off the record at 11:04.  End of media unit number one.

(Whereupon a recess was taken 11:04 to 11:16 a.m.)

VIDEOGRAPHER:  We are back on the record at 11:16 beginning of media number two.

BY MR. CARSON:

Q    **Mr. Lawshe, I've asked you to provide a computation of the damages that you allege that you suffered as a result of this incident.  In your Rule 26 disclosure you've listed past loss of earnings, future loss of earnings, past and future cost of medical care, and pain and suffering, damaged reputation, loss of enjoyment of life, et cetera, past and future.**

**Let's talk about past loss of earnings.  Have you calculated your past loss of earnings you allege are a result of this incident?**

THE STATE OF FLORIDA,       )
COUNTY OF ST. JOHNS.        )


     I, the undersigned authority, certify that

WILLIAM LAWSHE personally appeared before me and was

duly sworn this 14th day of March 2025.


          WITNESS my hand and official seal this 29th

day of July 2025.


                              Laura Dwyer Pierle, RPR
                              Notary Public-State of FL
                              My Commission #HH 598918
                              My Commission Expires
                              10/26/28

WILLIAM LAWSHE vs MIKAYLA PRESTON, et al.
Lawshe, William Lee on 03/14/2025

C E R T I F I C A T E

The State of Florida      )
County of St. Johns       )

        I, Laura Dwyer Pierle, Court Reporter, do hereby certify that I was authorized to and did report the above deposition in stenotype; and that the foregoing pages numbered from 1 to 126, inclusive, are a true and correct transcription of my stenotype notes taken during said deposition.

        I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

        The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

        IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of July, 2025.

                                    Laura Dwyer Pierle, Notary
                                    Public, in and for the State
                                    of Florida at large.
                                    My Commission Expires
                                    10/26/28
                                    My Commission #HH 598918