STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIAM LEE LAWSHE,**
**an individual,**

      **Plaintiff,**

**v.**                                  **CASE NO: 3:24-cv-00044-MMH-MCR**

**ROBERT HARDWICK,**
**in his official capacity as Sheriff of St. Johns County,**
**MIKAYLA PRESTON,**
**in her induvial capacity as a Detective for St. Johns County Sheriff's Office,**
**and KATHLEEN DULLY, in her individual capacity as**
**medical director of the UF Child Protection Team,**

      **Defendants.**
_____/

## NOTICE TO DISREGARD DOCKET NUMBER 74

The undersigned hereby files this Notice to Disregard Document Number 74 on the Docket, Defendant Kathleen Dully's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment. This document was filed in error. The correct document is Document Number 75 on the docket, Defendant Kathleen Dully's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment.

                            Respectfully submitted,

                            */s/ Jami M. Kimbrell*
                            Jami M. Kimbrell, Esq.
                            Florida Bar No. 0657379

1

Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com


*/s/ John Wilson*
John Wilson, Esq.
Florida Bar No. 84798
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Johnwilson@jsh-pa.com

*Attorneys for Defendant,*
*Kathleen Dully*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served

on all counsel of record by e-filing on September 10, 2025.


*/s/ Jami M. Kimbrell*
Jami M. Kimbrell, Esq.


*/s/ John Wilson*
John Wilson, Esq.

2