**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WILLIAM LEE LAWSHE,**

     **Plaintiff,**

**v.**                                  **Case No. 3:24-CV-00044-MMH-MCR**

**MIKAYLA PRESTON, et al.,**

     **Defendants.**

_____/

**DEFENDANT DETECTIVE PRESTON'S**
**NOTICE OF FILING DOCUMENTS IN SUPPORT OF HER**
**MOTION FOR FINAL SUMMARY JUDGMENT**

Defendant DETECTIVE MIKAYLA PRESTON, through undersigned counsel, files the following documents in support of her motion for final summary judgment:

1.     Chart of Subject Images

2.     Deposition of Fallon McNulty (corporate representative for the National Center for Missing and Exploited Children) taken June 12, 2025 (excerpts)

3.     Deposition of Detective Mikayla Preston taken March 13, 2025 (excerpts)

4.     Deposition of Detective Kevin Greene taken December 17, 2024 (excerpts)

5.     Deposition of Sergeant Eugene Tolbert taken December 17, 2024 (excerpts)

6.      Deposition of Dr. Kathleen Dully taken April 28, 2025 (excerpts)

7.      Deposition of Dr. Kathleen Dully taken June 18, 2025 (excerpts)

8.      Affidavit of Kaitlyn M. Paine dated August 28, 2025

9.      Deposition of Plaintiff William Lee Lawshe taken March 14, 2025 (excerpts)

Respectfully submitted this 12th day of September, 2025.

                                        /s/ Matthew J. Carson
                                        **MATTHEW J. CARSON**
                                        Florida Bar Number: 0827711
                                        mcarson@sniffenlaw.com
                                        **SNIFFEN & SPELLMAN, P.A.**
                                        123 North Monroe Street
                                        Tallahassee, Florida 32301
                                        Telephone: (850) 205-1996
                                        Facsimile: (850) 205-3004
                                        *Attorneys for Detective Mikayla Preston*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2025, a true and correct copy of the foregoing was electronically filed in the United States District Court for the Middle District of Florida using the CM/ECF system, which will serve counsel of record.

                                        /s/ Matthew J. Carson
                                        **MATTHEW J. CARSON**