UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

     Plaintiff,

v.                                          Case No. 3:24-CV-00044-MMH-MCR

ROBERT HARDWICK, in his official
capacity as Sheriff of St. Johns County,
MIKAYLA PRESTON, in her individual
capacity as a Detective for St. Johns County
Sheriff's Office, and KATHLEEN
DULLY, in her individual capacity as
medical director of the UF Child Protection Team,

     Defendants.

_____/

## AFFIDAVIT OF KAITLYN M. PAYNE

STATE OF FLORIDA  )
COUNTY OF LEON    )

Before me, the undersigned authority and one authorized by law to administer oaths, personally appeared Kaitlyn M. Payne, who after being duly sworn states as follows:

1.    My name is Kaitlyn M. Payne. I am over the age of 18 and have personal knowledge of the facts stated herein.

2.     From February 2013 to August 2024, I was an Assistant State Attorney with the State Attorney's Office 7th Judicial Circuit of Florida.

3.     From 2022 to 2024, I was assigned to the Career Criminal Unit. In that role, I was responsible for the prosecution of sex-based offenses, internet crimes against children, firearms offenses, vehicular homicides, and repeat offenders. Prior to being assigned to the Career Criminal Unit, I was responsible for prosecuting internet crimes against children cases since 2015. In that time, I prosecuted hundreds cases involving internet crimes against children.

4.     I was the prosecutor in Case Number CF2300516. State of Florida vs. William Lee Lawshe.

5.     I have reviewed a redacted copy of the image with a filename ending in f6a487. I recall looking at an unredacted version of that image in 2023. At that time, I consulted with Detective Mikayla Preston regarding that photograph, and reviewed and approved Detective Preston's affidavit for search warrant to Verizon/Synchronoss that was based on that image. I believe there was probable cause to apply for a search warrant to obtain images on Mr. Lawshe's cell phone. I believe there was probable cause even if Detective Preston did not include reference to met-art.com in her affidavit for search warrant.

6.     I also understood that Dr. Kathleen Dully with the First Coast Child Protective Team had reviewed the image and opined, in part, that "[t]his female child appears younger than 18 years of age." During my time prosecuting internet crimes

2

against children cases, we routinely and regularly relied on Dr. Dully's opinions regarding the ages of individuals in these types of images.

7.    Based on my experience, I believe that the image is child sexual abuse material.

8.    I have also reviewed redacted copies of the images with filenames 0065(1), 0059, and ending in DuckDuckGo. I recall looking at unredacted versions of these images in 2023. I understand that these images were returned in compliance with the Verizon/Synchronoss search warrant.

9.    I also understood that Dr. Dully had reviewed those images and opined, in part, for each image that "[t]his female child" appears younger than 18 years of age.

10.    Based on my experience, I believe that the images with the filenames 0059 and 0065(1) are child sexual abuse material.

11.    I spoke with Detective Preston prior to Mr. Lawshe's arrest and confirmed that I would prosecute Mr. Lawshe for possession of those images. I believe there was probable cause to arrest Mr. Lawshe for those charges.

12.    On May 5, 2023, I filed an information charging Mr. Lawshe with three counts of possession of sexual performance by a child for the images with filenames 0065(1), 0059, and ending in DuckDuckGo.

13.    I would not have charged Mr. Lawshe with possession of sexual performance by a child if I did not believe that I had evidence necessary to convict him.

3

14.    During Mr. Lawshe's criminal case, Mr. Lawshe's defense counsel showed me photographs of what he represented to be the individuals in the charged images holding Latvian and Ukrainian passports. I could not verify the veracity or authenticity of these passports, or definitively determine whether the passport-holders were the individuals in the charged images. I was not provided with any evidence regarding the dates the images were taken. Nonetheless, the State Attorney's Office decided to drop the charges against Mr. Lawshe.

FURTHER AFFIANT SAYETH NAUGHT.

Kaitlyn M. Payne

STATE OF FLORIDA    )
COUNTY OF LEON    )

Sworn to and subscribed before me by this 28th day of August, 2025.

_____ he is personally known to me, **OR**
__✓__ has produced ____FLDL____ as identification.

NOTARY PUBLIC, Signature

Leigh Ann Kiser

(Printed, Typed, or Stamped Name)
My Commission Expires: 10/1/2027

LEIGH ANN KISER
Commission # HH 405628
Expires October 1, 2027

4