**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WILLIAM LEE LAWSHE,**
**an individual,**

      **Plaintiff,**

**v.**                            **CASE NO: 3:24-cv-00044-MMH-MCR**

**MIKAYLA PRESTON,**
**in her induvial capacity as a Detective for St. Johns County Sheriff's Office,**
**and KATHLEEN DULLY, in her individual capacity as**
**medical director of the UF Child Protection Team,**

      **Defendants.**
_____/

## <u>DEFENDANT KATHLEEN DULLY'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH MOTION FOR SUMMARY JUDGMENT</u>

Defendant Kathleen Dully ("Dr. Dully" or "Defendant"), by and through her undersigned counsel, hereby moves the Court for leave to file an over-length Motion for Summary Judgment, and states the following in support thereof:

**MEMORANDUM OF LAW**

Rule 3.01(a) of the Local Rules for the Middle District of Florida establishes that a motion, inclusive of all parts, is not to exceed twenty-five (25) pages. An exception to this general understanding is provided in the same Rule, which permits the filing of a motion for leave to file a response exceeding the page limit. This motion for leave must: (1) not exceed three pages inclusive of all parts; (2) specify

1

the need for and length of the proposed response; and (3) must not include the proposed response.

## ARGUMENT

The Defendant's Motion for Summary Judgment has exceeded the twenty-five page limit established by the Local Rules of this Court by five pages.  Defendant has made diligent efforts to avoid including frivolous or superfluous content and to stay within the page limit, but the complexity of the issue and the importance of the facts and argument presented in Defendant's Motion necessitate additional discussion.  Plaintiff would not be prejudiced by additional argument as he has an opportunity to respond, and Defendant would be amenable to a response exceeding the page limit established by the Local Rules if needed. Moreover, Plaintiff's counsel has been contacted and does not oppose this Motion.

The minimal addition of five pages to the Motion will serve to benefit this Court in its decision-making authority and responsibility by allowing for complete and thorough argument of the relevant issues. The application of statutory immunity on behalf of Dr. Dully in addition to a resolution of Plaintiff's claims concerning Dr. Dully's alleged fabrication of evidence are central issues to be decided, and the complexity of the various claims and defenses in this case merit a proportionate response.  Additionally, although Dr. Dully's involvement in the investigation was minimal, a comprehensive Motion for Summary Judgment required Defendant to

address the factual circumstances of her involvement in detail, including discussion of several medical opinions she authored and of statements she made in deposition.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell, Esq.
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendant,*
*Kathleen Dully*

*/s/ John Wilson*
John Wilson, Esq.
Florida Bar No. 84798
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Johnwilson@jsh-pa.com
*Attorney for Defendant,*
*Kathleen Dully*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by e-filing on September 12, 2025.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell, Esq.

*/s/ John Wilson*
John Wilson, Esq.

3