UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,
an individual,

       Plaintiff,

v.                                  CASE NO: 3:24-cv-00044-MMH-MCR

MIKAYLA PRESTON,
in her induvial capacity as a Detective for St. Johns County Sheriff's Office,
and KATHLEEN DULLY, in her individual capacity as
medical director of the UF Child Protection Team,

       Defendants.
_____/

**DEFENDANT KATHLEEN DULLY'S NOTICE OF FILING EXHIBITS IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

Defendant, Kathleen Dully, by and through her undersigned counsel, hereby files the following exhibits in support of her Motion for Summary Judgment:

| Exhibit | Description |
| --- | --- |
| A. | Image *Filename f6a487 (last six characters)* (UNDER SEAL) |
| B. | Image *Filename 0065(1)* (UNDER SEAL) |
| C. | Image *Filename 0059* (UNDER SEAL) |
| D. | Image *Filename DuckDuckGo* (UNDER SEAL) |
| E. | Image *Filename VVFQ_o (last six characters)* (UNDER SEAL) |
| F. | February 22 Letter |

1

G.        First April 5 Letter

H.        Second April 5 Letter

I.        Eugine Tolbert's Deposition dated December 17, 2024

J.        Detective Preston's Deposition dated March 13, 2025

K.        Dr. Dully's Deposition dated April 28, 2025

L.        Dr. Krugman's Deposition dated July 16, 2025

M.        Plaintiff's Deposition dated March 14, 2025.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com

*/s/ John Wilson*
John Wilson, Esq.
Florida Bar No. 84798
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Johnwilson@jsh-pa.com

*Attorneys for Defendant,*
*Kathleen Dully*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by e-filing on September 12, 2025.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell

*/s/ John Wilson*
John Wilson, Esq.