

**AFFIDAVIT OF PATRICK J. SIEWERT**

I, Patrick J. Siewert, declare:

1. I am a computer and mobile device forensic expert, and Director of Digital Forensics and eDiscovery for ArcherHall. I have been working in digital forensics and for over sixteen years in various roles in and out of law enforcement. I received certifications in Cyber Crime Examination from the National White Collar Crime Center (NW3C) and attended numerous digital forensic training courses through NW3C, the Federal Law Enforcement Training Center (FLETC), the National Computer Forensic Institute (NCFI) and many others. I've received certifications for mobile forensics from Cellebrite, a leading vendor of forensic examination software, and advanced training through Cellebrite and the International Association of Computer Investigative Specialists (IACIS). I've received, and continue to receive, training in the areas of digital evidence, computer forensics, and mobile device forensics from a variety of companies specializing in the development and training of forensic software.

2. In addition to my training and experience in digital forensics and eDiscovery, I have earned a Bachelor of Science degree majoring in Criminal Justice from the Virginia Commonwealth University (1999). I am currently an Adjunct Professor of Digital Forensics in the Forensic Science Department at Virginia Commonwealth University, where my course includes various topics in the proper collection & analysis of digital evidence, as well as general investigative practices.  I am also an Adjunct Instructor at the Crater Criminal Justice Training Academy near Petersburg, VA where I am regularly tasked with training other investigators on appropriate methods and procedures for conducting investigations into electronically-facilitated crime.  I have been elected the First Vice



President of the Mid-Atlantic Chapter of the High Technology Cyber Crime Investigators Association (HTCIA) for 2024-2025.

3.      I worked in law enforcement for nearly 15 years, highlighted by work as a Detective and Digital Forensic Examiner assigned to the Southern Virginia Internet Crimes Against Children (ICAC) Task Force.  From 2007-2013, I conducted online undercover investigations for the ICAC Task Force where my role was two-fold:  Intercepting & communicating with those who would seek to solicit children online for the purposes of sex and identifying those suspected of trafficking in child sex abuse material (CSAM) across the internet.  I have been trained by the ICAC task force in the appropriate methods by which to conduct both of these types of investigations in courses through Fox Valley Technical College, the ICAC Task Force and affiliated law enforcement entities as detailed below and in the attached Curriculum Vitae (Exhibit A):

      a.  January 2007: Internet Safety Awareness, Richmond, Virginia

      b.  May 2007: Internet Crimes Against Children (ICAC) Investigative Techniques, King of Prussia, Pennsylvania

      c.  June 2008: Internet Crimes Against Children (ICAC) Peer Precision, Lynchburg, Virginia

      d.  September 2008: Project Safe Childhood for Law Enforcement, Roanoke, Virginia

      e.  January 2008: Internet Crimes Against Children (ICAC) Undercover Operations, Reston, Virginia

4.      Throughout my time as an ICAC investigator, I was responsible for the investigation, testimony and eventual conviction of precedent-setting cases for these crimes in Virginia which yielded the highest jury sentences or plea bargains at the time for cases, including:

      a.  Commonwealth v. Joseph Okoh



  b. Commonwealth v. Irving Baldwin

  c. Commonwealth v. George Spiker

  d. Commonwealth v. James Dollins

  e. Commonwealth v. Alan Sauve

5. In my current role as Director of Digital Forensics and eDiscovery, I head our criminal practice group, which focuses our case assessment and analysis on electronically-facilitated crimes from both prosecution and defense perspectives.  These cases include law enforcement investigation of CSAM allegations against clients where discovery is provided, reviewed and opined upon, including items such as cyber tips from the National Center for Missing and Exploited Children (NCMEC), search warrant affidavits, police reports, witness interviews and other case documentation.  I routinely provide input, advice and opinions about proper investigative procedures and potential avenues for litigation strategy to Counsel.  On at least one occasion, this has also resulted in Expert Testimony with regard to online undercover investigations in Virginia (Commonwealth v. Robert Stoltz – 2016).  Multiple other instances of Expert testimony in the field of digital forensics have led to testimony focusing on the investigations leading up to evidence seizure.  Since starting in private practice full-time in 2014, I have reviewed dozens of cases of CSAM possession, distribution and production cases and attended numerous trials as either testifying or consulting expert.

6. ArcherHall was retained in the matter of Lawshe v. St. Johns County Sheriff's Office et. Al to review the investigation into Mr. Lawshe and I was asked to provide Expert opinions regarding the investigative procedures, appropriateness of the charges against Mr. Lawshe and to identify any areas of concern with regard to the investigative tactics, techniques and procedures undertake by Investigator Preston of the St. Johns Sheriff's Office.



7.      To facilitate the assessment and analysis in this case, I was provided with numerous pieces of discovery, including but not limited to:

a.  Depositions and reports from the criminal prosecution of Mr. Lawshe

b.  Cybertips provided by NCMEC to law enforcement during the investigative phase

c.  A report from Dr. Dully

d.  Digital Forensic report of item(s) seized

e.  Photographic documentation of the alleged CSAM images and corresponding age verification of two of the models involved in this case

f.  Emails regarding various items in the criminal prosecution of Mr. Lawshe

g.  Civil deposition transcripts of Investigator Preston and other members of the St. John County Sheriff's Office

h.  Training and personnel records (redacted) of Investigator Preston

8.      I have based my previous statements in this matter on the documentation provided in conjunction with 18 years of experience investigating, assessing and providing expert opinions and/or testimony regarding the proper investigation of CSAM possession, distribution and/or production allegations and the cited ICAC Operational and Investigative Standards (Exhibit B) by which I was trained and operated under as an affiliate investigator of the Southern Virginia ICAC.



I declare under penalty of perjury, under the laws of the State of Florida, that the above is true and correct.

Executed September 10, 2025 in Richmond, Virginia.

Patrick J. Siewert
Director, Digital Forensics and eDiscovery
ArcherHall


EXHIBIT A:  Curriculum Vitae of Patrick Siewert, September 2025
EXHIBIT B:  ICAC Operational & Investigative Standards



Richmond, Virginia, USA
804-525-9883 ▪ PSiewert@ArcherHall.com

## Patrick J. Siewert
## Director of Digital Forensics & E-Discovery

### SUMMARY

- *25 years of award-winning expertise in law enforcement & private practice with 16 years of high-profile case work in electronic investigation & digital (computer & mobile device) forensics & cellular records analysis*
- *25 years of testimony experience at State & Federal levels, dozens of Expert Witness designations & appointments in digital/computer forensics, cell phone forensics, cellular records analysis & mapping and online undercover investigation*
- *Certified in Cyber Crime Investigation & Examination, Mobile Device Forensic Analysis and Cellular Records Analysis & Mapping*
- *Specialized training & experience in Mac (Apple) computer forensics and cellular call detail records analysis & historical cell site location information (CSLI) records mapping*
- *Adjunct Faculty at Virginia Commonwealth University instructing Digital Forensics for the Department of Forensic Science*
- *Associate Member of the American Academy of Forensic Sciences*
- *Nationwide Law enforcement & civilian instructor in digital forensics and police response tactics for 18 years.  Certified Law Enforcement Instructor (Virginia).*
- *Frequent contributor to local, regional and national media outlets in the field of digital forensics*
- *Authored & published dozens of thought-leadership & case study articles on various digital forensic topics including ethical & best practices and product/training reviews.  Authored chapter on Mobile Forensic Analysis Tools in academic text*
- *Elected First Vice President of the High Technology Cyber Investigator's Association – Mid Atlantic Chapter*

### RELEVANT EXPERIENCE

| | |
|---|---|
| 2022- present | **Director of Digital Forensics & eDiscovery**, ArcherHall, Richmond, Virginia |
| 2014- present | Adjunct Instructor & Background Investigator, Crater Criminal Justice Training Academy, Disputanta, Virginia |
| 2021- present | **Subject Matter Expert** & Contract Instructor –ABM Intel (prev. LeadsOnline/Cellhawk) |
| 2022- present | **Adjunct Professor of Digital Forensics** – Virginia Commonwealth University, Richmond, Virginia |
| 2020-2023 | Contributing Writer, Forensic Focus |
| 2020-2022 | Volunteer Analyst/Investigator - National Child Protection Task Force, ncptf.org |
| 2018-2023 | Contract Trainer, Cellebrite Global Training Division, Worldwide |
| 2013-2022 | **Founder, CEO & Principal Consultant**, Professional Digital Forensic Consulting (dba Pro Digital), Richmond, Virginia (Acquired by ArcherHall Sept. 2022) |
| 2013-2014 | Sergeant, Thomas Nelson Community College Police Department, Hampton, Virginia |
| 2002-2013 | Deputy Sheriff, Louisa County Sheriff's Office, Louisa, Virginia: |
| 2008-2013 | Detective: Digital Forensics, Internet Crimes Against Children & Special Operations |
| 2005-2008 | School Resource Officer/Supervisor (Corporal 2007-2008) |
| 2002-2005 | Patrol Deputy |
| 2000-2002 | Police Officer, Virginia Commonwealth University Police Department, Richmond, Virginia |

**Siewert, Patrick**
**September 2025**

## EDUCATION

**Virginia Commonwealth University, Richmond, Virginia**
Bachelor of Science, Criminal Justice - May 1999

## PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING

February 2025:  **American Academy of Forensic Sciences Annual Meeting**, Baltimore, MD
- Attendance at the annual AAFS meeting held in Baltimore, MD.  Session topics covered Analysis of social media applications on iOS and Android, criminal case studies and iOS GPS location data analysis for accuracy and validation.  Certificate of Attendance.

June 2024:  **Techno Security & Digital Forensics Conference**, Wilmington, NC
- Attendance in several professional development sessions during the 2024 Techno Security & Digital Forensics Conference, including recognition and analysis of AI-generated images, Mac computer analysis notable artifacts, Litigating Generative AI, Expert Testimony for the Prosecution, Extended Attribute timestamps in Mac analysis, Current Industry Trends and Criminal Defense use of Digital Evidence.  Also presented session on law enforcement collaboration with independent experts.

February 2024:  **American Academy of Forensic Sciences Annual Meeting**, Denver, CO
- Attendance at the annual AAFS meeting held in Denver, CO.  Session topics covered included forensic video file identification and processing, multiple studies highlighting the digital forensic/legal partnership and iOS location metadata analysis and validation.  Certificate of Attendance.

September 2023**:  Advanced Cellular Records Analysis (ACRA)**, Corona, CA
- Completion of Advanced Cellular Records Analysis course as provided by A.B.M. Intel, Premier Training Provider for CellHawk/LeadsOnline.  Topics included cellular equipment terminology, radio frequency and cellular theory, cellular network architecture, precision location data analysis for the primary cellular providers and best practices for report and demonstrative exhibit compilation.

May 2022:  **Techno Security & Digital Forensics Conference,** Myrtle Beach, SC
- Attendance in several sessions during the 2022 Techno Security & Digital Forensics Conference including Testifying as an Expert Witness, Qualifying as An Expert Witness, Google Geofence Warrant Legal Update, Reasonable Expectation of Privacy Following the Carpenter Decision, Apple T2 & Silicon Computer Acquisition Updates & Hands-on Lab: KAPE for Collections.

April 2021:  **Cellular Technology, Mapping & Analysis Training (Hawk Analytics)** – Live online (Update)
- 40-hour updated course of study focusing on cellular technology, obtaining cellular records from various providers, mobile virtual network operators, using CellHawk to import, map and analyze records and Expert testimony best practices.

November 2020:  **Cellebrite Advanced Smartphone Analysis (CASA)** – (Live Online)
- 30 hours of advanced methods, techniques and procedures for performing manual and automated analysis of smartphone data both with Cellebrite and third-party mobile forensic tools.  Topics covered included advanced SQLite database analysis, advanced iOS (iPhone/iPad) analysis, advanced Android analysis, modern changes to both Apple and Android devices and multiple hands-on practical exercises and labs.  Certification obtained.

**Siewert, Patrick**
**September 2025**

## PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING (continued)

September 2020:  **X-Ways Forensics II:  Integrated Computer Forensics Training** - (Live Online)
•        16 hours of advanced training in the use, advanced features and in-depth application of the computer forensic analysis tool, X-Ways Forensics.  Topics covered included block-wise hashing, indexing & advanced searching for key words, RAID reconstruction, recovery of lost disk partitions and MS Windows registry report definitions.  Certificate obtained.

June 2020:  **Cellebrite Certified Corporate Investigator** - (Live Online)
•        21 hours of training specifically targeting mobile forensic investigations in a corporate and/or civil arena. Course content included best practices, response/incident work-flow, legal considerations, practical exercises and final certification exam.  Certification obtained.

May 2019:  **International Association of Computer Investigative Specialists (IACIS) Mac Forensics Survival Course 201: Advanced Practices in Mac Forensics**, Orlando, Florida
•        36 hours of instruction on advanced practices of acquisition, analysis, validation, reporting and testimony with regard to various iterations of Apple Macintosh hardware, Mac operating system software and Mac application artifacts with multiple techniques and practical applications in a vendor-neutral format. Certificate of completion obtained.

