**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

      Plaintiff,

v.                                               Case No. 3:24-cv-00044-MMH-MCR

MIKAYLA PRESTON,
in her induvial capacity as a Detective for St. Johns County Sheriff's Office, and
KATHLEEN DULLY, in her individual capacity as
medical director of the UF Child Protection Team,

      Defendants.

_____/

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR AN EXTENSION OF PAGE LIMIT**

Plaintiff, by and through her undersigned counsel, hereby moves the Court for leave to file an over-length Response to Defendant Preston's Motion for Summary Judgment, and states the following in support thereof:

**MEMORANDUM OF LAW**

Rule 3.01(b) of the Local Rules for the Middle District of Florida establishes that a response to a motion, inclusive of all parts, is not to exceed twenty pages. However, the same Rule permits the filing of a motion for leave to file a response exceeding the page limit. This motion for leave must: (1) not exceed three pages inclusive of all parts; (2) specify the need for and length of the proposed response; and (3) must not include the proposed response.

1

## ARGUMENT

Plaintiff's Response to Defendant's Motion for Summary Judgment has exceeded the twenty page limit established by the Local Rules of this Court by six pages. This case raises complex issues with a voluminous record. Additionally, Defendant has raised multiple defenses to Plaintiff's multiple Counts. Plaintiff has made diligent efforts to edit and remove superfluous content and to stay within the page limit, but the complexity of the issue and the importance of the facts and argument presented in Plaintiff's Response require additional discussion. Plaintiff hopes that the addition of six pages to the Response will serve to benefit this Court by allowing for complete and thorough argument of the relevant issues.

Wherefore, Plaintiff requests leave to exceed the allowed page limit.

## Local Rule 3.01(g) Certification

The undersigned hereby certifies that he has conferred with counsel for Preston regarding the subject of the current Motion. The conferring occurred by email on October 3, 2025. Defendant Preston does not oppose the motion.

Dated: October 3, 2025

LAW OFFICES OF NOONEY,
ROBERTS, HEWETT, AND NOWICKI

*/s/ Michael K. Roberts*

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
mroberts@nrhnlaw.com
Attorney for Plaintiff