# <u>EXPERT REPORT OF DR. SCOTT KRUGMAN</u>

**(i)     a complete statement of all opinions the witness will express and the basis and reasons for them;**

I have reviewed three written reports authored by Dr. Kathleen Dully. Each of these reports expresses opinions about the age of a model depicted in various photographs.

In the February 22, 2023 report, Dr. Dully describes review of one digital image of a nude female individual. Dr. Dully concludes "this female child appears to be under 18 years of age. She would have reached this developmental genital appearance of SMR IV at 12-15 years of age. She does not appear to be shaved as her anterior pubic hair is present"

On April 5, 2023, Dr. Dully examined additional images of the same model described in the February 22nd report. Dr. Dully writes that these two additional images "confirm my previous determination that she is depicted to be at most SMR III or IV and therefore, again, $\leq$ 12-15 years of age."

Dr. Dully produced a third report dated the same day, April 5, 2023. In this report, Dr. Dully evaluates two additional images of a different model, presumably. As to the first image, Dr. Dully describes a "female child with no pubic hair development." However, she describes this model's breast as "could be SMR IV-V."  Despite this, Dr. Dully states that "she is SMR I with respect to pubic hair" and concludes that "this developmental appearance is $\leq$ 9-13.5 years of age.

Finally, Dr. Dully reviews a second image in this report. Dr. Dully observes that "she appears to have no pubic hair development." Based on this, Dr. Dully concludes that "this developmental appearance is also $\leq$ 9-13.5 years of age.

In my review of her reports, I conclude the following:

a) The opinions, determinations or estimations of age expressed in the 3 written reports, dated February 22, 2023, April 5, 20023 and April 5, 2023 are not supported by medical science.

b) The limitations and risks of using Tanner Staging or Sexual Maturity Rating (SMR) to estimate chronological age based on digital images is well documented.  The method is understood to be unreliable and unscientific, especially with SMR ratings of III and above.

c) As to the model depicted in the February 22nd and April 5th reports, the female is described as SMR 4. Based on accepted medical science it is not possible to state with any degree of reliability whether that individual is younger than 18 years of age.

d) Published research has repeatedly shown that chronological age estimation of models depicted in digital pornographic photographs by physicians is not medically or scientifically supported.

e) Additionally, it is well known and documented that adult (18+) females can exhibit and appear to be SMR IV.

f) Dr. Dully is on a list serve email which has explicitly raised the concerns and limitations of using SMR in CSAM investigations in the year prior to these reports being written, especially with an image of just breasts or just genitalia.

g) As to the estimation of age of the model depicted in image "ycbLVVFQ_o," there is no medical/scientific support for the opinion that a female with SMR IV/V breast could be SMR I (based on lack of pubic hair in a digital photo). This opinion does align with accepted medical understanding of pubertal development. Therefore, it is not supported by medical science.  This opinion is particularly troubling.

h) There is no recognized medical method or expertise in determining whether a model is shaved or groomed, by simply looking at a digital photograph.

i) There is not a medical method or expertise in determining whether a photo has been digitally altered to remove blemishes or the appearance of pubic hair.

j) The absence of visible pubic hair, in a digital photograph, does not, in and of itself, support an opinion that a female is SMR I.

k) The Child Abuse Board Certification curriculum recognizes the legal aspect of the subspecialty and has standards regarding the

giving of opinions to law enforcement, i.e. they should be within a reasonable degree of medical certainty.

I reserve the right to supplement or alter these opinions, should additional information become available.

**(ii) the facts or data considered by the witness in forming them:**

I have reviewed the three reports outlined above.

**(iii) any exhibits that will be used to summarize or support them;**

"The difficult issue of age assessment on pedo-pornographic material" Forensic Science International 183 (2009) e21–e24.

**(iv) the witness's qualifications, including a list of all publications authored in the previous 10 years;**

Please see attached C.V.

**(v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and**

Please see attached

**(vi) a statement of the compensation to be paid for the study and testimony in the case.**

Please see attached.

_____

Dr. Scott Krugman