Outlook

---

## RE: Lawshe

---

**From** C. Crawford PIerce, IV <crawfordpiercelaw@gmail.com>

**Date** Thu 12/14/2023 5:10 PM

**To** Kaitlyn Payne <PayneK@sao7.org>

**Cc** Mike Roberts (Cell) <mroberts@nrhnlaw.com>

Kaitlyn,

My apologies for the delay, but this was the first time I had heard any mention of "various phone scrubbers," so I needed to follow up with Aaron Weiss to see if that was consistent with his data-imaging of the cell phone. He confirmed that there were no such applications on Mr. Lawshe's device, so if that is something that the State would be presenting at trial I need that evidence disclosed in discovery. If you have the name of the application that might be helpful.

Also, I have a civil firm and their investigators looking at potentially tracking down at least one of the females in the images, since we have her model name from the evidence review, in order to confirm the models' ages and identities. They are fairly confident that they have been able to identify the one whose name we obtained, because it appears she has active Instagram and Only Fans accounts, and could be in her late 20's or 30's.

They also believe they've been able to confirm the date of the photo shoot and the contact information for the photographer, as the very same image is locatable through a basic "adult model" search on Google images once you have her name. However, their preliminary findings suggest that this is a European model and photographer, so if we don't get any confirmation through social media, then we may have to seek a foreign subpoena for the photographer's files. They're hoping he will just release it, because apparently his website provides his contact info for that purpose.

I appreciate you reaching out to me on this matter, and you seeing the case from our respective position. I don't want to foreclose the possibility of a pretrial resolution, but I would like to see how much more information we're able to confirm about the age and identity of the models before deciding how the case should be resolved. I would also like to have Aaron look further into the "various phone scrubbers" that you mentioned in your email to try and better understand the significance to your side of the case.

When you get a chance, send me whatever information you have about the "phone scrubbers," so that I can have Aaron look into it, and I will let you know as soon as I receive any additional information on the identities of these models.

Thank you,

Crawford Pierce, IV, Esq.
The Law Office of C. Crawford Pierce, IV
2807 N. Tenth Street, Suite 12
St. Augustine, FL 32084
(904) 468-3575
wwww.CrawfordPierceLaw.com
CrawfordPierceLaw@Gmail.com



---

**From:** Payne, Kaitlyn
**Sent:** Wednesday, December 13, 2023 1:22 PM
**To:** C. Crawford PIerce, IV
**Subject:** Lawshe

Hey so Ben and I have been talking about the case and I do see where you are coming from I just feel like there is other information, like the various phone scrubbers, contained on the download that give me pause. That being said what do you think we could do to come to a resolution on this case? I would love to have a phone conference where we chat about potential resolutions.  A straight up dropping of all charges is unlikely, but maybe we can come to terms on something.

**Kaitlyn Mairs Payne**
**Assistant State Attorney**
**SVU/CCU/ICAC Prosecutor**
**4010 Lewis Speedway**
**Saint Augustine, Florida 32084**
**(904) 209-1620 ex. 1646**

---

LEGAL NOTIFICATION: Florida Sunshine Statutes entail very broad public records requirements (F. S. 119). As required by law, all e-mails to and from the State Attorney's Office of Circuit 7 are kept as a public record. Your e-mail communications, including your e-mail address may be disclosed to the public and media at any time. If you have received this communication in error, do not distribute it. Please notify the sender immediately by electronic mail and delete this message.