Case 3:24-cv-00044-JAR-SJH   Document 96-3   Filed 10/03/25   Page 1 of 9 PageID 3341

 Outlook

---

**Re: WIliam Lawshe (2023-CF-00516)**

---

**From** Crawford Pierce Law <crawfordpiercelaw@gmail.com>

**Date** Tue 1/2/2024 12:28 PM

**To** Preston, Mikayla <mpreston@sjso.org>

**Cc** Mike Roberts (Cell) <mroberts@nrhnlaw.com>

Great, thank you, ma'am!

Carlton Crawford Pierce, IV, Esq.
The Law Office of C. Crawford Pierce, IV, P.A.
2807 North Tenth Street, Suite 12
St. Augustine, FL 32084
(904) 468-3575
www.crawfordpiercelaw.com

Case 3:24-cv-00044-JAR-SJH   Document 96-3   Filed 10/03/25   Page 3 of 9 PageID
3343

On Jan 2, 2024, at 12:16 PM, Preston, Mikayla <mpreston@sjso.org> wrote:

Yes sir,

I'll go ahead and contact our evidence department.

Once I hear back from them I'll reach back out to you, I believe they may be at lunch currently.



**Mikayla Preston**
**Detective** | *Criminal Investigations Division – ICAC*

**ST. JOHNS COUNTY SHERIFF'S OFFICE** | *Robert A. Hardwick, Sheriff*
4015 Lewis Speedway, St. Augustine, Florida. 32084
Office 904.429.9424 |
*"Serve with Excellence"*

---

**From:** C. Crawford PIerce, IV <crawfordpiercelaw@gmail.com>
**Sent:** Tuesday, January 2, 2024 11:33 AM
**To:** Preston, Mikayla <mpreston@sjso.org>
**Cc:** Mike Roberts (Cell) <mroberts@nrhnlaw.com>
**Subject:** FW: WIliam Lawshe (2023-CF-00516)

Det. Preston,

Please see the State's email below stating they have no objections to the release of Items #4 & #6 listed on the attached Property Report. Let me know if arrangements may be made for me to pick up these items on behalf of Mr. Lawshe.

Thank you, ma'am,

Crawford Pierce, IV, Esq.
The Law Office of C. Crawford Pierce, IV
2807 N. Tenth Street, Suite 12
St. Augustine, FL 32084
(904) 468-3575
w[www.CrawfordPierceLaw.com](http://www.CrawfordPierceLaw.com)
[CrawfordPierceLaw@Gmail.com](mailto:CrawfordPierceLaw@Gmail.com)



---

**From:** Payne, Kaitlyn
**Sent:** Thursday, December 28, 2023 9:36 AM
**To:** C. Crawford PIerce, IV; Mike Roberts (Cell)
**Subject:** RE: WIliam Lawshe (2023-CF-00516)

On my NP I put they can release all evidence so you should be good, as long as they say you are good on their side.

**Kaitlyn Mairs Payne**
**Assistant State Attorney**
**SVU/CCU/ICAC Prosecutor**
**4010 Lewis Speedway**
**Saint Augustine, Florida 32084**
**(904) 209-1620 ex. 1646**

**From:** C. Crawford PIerce, IV <crawfordpiercelaw@gmail.com>
**Sent:** Thursday, December 28, 2023 9:09 AM
**To:** Payne, Kaitlyn <PayneK@sao7.org>; Mike Roberts (Cell) <mroberts@nrhnlaw.com>
**Subject:** RE: WIliam Lawshe (2023-CF-00516)

Doesn't SJSO require a property release from the SAO before they will release it? Seems like they've always required one in the past…

Crawford Pierce, IV, Esq.
The Law Office of C. Crawford Pierce, IV
2807 N. Tenth Street, Suite 12
St. Augustine, FL 32084
(904) 468-3575
www.CrawfordPierceLaw.com
CrawfordPierceLaw@Gmail.com



**From:** Payne, Kaitlyn
**Sent:** Thursday, December 28, 2023 7:46 AM
**To:** C. Crawford PIerce, IV
**Subject:** Re: WIliam Lawshe (2023-CF-00516)

I would contact Sheriffs Office.

