**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

     Plaintiff,

v.

MIKAYLA PRESTON, in her
individual capacity as a Detective
for St. Johns County Sheriff's Office,
et al.,

     Defendants.

Case No. 3:24-cv-44-MMH-MCR

## ORDER REASSIGNING CASE

On June 5, 2025, the Chief Justice of the United States Supreme Court designated and assigned Senior Judge Jane A. Restani of the United States Court of International Trade to perform judicial duties in the Middle District of Florida during the period of July 1, 2025, through December 31, 2025, and for such time as needed thereafter as required to complete unfinished business. As such, and with the consent of Judge Restani who has agreed to assist the Middle District of Florida, this case is hereby reassigned to Judge Restani.

Unless altered by Judge Restani, the case remains set for trial on the February 2026 trial term, under the Order entered on June 9, 2025 (Dkt. No. 63).

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of October, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies:

Honorable Jane A. Restani

Clerk of Court

Counsel of Record