## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE,**

    **Plaintiff,**

**v.**                                                                    **Case No. 3:24-CV-00044-MMH-MCR**

**MIKAYLA PRESTON, in her individual
capacity as a Detective for St. Johns County
Sheriff's Office, and KATHLEEN
DULLY, in her individual capacity as
medical director of the UF Child Protection Team,**

    **Defendants.**

_____/

### NOTICE OF CHANGE OF ADDRESS, EMAIL, AND LAW FIRM NAME

PLEASE TAKE NOTICE that the undersigned, Christen A. Petruzzelli, hereby notifies the Court of her change of address, email, and law firm. The undersigned can be contacted at the following:

Christen A. Petruzzelli
Spellman Law, P.A.
905 E. Park Ave
Tallahassee, FL 32301
cpetruzzelli@spellman.law

All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as counsel of record at the address listed above.

Dated this 6th day of January 2026.

Respectfully submitted,

*/s/ Christen A. Petruzzelli*
**CHRISTEN A. PETRUZZELLI**
Florida Bar No. 1039528
cpetruzzelli@spellman.law

**SPELLMAN LAW, P.A.**
905 E. Park Avenue
Tallahassee, FL 32301
T: (850) 601-1983

***Attorneys for Detective Mikayla Preston***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2026, a true and correct copy of the foregoing document was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division, using the CM/ECF system which will send a notice of service to all counsel of record.

*/s/ Christen A. Petruzzelli*
**CHRISTEN A. PETRUZZELLI**

2