UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

    Plaintiff,

v.                                                          Case No. 3:24-CV-00044-MMH-MCR

MIKAYLA PRESTON, in her individual
capacity as a Detective for St. Johns County
Sheriff's Office, and KATHLEEN
DULLY, in her individual capacity as
medical director of the UF Child Protection Team,

    Defendants.

_____/

## AFFIDAVIT OF MATTHEW JOSEPH CARSON
## IN SUPPORT OF DEFENDANT PRESTON'S BILL OF COSTS

STATE OF FLORIDA    )
COUNTY OF LEON    )

BEFORE ME, the undersigned authority and one authorized by law to administer oaths, personally appeared Matthew Joseph Carson, who, after being duly sworn, deposes and says:

1.    I am an attorney with the law firm of Spellman Law, P.A. and a former attorney with the law firm of Sniffen & Spellman, P.A. (collectively, "the Firms"). I have personal knowledge of the facts set forth herein. I served as the lead attorney for the Firms on behalf of Defendant, Detective Mikayla Preston, in the above-styled case.

2.    The following costs incurred by Defendant Preston were reasonable and

necessary costs that have been incurred in the defense of the above-referenced case:

A.        **Fees for service of subpoena**

**Reliant Investigative Agency**                                          **$55.00**
Service of Deposition Subpoena to Dr. Kimberly Kaye
Invoice # 2527
*(See Attachment A)*

**FedEx**                                                                  **$35.86**
Postage of Deposition Subpoena to Reliant Investigative Agency
Tracking # 882413443496
*(See Attachment B)*

B.        **Fees for printed or electronically recorded transcripts necessarily
obtained for use in the case**

**Huseby**                                                                 **$2,206.71**
Webconferencing Fees and Certified Copies of Deposition
Transcripts of Dennis Camden, Kevin Greene, and Eugene Tolbert
Invoice # 40102286
*(See Attachment C)*

**Lexitas**                                                                **$518.57**
Deposition Transcript of Dr. Kimberly Kaye
Invoice # 400331
*(See Attachment D)*

**Lexitas**                                                                **$315.00**
Court Reporter Appearance Fee for Deposition of Sheila Lawshe
Invoice # 397688
*(See Attachment E)*

**St. Augustine Court Reporters**                                          **$862.50**
Videographer Appearance Fee for Deposition of William Lawshe
Invoice # 56677
*(See Attachment F)*

**St. Augustine Court Reporters**                                            **$857.05**
Deposition Transcript of William Lawshe
Invoice # 16362
*(See Attachment G)*

**St. Augustine Court Reporters**                                            **$1,173.75**
Certified Copy of Deposition Transcript of Detective Preston
Invoice # 56728
*(See Attachment H)*

---

**GRAND TOTAL        $6,024.44**

3. True and correct copies of invoices, receipts and/or proof of costs are attached to this affidavit.

4. Detective Preston is claiming total taxable costs in the amount of **$6,024.44**.

AFFIANT SAYS NOTHING FURTHER.

_____
Matthew Joseph Carson

SWORN TO AND SUBSCRIBED before me this __5th__ day of February 2026, by MATTHEW JOSEPH CARSON, who is _✓_ personally known to me or ____ produced _____ as identification and who did take an oath.

_____
Signature, Notary Public

LEIGH ANN KISER
Commission # HH 405628
Expires October 1, 2027

Leigh Ann Kiser
_____
Printed, Stamped or Typed Name of Notary
My Commission Expires: 10/1/2027

3

# INVOICE

**Reliant Investigative Agency**
PO Box 71
High Springs, FL 32655

info@reliantinvestigator.com
+1 (352) 494-6949
https://www.reliantinvestigator.com


Reliant Investigative Agency
*Investigations • Process Service • Consulting*

**Bill to**

Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, Fl 32301

**Invoice details**

Invoice no.: 2527
Terms: Pre-Payment
Invoice date: 07/01/2025
Due date: 07/03/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 07/01/2025 | **Service of Process** | Routine: Dr. Kimberly Kaye (Lawshe v. Preston) - Gainesville, Alachua Co. - Reliant job #13638076 | 1 | $55.00 | $55.00 |

| | Total | **$55.00** |
|---|-------|------------|

## Ways to pay



Please remit payment via ACH bank transfer (preferred), e-check, or credit card.

