# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**WILLIAM LEE LAWSHE,**

   **Plaintiff,**

**v.**                                                    **Case No. 3:24-CV-00044-MMH-MCR**


**MIKAYLA PRESTON, in her individual
capacity as a Detective for St. Johns County
Sheriff's Office, and KATHLEEN
DULLY, in her individual capacity as
medical director of the UF Child Protection Team,**

   **Defendants.**
_____/

## DEFENDANT PRESTON'S NOTICE OF FILING SUPPLEMENT TO MOTION ON ENTITLEMENT TO TAX COSTS

Defendant, **MIKAYLA PRESTON, in her individual capacity as a Detective for St. Johns County Sheriff's Office**, through the undersigned counsel, and pursuant to Local Rule 3.01(g)(3), hereby informs the Court that on February 6, 2026, Plaintiff's counsel advised that Plaintiff objects to Defendant Preston's Motion on Entitlement to Tax Costs (ECF No. 113).

Dated this 6th day of February 2026.

Respectfully submitted,

/s/ Christen A. Petruzzelli
**CHRISTEN A. PETRUZZELLI**
Florida Bar Number: 1039528
cpetruzzelli@spellman.law
**MICHAEL P. SPELLMAN**
Florida Bar Number: 0937975
mspellman@spellman.law
**MATTHEW J. CARSON**
Florida Bar Number: 827711
mcarson@spellman.law

**SPELLMAN LAW, P.A.**
905 E. Park Avenue
Tallahassee, Florida 32301
T: (850) 601-1983

***Attorneys for Detective Mikayla Preston***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February 2026, a true and correct copy of the foregoing document was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division, using the CM/ECF system, which will serve counsel of record.

/s/ Christen A. Petruzzelli
**CHRISTEN A. PETRUZZELLI**

2