UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM LEE LAWSHE,

        Plaintiff,

v.                                  CASE NO. 3:24-cv-44-JAR-SJH

MIKAYLA PRESTON, etc., et al.,

        Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on Defendant Preston's Motion on Entitlement to Tax Costs ("Motion"), Doc. 113, and Plaintiff's response in opposition thereto, Doc. 115.

Judgement has been entered in favor of Defendants, Doc. 104, and Plaintiff has appealed, Doc. 108. In the Motion, Defendant Prestson seeks to tax costs against Plaintiff. Doc. 113. Plaintiff argues that the Court should deny the Motion because "Defendant Preston has unclean hands" such that granting the Motion "would violate accepted concepts of equity and justice[.]" Doc. 115 at 2–4.

Courts "may defer ruling on costs pending appeal to promote judicial economy" and deny a motion to tax costs without prejudice to the filing of a renewed motion after resolution of an appeal. *See Waldorf v. Mayo Clinic*, No. 3:24-cv-657-CRK-MCR, 2026 WL 25280, at *1–2 (M.D. Fla. Jan. 5, 2026); *Prudential Ins. Co. of Am. v. Gardina*, No. 6:23-cv-1125-JSS-DCI, 2025 WL 3269386, at *1 (M.D. Fla. Sept. 11, 2025). Upon

consideration, the Court deems it appropriate to do so here.

Accordingly, it is **ordered** that the Motion, Doc. 113, is **denied without prejudice** to the filing of a renewed motion to tax costs within 30 days after the Eleventh Circuit issues its mandate concluding the appeal.

**DONE AND ORDERED** in Jacksonville, Florida, on August 7, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

2