August 2018:  **Cellebrite Instructor Development Course,** Fairfax, Virginia
•        24 hours of developmental course information for prospective Cellebrite Contract Instructors.  Course included review of the Cellebrite Certified Operator (CCO) and Cellebrite Certified Physical Analyst (CCPA) course material, administrative requirements and other pertinent information.  Accepted into the Cellebrite Contract Instructor Cadre upon completion.

April 2018:  **International Association of Computer Investigative Specialists (IACIS) Mac Forensics Survival Course 101**, Orlando, Florida
•        36 hours of training on the hardware, software, file systems, operations and considerations of Mac OSx computers and apps.  Course was taught in a vendor-neutral format and stressed best practices for collecting Mac computer evidence, imaging Mac computers, forensically analyzing Mac computers and reporting & testifying to findings.  Certificate obtained.

August 2017:  **Cellular Technology, Mapping & Analysis + Cell Hawk Training, Hawk Analytics,** Kansas City, KS
•        24 hours cumulative training in the architecture, technology and terminology of cellular networks and cellular service providers, how to properly interpret, analyze and map cellular records and testify in court.  8 hours of this course was specific to applying the knowledge and skills to effectively use the cellular analysis and mapping tool, Cell Hawk.

May 2017:  **Cellebrite Certified Physical Analyst,** Richmond, Virginia
•        20-hour course of study focusing on in-depth analysis of data acquired from mobile devices utilizing Cellebrite Universal Forensic Extraction Device (UFED).  Course topics included mobile technology, mobile memory storage, data carving/recovery and artifacts specific to Android and iOS (Apple) operating systems and devices.  Certification obtained. Recertified in 2019.

## PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING (continued)

May 2017:  **Cellebrite Certified Operator,** Richmond, Virginia
•        16-hour course of study in the proper handling and low-to-mid-level analysis of mobile devices (smart phones, tablets, GPS units) using Cellebrite Universal Forensic Extraction Device (UFED).  Certification Obtained. Recertified in 2019

August 2016: **Public Agency Training Council – Tech (PATCTech), Cellular Records Review & Analysis**
•        10-hour internet-based course of instruction on proper analysis of call detail and tower location records as provided by all five (5) cellular service providers in the United States.  Course emphasized carrier-specific points of note, proper warrant/court order terminology, availability of particular records and appropriate interpretation of call detail records. Certificate Obtained.

June 2016:  **Public Agency Training Council - Tech (PATCTech), Smartphone Forensics & Cellular Technology Certification Training (+SMART),** Marietta, Georgia
•        35-hour course of study concentrating on smart phone device forensic data acquisition, analysis and reporting, utilizing various tools at different levels of analysis.  Training also incorporated cellular technology, network-specific practices, call detail record & cell tower log analysis and map/location plotting of cellular devices in a holistic approach to mobile forensic investigations. +SMART certification obtained.

April 2016:  **International Association of Computer Investigative Specialists (IACIS) Mobile Device Forensics Training,** Orlando, Florida
•        37-hour vendor-neutral course of instruction detailing the different cellular/smart phone technologies, how mobile device phone data is stored, tool-specific applications, SQLite database structure & analysis and mobile device metadata.  This course concentrated specifically on iOS (Apple) and Android device acquisition and analysis.

April 2016:  **X-Ways Forensics I:  Integrated Computer Forensics Training,** Manassas, Virginia
•        32-hour vendor-sponsored course covering basic and intermediate use of the X-Ways Forensics computer forensic software.  This course was taught by X-Ways Forensics developers and incorporated practical exercises testing the proper use of X-Ways Forensics on multiple types computer forensic image files.

September 2015:  **High Tech Crime Investigations Association (HTCIA) International Conference,** Orlando, Florida
•        One-week international conference incorporating the worldwide community of digital forensics, high-tech investigation, information security and incident response.  Course track included several sessions on mobile forensics and computer forensics.

March 2015:  **CISSP Certification Study Group,** Richmond, Virginia
•        30-hour course of study (over 10 weeks) to prepare the participant to take the Certified Information Systems Security Professional (CISSP) test.  The course covered all 10 domains of the CISSP & was sponsored by the Central Virginia Information Systems Security Association (ISSA). Test was not attempted.

September 2014:  **Cell Phone Forensic Boot Camp (HTCIA),** Arlington, Virginia
•        Two-day training detailing the types of cellular and smart phone devices, how they store data, industry-standard tools used to recover mobile data, reporting and proper evidence handling.

July 2014:  **Lantern Certified Examiner (LCE),** Boston, Massachusetts
•        36 hours of in-depth training & certification on the Lantern tool for digital forensic analysis of iPhones, Android devices, tablets and Mac computers.  Certification obtained.

## PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING (continued)

June 2014:  **Basic Private Investigator**, Richmond, Virginia
•        Abbreviated basic Private Investigator certification as issued by the Virginia Department of Criminal Justice Services under the experienced law enforcement officer program. Recertification: June 2016 & May 2019.

December 2013:  **Crime Scene Investigation Seminar,** Richmond, Virginia
•        24 hours of instruction on proper documentation of a crime scene as well as the various capabilities of forensic scientists who assist in examination of evidence, to include physical and digital evidence.  Hosted by the University of Richmond

February 2013:  **Internet Crimes Against Children (ICAC) Ares-Roundup**, Forest, Virginia
•        24 hours of instruction on the differences between Gnutella and Ares peer-to-peer networks and how to effectively investigate and apprehend suspects using the Ares network to access child exploitation images

October 2012:  **EnCase Certified Examiner Prep Course,** Sterling, Virginia
•        24 hours of intense review and practice with the EnCase Forensic software in preparation for the EnCase Certified Examiner written and practical examinations as administered by Guidance Software.

September 2012:  **National White Collar Crime Center iOS Device Forensics,** Richmond, Virginia
•        16 hours of instruction on the basics of Apple mobile (iOS) device forensic terminology and data storage as well as familiarity with open-source analysis tools and vendor-specific tools such as "Lantern"

September 2012:  **EnCase Certified Examiner (Level 2),** Online Course
•        60 hours of instruction detailing how to use EnCase Forensic to parse out data that may not be readily apparent to the untrained eye and how to effectively detail and report those findings for use by counsel or another outside interested party.  Training given by Guidance Software

February 2012:  **U.S. Secret Service Basic Computer Evidence Recovery Training (BCERT),** Hoover, Alabama
•        192 hours (5 weeks) of instruction on digital forensic basic and advanced procedures.  This course, often referred to as "Computer Forensic Boot Camp" teaches the participant all aspects from basic data concepts and storage methods to more advanced forms of data recovery (or carving) and analysis, to include effective reporting and testimony in court.

July 2011**:  EnCase Certified Examiner (Level 1), Online Course**
•        40 hours of instruction on basic digital forensic terminology, methodology and best practices and how to incorporate those topics into the use if the EnCase Forensic analysis software package, as given through Guidance Software

November 2010:  **Virginia CyberForensic Workshop,** Richmond, Virginia
•        24-hour workshop reviewing updated tools for use in law enforcement and digital forensic investigations, hosted by the Naval Criminal Investigative Service

May 2010:  **Internet Crimes Against Children (ICAC) National Conference,** Jacksonville, Florida
•        32-hour conference updating participants with current trends in child exploitation investigations, tools helpful for law enforcement during investigations and digital forensic updates. Co-Presenter for online child solicitation case study "Joseph Okoh: Why the College Soccer Coach Should Have Stayed at Home and Offline"

**PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING (continued)**

March 2010:  **Seized Computer Evidence Recovery Specialist (SCERS),** FLETC, Glynco, Georgia
•        72-hour course detailing how to use vendor-specific tools (EnCase & FTK) to acquire and analyze data seized as part of a criminal investigation.  The course also detailed proper set-up and maintenance of forensic computers as well as reporting methods.  Hosted by the U.S. Department of Homeland Security, Federal Law Enforcement Training Center.

January 2010**:  Cold Case Forensics**, Fairfax, Virginia
•        24-hour course given by Dr. Henry Lee, Forensic Scientist, Connecticut State Police on how to use forensics to help solve stale and cold case investigations and identify likely suspects using forensic science

October 2009:  **Virginia Gang Investigator's Association (VGIA) Conference,** Virginia Beach, Virginia
•        32-hour conference detailing current gang trends, investigative methods and case studies in gang investigations, sponsored by the Virginia Gang Investigator's Association

August 2009:  **Intermediate Data Recovery and Analysis (IDRA),** Fairmont, West Virginia (NW3C)
•        40-hour course on more advanced data analysis methods, open source and vendor-specific tools for analyzing data, different ways to recover deleted or unallocated data and effective reporting tips.

July 2009:  **Basic Data Recovery and Acquisition (BDRA),** Fairmont, West Virginia (NW3C)
•        32-hour course detailing how data is stored, the various forms of digital media, metadata formats, file headers, file allocation, types of file systems and proper forensic acquisition of data from various media

June 2009:  **ImageScan Forensic Preview,** Bedford, Virginia
•        8 hours of instruction on how to properly set up and implement ImagScan Forensic Preview software

January 2008:  **Internet Crimes Against Children (ICAC) Undercover Operations**, Reston, Virginia
•        40-hour training describing how to conduct undercover investigations on the internet, tips and tricks law enforcement can use to their benefit and best practices that should be followed when conducting these investigations

October 2008:  **Supervising Counterdrug Operations,** Chesterfield County, Virginia
•        32 hours of instruction on how to effectively supervise and manage law enforcement operations in a task force and/or multi-jurisdictional environment, given by the National Counterdrug Intelligence Center

September 2008:  **Project Safe Childhood for Law Enforcement,** Roanoke, Virginia
•        40-hour conference on current trends, case studies and best practices for protecting children from predators, both online and in their normal routine

June 2008:  Internet Crimes Against Children (ICAC) Peer Precision, Lynchburg, Virginia
•        24-hour training on the proper procedures to identify & locate suspects trading in child exploitation images on the Gnutella peer-to-peer network, best practices when conducting these investigations and effective search warrant procedures

January 2007:  **Internet Safety Awareness,** Richmond, Virginia
•        8 hours of instruction to help educate children, families and the general public how to safely navigate the internet

## PROFESSIONAL INVESTIGATIVE & FORENSIC TRAINING (continued)

May 2007:  **Internet Crimes Against Children (ICAC) Investigative Techniques,** King of Prussia, Pennsylvania
•        40-hour training detailing how to conduct effective, comprehensive investigations online using both open-source and law enforcement specific tools

March 2006:  **The Search Warrant Process,** Weyers Cave, Virginia
•        16 hours of instruction on how to properly gather evidence, compose proper search warrant affidavits, swear-out and execute search warrants

April 2005:  **Reid Technique of Interview & Interrogation (Advanced),** Fredericksburg, Virginia
•        24 hours of instruction on the behavioral method of interview & interrogation, theme construction, overcoming challenges and human behavioral characteristics

October 2003:  **Techniques of Interview & Interrogation,** Weyers Cave, Virginia
•        16 hours of instruction on the basics of interview & interrogation including behavioral patterns and case studies

November 2002:  **Forensic Photography, Division of Forensic Science Academy,** Richmond, Virginia
•        40 hours of instruction on proper forensic photographic documentation of crime scenes and surrounding areas. Topics include lighting, types of film, digital photography, perspective, scale and documentation.

## CERTIFICATIONS

•        Cellebrite Advanced Smartphone Analysis (CASA, 2020)
•        Cellebrite Certified Corporate Investigator (CCCI, 2020)
•        National White Collar Crime Center: Certified Cyber Crime Examiner (3CE, 2018-Present)
•        Cellebrite Certified Operator & Physical Analyst (CCO/CCPA, 2017-Present)
•        +SMART Smartphone & Cellular Technology Certification (2016)
•        National Rifle Association Basic Pistol Instructor (2016-Present)
•        Virginia Department of Criminal Justice Services Law Enforcement Firearms Instructor (2015-Present)
•        Lantern Certified Examiner - Katana Forensics (2014)
•        Advanced Law Enforcement Rapid Response Training Active Attack Integrated Response Instructor (2018-Present)
•        Advanced Law Enforcement Rapid Response Training Civilian Response & Casualty Care Instructor (2022-Present)
•        Advanced Law Enforcement Rapid Response Training Active Shooter Level 2 (FRM) Instructor (2014-Present)
•        Advanced Law Enforcement Rapid Response Training Exterior Response to Active Shooter Events Instructor (2012-Present)
•        Virginia Department of Criminal Justice Services General Instructor – Law Enforcement (2009-Present)
•        Advanced Law Enforcement Rapid Response Training Active Shooter Level 1 Instructor (2007-Present)

## GRANTS

•        January 2014:  Co-Authored (with K. McCann) proposal for Thomas Nelson Community College Police Department as part of a grant program through the Virginia Office of the Attorney General to help increase inter-agency communications through additional equipment implementation.  Total grant award:  $266,000.

•        July 2013:  Principal Investigator who wrote the proposal for required equipment in conducting Active Shooter Preparedness Training. Granting body was the Virginia Department of Criminal Justice Services, Byrne Grant for Justice Assistance Total grant award:  $35,000.

## GRANTS (Continued)

•        July 2012:  Principal Investigator and author who wrote the proposal to the granting body, the Virginia Department of Criminal Justice Services Internet Crimes Against Children (ICAC) Grant fund, to extend 12-month period for salary, overtime and benefits for one full-time child exploitation Investigator.  Total grant award: $75,000.