Regards,

Kaitlyn

> On Dec 28, 2023, at 1:00 AM, C. Crawford PIerce, IV <crawfordpiercelaw@gmail.com> wrote:
>
> Kaitlyn,
>
> What would be the process for releasing the personal property contained in the attached Property Report back to Mr. Lawshe, specifically items listed as #4 and #6, his personal cell phone and day planner? The phone has family photos on there that he doesn't have saved elsewhere.
>
> Thank you,
>
> Crawford Pierce, IV, Esq.
> The Law Office of C. Crawford Pierce, IV
> 2807 N. Tenth Street, Suite 12
> St. Augustine, FL 32084
> (904) 468-3575
> www.CrawfordPierceLaw.com
> CrawfordPierceLaw@Gmail.com
> <407FBAFEE888484EA2BDA821A8088028.jpg>
>
>> **From:** Payne, Kaitlyn
>> **Sent:** Wednesday, December 27, 2023 10:28 AM
>> **To:** Michael Roberts
>> **Cc:** C. Crawford PIerce, IV; Rich, Benjamin
>> **Subject:** RE: WIliam Lawshe (2023-CF-00516)

Good Morning Gentlemen,

Please find the Nolle Prosse filed moments ago attached for CF23-516.

**Kaitlyn Mairs Payne**
**Assistant State Attorney**
**SVU/CCU/ICAC Prosecutor**
**4010 Lewis Speedway**
**Saint Augustine, Florida 32084**
**(904) 209-1620 ex. 1646**

---

**From:** Payne, Kaitlyn
**Sent:** Friday, December 22, 2023 12:00 PM
**To:** Michael Roberts <mroberts@nrhnlaw.com>
**Cc:** C. Crawford PIerce, IV <crawfordpiercelaw@gmail.com>; Rich, Benjamin <RichB@sao7.org>
**Subject:** Re: WIliam Lawshe (2023-CF-00516)

We have recieved both this email and the previous regarding the aforementioned case and are looking into the matter.

Regards,

Kaitlyn

> On Dec 22, 2023, at 9:24 AM, Michael Roberts <mroberts@nrhnlaw.com> wrote:
>
> Kaitlyn and Ben -
>
> I know that it's the Friday before Christmas and everyone is trying to get out of the office to be with family - but I wanted to follow up on Crawford's email, as we haven't gotten a response or confirmation that you received it.
>
> As you can imagine, Mr. Lawshe is ready to put this chapter behind him and your action is required to do that.
>
> I also expect that given all that you guys deal with on a daily basis, this must be a welcome relief - to discover that a person is innocent and have the power to give them back their freedom. It must be especially gratifying to you Ben - who (I understand) worked with and knew Mr. Lawshe professionally.
>
> I know that you guys have to "dot the I's and cross the T's" but any timeline or update you can give would be greatly appreciated.
>
> I am out of town with my family - but you can email or call me anytime. My cell is (904)729-2346.
>
> Get Outlook for iOS
> <9AB6E04486614E4ABAA8C3E8B7B83026.png>
> **From:** C. Crawford PIerce, IV <crawfordpiercelaw@gmail.com>
> **Sent:** Wednesday, December 20, 2023 10:38:00 AM
> **To:** Kaitlyn Payne <PayneK@sao7.org>
> **Cc:** Michael Roberts <mroberts@nrhnlaw.com>; Benjamin Rich <RichB@sao7.org>
> **Subject:** WIliam Lawshe (2023-CF-00516)

Kaitlyn,

Please allow this email to serve as an update of our investigation into the ages and identities of the models in question. As you are aware, our ability to aggressively defend this case has been severely hampered by fear of the State's criminal investigation turning towards defense counsel simply for filling the holes left by law enforcement's investigation and turning stones that the State elected not to turn despite having the available resources as its disposal. If you recall, defense counsel was challenged during our evidence review to "Go home and do my own research on my computer." The challenge was ultimately accepted, and what follows is our findings.

At this time, we can conclusively prove that the two models, which are the subject of this case, are and were adults at the time the subject photos were taken.

1. The websites in question clearly state that the subject models are 18 years of age or older at the time of the photo shoot in question.
2. One of the images was watermarked with the URL, [www.met-art.com](www.met-art.com)
3. Met-art (website), which contains all of the subject images, describes the models as "verified" and states that it operates in compliance with 18 US Code §2257, 28 CFR 75
4. As you are aware, §2257 requires publishers of pornographic images to keep and maintain certain records verifying the age of all models.
5. Along with the statutory compliance statement, Met-art provides a link to its legal representative.
6. This legal representative, Jeffrey J. Douglas, is a licensed attorney in the State of California.
7. He is also the designated records custodian of Met-Art.
8. *Within one business day of contacting Mr. Douglas*, he provided the attached images of the two models in question.
9. The first model, who goes by the names "Sanija" and "Kacy Lane" was born on April 28, 2001, as documented in the government issued passport showing in the attached exhibit. The earliest images of her were recorded on October 10 - 13, 2019. Those images were published on November 18, 2019. This would make her an adult at the time the subject images were taken.
10. I have attached a screenshot the model's Instagram page and bio page on "babepedia.com" which confirms a birthday in April of 2001. You will note that her Instagram account links to Met Art's website.
11. The second model, Milena D. aka Milena Angel, has a birthday of 10 June 1991. Please see the attached exhibit with her passport images and an affidavit from the records custodian regarding her age at the time of the subject photo session. She was also an adult when the subject photos were taken.
12. I have attached screenshots of Milena D aka Milena Angel's Onlyfans account and Google profile which confirms a birthday

in 1991.