## Note to customer

Thank you for your business!

**View and pay**

<span style="color:red">**Attachment A**</span>

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 882413443496 | Jun 30, 2025 | 35.86 USD |

## From address

Matthew J. Carson, Esquire
Sniffen & Spellman, P.A.
123 North Monroe Street
32301 FL Tallahassee
US
Phone: 8502051996

## To address

Reliant Investigative Agency
18731 NW US Hwy 441
Suite 11
32643 FL HIGH SPRINGS
US
Phone: 3524946949

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 1.00 lb | | | n/a |

| Packaging type: | Service: | Pickup / drop-off type: |
|---|---|---|
| FedEx Envelope | FedEx Nacional Dia Siguiente a.m. | I'll drop off my shipment at a FedEx location |

## Billing information

| | | | |
|---|---|---|---|
| Bill transportation cost to: | ******423 | P.O. No.: | |
| Bill duties, taxes and fees to: | | Invoice No.: | |
| Your reference: | | Department No.: | |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**Attachment B**



# Invoice
## #40102286

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Sniffen & Spellman, PA**
Matthew Carson
123 N Monroe St
Tallahassee FL 32301
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 12/30/2024 | DUR, after 30 days 1.5% | 12/30/2024 | 12/17/2024 | 0102279 |

| Case Number | Case Name |
|---|---|
| | William Lee Lawshe v. Robert Hardwick et al. |

| Description | Witness | Qty | Rate | Amount |
|---|---|---|---|---|
| Copy | Dennis Camden | 64 | $3.90 | $249.60 |
| Copy | Kevin Greene | 123 | $3.90 | $479.70 |
| Copy | Eugine Tolbert | 116 | $3.90 | $452.40 |
| Huseby Connect Webconferencing | Dennis Camden | 1 | $100.00 | $100.00 |
| Huseby Connect Webconferencing | Kevin Greene | 3 | $100.00 | $300.00 |
| Huseby Connect Webconferencing | Eugine Tolbert | 2 | $100.00 | $200.00 |
| Litigation Support Services | Dennis Camden | 1 | $116.67 | $116.67 |
| Litigation Support Services | Kevin Greene | 1 | $116.67 | $116.67 |
| Litigation Support Services | Eugine Tolbert | 1 | $116.67 | $116.67 |
| Read & Sign | Eugine Tolbert | 1 | $75.00 | $75.00 |

| | |
|---|---|
| **INVOICE TOTAL  >>>** | **$2,206.71** |
| Credits Applied | $0.00 |
| Payments Applied | $0.00 |
| **Amount Due** | **$2,206.71** |

Location of Job:  Remote Location
Jacksonville,  FL

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.



40102286

1 of 2

**Attachment C**



# Invoice

## #40102286

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST.  |  SUITE 102  |  CHARLOTTE, NC 28208
**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
       **P.O. Box 6180**
       **Hermitage, PA 16148-0922**



40102286

# I N V O I C E

1 of 2



TEL: 888-811-3408
fl.billing@lexitaslegal.com

lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 400331 | 8/11/2025 | 414624 |
| **Job Date** | **Case No.** | |
| 7/25/2025 | 24CV00044MMHMCR | |
| **Case Name** | | |
| William Lawshe vs. Mikayla Preston | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Matthew Carson
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301

DEPOSITION TRANSCRIPT OF:

Dr. Kimberly Kaye                                                    518.57

Paperless Delivery:  One tree will be planted in your honor!              1.00

**TOTAL DUE  >>>**                                          **$518.57**

Thank you for your business!

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179. Michigan Firm Registration #8602.

**REMITTANCE – TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice.   At 30 days past the payment due date, a 1.5% monthly surcharge may be added.  Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date.  No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details.  To ensure proper payment application, a remittance detail including the department number 2034 and invoice numbers should be emailed to remitance@lexitaslegal.com.