•        January 2011:  Principal Investigator and author for the Virginia Department of Criminal Justice Services, Internet Crimes Against Children Grant fund for initial 18-month period for salary, overtime & benefits for one full-time child exploitation Investigator.  Total grant award: $111,000.

## PROFESSIONAL AWARDS & RECOGNITION

•        June 2023:   National Association of Legal Investigators (NALI), Anthony Golec Author Award for submission "Why, Google? An Exploration of Google Response Policy"
•        June 2021:  National Association of Legal Investigators, Honorable Mention for Article Submission
•        December 2018:  Second Place Award for Expert Witness Blog of the Year: The Expert Institute
•        March 2016: Nominated for Digital Forensic Blog of the Year by Forensic 4:Cast
•        May 2011:  Richmond, Virginia Chapter of the Society of the Sons of the American Revolution Law Enforcement Commendation Medal
•        March 2011:   Virginia Society of the Sons of the American Revolution Meritorious Award for Law Enforcement
•        January 2011:  Louisa County, **Virginia Crime Solvers Law Enforcement Officer of the Year**
•        September 2007:  American Legion Post #116 Law Enforcement Commendation Medal (Officer of the Year)
•        March 2004:  Jefferson Area Mothers Against Drunk Driving (MADD) Award for most Driving Under the Influence arrests in Louisa County for 2003
•        March 2003:  Jefferson Area Mothers Against Drunk Driving (MADD) Award for most Driving Under the Influence arrests in Louisa County for 2002

## PROFESSIONAL ASSOCIATIONS

•        Member, International Association of Computer Investigative Specialists (IACIS)
•        Member, High-Tech Cyber Investigator's Association (HTCIA)
•        Associate Member, American Academy of Forensic Sciences (AAFS)
•        Member, Private Investigator's Association of Virginia (PIAVA)
•        Member, International Law Enforcement Educators & Trainers Association (ILEETA)
•        Member, National Association of Legal Investigators (NALI)

## PROFESSIONAL SERVICE

•        2025:  Attended and participated in May 2025 **Scientific Working Group on Digital Evidence (SWGDE)** meeting in Denver, CO.  Concentration on Best Practice and Position documentation for various historical cell site location analysis documents.
•        2025:  Served as Graduate Admissions Committee Member, Virginia Commonwealth University Department of Forensic Science (Spring 2025)
•        2023:  **Elected First Vice President of the High Technology Crime Investigator's Association** – Mid Atlantic Chapter
•        2023:  Served as presentation assessor for proposed sessions at the 2024 American Academy of Forensic Sciences (AAFS) Annual Conference

## PROFESSIONAL SERVICE (Continued)

- 2022-Present:  Serve as Curriculum Advisory Committee member for Digital Forensic Curriculum (undergrad & graduate programs), Virginia Commonwealth University Department of Forensic Science
- 2019:  Served as Advisory Board Member for ECPI Criminal Justice Advisory Board
- 2016-2017: Served on Board of Directors for the Private Investigator's Association of Virginia
- 2015-2017: Served as Legislative Advisory Team Member for the Private Investigator's Association of Virginia
- 2015-2017:  Served as Advisory Board Member for South University Criminal Justice Advisory Board
- September 2015: Served as Volunteer on the Marketing Committee for the High-Tech Crimes Investigation Association (HTCIA) 2015 International Conference in Orlando, Florida
- January – November 2015:  Served as Senior Advisor for the Campaign to Elect Mike Silberman for Sheriff of Louisa County, Virginia
- 2015- Present:  Serves as member of the Criminal Justice Program Advisory Committee for South University
- July 2014: Served as Assessor for "Operation: Spider Mayhem", University of Richmond full-scale Active Shooter Response Drill
- January 2013 - April 2013:  Served as Advisor to Virginia State Senator Thomas Garrett upon his appointment to the Virginia Governor's School & Campus Safety Task Force
- 2011-2013:  Participated in multidisciplinary pilot program to incorporate best practices in child sex abuse investigations in coordination with law enforcement, social services and prosecutors which led to legislation being enacted in the Virginia General Assembly.
- 2008-2012:  Served as sole Investigative member of Project Child Safety Initiative (C.S.I.) Louisa, focusing on investigation and prosecution of suspected child predators in Central Virginia and across the region
- 2007-2011: Served as Coordinator for Louisa County Sheriff's Office Honor Guard Unit
- 2007-2013: Implemented and Managed Active Shooter Response Training Program, Louisa County Sheriff's Office

## EXPERT WITNESS DESIGNATIONS

**Digital Forensic Analysis Generally (computer and/or mobile):**
- October 2024: Berks County, Pennsylvania Court of Common Pleas (criminal trial – Prosecution)
  Commonwealth v. Jarren Walker, Case # CP-06-CR-0000368-2022
- June 2023:  United States District Court, Eastern District of Pennsylvania (civil trial)
  Jones v. Najero et. Al., Civil Action No. 19-CV-4678
- May 2023:  Page County, Virginia Circuit Court (criminal trial – Prosecution)
  Commonwealth v. Scott Simandl, Case #:  CR23F00021-00
- January 2022:  Chesterfield County, Virginia Circuit Court (civil hearing)
  Tribble v. Tribble, Case #: CL20001161-00
- December 2021:  City of Virginia Beach, Virginia Circuit Court (criminal trial)
  Commonwealth v. Jose Jimenez, Case #:  CR19000405-00
- September 2021:  Stafford County, Virginia Circuit Court (criminal trial)
  Commonwealth v. Daniel Davis, Case #:  CR20000566-07
- May 2021:  Henrico County, Virginia Circuit Court (civil hearing)
  Catanzaro v. Catanzaro, Case #:  CL17000014-01
- March 2021: City of Richmond, Virginia Circuit Court (criminal trial – jointly with CDR analysis)
  Commonwealth v. Everett Bolling, Case #:  CR20F01434-00
- February 2021:  City of Richmond, Virginia Circuit Court (criminal hearing – jointly with CDR analysis)
  Commonwealth v. Everett Bolling, Case #:  CR20F01434-00
- September 2020:  Spotsylvania County, Virginia General District Court (criminal trial)
  Commonwealth v. Daniel Hobgood, Case #:  GC21006743-00

## EXPERT WITNESS DESIGNATIONS (continued)

- January 2019:  Williamsburg / James City County, Virginia Circuit Court (criminal hearing)
  Commonwealth v. Turner August, Case #:  CR18027978-00
- September 2018:  Chesterfield County, Virginia Circuit Court (civil hearing)
  Gill v. Gill, Case #:  CL17002253-00
- July 2018:  Chesterfield County, Virginia Circuit Court (civil hearing)
  Gill v. Gill, Case #:  CL17002253-00
- May 2018:  Chesterfield County, Virginia Circuit Court (civil hearing)
  Hill v. DeMott, Case #:  CL17002396-00
- September 2017:  City of Alexandria, Virginia Circuit Court (criminal trial)
  Commonwealth v. Michael Ikossi, Case #:
- September 2017:  Harris County, Texas District Court (civil deposition)
  Taylor Williams v. TransOcean Deepwater Offshore Drilling, Case #:  2016-14927
- January 2017: Louisa County, Virginia Circuit Court (criminal trial)
  Commonwealth v. Shelby McCurnin:  Case #:  CR16000178-00
- November 2016: Chesterfield County, Virginia Circuit Court (civil trial)
  Litt v. Litt, Case #:  CL14003596-00
- November 2016:  Fairfax County, Virginia Circuit Court (criminal trial)
  Commonwealth v., Case #:
- June 2016: City of Colonial Heights, Virginia Circuit Court (criminal hearing)
  Commonwealth v. Douglas Wright, Case #:  CR15000086-01
- May 2016: Montgomery County, Maryland Circuit Court (criminal trial)
  State v. John Fone, Case #:  128528C
- August 2015: Chesterfield County, Virginia Circuit Court (civil trial)
  SanAir v. Burrington, Case #:  CL15001612-00
- June & July 2015: Westmoreland County, Virginia Circuit Court (criminal hearing & trial)
  Commonwealth v. Michael Kovach, Case #:  CR14000174-00
- April 2015: Rockingham County, Virginia Circuit Court (criminal hearing)
  Commonwealth v. Willie Rowe, Case #:  CR14001379-00
- October 2012: Nelson County, Virginia Circuit Court (criminal hearing)
  Commonwealth v. Ned May, Case #:  CR12000153-00

**Mobile Device Forensic Analysis (specific):**
- August 2021:  Botetourt County, Virginia Circuit Court (civil deposition for trial)
  Frost v. Welch, Case #:  Unknown – Juvenile Court
- February 2021:  Louisa County, Virginia Circuit Court (civil hearing)
  Gardner v. Gardner, Case #:  Unknown – Family Court
- July 2020:  Hanover County, Virginia Circuit Court (civil trial)
  Brown v. Brown, Case #:  CL19001377-00
- October 2019:  City of Richmond, Virginia Juvenile & Domestic Relations Court (civil hearing)
  Case number: Unknown – Juvenile Court
- April 2016: City of Petersburg, Virginia Circuit Court (criminal hearing)
  Commonwealth v. Neetan Narayan, Case #:  CR15000798-00
- December 2015: Henrico County, Virginia Circuit Court (criminal hearing)
  Commonwealth v. Christopher Wake, Case #:  CR15002780-00
- November 2015: Hanover County, Virginia Circuit Court (civil trial)
  Walsh v. Walsh, Case #:  CL13003708-00

**Internet-based Undercover Investigations (ICAC):**
- March 2016: Fairfax County, Virginia Circuit Court (criminal trial - Defense)
  Commonwealth v. Robert Stoltz, Case #:

**Siewert, Patrick**
**September 2025**

## EXPERT WITNESS DESIGNATIONS (continued)

**Cellular Call Detail Record (CDR) Analysis & Mapping:**
- January 2025:  Loudoun County, Virginia Circuit Court (criminal re-trial, Defense)
  Commonwealth v. Richard Eitzel, Case #: CR01038695-00
- May 2024:  Wayne County, Michigan Circuity Court (criminal appeal hearing – Defense)
  State v. James Travis (Appellant), Case #:  16-2252-01
- April 2024:  Loudoun County, Virginia Circuit Court (criminal trial – Defense)
  Commonwealth v. Richard Eitzel, Case #:  CR00038695-00
- October 2021:  Berks County, Pennsylvania Circuit Court (criminal trial – Prosecution)
  Commonwealth v. Jewrry Alvarez, Case #:
- June 2021:  Shawnee County, Kansas District Court (criminal hearing – Prosecution)
  State v. Awnterio Lowery, Case #:  2014-CR-001026
- May 2021:  Accomack County, Virginia Circuit Court (criminal trial – Prosecution)
  Commonwealth v. James Logan, Case #:  CR19000263-02
- March 2021:  City of Richmond, Virginia Circuit Court (criminal trial, Defense – jointly with Expert designation in Digital Forensics)
  Commonwealth v. Everett Bolling, Case #:  CR20F01434-00
- February 2021:  City of Richmond, Virginia Circuit Court (criminal hearing, Defense – jointly with Expert designation in Digital Forensics)
  Commonwealth v. Everett Bolling, Case #:  CR20F01434-00
- January 2018:  Fluvanna County, Virginia Circuit Court (criminal trial – Prosecution)
  Commonwealth v. Gary Blowe, Case #:  CR17000195-00
- January 2017: Fairfax County, Virginia Circuit Court (criminal hearing - Defense)
  Commonwealth v. Alecia Schmuhl, Case #:

## DEPOSITION TESTIMONY

- May 2025: U.S District Court – District of Maryland
  Arrow Electrical Solutions, LLC v. Tricore Systems, LLC.  Case #:  8:22-cv-02363-JKB
- September 2017: District Court – Harris County, TX
  Jane Doe v. Transocean Offshore Deepwater Drilling.  Cause # 2016-14927

## COURT-APPOINTED EXPERT IN THE FOLLOW JURISDICATIONS

- Las Vegas, NV Circuit Court (Murder x2 – 2025)
- US District Court, Eastern District of North Carolina (Bank Robberies – 2025)
- US District Court, District of New Mexico (Homicide – 2025)
- City of Virginia Beach, Virginia (CSAM – 2024)
- Loraine County, Ohio (Fraud – 2024)
- Arlington County, Virginia (CSAM – 2024)
- City of Virginia Beach, Virginia (Homicide – 2024)
- Hanover County, Virginia (Homicide – 2024)
- City of Lynchburg, Virginia (Homicide – 2024)
- Wayne County, Michigan (Criminal appeal – 2023)
- Santa Cruz County, California (Homicide – 2024)
- Amherst County, Virginia (CSAM – 2023)
- El Paso County, Texas (Homicide – 2023)
- Federal Public Defender, Northern Arizona (Homicide – 2023)
- Rockingham County, Virginia Circuit Court (Grand Larceny – 2023)