13. Both models are locatable on numerous adult pornography websites through a basic Google images search for their name and the search terms "adult nude model." Per our computer forensics expert, Aaron Weiss, a Google images search will not return images that contain child pornography.

At this point, we have definitive proof of the ages and identities of the models, which confirms that the images that are subject of the 3 counts charged against William Lawshe are **NOT** illegal, and therefore, do **NOT** violate section 827.071(5), as charged in the State's Information filed on May 5, 2023.

Next week is Christmas and Mr. Lawshe's entire family will be arriving in town in the coming days. We would expect that you will have filed the Notice of Nolle Prosequi prior to their arrival.

*Please acknowledge receipt of this email and its attached documents, and forward an advanced copy of the Notice to my attention at the time of its filing.*

Thank you very much for your time and attention to this matter. I wish you all a very merry Christmas!

Crawford Pierce, IV, Esq.
The Law Office of C. Crawford Pierce, IV
2807 N. Tenth Street, Suite 12
St. Augustine, FL 32084
(904) 468-3575
wwww.CrawfordPierceLaw.com
CrawfordPierceLaw@Gmail.com
<6E59BB4B46444B95A11FE2CED6A7F2FC.jpg>

<5B6FB52706B040C68C7CDC0972BA3048.png>

LEGAL NOTIFICATION: Florida Sunshine Statutes entail very broad public records requirements (F. S. 119). As required by law, all e-mails to and from the State Attorney's Office of Circuit 7 are kept as a public record. Your e-mail communications, including your e-mail address may be disclosed to the public and media at any time. If you have received this communication in error, do not distribute it. Please notify the sender immediately by electronic mail and delete this message.

<928AB0B17276403C881F33B9981A2DC4.png>

LEGAL NOTIFICATION: Florida Sunshine Statutes entail very broad public records requirements (F. S. 119). As required by law, all e-mails to and from the State Attorney's Office of Circuit 7 are kept as a public record. Your e-mail communications, including your e-mail address may be disclosed to the public and media at any time. If you have received this communication in error, do not distribute it. Please notify the sender immediately by electronic mail and delete this message.

LEGAL NOTIFICATION: Florida Sunshine Statutes entail very broad public records requirements (F. S. 119). As required by law, all e-mails to and from the State Attorney's Office of Circuit 7 are kept as a public record. Your e-mail communications, including your e-mail address may be disclosed to the public and media at any time. If you have received this communication in error, do not distribute it. Please notify the sender immediately by electronic mail and delete this message.

<Property Report - 5.10.23 - Lawshe.PDF>

LEGAL NOTIFICATION: Florida Sunshine Statutes entail very broad public records requirements (F. S. 119). As required by law, all e-mails to and from the State Attorney's Office of Circuit 7 are kept as a public record. Your e-mail communications, including your e-mail address may be disclosed to the public and media at any time. If you have received this communication in error, do not distribute it. Please notify the sender immediately by electronic mail and delete this message.

LEGAL NOTIFICATION: Florida Sunshine Statutes entail very broad public records requirements (F. S. 119). As required by law, all e-mails to and from the State Attorney's Office of Circuit 7 are kept as a public record. Your e-mail communications, including your e-mail address may be disclosed to the public and media at any time. If you have received this communication in error, do not distribute it. Please notify the sender immediately by electronic mail and delete this message.

LEGAL NOTIFICATION: Florida Sunshine Statutes entail very broad public records requirements (F. S. 119). As required by law, all e-mails to and from the State Attorney's Office of Circuit 7 are kept as a public record. Your e-mail communications, including your e-mail address may be disclosed to the public and media at any time. If you have received this communication in error, do not distribute it. Please notify the sender immediately by electronic mail and delete this message.

**CAUTION:** This email originated from outside of the Sheriff's Office. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you believe this message is fraudulent or malicious, please contact SO IT for further assistance by email so_it_group@sjso.org , or phone 904-209-3138.