**By Credit Card:** Please visit www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field as well as your job number in the Job Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Matthew Carson
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301

| | |
|---|---|
| Invoice No. | : 400331 |
| Invoice Date | : 8/11/2025 |
| **Total Due** | : **$518.57** |

Remit To: **Lexitas**
**PO Box 734298 Dept. 2034**
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 414624 |
| BU ID | : ATS |
| Case No. | : 24CV00044MMHMCR |
| Case Name | : William Lawshe vs. Mikayla Preston |

**Attachment D**

# I N V O I C E

2 of 2



TEL: 888-811-3408
fl.billing@lexitaslegal.com

lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 400331 | 8/11/2025 | 414624 |
| **Job Date** | **Case No.** | |
| 7/25/2025 | 24CV00044MMHMCR | |
| **Case Name** | | |
| William Lawshe vs. Mikayla Preston | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Matthew Carson
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$518.57** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Matthew Carson
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301

| | |
|---|---|
| Invoice No. | : 400331 |
| Invoice Date | : 8/11/2025 |
| **Total Due** | : **$518.57** |

Remit To: **Lexitas**
**PO Box 734298 Dept. 2034**
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 414624 |
| BU ID | : ATS |
| Case No. | : 24CV00044MMHMCR |
| Case Name | : William Lawshe vs. Mikayla Preston |



TEL: 888-811-3408          lexitaslegal.com
fl.billing@lexitaslegal.com

# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 397688 | 7/18/2025 | 412822 |
| **Job Date** | **Case No.** | |
| 7/16/2025 | 24CV00044MMHMCR | |
| **Case Name** | | |
| William Lawshe vs. Mikayla Preston | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Matthew Carson
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301

TAKEN BUT NOT TRANSCRIBED DEPOSITION OF:

    Sheila Lawshe                                     315.00

         Estimated Page Count - Unordered Proceeding        38.00  Pages

                                    **TOTAL DUE   >>>**           **$315.00**

Thank you for your business!

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179. Michigan Firm Registration #8602.

**REMITTANCE – TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice.   At 30 days past the payment due date, a 1.5% monthly surcharge may be added.  Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date.  No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details.  To ensure proper payment application, a remittance detail including the department number 2034 and invoice numbers should be emailed to remitance@lexitaslegal.com.

**By Credit Card:** Please visit www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field as well as your job number in the Job Number field.

**By Check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Matthew Carson
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301

Invoice No.    : 397688
Invoice Date   : 7/18/2025
**Total Due**     : **$315.00**

Remit To: **Lexitas**
             **PO Box 734298 Dept. 2034**
             **Dallas, TX 75373-4298**

Job No.       : 412822
BU ID        : ATS
Case No.     : 24CV00044MMHMCR
Case Name  : William Lawshe vs. Mikayla Preston

**Attachment E**

# I N V O I C E

2 of 2



TEL: 888-811-3408
fl.billing@lexitaslegal.com

lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 397688 | 7/18/2025 | 412822 |
| **Job Date** | **Case No.** | |
| 7/16/2025 | 24CV00044MMHMCR | |
| **Case Name** | | |
| William Lawshe vs. Mikayla Preston | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Matthew Carson
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301

---

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$315.00** |

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Matthew Carson
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301

| | |
|---|---|
| Invoice No. | : 397688 |
| Invoice Date | : 7/18/2025 |
| **Total Due** | : **$315.00** |

Remit To: **Lexitas**
**PO Box 734298 Dept. 2034**
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 412822 |
| BU ID | : ATS |
| Case No. | : 24CV00044MMHMCR |
| Case Name | : William Lawshe vs. Mikayla Preston |

**St. Augustine Court Reporters**

1260 N. Ponce de Leon Blvd., Suite E
St. Augustine, FL 32084
Phone: 904-825-0570



Michael J. Carson,, Esq.
Sniffen & Spellman, P.A.
123 North Monroe St
Tallahassee, FL 32301