**Siewert, Patrick**
**September 2025**

## COURT-APPOINTED EXPERT IN THE FOLLOW JURISDICTIONS continued

- City of Colonial Heights, Virginia (Homicide – 2023), Cellular Records Analysis
- Loudoun County, Virginia (CSAM – 2023), Digital Forensics
- Roscommon County, Michigan (Breaking & Entering – 2023), Cellular Records Analysis
- Spotsylvania County, Virginia (Homicide - 2023), Cellular Records Analysis
- Pima County, Arizona (Homicide – 2022), Cellular Records Analysis
- City of Richmond, Virginia (Robbery – 2022), Cellular Records Analysis, Social Media Analysis
- Faquier County, Virginia (Homicide – 2022), Cellular Records Analysis, Mobile Forensics
- New Kent County, Virginia (CSAM – 2022), Digital Forensics
- Mathews County, Virginia (Multiple Felony Assaults - 2022), Mobile Device Forensic Analysis
- Wayne County, Michigan (Homicide – 2022), Mobile Device Forensic Analysis
- Fluvanna County, Virginia Circuit Court (Aggravated Sexual Battery – 2022), Computer Forensics
- Faquier County, Virginia Circuit Court (Homicide – 2022), Cellular Records Analysis
- City of Colonial Heights, Virginia Circuit Court (Homicide – 2022), Cellular Records Analysis (x2)
- Orange County, Virginia Circuit Court (Homicide – 2021), Digital Forensics
- Chesterfield County, Virginia Circuit Court (Homicide – 2021), Cellular Records Analysis
- City of Richmond, Virginia Circuit Court (Homicide – 2021), Cellular Records Analysis
- Van Buren County, Michigan Circuit Court (Criminal Appeal – 2021), Mobile Device Forensic Analysis
- Albemarle County, Virginia Circuit Court (Solicitation of Minor – 2021), Digital Forensic Analysis
- Warren County, Virginia Circuit Court (Probation Violation – 2021), Mobile Device Forensic Analysis
- Stafford County, Virginia Circuit Court (Robbery – 2021), Cellular Records Analysis
- Caroline County, Virginia Circuit Court (Child Endangerment – 2021), Cellular Records Analysis
- Southampton County, Virginia Circuit Court (Homicide – 2021), Cellular Records Analysis
- Glynn County, Georgia Superior Court (Homicide – 2021), Mobile Device Forensic Analysis
- City of Richmond, Virginia Circuit Court (Homicide – 2021), Cellular Records Analysis
- United States District Court, Eastern District of Virginia (CSAM - 2020), Mobile Device Forensic Analysis
- King William County, Virginia Circuit Court (Homicide - 2020), Cellular Records Analysis
- New Kent County, Virginia Circuit Court (Homicide - 2020), Cellular Records Analysis
- Warren County, Virginia Circuit Court (CSAM - 2020), Digital Forensic Analysis
- City of Richmond, Virginia Circuit Court (Rape - 2019), Digital Forensic Analysis
- Charles City County, Virginia Circuit Court (Homicide - 2019), Cellular Records Analysis
- City of Suffolk, Virginia Circuit Court (CSAM - 2019), Digital Forensic Analysis
- Gloucester County, Virginia Circuit Court (CSAM - 2019), Digital Forensic Analysis
- City of Portsmouth, Virginia Circuit Court (Solicit Minor - 2018), Digital Forensic Analysis
- Accomack County, Virginia Circuit Court (Homicide - 2018, 2019), Cellular Records Analysis
- City of Richmond, Virginia Juvenile & Domestic Relations Court (Robbery - 2018), Mobile Device Forensic Analysis
- York County/Poquoson, Virginia Circuit Court (Rape - 2018), Mobile Device Forensic Analysis
- Albemarle County, Virginia Circuit Court (Solicit Minor, 2018), Mobile Device Forensic Analysis
- City of Richmond, Virginia Circuit Court (2018), Mobile Device Forensic Analysis
- Franklin County, Pennsylvania Superior Court (Homicide - 2017), Cellular Records Analysis
- Albemarle County, Virginia Circuit Court (Human Trafficking - 2017), Mobile Device Forensic Analysis
- Chesterfield County, Virginia Circuit Court (Homicide - 2016), Digital Forensic Analysis
- Henrico County, Virginia Circuit Court (2015, 2021), Digital Forensic Analysis
- City of Williamsburg, Virginia Circuit Court (Rape - 2015), Mobile Device Forensic Analysis

**Siewert, Patrick**
**September 2025**

## PUBLICATIONS

- September 1, 2025:  *Part 3 of 3:  Evolving A Digital Forensic Business*:  https://dfirphilosophy.blogspot.com/2025/09/part-3-of-3-evolving-digital-forensic.html
- August 15, 2025:  *Part 2 of 3:  Running A Digital Forensic Business*:  https://dfirphilosophy.blogspot.com/2025/08/part-2-of-3-running-digital-forensic.html
- August 1, 2025:  *Part 1 of 3:  Starting a Digital Forensic Business*:  https://dfirphilosophy.blogspot.com/2025/08/part-1-of-3-starting-digital-forensic.html
- July 1, 2025: *DF/IR:  This \*Stuff\* Isn't For Everybody*:  https://dfirphilosophy.blogspot.com/2025/07/dfir-this-stuff-isnt-for-everybody.html
- June 1, 2025:  *Checks & Balances in DF/IR*:  https://dfirphilosophy.blogspot.com/2025/06/checks-balances-in-dfir.html
- May 1, 2025:  *Due Diligence in the Search For & Practice Of Digital Forensics*:  https://dfirphilosophy.blogspot.com/2025/05/due-diligence-in-search-for-practice-of.html
- April 1, 2025:  *The Business of Digital Forensics & Incident Response:  A Brief Guide for Law Enforcement & Private Sector Practitioners*:  https://dfirphilosophy.blogspot.com/2025/04/mind-your-own-dfir-business.html
- March 1, 2025:  *Dabblers v. Professionals*:  https://dfirphilosophy.blogspot.com/2025/03/dabblers-v-professionals.html
- February 1, 2025:  *The Pyramid of DF/IR Expertise*:  https://dfirphilosophy.blogspot.com/2025/02/the-pyramid-of-dfir-expertise.html
- January 12, 2025:  *Effective Advanced Communication in DF/IR*:  https://dfirphilosophy.blogspot.com/2025/01/effective-advanced-communication-in-dfir.html
- January 1, 2025:  *What is 'The Philosophy of DF/IR?'*:  https://dfirphilosophy.blogspot.com/2025/01/january-1-2025-what-is-philosophy-of.html
- December 2022:  *What Every Engineer Should Know About Cyber Security & Digital Forensics, 2nd Ed.*, DeFranco & Maley, CRC Press 2022
    - Authored Chapter 7:  *Mobile Device Forensic Tools*
- December 2022:  *Why, Google? An Exploration of Google Policy and Response*, The Legal Investigator (NALI), https://www.bluetoad.com/publication/?m=14458&i=771947&p=14&ver=html5
- August 2022:  *Pretty Maps & Plea Bargains:  Tips On Handling Cellular Records Analysis in Criminal Defense Cases* (extended version for NACDL):  *The Champion* (NACDL), Volume XLVI, Number 8
- April 19, 2022*:  Pretty Maps & Plea Bargains:  Tips On Handling Cellular Records Analysis in Criminal Defense Cases:*  https://prodigital4n6.blogspot.com/2022/04/pretty-maps-plea-bargains-tips-on.html
    - Re-published by *Voice For The Defense* (Texas Criminal Defense Lawyers Association), Vol. 51 no. 5, June 2022
- February 14, 2022:  *When the Absence of Evidence is Good Evidence*:  https://prodigital4n6.blogspot.com/2022/02/when-absence-of-evidence-is-good.html
- November 8, 2021:  *Preserving Digital Evidence*:  The Legal Investigator (NALI):  https://www.bluetoad.com/publication/?m=14458&i=727828&p=16&ver=html5
- September 24, 2021:  *AIR From Binalyze* (product review, Forensic Focus):  https://www.forensicfocus.com/reviews/air-from-binalyze/
- August 10, 2021:  *Apple's New CSAM Detection Policy Analysis:*  https://prodigital4n6.blogspot.com/2021/08/apples-new-csam-detection-policy.html
- July 14, 2021:  *Three Myths About Digital Forensics as a Practice*:  https://prodigital4n6.blogspot.com/2021/07/three-myths-about-digital-forensics-as.html
- February 22, 2021:  *Keys to Success in Digital Forensics:  Incident Response vs. Litigation Support*:  https://prodigital4n6.blogspot.com/2021/02/keys-to-success-in-digital-forensics.html

## PUBLICATIONS (continued)

- June 9, 2021:  *Three FAQs About Digital Forensics as a Service*:
  https://prodigital4n6.blogspot.com/2021/06/three-faqs-about-digital-forensics-as.html
- March 1, 2021:  *Product Review:  Virtual Forensic Computing (VFC) from MD5 (Forensic Focus):*
  https://www.forensicfocus.com/reviews/virtual-forensic-computing-vfc-from-md5/
- January 18, 2020:  *Product Review:  XRY 9.3 From MSAB* (Forensic Focus):
  https://www.forensicfocus.com/reviews/xry-v9-3-from-msab/
- January 9, 2021:  *Cellebrite Reader:  You Don't Know What You're Missing!*:
  https://prodigital4n6.blogspot.com/2021/01/cellebrite-reader-you-dont-know-what.html
- December 16, 2020:  *Keys to Success in Digital Forensic Series:  Knowledge of the Justice System*:
  https://prodigital4n6.blogspot.com/2020/12/keys-to-success-in-digital-forensics.html
- December 15, 2020:  *Investigating Spoofed or Secondary Numbers*: The Legal Investigator (NALI):
  https://www.bluetoad.com/publication/?m=14458&i=686905&p=18
- November 9, 2020:  *Product Review:  Passware Kit Forensic 2020* – Forensic Focus:
  https://www.forensicfocus.com/reviews/passware-kit-forensic-2020-from-passware/
- October 20, 2020:  *Managing Mountains Of Evidence* – Forensic Focus:
  https://www.forensicfocus.com/articles/managing-mountains-of-evidence/
- October 6, 2020:  *2020 Key Influencers in DFIR*:  https://prodigital4n6.blogspot.com/2020/10/2020-key-influencers-in-dfir.html
- September 14, 2020:  *Digital Forensics: Adding Value to Title IX (Title 9) Cases*:
  https://prodigital4n6.blogspot.com/2020/09/digital-forensics-adding-value-to-title.html
- September 4, 2020:  *Qualifying A Digital Forensic Expert In Court (Voir Dire)* – (Forensic Focus):
  https://www.forensicfocus.com/legal/qualifying-a-digital-forensic-expert-in-court-voir-dire/
- August 4, 2020:  *Day-to-Day Challenges in Digital Forensics* (Forensic Focus):
  https://www.forensicfocus.com/articles/day-to-day-challenges-in-digital-forensics/
- June 1, 2020:  *Beyond Location Data In Cellular Records Analysis*:
  https://prodigital4n6.blogspot.com/2020/06/beyond-location-data-in-cellular.html
- May 13, 2020:  *So You Want To Start A Digital Forensic Business:*
  https://prodigital4n6.blogspot.com/2020/05/so-you-want-to-start-digital-forensic.html
  - o  Re-Published by *Forensic Focus*, May 18, 2020:  https://www.forensicfocus.com/employment/so-you-want-to-start-a-digital-forensic-business/
- April 24, 2020:  *Screen Shots Are Not (Good) Evidence*:
  https://prodigital4n6.blogspot.com/2020/04/screen-shots-are-not-evidence.html
- January 10, 2020:  *Digital Forensics:  Theory vs. Practice*:
  https://prodigital4n6.blogspot.com/2020/01/digital-forensics-theory-vs-practice.html
- December 9, 2019:  *Digital Forensics in Sexual Assault Cases*:
  https://prodigital4n6.blogspot.com/2019/12/digital-forensics-in-sexual-assault.html
- October 31, 2019:  *Three Reasons Why Call Detail Records Analysis Is Not "Junk Science"*:
  https://prodigital4n6.blogspot.com/2019/10/three-reasons-why-call-detail-records.html
- Re-Published by *Forensic Focus*, November 18, 2019:
  https://articles.forensicfocus.com/2019/11/18/three-reasons-why-call-detail-records-analysis-is-not-junk-science/
- June 1, 2019:  Four Tips for Effective Forensic Report Writing:
  https://prodigital4n6.blogspot.com/2019/06/four-tips-for-effective-forensic-report.html

**Siewert, Patrick**
**September 2025**

## PUBLICATIONS (continued)

- April 10, 2019: *Mobile Virtual Network Operators (MVNOs) in the U.S.*:
  https://prodigital4n6.blogspot.com/2019/04/mobile-virtual-network-operators-mvnos.html
    - Re-Published by *Forensic Focus*, April 17, 2019:
      https://articles.forensicfocus.com/2019/04/17/mobile-virtual-network-operators-mvnos-in-the-us/
    - Re-Published by Hawk Analytics "Hawk Talk", May 12, 2021:
      https://support.hawkanalytics.com/2021/05/25/what-is-a-mobile-virtual-network-operator-mvno/
- December 18, 2018: *Using Cellular Records Analysis in Insurance Claims*:
  https://prodigital4n6.blogspot.com/2018/12/using-cellular-records-analysis-in.html

- August 27, 2018: *I Lost My Data!*:  https://prodigital4n6.blogspot.com/2018/08/i-lost-my-data.html