## Invoice #56677

| Date | Terms |
|------|-------|
| 03/25/2025 | Net 30 |

**Assignment #26383 on 03/14/2025**

**Case:** William Lawshe vs. Mikayla Preston, et al     **Staff:** Dan Bishop; Laura Pierle
**Court Docket#:** 24-CV-00044-MMH

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **William Lawshe** | | | |
| Appearance Fee | $ 100.00 | 3.50 | $ 350.00 |
| Zoom | $ 15.00 | 1.00 | $ 15.00 |
| | | | $ 365.00 |
| **Other** | | | |
| Video - Setup & First Hour | $ 235.00 | 1.00 | $ 235.00 |
| Video - Additional Hours | $ 105.00 | 2.50 | $ 262.50 |
| | | | $ 497.50 |

| | |
|---|---|
| Amount Due: | $ 862.50 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 862.50** |
| **Payment Due:** | **Upon Receipt** |

Thank you for your business!

Tax ID #: 59-3139381
**All invoices must be paid within 30 days of invoice date by check or credit card.**
**All accounts become past due after 30 days of invoice date.**
**We Accept All Major Credit Cards:**

Name on Card:_____

Card #:_____ Expiration:_____

CVV #: _____  Zip Code: _____  Email Receipt to:_____

**Attachment F**

**St. Augustine Court Reporters**

1260 North Ponce de Leon Boulevard Suite E
St. Augustine, FL 32084
Phone: 904.825.0570



Matthew J. Carson, Esq.
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301

## Invoice #16362

| Date | Terms |
|------|-------|
| 07/30/2025 | Due on receipt |

**Assignment #14751 on 03/14/2025 at 9:00 AM ET**

| | |
|---|---|
| **Case:** William Lee Lawshe v. Mikayla Preston, et al. | **Shipped On:** 07/30/2025 |
| **Court Docket#:** 3:24-cv-00044-MMH-MCR | **Shipped Via:** Electronic Only |
| | **Delivery Type:** standard |
| | **Services:** *Court Reporter; *Videographer |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Original Transcript of William Lawshe** | | | |
| Transcript Original (129 Pages) | $ 6.45 | 1.00 | $ 832.05 |
| Exhibits | $ 25.00 | 1.00 | $ 25.00 |
| | | | $ 857.05 |

| | |
|---|---|
| Amount Due: | $ 857.05 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 857.05** |
| **Payment Due:** | **Upon Receipt** |

***Please note new Tax ID #99-4111821***

<span style="color:red">**Attachment G**</span>

**St. Augustine Court Reporters**

1260 N. Ponce de Leon Blvd., Suite E
St. Augustine, FL 32084
Phone: 904-825-0570



Matthew J Carson, Esq
Sniffen & Spellman, P.A.
123 North Monroe St
Tallahassee, FL 32301

## *Invoice #56728*

| Date | Terms |
|---|---|
| 04/08/2025 | Net 30 |

**Assignment #26495 on 03/13/2025**

**Case:** William Lawshe vs. Mikayla Preston, et al    **Staff:** Dan Bishop; Nicole Medlock
**Court Docket#:** 24-CV-00044-MMH

| Description | Price | Qty | Amount |
|---|---|---|---|
| **Mikayla Preston** | | | |
| Copy of Transcript (310 Pages) | $ 3.75 | 1.00 | $ 1,162.50 |
| Exhibits B&W Scanned (45 Pages) | $ 0.25 | 1.00 | $ 11.25 |
| | | | $ 1,173.75 |

| | | |
|---|---|---|
| Amount Due: | $ 1,173.75 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 1,173.75** |
| **Payment Due:** | **Upon Receipt** |

**Thank you for your business!**

**Tax ID #: 59-3139381**
**All invoices must be paid within 30 days of invoice date by check or credit card.**
**All accounts become past due after 30 days of invoice date.**
**We Accept All Major Credit Cards:**

**Name on Card:**_____

**Card #:**_____ **Expiration:**_____

**CVV #:** _____ **Zip Code:** _____ **Email Receipt to:**_____

**Attachment H**