- May 20, 2018: *Apple iPhone "Significant Locations"*:  https://prodigital4n6.blogspot.com/2018/05/apple-iphone-significant-locations.html
    - Re-Published by *Forensic Focus*, May 28, 2018:
      https://articles.forensicfocus.com/2018/05/28/apple-iphone-forensics-significant-locations/
- April 5, 2018: *About Those Other Texting Apps in iOS…*: https://prodigital4n6.blogspot.com/2018/04/about-those-other-texting-apps-in-ios.html

- November 28, 2017: *Discussion: SCOTUS, Carpenter & Call Detail Records*:
  https://prodigital4n6.blogspot.com/2017/11/november-282017-discussion-scotus.html

- September 5, 2017: *Cellular GPS Evidence: Waze + Cellebrite + CellHawk*:
  https://prodigital4n6.blogspot.com/2017/09/cellular-gps-evidence-waze-cellebrite.html
    - Re-Published by *Forensic Focus*, September 8, 2017:
      https://articles.forensicfocus.com/2017/09/08/cellular-gps-evidence-waze-cellebrite-cellhawk/
- July 5, 2017:  *Personal Injury & Insurance Fraud Investigations: Get the Mobile Device!* :
  https://prodigital4n6.blogspot.com/2017/07/personal-injury-insurance-fraud.html

- May 15, 2017: *Case Study: Call Detail Records Analysis in Civil Domestic Litigation*:
  https://prodigital4n6.blogspot.com/2017/05/case-study-call-detail-records-analysis.html

- April 5, 2017: *Cellular Provider Record Retention Periods*:
  https://prodigital4n6.blogspot.com/2017/04/cellular-provider-record-retention.html
    - Re-published by *Forensic Focus*, April 18, 2017:
      https://articles.forensicfocus.com/2017/04/18/cellular-provider-record-retention-periods/
- March 14, 2017: *Digital Forensic Discussion: So You Fired An Associate*:
  https://prodigital4n6.blogspot.com/2017/03/digital-forensic-discussion-so-you.html

- January 13, 2017: *Mobile Forensics Monkey Wrench: iOS 10.2 and Encryption*:
  https://prodigital4n6.blogspot.com/2017/01/mobile-forensic-monkey-wrench-ios-102.html

- Re-published by *Forensic Focus*, January 18, 2017: https://articles.forensicfocus.com/2017/01/18/mobile-forensics-monkey-wrench-ios-10-2-and-encryption/

- January 2, 2017: *Conducting an Electronic Investigation: A Case Study in Virginia Politics*:
  https://prodigital4n6.blogspot.com/2017/01/conducting-electronic-investigation.html

- December 14, 2016: *Analysis vs. Translation*: https://prodigital4n6.blogspot.com/2016/12/analysis-vs-translation.html

- November 21, 2016: *Problem Solving Digital Forensics*: https://prodigital4n6.blogspot.com/2016/11/problem-solving-digital-forensics.html

## PUBLICATIONS (continued)

- October 24, 2016: *Electronically Stored Information (ESI) in High Profile Cases*: https://prodigital4n6.blogspot.com/2016/10/electronically-stored-information-esi.html

- September 12, 2016: *Digital Evidence in Distracted Driving Cases: Text Messages & Beyond*: http://prodigital4n6.blogspot.com/2016/09/digital-evidence-in-distracted-driving.html

- August 16, 2016: *Sooner Rather Than Later… Please!*: http://prodigital4n6.blogspot.com/2016/08/sooner-rather-than-later-please.html

- July 17, 2016: *The Digital Forensic Answer: It Depends*: http://prodigital4n6.blogspot.com/2016/07/the-digital-forensic-answer-it-depends.html

- June 16, 2016: *Holistic Mobile & Cellular Investigations*: http://prodigital4n6.blogspot.com/2016/06/holistic-mobile-cellular-investigations.html

- May 13, 2016: *Don't Forget the Victim (and Their Device!)*: http://prodigital4n6.blogspot.com/2016/05/dont-forget-victim-and-their-device.html

- April 15, 2016: *Training Review: X-Ways Forensics*: http://prodigital4n6.blogspot.com/2016/04/training-review-x-ways-forensics.html

- March 7, 2016: *Apple vs. the F.B.I: Some Forensic Implications*: http://prodigital4n6.blogspot.com/2016/03/v-behaviorurldefaultvmlo.html

- February 20, 2016: *Clash of the Titans: Apple vs. The U.S. Government*: http://prodigital4n6.blogspot.com/2016/02/clash-of-titans-apple-vs-us-government.html

- January 23, 2016: *Customer Service in Digital Forensics*: http://prodigital4n6.blogspot.com/2016/01/customer-service-in-digital-forensics.html

- December 17, 2015: *Neutrality in Digital Forensics*: http://prodigital4n6.blogspot.com/2015/12/neutrality-in-digital-forensics.html

- December 2, 2015: *The Value of Expert Witness-Attorney Relationships*: http://prodigital4n6.blogspot.com/2015/12/the-value-of-expert-witness-attorney.html

- November 18, 2015: *Sometimes, The Data Isn't There (anymore)*: http://prodigital4n6.blogspot.com/2015/11/sometimes-data-isnt-there-anymore.html

- November 9, 2015: *Pro Digital: Investigative Solutions*: http://prodigital4n6.blogspot.com/2015/11/pro-digital-investigative-solutions.html

- October 13, 2015: *What Social Media Activity Tells a Trained Forensic Examiner*: http://prodigital4n6.blogspot.com/2015/10/what-social-media-activity-tells.html

- October 2, 2015: *Five Tips for Effective Technical Warrant-Writing*: http://prodigital4n6.blogspot.com/2015/10/five-tips-for-effective-technical.html

- September 17, 2015: *How Wireless Telecom Companies are Engineering us into Bad Infosec Practices* (Guest Blog for eForensics Mag) : https://eforensicsmag.com/wireless/

- September 15, 2015: *The Four Factors of Mobile Forensics*: http://prodigital4n6.blogspot.com/2015/09/the-four-factors-of-mobile-forensics.html

- September 7, 2015: *How Digital Forensics Can Help: Divorce & Child Custody Cases*: http://prodigital4n6.blogspot.com/2015/09/how-digital-forensics-can-help-divorce.html

- August 29, 2015: *How Digital Forensics Can Help: Intellectual Property Theft Cases*: http://prodigital4n6.blogspot.com/2015/08/how-digital-forensics-can-help.html

- August 17, 2015: *Keep Windows 10 Off Your Forensic Machine (for now)*: http://prodigital4n6.blogspot.com/2015/08/keep-windows-10-off-your-forensic.html

## PUBLICATIONS (continued)

- July 29, 2015: *How Digital Forensics Can Help: Personal Injury Cases*: http://prodigital4n6.blogspot.com/2015/07/how-digital-forensics-can-help-personal.html

- July 22, 2015: *Why You Should Never Use Peer-to-Peer File Sharing Networks*: http://prodigital4n6.blogspot.com/2015/07/never-use-p2p.html

- July 16, 2015: *Auditing Social Media Contacts*: http://prodigital4n6.blogspot.com/2015/07/auditing-social-media-contacts.html

- July 2, 2015: *Digital Device Seizure Tips for Private Practice Attorneys & Legal Staff*: http://prodigital4n6.blogspot.com/2015/07/device-seizure-tips-for-private.html

- June 20, 2015: *The Relevance of Metadata*: http://prodigital4n6.blogspot.com/2015/06/metadata.html

- June 12, 2015: *The Art of Estimation in Digital Forensic Cases*: http://prodigital4n6.blogspot.com/2015/06/the-art-of-estimate.html

- May 30, 2015: *Pro Digital: Year One*: http://prodigital4n6.blogspot.com/2015/05/pro-digital-year-one.html

- May 21, 2015: *The Inconvenience of Infosec in the Digital Age*: http://prodigital4n6.blogspot.com/2015/05/the-inconvenience-of-infosec.html

- May 14, 2015: *Pro Digital Frequently Asked Questions*: http://prodigital4n6.blogspot.com/2015/05/pro-digital-frequently-asked-questions.html

- April 29, 2015: *5 Reasons Why You Need a Digital Forensic Examiner*: http://prodigital4n6.blogspot.com/2015/04/5-reasons-why-you-need-digital-forensic.html

- April 23, 2015: *Probable Cause: As Good as it Gets*: http://prodigital4n6.blogspot.com/2015/04/probable-cause-as-good-as-it-gets.html

- April 16, 2015: *Digital Forensics vs. Data Extraction*: http://prodigital4n6.blogspot.com/2015/04/digital-forensics-vs-data-extraction.html

    - Re-published by *The Forensic 4:Cast*: https://forensic4cast.com/2015/07/digital-forensics-vs-data-extraction/

- April 2, 2015: *Cyberdust Claims of Privacy Debunked*: http://prodigital4n6.blogspot.com/2015/04/cyber-dust-privacy-claims-debunked.html

- March 27, 2015: *Tenacity & Objectivity: The Double-Edged Sword of Digital Forensics*: http://prodigital4n6.blogspot.com/2015/03/tenacity-objectivity-double-edged-sword.html

- March 21, 2015: *Why I'm Not Sitting for the CISSP Exam (for now)*: http://prodigital4n6.blogspot.com/2015/03/why-im-not-sitting-for-cissp-exam-for.html

- March 11, 2015: *Ethical Sensitive Data Handling:* http://prodigital4n6.blogspot.com/2015/03/ethical-sensitive-data-handling.html

- March 6, 2015: *Digital Forensics for Private & Corporate Investigators:* http://prodigital4n6.blogspot.com/2015/03/digital-forensics-for-private-corporate.html

- February 27, 2015: *Selecting A Competent Digital Forensic Examiner:* http://prodigital4n6.blogspot.com/2015/02/selecting-competent-digital-forensic.html

- February 20, 2015: *Digital Forensics & Mental Health,* http://prodigital4n6.blogspot.com/2015/02/digital-forensics-mental-trauma.html

- February 13, 2015: *Ego & Forensics: A Caustic Combination*, http://prodigital4n6.blogspot.com/2015/02/ego-forensics-caustic-combination.html

- February 9, 2015: *A Glimpse Into NCFI,* http://prodigital4n6.blogspot.com/2015/02/a-glimpse-into-ncfi.html

**Siewert, Patrick**
**September 2025**

## PUBLICATIONS (continued)

- January 30, 2015: *Read This Before You Use the IP Box,* http://prodigital4n6.blogspot.com/2015/01/read-this-before-you-use-ip-box.html
- January 30, 2015: *Video Blog: Live Demo of Lantern by Katana Forensics,* http://youtu.be/GVAPs8VK3WY
- January 22, 2015: *Case Study: Commonwealth v. Emanuele,* http://ProDigital4n6.blogspot.com/2015/01/case-study-commonwealth-v-emanuele.html
- January 14, 2015: *Searching for Artifacts in Private Messaging App: Cyber Dust*, http://ProDigital4n6.blogspot.com/2015/01/searching-for-artifacts-in-private.html
- January 12, 2015: *Is Digital Forensics Primarily an I.T., Infosec or Legal Services Practice?*, http://ProDigital4n6.blogspot.com/2015/01/is-digital-forensics-primarily-it.html
- January 6, 2015: *Digital Forensic & Information Security Considerations re: Police Body Cams*, http://ProDigital4n6.blogspot.com/2015/01/digital-forensic-information-security.html
- December 23, 2014: *Pro Digital: Helping Parents Help Kids,* http://ProDigital4n6.blogspot.com/2015/01/pro-digital-helping-parents-help-kids_2.html
- December 12, 2014: *Facebook is Failing,* http://ProDigital4n6.blogspot.com/2015/01/why-facebook-is-failing-at-social-media.html
- November 24, 2014: *Potato Chip Bags & False Promises,* http://prodigital4n6.blogspot.com/2015/01/potato-chip-bags-and-false-promises.html
- November 11, 2014: *Adventures in Digital Forensics*, http://ProDigital4n6.blogspot.com/2015/01/adventures-in-digital-forensics.html
- October 30, 2014: *You Get What You Pay For*, http://ProDigital4n6.blogspot.com/2015/01/you-get-what-you-pay-for.html
- October 15, 2014: *Problem vs. Solution: Digital Forensics and the New Mobile Privacy Policies,* http://ProDigital4n6.blogspot.com/2015/01/problem-vs-solution-digital-forensics.html
- October 8, 2014: *Video Blog: Cellebrite UFED Demo (Locked Android Device),* http://ProDigital4n6.blogspot.com
- September 25, 2014: *Certification vs. Experience*, http://ProDigital4n6.blogspot.com/2015/01/normal-0-false-false-false-en-us-x-none_41.html
- August 20, 2014: *LE or IT? That is the Question...*, http://ProDigital4n6.blogspot.com/2015/01/le-or-it-that-is-question.html
- July 23, 2014: *Digital Forensics: A Great HR Resource!,* http://InspiringHR.com/blog (Guest Blogger)
- July 15, 2014: *Confidentiality as an Imperative in Digital Forensics*, http://ProDigital4n6.blogspot.com/2015/01/normal-0-false-false-false-en-us-x-none_43.html
- July 2, 2014: *Myth-Busting Digital Forensics*, http://ProDigital4n6.blogspot.com/2015/01/myth-busting-digital-forensics.html
- June 26, 2014: *eDiscovery: Digital Forensics' Simpler Cousin,* http://ProDigital4n6.blogspot.com/2015/01/ediscovery-digital-forensics-simpler.html
- June 24, 2014: *Lois Lerner and Her Bad Sectors*, http://ProDigital4n6.blogspot.com/2015/01/normal-0-false-false-false-en-us-x-none_2.html
- June 19, 2014: *What is the Forensic Methodology?*, http://ProDigital4n6.blogspot.com/2015/01/what-is-forensic-methodology.html
- June 11, 2014: *What is Digital Forensics?*, http://ProDigital4n6.blogspot.com/2015/01/normal-0-false-false-false-en-us-x-none.html

**Siewert, Patrick**
**September 2025**

## ACADEMIC CITATIONS

- *SoK: Cryptographic Confidentiality of Data on Mobile Devices*:  Sciendo:  Proceedings on Privacy Enhancing Technologies, 2022, Authors:  Zinkus, M; Jois, T.; Green M.
  - *https://arxiv.org/pdf/2109.11007.pdf*
- *Data Security on Mobile Devices:  Current State of the Art, Open Problems, and Proposed Solutions,* Johns Hopkins University, 2021, Authors:  Zinkus, M; Jois, T.; Green, M.
  - *https://arxiv.org/pdf/2105.12613.pdf*
- *Beats & Bytes: Striking the Right Chord in Digital Forensics (OR: Fiddling with Your Evidence)*, SANS DFIR Summit 2017, Authors:  Pittman, Murphy & Linton (pages 13, 23 & 25)
  - *https://www.sans.org/reading-room/whitepapers/forensics/beats-bytes-striking-chord-digital-forensics-or-fiddling-evidence-37790*
- *Mobile Phone Forensics: Theory*, Author:  Heriyanto (page 182)
  - *https://books.google.com/books?id=erg5DgAAQBAJ&lpg=PA297&ots=RNhNcoN3cf&dq=Patrick%20Siewert%20digital%20forensics&pg=PP1#v=onepage&q&f=false*
- *Gone But Not Forgotten: Does (or Should) The Use of Self-Destructing Messaging Applications Trigger Corporate Governance Duties?* Author: Palk Esq., Laura, Harvard Business Law Review (page 117)
  - https://www.hblr.org/wp-content/uploads/sites/18/2017/06/Gone-But-Not-Forgetten-Does-Or-Should-The-Use-of-Self-Destructing-Messaging-Applications-Trigger-Corporate-Governance-Duties.pdf

## PRESENTATIONS

- Virginia Trial Lawyer's Association Advanced Auto Retreat, July 26, 2025: *Forensic Data In Motor Vehicle Crashes* (Joint Presentation with D. Hacker, **1.0 CLE**)
- Richmond Bench-Bar Conference: Child Custody & Shared Device presentation & panel discussion, October 2024
- *Same Data, Different Story:  Law Enforcement vs. Independent Experts*, Techno Security & Digital Forensics Conference, June 2024 (along with J. Barnhart), June 5, 2024
- Digital Forensic Services Overview for **Liberty Mutual Insurance** staff investigators – November 2023
- CLE Presentations as **Director of Digital Forensics & E-Discovery** for ArcherHall Digital Forensics, LLC
  - February 2023-Present:  *Cellphone Forensics: Applications in Discovery and Investigations,* Multiple Firms/Organizations, (CLE 1.0)
  - February 2023-Present:  *Ethical Handling of Electronically Stored Information (ESI),* Multiple Firms/Organizations, (CLE 1.0)
- November 2022:  Guest Lecture: Digital Forensic & Crime Scene Overview, Virginia Commonwealth University Department of Forensic Science
- October 2022:  *A Closer Look at Cellular Location Records*, **National Association of Legal Investigators (NALI)** Region 1 Conference, Alexandria, VA
- September 2022: *The Devil Is in The Data, Part 2: The How*, **CLE (1.5) for Virginia Trial Lawyers Association**
- August 2022: *The Devil Is in The Data: Part 1: The What*, **CLE (1.5) for Virginia Trial Lawyers Association**
- August 2021: *Cellular Carrier Records at a Glance*, **CLE (.5) for Virginia Association of Criminal Defense Lawyers**
- September 2019: *Digital Evidence 101 with selected Case Studies*, **William & Mary School of Law**, eDiscovery Workshop
- September 2019: *Discovery & Digital Media*, **CLE (1.0) for Virginia Trial Lawyers Association**
- November 2018:  *Digital Device Seizure for Paralegals and Law Office Staff*, **CLE (.5) for Virginia Trial Lawyers Association**
- May 2018:  Leveraging Technology in Insurance Fraud Investigations, **CLE (1.0) for Virginia Association of Defense Attorneys** Spring Seminar, Charlottesville, Virginia
- October 2017:  *Digital Forensics: Connecting the Dots in the Data*, International Association of Financial Crimes Investigators Mid-Atlantic Conference, Frederick, Maryland
- September 2016: *The Power of Call Detail Records*, Private Investigator's Association of Virginia (PIAVA)

## PRESENTATIONS (continued)

- May 2016: *Digital Forensics: Footprints in the Data*, International Institute of Business Analysts (Central VA Chapter)
- May 2016: *Digital Forensics & Evidence Handling Overview*, Private Investigator's Association of Virginia (PIAVA) Spring, 2016 Investigator's Seminar
- April 2016: *Digital Evidence Handling & Forensic Overview*, International Assoc. of Forensic Nurses, VA Chapter
- June 2015: *Electronic Evidence Handling & Digital Forensic Overview*, Private Investigator's Association of Virginia (PIAVA) June 2015 Meeting, Fairfax, Virginia
- June 2015: *Digital Crime Scenes & Incident Response*, RVA Sec Conference, Virginia Commonwealth University
- June 2014: *Overview and discussion of digital forensics and roles of a Digital Forensic Consultant*, Powhatan Rotary Club
- February 2013: *Practical Digital Forensics for Legal Practitioners*, College of William & Mary Law School
- December 2012: *Case Studies in Online Sexual Predators*, J. Sargeant Reynolds Community College
  - Presented initially in December 2011 and again in May, 2012 & December 2014
- May 2010: Co-Presenter at 2010 **Internet Crimes Against Children National Conference**, *Case Study: Joseph Okoh*

## EDUCATIONAL PROGRAMS ADMINISTERED

- 2023: Cellular Technology & Records Analysis Using CellHawk – **National Computer Forensic Institute, United States Secret Service**, Hoover, Alabama
- 2022-Present: *Introduction to Digital Forensics* (FRSC 391) – **Virginia Commonwealth University Undergraduate Program – Department of Forensic Science**
- 2019-Present: *Cellular Technology & Call Detail Records Analysis* (Crater Criminal Justice Training Academy)
- 2016-2022: *Basic Defensive Handgun* (New American Arms)
- 2015-Present: *New Investigator Training* (Crater Criminal Justice Training Academy)
- 2014-Present: *Advanced Law Enforcement Rapid Response Training Exterior Response to Active Shooter Events (ERASE)*, Crater Criminal Justice Training Academy & various US-based locations
- 2007-Present: *Advanced Law Enforcement Rapid Response Training: Active Shooter Response, Level 1* (multiple US-based locations)
- 2014-Present: Virginia Department of Criminal Justice Services Law Enforcement In-Service Training (Crater Criminal Justice Training Academy)
- 2005-2013: *Internet Safety Awareness for Parents of Teens & Tweens* (Multiple Locations)

## MEDIA CONTRIBUTIONS

- November 20, 2024: *How people in dozens of states were targeted with racist texts and what you can do*, CBS National News
  - *https://www.cbsnews.com/video/how-people-in-dozens-of-states-were-targeted-with-racist-texts-and-what-you-can-do/*
- November 9, 2024: *Forensics Expert Explains Technology Used to Catch I-40 Shooting Suspect*, ABC 11 Raleigh, NC
  - *https://abc11.com/post/forensics-expert-explains-technology-used-catch-alleged-40-shooting-suspect-andrew-graney/15529173/*
- August 15, 2023: Dig For: Cellebrite Digital Forensics Podcast with Heather Mahalik. Topic: Ethics in Digital Forensics
  - *https://www.youtube.com/watch?v=U--IUFRkpnA*

## MEDIA CONTRIBUTIONS (continued)

- April 13, 2022:  Close Up Radio Spotlights Patrick Siewert of Pro Digital Forensic Consulting:
  - *https://www.blogtalkradio.com/closeupradio/2022/04/13/close-up-radio-spotlights-patrick-siewert-of-pro-digital-forensic-consulting*
- July 26, 2021: *Reasonable Doubt, Season 4, Episode 3:  Deadhead* (Investigation Discovery):
  - https://www.investigationdiscovery.com/tv-shows/reasonable-doubt/
- June 10, 2021: *Cybersecurity Expert: Amazon Sidewalk Doesn't Raise Safety Concerns*, WRIC Channel 8, Richmond VA
  - *https://www.wric.com/news/local-news/cybersecurity-expert-amazon-sidewalk-doesnt-raise-safety-concerns*
- February 10, 2021:  *Patrick Siewert on Push-Button Forensics & Communicating Results to Non-Experts* (Forensic Focus):
  - https://www.forensicfocus.com/podcast/patrick-siewert-on-push-button-forensics-and-communicating-results-to-non-experts/
- October 9, 2020:  *25 Days, 25 Questions: Part 2 – Professional Digital Forensic Qualifications* (Forensic Focus):
  - https://www.forensicfocus.com/articles/25-days-25-questions-part-2-professional-digital-forensics-qualifications/
- May 13, 2020: *Here's what you can do to protect yourself against 'sextortion' scams*, WRIC Channel 8, Richmond VA
  https://www.wric.com/news/local-news/heres-what-you-can-do-to-protect-yourself-against-sextortion-scams/?fbclid=IwAR3szayApxlMNcrJwghVhVLqVo7xhFS_cEY7x5gdPSt3FXfsHcUlADRi0Zs
- December 13, 2019:  *Cybersecurity expert shares how to avoid having your Ring camera hacked*
  - https://www.wric.com/news/taking-action/cybersecurity-expert-shares-how-to-avoid-having-your-ring-camera-hacked/
- October 3, 2019:  *Internet Safety Tip for Parents to Protect Children From Online Predators*, Virginia Public Media
  - https://www.pbs.org/video/online-predators-video-gamingsocial-media-utu2wn/
- September 4, 2019:  *Advanced Headsets Give Law Enforcement an Advantage*, OTTO Excellence Thought Leadership Blog Series:  https://www.ottoexcellence.com/blogs/active-shooter?fbclid=IwAR0HAyhiAliQOA2Voj78MG-a8UqU02ok6jh_Mu3Jx-g1sOUYrnqx4jeumxE
- 2018-2019:  Digital Forensic Expert Analyst for *Couples Court with the Cutlers*, Seasons 2 & 3 (syndicated nationwide television broadcast)
- May 14, 2018: *Could your child's school-issued electronics be collecting their data?*, WRIC ABC Channel 8, Richmond, Virginia
  - http://www.wric.com/news/8-investigates/could-your-child-s-school-issued-electronics-be-collecting-their-data-/1178898756
- May 15, 2017:  *Local security expert weighs in on worldwide cyber attack*, WRIC ABC Channel 8, Richmond, Virginia
  - http://wric.com/2017/05/15/local-security-experts-weighs-in-on-worldwide-cyber-attack/
- July 12, 2016: *Is Pokemon GO a Huge Security Risk,* WRIC ABC Channel 8, Richmond, Virginia
  - http://wric.com/2016/07/12/is-pokemon-go-a-huge-security-risk/
- July 5, 2016: *Forensicator Podcast No. 103: Magnet Forensics' Axiom*
  - https://soundcloud.com/pro-digital-forensics/forensicator-no-103-magnet-axiom
- June 23, 2016: *Police release video of suspected* Forest Hill spray paint vandals, WTVR CBS 6, Richmond, Virginia
  - http://wtvr.com/2016/06/23/police-release-video-of-forest-hill-spray-paint-vandals/
- March 31, 2016: *Android devices yield their secrets to the feds more readily than iPhones*, Yahoo! Finance News (internet-based)
  - http://finance.yahoo.com/news/android-iphone-hacking-government-feds-191914688.html#

## MEDIA CONTRIBUTIONS (continued)

- March 2, 2016: *How the government cracks into smartphones--without any help from Apple (or Google)*, Yahoo! Finance News (internet-based)
  - https://beta.finance.yahoo.com/news/the-government-can-crack-many-smartphones-without-apple-s--or-google-s--help-183818348.html
- February 4, 2016: *13 News Now Investigates: Who's Watching You?*, ABC Channel 13, Norfolk, Virginia
  - http://www.13newsnow.com/story/news/local/13news-now-investigates/2016/02/04/13news-now-investigates-whos-watching-you/79634568/
- December 10, 2015: *New App Most Parents Don't Know About Targets Students*, CBS Channel 6, Richmond, Virginia
  - http://wtvr.com/2015/12/10/new-app-most-parents-dont-know-about-targets-students/
- December 2, 2015: *More women come forward over mystery pic texts*, CBS Channel 6, Richmond, Virginia
  - http://wtvr.com/2015/12/02/more-mystery-penis-texts-victims-come-forward/
- November 16, 2015: *ISIS Threatens DC, What is Being Done to Protect Virginia?*
  - http://wtvr.com/2015/11/16/virginia-governor-appears-to-stay-on-track-to-accept-refugees-orders-homeland-security-chief-to-communicate-with-feds/
- September 24, 2015: *8 News Investigates: Who's Watching Your Home?*, ABC Channel 8, Richmond, Virginia
  - http://wric.com/2015/09/24/8news-investigates-whos-watching-your-home/
- August 18, 2015: *E-Z Pass Users Targeted in Email Scam*, ABC Channel 13, Norfolk, Virginia
  - *http://www.13newsnow.com/story/news/2015/08/18/e-z-pass-toll-road-users-targeted--email-scam/31904973/*
- July 7, 2015: *The Dangers of Using Kik Messaging App,* CBS Channel 6, Richmond, Virginia
  - http://wtvr.com/2015/07/07/it-is-really-a-dangerous-thing-police-chief-says-of-kik-messenger-app/
- May 6, 2015: *Forensicator Podcast #101: Katana Forensics* Forensicator Podcast
  - https://soundcloud.com/pro-digital-forensics/forensicator-no-101-katana-forensics
- April 9, 2015: *Forensicator Podcast #100: Dr. Glenn Dardick.* Forensicator Podcast
  - https://soundcloud.com/pro-digital-forensics/forensicator-no-100-glenn-dardick
- April 24, 2015:  *Be aware: Skimmer could be stealing your financial info in Chesterfield*, ABC Channel 8, Richmond, Virginia: http://wric.com/2015/04/24/be-aware-skimmer-could-be-stealing-your-financial-info-in-chesterfield/
- April 24, 2015:  *Crooks Target Chesterfield ATM with skimming device*, NBC Channel 12, Richmond, Virginia:
  - http://www.nbc12.com/story/28893709/crooks-target-chesterfield-atm-with-skimming-device
- March 12, 2015:  *Kik Messenger App: Bad News for Parents*, CBS Channel 6, Richmond, Virginia:
  - http://wtvr.com/2015/03/12/kik-messenger-app-bad-news-for-parents/
- February 25, 2015:  *Unlocking the Hidden Dangers on Your Teen's Cell Phone*, CBS Channel 6, Richmond, Virginia*:*
  - http://wtvr.com/2015/02/25/unlocking-the-hidden-dangers-on-your-teens-cellphone/
- 2014:  *Chesterfield Man Arrested on Child Porn Charges*, CBS Channel 6, Richmond, Virginia
  - http://wtvr.com/2014/12/30/chesterfield-man-arrested-on-multiple-child-porn-charges/
- 2014:  *New Service Allows Parents To Monitor Children's Tech Devices*, ABC Channel 8, Richmond, Virginia
  - http://wric.com/2014/12/18/new-service-allows-parents-to-monitor-childrens-tech-devices/
- 2014:  *VCU Health Systems Warns Patients After CDs Containing Personal Info Released*, ABC Channel 8, Richmond, Virginia
  - http://wric.com/2014/12/16/vcu-health-systems-warns-patients-after-cds-containing-personal-info-released/
- 2014:  *On Your Side Alert: Security concerns about online software issued by law enforcement,* NBC Channel 12, Richmond, Virginia
  - http://www.nbc12.com/story/27386851/on-your-side-alert-security-concerns-about-online-software-issued-by-law-enforcement

## MEDIA CONTRIBUTIONS (continued)

- 2014: *Security Cameras Playing a Key Role in Graham Search,* ABC Channel 8, Richmond, Virginia
  - http://www.wric.com/story/26571480/security-cameras-playing-key-role-in-hannah-graham-search
- 2014: *Tips to Protect Your Identity Following Recent Hacks,* ABC Channel 8, Richmond, Virginia
  - http://www.wric.com/story/26511707/tips-for-protecting-your-identity-following-recent-hacks
- 2014: *12 On Your Side Alert: Debt Collection Emails*, NBC Channel 12, Richmond, Virginia
  - http://www.nbc12.com/story/26384004/on-your-side-alert-warning-about-collection-email
- 2014: *Virginia Court of Appeals upholds Louisa Conviction,* The Central Virginian, Louisa, Virginia
  - http://www.thecentralvirginian.com/?p=11889
- 2013: *Nelson Man Pleads Guilty to 23 Counts of Child Pornography*, NBC Channel 29, Charlottesville, Virginia
  - http://www.nbc29.com/story/20959514/nelson-county-man-pleads-guilty-to-23-count-of-child-pornography
- 2013: *Louisa Man, 36, Gets 115 Years in Prison,* The Free-Lance Star online, Fredericksburg, Virginia
  - http://news.fredericksburg.com/newsdesk/2013/11/07/louisa-man-36-gets-115-years-in-prison/
- 2012: *Man sentenced to five years for soliciting minor online,* The Free-Lance Star online, Fredericksburg, Virginia
  - http://news.fredericksburg.com/newsdesk/2012/11/26/man-sentenced-to-five-years-for-soliciting-minor-online/
- 2012: *Former Intelligence Analyst to Serve 30 in Prison*, NBC Channel 29, Charlottesville, Virginia
  - http://www.nbc29.com/story/19512724/former-intelligence-analyst-to-serve-30-years-in-prison
- 2012: *Louisa Sex Offender Headed Back to Jail*, The Free-Lance Star online, Fredericksburg, Virginia
  - http://fredericksburg.com/News/FLS/2012/122012/12042012/740893
  - http://wtvr.com/2012/01/12/cumberland-man-gets-30-years-for-producing-child-porn-2/
- 2012: *Richmond Man Sentenced to 35 Years Imprisonment for Child Molestation, Distribution of Child Pornography*, Virginia officer of the Attorney General, Richmond, Virginia
- 2012: *Teacher Arrested for Sexual Solicitation Worked for Miss WV Program*, NBC Affiliate WHAG, West Virginia
  - http://www.your4state.com/story/teacher-arrested-for-sexual-solicitation-worked-for-miss-wv-program/d/story/jkqW_8BYl0u58QMldfjFmw
- 2012: *Gordonsville Man Sentenced on Child Porn Charges*, NBC Channel 29, Charlottesville, Virginia
  - http://www.nbc29.com/story/16446232/gordonsville-man-sentenced-on-child-porn-charges
- 2012: *Cumberland Man Gets 30 Years for Producing Child Porn*, ABC Channel 8, Richmond, Virginia
- 2012: *Charlottesville Man Convicted of Soliciting a Minor for Sex on Craigslist*, NBC Channel 29, Charlottesville, Virginia
  - http://www.nbc29.com/story/15696116/charlottesville-man-convicted-of-soliciting-a-minor-for-sex-on-craigslist
- 2011: *Joint Task Force Targeting Sexual Predators Leads to Multiple Arrests*, NBC Channel 29, Charlottesville, Virginia
  - http://www.nbc29.com/story/14378496/joint-task-force-targeting-sexual-predators-leads-to-multiple-arrests
- 2011: *Man Pleads Guilty to Child Porn, Must Pay Victims*, The Free-Lance Star online, Fredericksburg, Virginia
  - http://news.fredericksburg.com/louisa/2011/09/16/man-pleads-guilty-to-child-porn-must-pay-victims/
- 2011: *Windsor (Canada) Man Sentenced to 100 Year for Luring in U.S.*, CTV (Canadian Television) Online, Windsor,                                        Canada
  - http://kitchener.ctvnews.ca/windsor-man-sentenced-to-110-years-for-luring-in-u-s-1.652065
- 2011: *Shaffer Sentenced for Sexually Assaulting Toddler and Possessing Child Porn*, NBC Channel 29, Charlottesville, Virginia
  - http://www.nbc29.com/story/14187801/shaffer-sentenced-for
- 2010: *Former Minister Gets 90-year Sentence in Sex Sting*, ABC Channel 8, Richmond, Virginia
  - http://www.wric.com/story/13020410/former-minister-gets-90-year-sentence-in-sex-sting

## MEDIA CONTRIBUTIONS (continued)

- 2010: *Va. Man Gets 100 Years for Soliciting Sex from Minor Online*, The Washington Post, Washington, D.C.
  - http://voices.washingtonpost.com/crime-scene/virginia/va-man-gets-100-years-for-soli.html
- 2010: *A Closer Look at Gangs in Louisa County*, NBC Channel 12 (via WTOC), Richmond, Virginia
  - http://www.wtoc.com/story/12835655/a-closer-look-at-gangs-in-louisa-county
- 2010: *Sandston Man Convicted in Underage-sex Sting*. The Richmond Times-Dispatch, Richmond, Virgina
  - http://www.timesdispatch.com/news/sandston-man-convicted-in-louisa-underage-sex-sting/article_24995d03-2abb-57cf-b09c-5b8f072d25b7.html?mode=jqm
- 2010: *Richmond Man Convicted in Louisa for Soliciting Minor*, The Richmond Times Dispatch, Richmond,Virginia
  - http://www.timesdispatch.com/news/richmond-man-convicted-in-louisa-for-soliciting-minor/article_3895591c-f3f6-55de-b84d-8232dc267755.html
- 2010: *Louisa C.S.I. - Child Safety Initiative (two-part story)*, ABC Channel 8, Richmond, Virginia
  - Part 1: https://www.youtube.com/watch?v=vOuo8NxzBX4
  - Part 2: https://www.youtube.com/watch?v=T-28j42rbwA
- 2009: *Former Howard (University) Soccer Coach Sentenced*, Newsplex.com, Charlottesville, Virginia
  - http://www.newsplex.com/home/headlines/41328477.html

## LANDMARK CASES INVESTIGATED

- 2012:  Commonwealth v. James Dollins:  95-year guilty plea, highest in Virginia court history for solicitation of child pornography
- 2012:  Commonwealth v. Adam D. Toghill: Conviction of Electronic Solicitation of a Minor **conviction upheld by the Supreme Court of Virginia** (Decision: February 2015)
- 2011:  Commonwealth v. Ryan Macklin:  First case in Virginia court history where restitution was ordered to be paid to victims of child exploitation
- 2011:  Commonwealth v. Alan Sauve:  110-year guilty plea, highest in Virginia court history for solicitation of a minor for sex at the time of plea
- 2010:  Commonwealth v. George Spiker:  100-year jury sentence.  Highest jury sentence for electronic solicitation of a minor in Virginia court history at the time of conviction
- 2010:  Commonwealth v. Irvin Baldwin:  90-year jury sentence.  Second-highest jury sentence for electronic solicitation of a minor in Virginia court history at the time of conviction
- 2009:  Commonwealth v. Joseph Okoh:  14-year jury sentence. Highest jury sentence for electronic solicitation of a minor in Virginia court history at the time of conviction

## CASE-WORK UPHELD IN HIGHER COURTS OF COMPETENT JURISDICTION:

- **James Ernst Logan v. COMMONWEALTH of Virginia:**  Record No.  0995-21-1, Decided June 7, 2022, Virginia Court of Appeals, Virginia Beach, Virginia
  - Case Reference:  https://www.vacourts.gov/opinions/opncavwp/0995211.pdf
- **Adam Derrick Toghill v. COMMONWEALTH of Virginia:**  Record No. 16-6452, Decided December 15, 2017 United States 4th Circuit Court of Appeals, Richmond, Virginia
  - Case Reference:  http://www.ca4.uscourts.gov/Opinions/166452.P.pdf
- **Adam Derrick Toghill v. COMMONWEALTH of Virginia**: Record No. 140414, Decided: February 26, 2015, Supreme Court of Virginia, Richmond
  - Case Reference: http://law.justia.com/cases/virginia/supreme-court/2015/140414.html

## CASE-WORK UPHELD (continued):

- **Adam Derrick Toghill v. COMMONWEALTH of Virginia**:  Record No. 2230-12-2, Decided: February 11, 2014, Court of Appeals of Virginia, Richmond
    - Case Reference:  https://law.justia.com/cases/virginia/court-of-appeals-unpublished/2014/2230-12-2.html

- **George H. Spiker, Jr. v. COMMONWEALTH of Virginia**: Record No. 0626–10–2, Decided: July 5, 2011, Court of Appeals of Virginia, Richmond.
    - Case Reference: http://caselaw.findlaw.com/va-court-of-appeals/1573357.html#sthash.rdIR7qQ1.dpuf

**Exhibit B**

**LAW ENFORCEMENT SENSITIVE**



# Internet Crimes Against Children Program

# OPERATIONAL AND INVESTIGATIVE STANDARDS

Exhibit B

## LAW ENFORCEMENT SENSITIVE

# Definitions

As used herein, the following definitions shall apply:

"OJJDP" is the Office of Juvenile Justice and Delinquency Prevention.

"NCMEC" is the National Center for Missing and Exploited Children.

"CEOS" is the Child Exploitation and Obscenity Section of the Criminal Division of the Department of Justice.

"ICAC" is the Internet Crimes Against Children program composed of Task Forces and Affiliates.

"TASK FORCE" is defined as an ICAC law enforcement agency designated by OJJDP to act as a State and/or Regional Task Force.

"AFFILIATE" is defined as a law enforcement agency that is working in partnership with a Task Force and has agreed in writing to adhere to ICAC Operational and Investigative Standards.

"PARTNER" is defined as an agency assisting a Task Force absent a written agreement.

"NATIONAL INITIATIVE" is defined as any investigative proposal that relies on the cooperation and resources of all Task Forces or mandates action by OJJDP.

"CVIP" is the Child Victim Identification Program operated by the National Center for Missing & Exploited Children.

"CYBERTIPLINE" is a reporting mechanism for cases of online child sexual exploitation and enticement operated by the National Center for Missing & Exploited Children.

For the purposes of this program, *crime* is defined as any offense that involves the exploitation of children facilitated by technology.

*Investigative interest* is established when there is reasonable suspicion that a screen name or other potentially identifiable entity has committed a crime or that entity is engaged in a sequence of activities that is likely to result in the commission of a crime.

## Exhibit B

## LAW ENFORCEMENT SENSITIVE

A *proactive investigation* is designed to identify, investigate and prosecute offenders, which may or may not involve a specific target, and requires online interaction and a significant degree of pre-operative planning.

A *reactive investigation* involves the investigation of a complaint of a crime.

*Reasonable suspicion* is established when sufficient facts exist to lead a law enforcement officer to believe that an individual or organization is involved in a definable criminal activity.

**Exhibit B**

## LAW ENFORCEMENT SENSITIVE

## 1. Oversight

1.1 Each ICAC agency shall have supervisory systems and procedures, which shall provide for observation, documentation, and periodic review of ICAC activity. Such system should comply with the principles of quality case management and ensure that ICAC activities comply with both agency and ICAC Standards.

1.2  Task Forces shall submit all proposed national initiatives to OJJDP prior to project initiation.

1.3 OJJDP may suggest amendments to the original proposal following consultation with the presenting Task Force and other federal, state, and local entities.

**Exhibit B**

## LAW ENFORCEMENT SENSITIVE

## 2. Selection and Retention of ICAC Task Force Personnel

2.1 Managers and supervisors should evaluate prospective ICAC candidates for work history that indicates prior investigative experience, court testimony skills, ability to handle sensitive information prudently, and a genuine interest in the protection of children.

2.2 Given the graphic nature of evidence routinely encountered in ICAC related cases, the mental health of investigators working such cases is a great concern. Task force supervisors at all levels are encouraged to make reasonable efforts to ensure that all assigned officers remain fit for duty in accordance with applicable departmental policies and procedures.

Exhibit B

## LAW ENFORCEMENT SENSITIVE

### 3. Training

3.1 All Investigators will be supplied with appropriate training consistent with the ICAC Operational and Investigative Standards.

3.2 ICAC Task Force Commanders are responsible for ensuring that the individuals nominated for ICAC sponsored training are employed by agencies that have agreed in writing to adhere to the ICAC standards of investigation and that any prerequisite requirements for the training session have been met.

3.3 ICAC task forces may give regional training. The training shall comply with current ICAC standards. Any subsequent support required as a result of the regional training shall be the responsibility of the task force providing the training.

## Exhibit B

## LAW ENFORCEMENT SENSITIVE

## 4. Case Management

### 4.1 Case Predication and Prioritization

4.1.1 Cases may be initiated by referrals from the CyberTipline, Internet service providers, or other law enforcement agencies, and by information gathered through subject interviews, documented public sources, direct observations of suspicious behavior, public complaints, or by any other source acceptable under agency policies.

4.1.2 ICAC supervisors are responsible for determining investigative priorities and selecting cases for investigation. Assuming the information is deemed credible, that determination should begin with an assessment of victim risk and then consider other factors such as jurisdiction and known offender behavioral characteristics. The following prioritization scale shall be considered:

    a) A child is at immediate risk of victimization

    b) A child is vulnerable to victimization by a known offender

    c) A known suspect is aggressively soliciting a child(ren)

    d) Manufacturers, distributors or possessors of images that appear to be home photography with domiciled children

    e) Aggressive, high-volume child pornography manufacturers or distributors who either are commercial distributors, repeat offenders, or specialize in sadistic images

    f) Manufacturers, distributors and solicitors involved in high-volume trafficking or belong to an organized child pornography ring that operates as a criminal conspiracy

    g) Distributors, solicitors and possessors of images of child pornography

    h) Any other form of child victimization.

### 4.2 Record Keeping

4.2.1 ICAC agencies shall be subject to existing agency incident reporting procedures and case supervision systems. At a minimum, a unique identifier shall be assigned to each ICAC case.

4.2.2 All affiliated agencies will report their activity to the respective Task Force Commander by the 10th of each month using the ICAC Monthly Performance Measures Report.

**Exhibit B**

## LAW ENFORCEMENT SENSITIVE

4.2.3 Task Forces will compile and submit their monthly performance measures report to the OJJDP designated location before the end of the following calendar month. This monthly report does not replace the semi-annual progress report required by the Office of Justice Program's Financial Guide.

4.2.4 ICAC Case Tracker – Task Forces will compile and submit information on all cases referred for either state or federal prosecution. Information is required for all cases referred by the grant receiving agency, as well as all affiliates that received more than $20,000 a year. This report is on-going and begins with the prosecutorial agency the case is referred to and continues through the final disposition of the case. This on-going quarterly report will be due within five (5) business days of the start of the quarter and does not replace either the semi-annual progress report required by the Office of Justice Program's Financial Guide nor the quarterly statistical performance measures report (see 4.2.3 above). The report is submitted to icaccasetracker@usdoj.gov and copied to the ICAC Program Manager assigned to the task force.

### 4.3 Undercover Investigations

4.3.1 Carefully managed undercover operations conducted by well-trained officers are among the most effective techniques available to law enforcement for addressing ICAC offenses. Undercover operations, when executed and documented properly, collect virtually unassailable evidence regarding a suspect's predilection to exploit children.

4.3.2 ICAC supervisors are responsible for ensuring that ICAC investigators receive a copy of the ICAC Operational and Investigative Standards.

4.3.3 ICAC investigations shall be conducted in a manner consistent with the principles of law and due process. ICAC investigators are encouraged to work in conjunction with their local, state or federal prosecutors.

4.3.4 The following minimum standards apply to ICAC investigations:

> a. Only sworn, on-duty ICAC personnel shall conduct ICAC investigations in an undercover capacity. Private citizens shall not be asked to seek out investigative targets, nor shall they be authorized to act as police agents in an online Undercover capacity.

> b. ICAC personnel shall not electronically upload, transmit, or forward pornographic or sexually explicit images.

> c. Other than images or videos of individuals, age 18 or over, who have

*ICAC Program Operational and Investigative Standards*
**FOR LAW ENFORCEMENT PURPOSES ONLY**
**Page** 8 of 16

## Exhibit B

## LAW ENFORCEMENT SENSITIVE

provided their informed written consent, and at the time consent was given were employed by a criminal justice agency, no actual human images or videos shall be utilized in an investigation. Employee is defined as a salaried or compensated individual.

d. During online dialogue, undercover officers should allow the investigative target to set the tone, pace, and subject matter of the online conversation. Image transfer shall be initiated by the target.

e. Undercover online activity shall be recorded and documented. Any departures from this policy due to unusual circumstances shall be documented in the relevant case file and reviewed by an ICAC supervisor.

### 4.4 Evidence Procedures

4.4.1 The storage, security, and destruction of investigative information shall be consistent with agency policy. Access to these files should be restricted to authorized personnel.

4.4.2 The examination of computers and digital media shall be consistent with agency policy and procedure.

4.4.3 Child pornography is contraband and should be maintained pursuant to each agency's policies regarding such. It is recommended that absent a court order specifically ordering otherwise, evidence containing child pornography shall not be released to any defendant or representative thereof.

4.4.4 The transfer of evidence containing child pornography among law enforcement shall be done in a secure manner. Methods of transfer may include hand-delivery, transmission of digitally protected files, delivery via a service which tracks the shipment, or other methods consistent with agency policy and practices.

### 4.5 Workspace and Equipment

4.5.1 ICAC computers and software shall be reserved for the exclusive use of agency designated ICAC personnel. When possible, undercover computers, software, and online accounts shall be purchased covertly. No personally owned equipment shall be used in ICAC investigations and all software shall be properly acquired and licensed.

4.5.2 ICAC personnel shall not use ICAC computers, software or online accounts for personal use.

4.5.3 Absent exigent or unforeseen circumstances, all ICAC online investigations shall be conducted in government workspace as designated by the agency. Exceptions

*ICAC Program Operational and Investigative Standards*
**FOR LAW ENFORCEMENT PURPOSES ONLY**
**Page** 9 of 16

**Exhibit B**

## LAW ENFORCEMENT SENSITIVE

must be approved in advance by an ICAC supervisor.

**Exhibit B**

## LAW ENFORCEMENT SENSITIVE

### 5. Information Sharing

5.1 Conventional boundaries are virtually meaningless in the electronic world of the Internet and the usual constraints of time, place, and distance lose their relevance. These factors increase the possibility of ICAC agencies targeting one another, investigating the same subject, or inadvertently disrupting an ongoing investigation. To foster coordination, collaboration, and communication, each ICAC agency shall contribute case information on all active investigations (local, interstate, reactive and proactive) to a common database as designated by OJJDP currently, referred to as the ICAC Data Exchange.

5.2 If any common target is identified, the initiating ICAC agency is responsible for contacting the other law enforcement agency targeting the suspect.

5.3 Initiating ICAC agencies should also consider contacting other local, state, and federal agencies which may be involved in similar investigations.

Exhibit B

## LAW ENFORCEMENT SENSITIVE

## 6. Victim Identification

6.1 Identifying child victims is a critical element of the ICAC Program. DOJ and OJJDP require all Task Forces to submit child victim images to the CVIP as a means to improve child victim identification. Absent exigent circumstances, child victim images will be sent to the CVIP consistent with NCMEC guidelines. In addition, ICAC agencies are encouraged to collaborate with NCMEC to identify children depicted in child pornography.

6.2 A focus of the ICAC Program is to protect children. In circumstances where reporting of child abuse is not required under existing laws, ICAC agencies are strongly encouraged to report instances in which a child may be at risk for abuse or exploitation.

6.3 Absent exigent circumstances, victim identifying information should be protected from public disclosure.

**Exhibit B**

## LAW ENFORCEMENT SENSITIVE

### 7. Victim Notification

[New section to be drafted in 2009 about JUSTICE FOR ALL Act Provisions that govern victim notification.]

## Exhibit B

## LAW ENFORCEMENT SENSITIVE

**8. Best Practices for Interacting with Potential Child Victims and their Non-Offending Family Members**

[To be developed in 2009.]

**Exhibit B**

## LAW ENFORCEMENT SENSITIVE

### 9. Community Education and Crime Prevention

9.1 Prevention education activities are a critical component of the OJJDP ICAC Program. ICAC agencies should foster awareness and provide practical, relevant guidance to children, parents, educators, librarians, and other individuals concerned about child safety issues.

9.2 Presentations to school staff, parents, and community groups are excellent ways to promote awareness. These presentations shall not depict identifiable victims, not otherwise in the public domain; nor shall they use pornographic or sexually explicit images. Presenters shall not discuss confidential investigative techniques.

9.3 No member of an ICAC Task Force may endorse any product or service without the express consent of an OJJDP Program Manager. While appearing at public presentations, ICAC members may indicate a preference for a product or service, but to avoid an implicit endorsement, such ICAC members should indicate adequate alternatives.

## Exhibit B

## LAW ENFORCEMENT SENSITIVE

## 10. Media Relations and Releases

10.1 Media releases relating to prosecutions, crime alerts or other matters concerning ICAC operations shall not include information regarding confidential investigative techniques and should be coordinated (when applicable) with other Task Force participants, Federal law enforcement agencies, and State and local agencies involved in the investigation consistent with sound information management and media relations practices.

10.2 ICAC Commanders (or their designees) may speak to members of the media about their own departments' ICAC-related activities according to their own agency's guidelines. No individual affiliated with the ICAC program may speak on behalf of the ICAC Program as a whole.

10.3 ICAC Commanders should inform their OJJDP Program Managers if approached by national media outlets about the ICAC Program (as opposed to media seeking information about local activities) so that a coordinated national response can be prepared by OJP.

10.4 Information provided by ICACs to the media shall be consistent with the guidance below:

**Purpose of the ICAC Program**
The mission of the Internet Crimes Against Children (ICAC) Task Force program is to assist state and local law enforcement agencies in developing an effective response to cyber enticement and child pornography cases. This support encompasses forensic and investigative components, training and technical assistance, victim services, prevention and community education.

**Background on the ICAC Program**
The Internet Crimes Against Children (ICAC) program is a national network of fifty-nine coordinated local task forces and their 1,800 local and regional affiliated agencies engaged in both proactive and reactive investigations, forensic examinations, effective prosecutions and community education.[1] The ICAC Program was developed in response to the increasing number of children and teenagers using the Internet, the proliferation of child pornography, and the heightened online activity by predators searching for unsupervised contact with underage victims. By helping state and local law enforcement agencies develop effective and sustainable responses to online child victimization and child pornography, the ICAC program delivers national resources at the local level. The ICAC program actively protects children who use the Internet by proactively investigating the on-line sexual exploitation of children by predators. Because ICAC practitioners understand that arrests alone can not resolve the problem of on-line victimization, the ICAC program is dedicated to training law enforcement and educating parents and youth about the potential dangers online and offering safety tools.

*ICAC Program Operational and Investigative Standards*
**FOR LAW ENFORCEMENT PURPOSES ONLY**
**Page** 16 of 16